IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JEREMY STORY<br>*Plaintiff*,<br><br>vs.<br><br>SUPERINTENDENT HAFEDH AZAIEZ, TRUSTEES AMBER FELLER, TIFFANIE HARRISON, AMY WEIR, JUN XIAO, CORY VESSA; OFFICERS JEFFREY YARBROUGH, JAMES WILLIBY, DEBORAH GRIFFITH, MILTON POPE, FRANK PONTILLO, RON COLE, CHIEF DENNIS WEINER, and CARLA AMACHER, individually, and ROUND ROCK INDEP. SCHOOL DISTRICT,<br>*Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case: No. 1:22-cv-00448-DAE |

## **ORDER**

The Court has before it an unopposed motion to extend time to respond to Plaintiff's settlement demand.  (Dkt. # 67).  After consideration, the Court is of the opinion that such Notice is well taken and should be **granted**.  **IT IS, THEREFORE, ORDERED** the new deadline for the Round Rock ISD Defendants to respond to Story's settlement offer will be March 25, 2024.

Dated: March 8, 2024

_____
David Alan Ezra
Senior United States District Judge