AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| Jeremy Story<br><br>*Plaintiff(s)*<br>v.<br>Superintendent Hafedh Azaiez, et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:22-cv-00448-DAE<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Ron Cole
3904 Hillside Dr.
Round Rock, TX 78681

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*, PHILIP J. DEVLIN

Date: 02/16/2024

_____
*Signature of Clerk or Deputy Clerk*



car. 3/12/24 = 3PM

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

CIVIL ACTION NO: 1:22-CV-00448-DAE

JEREMY STORY
VS
SUPERINTENDENT HAFEDH AZAIEZ, ET AL

## RETURN

Came to my hand:   03/12/2024  , at   03:00   o'clock   P.M.

- Summons in a Civil Action
- Plaintiff's Third Amended Complaint
- Jury Demand

Executed by me on:  3-12-24 , at  8:27  o'clock  pm  at  3904 Hillside DR, Round Rock, Tx. 78681 , within the county of  Williamson , by delivering to RON COLE,

☑ in person
☐ by delivering to _____

a true copy of the above specified documents.

I am over the age of 18, not a party to nor interested in the outcome of the above numbered suit.

_____
Authorized Person: George L. Castillo

STATE OF TEXAS)

### VERIFICATION

Before me, a notary public, on this day personally appeared the above named Authorized person, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements and facts therein contained are within his/her personal knowledge and experience to be true and correct. Given under my hand and seal of office on this the  13th  day of  March  , ____



Dana L. McMichael
ID #4733578
My Commission Expires
April 23, 2024

_____
Notary Public