UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS – AUSTIN DIVISION

| | | |
|---|---|---|
| JEREMY STORY, | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | |
| | § | |
| SUPERINTENDENT HAFEDH AZAIEZ, | § | CIVIL ACTION NO. |
| TRUSTEES AMBER FELLER, TIFFANIE | § | 1:22-cv-00448-DAE |
| HARRISON, AMY WEIR, JUN XIAO, CORY | § | |
| VESSA; OFFICERS JEFFREY YARBROUGH, | § | |
| JAMES WILLIBY, DEBORAH GRIFFITH, | § | |
| MILTON POPE, FRANK PONTILLO, RON | § | |
| COLE, CHIEF DENNIS WEINER, and CARLA | § | |
| AMACHER, individually, and ROUND ROCK | § | |
| INDEP. SCHOOL DISTRICT, | § | |
| | § | |
| *Defendants*. | § | |

**ORDER GRANTING DEFENDANT RON COLE'S  UNOPPOSED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF JEREMY STORY'S THIRD AMENDED COMPLAINT**

Before the Court is Defendant Ron Cole's Unopposed Motion to Extend Time to Answer or Otherwise Respond to Plaintiff Jeremy Story's Third Amended Complaint (the "Motion"). The Court, after considering the Motion, finds and concludes that the Motion should be **GRANTED**. The Court orders that the deadline for Defendant Ron Cole to answer or otherwise respond to Plaintiff Jeremy Story's Third Amended Complaint is hereby extended to April 12, 2024.

IT IS SO ORDERED.


SIGNED this ____ day of _____, 2024.


_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE