UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Jeremy Story, | § § | |
| Plaintiff, | § | NO:  AU:22-CV-00448-DAE |
| vs. | § § | |
| Hafedh Azaiez, et al | § § | |
| Defendants. | § § | |

## ORDER RESETTING MOTION HEARING

It is hereby ORDERED that the above entitled and numbered case is reset for a **in person** hearing on the pending MOTIONS to Dismiss (Dkt no. 51, 52 & 53) before Senior U.S. District Judge David A. Ezra in Courtroom 2, on the Fourth Floor of the United States Courthouse, 501 West Fifth Street, Austin, TX, on **Thursday, April 25, 2024 at 09:00 AM**.

IT IS SO ORDERED.

DATED: Austin, Texas April 02, 2024.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE