UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS – AUSTIN DIVISION

| | | |
|---|---|---|
| JEREMY STORY,<br><br>*Plaintiffs*,<br><br>v.<br><br>SUPERINTENDENT HAFEDH AZAIEZ, TRUSTEES AMBER FELLER, TIFFANIE HARRISON, AMY WEIR, JUN XIAO, CORY VESSA; OFFICERS JEFFREY YARBROUGH, JAMES WILLIBY, DEBORAH GRIFFITH, MILTON POPE, FRANK PONTILLO, RON COLE, CHIEF DENNIS WEINER, and CARLA AMACHER, individually, and ROUND ROCK INDEP. SCHOOL DISTRICT,<br><br>*Defendants.* | § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO.<br>1:22-cv-00448-DAE |

## ORDER GRANTING DEFENDANT RON COLE'S UNOPPOSED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF JEREMY STORY'S THIRD AMENDED COMPLAINT

Before the Court is Defendant Ron Cole's Unopposed Motion to Extend Time to Answer or Otherwise Respond to Plaintiff Jeremy Story's Third Amended Complaint (the "Motion"). The Court, after considering the Motion, finds and concludes that the Motion should be **GRANTED**. The Court orders that the deadline for Defendant Ron Cole to answer or otherwise respond to Plaintiff Jeremy Story's Third Amended Complaint is hereby extended to April 12, 2024.

IT IS SO ORDERED.

SIGNED this 3rd day of April, 2024.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE