UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS - AUSTIN DIVISION

| | |
|---|---|
| JEREMY STORY, §<br>*Plaintiff,* §<br>§<br>v. §<br>§<br>HAFEDH AZAIEZ, et al. §<br>*Defendants.* § | Civil Action No. 1:22-cv-448-RP |

**ORDER GRANTING PLAINTIFF'S SECOND MOTION FOR LEAVE TO FILE SECOND SUPPLEMENT**

CAME BEFORE THE COURT on this day *Plaintiff's Second Motion for Leave to File Second Supplement* ("Motion," Doc. No. 83). Having considered the Motion and the proposed supplement attached thereto, as well as the pleadings and evidence already on file, this Court FINDS that it should be and herein is GRANTED.

IT IS THEREFORE ORDERED that the clerk of this Court shall file the proposed supplement attached to the Motion as Doc. No. 85 in the docket of the instant case.

SO ORDERED this ____ day of May, 2024.

_____
JUDGE PRESIDING