UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS - AUSTIN DIVISION

| | | |
|---|---|---|
| JEREMY STORY and DUSTIN CLARK, § | | |
| *Plaintiffs,* § | | |
| § | | |
| v. § | | Civil Action No. 1:22-cv-448-RP |
| § | | |
| HAFEDH AZAIEZ, et al. § | | |
| *Defendants.* § | | |

### MOTION TO CONTINUE STATUS CONFERENCE

Plaintiff Jeremy Story herein moves this Court to continue the stats conference currently set for June 14, 2024 to a date the week of June 24, 20924 or later.

Counsel for Plaintiff has been called to trial in the 342nd Judicial District Court of Tarrant County, Texas in *Raven Harrison v The Big Red, LLC, Cause No. 342-342175-23*.

Plaintiff would show the Court that being represented at the conference by associate counsel, who will necessarily be less familiar with the case, the Court, and opposing counsel, would potentially prejudice Plaintiff.

A continuance of the June 14, 2024 hearing will prejudice no party and will allow the undersigned to represent Plaintiff to this Court.

This continuance is not sought for the sake of delay, but is requested to enable Plaintiff's counsel to appear on his behalf at the conference, and that justice may be done.

### PRAYER

Plaintiff respectfully requests that the Court's June 14, 2024 status conference be removed from its current setting on the Court's calendar. Plaintiff further requests that the hearing be reset to June 24, 2024 or a date thereafter, or as the Court determines is reasonable.

Respectfully submitted,

/s/ Warren V. Norred
Warren V. Norred, wnorred@norredlaw.com

NORRED LAW, PLLC; 515 E. Border Street
Arlington, TX 76010
O: 817-704-3984 / F: 817-524-6686
**Attorney for Plaintiff Jeremy Story**

**DECLARATION OF WARREN V. NORRED** - On June 5, 2024, and pursuant to 28 U.S. Code § 1746, and under penalty of perjury under the laws of the United States of America, I declare that the facts related in this motion are true and correct.

_____
Warren V. Norred, Tx Bar: 24045094

**CERTIFICATE OF CONFERENCE** - I hereby certify that on June 5, 2024, I conferred with Kathryn E. Long, counsel for Defendants, who opposed the continuance sought herein.

*/s/Warren V. Norred*
Warren V. Norred

**CERTIFICATE OF SERVICE** - I hereby certify that on June 5, 2024, the foregoing Motion to Continue was served on all parties seeking service in the instant case via the Court's ECF system.

*/s/Warren V. Norred*
Warren V. Norred