AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

| | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. |
| | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_____ .

Date: _____                          *Ibrahim Yaseen*
                                                                     *Attorney's signature*

                                                                     _____
                                                                     *Printed name and bar number*

                                                                     _____
                                                                     *Address*

                                                                     _____
                                                                     *E-mail address*

                                                                     _____
                                                                     *Telephone number*

                                                                     _____
                                                                     *FAX number*