UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS - AUSTIN DIVISION

| | | |
|---|---|---|
| **JEREMY STORY,** *Plaintiff,* | § § § | |
| v. | § § | Civil Action No. 1:22-cv-448-RP |
| **HAFEDH AZAIEZ, et al.** *Defendants.* | § § § | |

## PLAINTIFF'S NOTICE OF APPEARANCE AND DESIGNATION OF LEAD COUNSEL

Plaintiff Jeremy Story herein files his Notice of Appearance and Designation of Lead Counsel. Attorneys Warren Norred and Solomon Norred are representing Plaintiff Jeremy Story as counsel in the above-styled case. Warren Norred is designated as lead counsel. Please send all pleadings, notices, letters, and other filings as appropriate using the below contact information.

Respectfully submitted,

*/s/ Solomon Norred*
Solomon G. Norred, sgn@norredlaw.com
NORRED LAW, PLLC; 515 E. Border Street
Arlington, TX 76010
O: 817-704-3984 / F: 817-524-6686
*Attorney for Plaintiff Jeremy Story*

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2024, a true and correct copy of the foregoing *Plaintiff's Notice of Appearance and Designation of Lead Counsel* was served via the court's electronic filing system on all parties seeking service.

*/s/ Solomon Norred*
Solomon G. Norred