## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **Jeremy Story** | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CAUSE NO. 1:22-cv-448 |
| | § | |
| **Superintendent Hafedh Azaiez et al** | § | |
| Defendant. | § | |

### AFFIDAVIT OF SERVICE

"The following came to hand on **Aug 9, 2024, 12:00 pm**,

**SUBPOENA TO OAG WITH EXHIBIT A**

and was executed at **209 West 14th Street Price Daniel Building, Austin, Texas 78701** within the county of **Travis** at **02:56 PM** on **Mon, Aug 19 2024**, by delivering a true copy to the within named

**Office of the Attorney General of Texas**
**Accepted by**
**JORDAN ESKEW**

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **Corin Johnson**, my date of birth is **2/5/1983**, and my address is **500 E. 4th St. #143, Austin, TX 78701** , and **United States of America**. I declare under penalty of perjury that the foregoing is true and correct.

Executed in **Travis** County, State of **TX**, on **August 21, 2024.**

*[signature]*

**Corin Johnson**
**Certification Number: PSC-5625**
**Certification Expiration: 9/30/2026**