UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS – AUSTIN DIVISION

| | | |
|---|---|---|
| JEREMY STORY, <br><br> *Plaintiffs*, <br><br> v. <br><br> SUPERINTENDENT HAFEDH AZAIEZ, TRUSTEES AMBER FELLER, TIFFANIE HARRISON, AMY WEIR, JUN XIAO, CORY VESSA; OFFICERS JEFFREY YARBROUGH, JAMES WILLIBY, DEBORAH GRIFFITH, MILTON POPE, FRANK PONTILLO, RON COLE, CHIEF DENNIS WEINER, and CARLA AMACHER, individually, and ROUND ROCK INDEP. SCHOOL DISTRICT, <br><br> *Defendants*. | § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 1:22-cv-00448-DAE |

### DEFENDANT ROUND ROCK INDEPENDENT SCHOOL DISTRICT'S NOTICE OF SUBPOENA TO THIRD PARTY DR. MARY BONE

Please take notice that, in accordance with Rules 34 and 45 of the Federal Rules of Civil Procedure, Defendant Round Rock Independent School District intends to serve a subpoena to produce documents and/or tangible items on Dr. Mary Bone. A copy of the subpoena is attached hereto as Exhibit "1." The subpoena will require production, inspection and copying to take place at the office of Thompson & Horton, 8300 N. MoPac Expressway, Suite 220, Austin, Texas 78759 on or before March 7, 2025, and continuing until the inspection and copying is completed. All parties and their attorneys are invited to inspect and copy the documents produced at a time mutually convenient to the parties. The subpoena will be served upon Dr. Mary Bone at 3503 Palmer Cove, Round Rock, Texas 78664 on or after February 10, 2025.

Dated: February 5, 2025

                                  Respectfully submitted,

                                  */s/ Adam Rothey*
                                  KATHRYN E. LONG
                                  State Bar No. 24041679
                                  klong@thompsonhorton.com

                                  K. ADAM ROTHEY
                                  State Bar No. 24051274
                                  arothey@thompsonhorton.com

                                  IBRAHIM N. YASEEN
                                  State Bar No. 24137674
                                  iyaseen@thompsonhorton.com

                                  **THOMPSON & HORTON LLP**

                                  500 North Akard Street, Suite 3150
                                  Dallas, Texas 75201
                                  (972) 853-5115 – Telephone
                                  (713) 583-8884 – Facsimile

                                  *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned certifies that on February 5, 2025, a true and correct copy of this document has been served upon all parties via the Court's electronic filing system:

| | |
|---|---|
| Warren V. Norred | Stephen D. Casey |
| warren@norredlaw.com | CASEY LAW OFFICE, P.C. |
| Solomon G. Norred | P.O. Box 2451 |
| sgn@norredlaw.com | Round Rock, TX 78680 |
| NORRED LAW, PLLC | stephen@caseylawoffice.us |
| 515 E. Border St. | |
| Arlington, TX 76010 | |

                                  */s/ Adam Rothey*
                                  K. ADAM ROTHEY