IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
(WACO DIVISION)

| | |
|---|---|
| JEREMY STORY, <br><br> *Plaintiff,* <br><br> v. <br><br> SUPERINTENDENT HAFEDH AZAIEZ, et al. <br><br> *Defendants.* | Case No. 1:22-cv-00448-DAE |

### PLAINTIFF'S NOTICE OF LEAD ATTORNEY DESIGNATION

Plaintiff Jeremy Story hereby designates Stephen Casey as lead counsel in this case. Mr. Casey has been associated with this case but not in an active lead role in its litigation. Plaintiff requests all notices and contacts be directed to his firm address below.

Respectfully submitted,

CASEY LAW OFFICE, P.C.
By:/s/ *Stephen Casey*
Stephen Casey
Texas Bar No. 24065015
stephen@caseylawoffice.us
P.O. Box 2451
Round Rock, TX 78680
P: 512-257-1324
F: 512-853-4098
*Attorney for Plaintiff Jeremy Story*

### CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2025, a true and correct copy of the foregoing *Plaintiff's Notice of Lead Attorney Designation* was served via the court's electronic filing system on all parties seeking service.

/s/ *Stephen Casey*
Stephen Casey