IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
(WACO DIVISION)

| | |
|---|---|
| JEREMY STORY,<br><br>*Plaintiff,*<br><br>v.<br><br>SUPERINTENDENT HAFEDH AZAIEZ, et al.<br><br>*Defendants.* | Case No. 1:22-cv-00448-DAE |

ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION
TO EXTEND SCHEDULING ORDER DEADLINES

Before the Court is Plaintiff's Unopposed Motion to Extend Discovery and Dispositive Motion Deadlines ("the Motion"). The Court, after considering the Motion, finds and concludes that the Motion should be **GRANTED.** The Court orders that the deadline for the Parties to complete discovery is hereby extended to May 31, 2025, and the deadline to file dispositive motions is extended to July 31, 2025.

IT IS SO ORDERED.

SIGNED this ___ day of _____, 2025

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE