UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS – AUSTIN DIVISION

| JEREMY STORY and DUSTIN CLARK, | § |  |
|---|---|---|
| *Plaintiffs*, | § | |
| v. | § | |
| SUPERINTENDENT HAFEDH AZAIEZ, TRUSTEES AMBER FELLER, TIFFANIE HARRISON, AMY WEIR, JUN XIAO, CORY VESSA; OFFICERS JEFFREY YARBROUGH, JAMES WILLIBY, DEBORAH GRIFFITH, MILTON POPE, FRANK PONTILLO, SAMUEL CHAVEZ, individually, and ROUND ROCK INDEP'T SCHOOL DISTRICT, | § | CIVIL ACTION NO. 1:22-cv-448-RP |
| *Defendants*. | § | |

**APPENDIX IN SUPPORT OF THE ROUND ROCK ISD DEFENDANTS' MOTION TO COMPEL AND FOR COSTS, AND BRIEF IN SUPPORT**

| **EXHIBIT** | **DOCUMENT** | **PAGE** |
|---|---|---|
| 1. | March 24, 2025 email to Warren Norred and Stephen Casey propounding Interrogatories (with attachments) | App. 001-032 |
| 2. | March 26, 2025 email to Warren Norred and Stephen Casey propounding Interrogatories (with attachments) | App. 033-069 |
| 3. | April 28, 2025 email from Stephen Casey assuring Story's answers to Interrogatories were forthcoming | App. 070–074 |
| 4. | May 15, 2025 emails with Stephen Casey regarding Story's answers to Interrogatories | App. 075–077 |
| 5. | May 16, 2025 emails from Stephen Casey serving written discovery requests and requesting depositions | App. 078–080 |
| 6. | May 17, 2025 emails to Stephen Casey regarding Story's answers to Interrogatories and depositions | App. 081–083 |
| 7. | May 27, 2025 email to Stephen Casey requesting Story's answers to Interrogatories | App. 084–085 |

| **EXHIBIT** | **DOCUMENT** | **PAGE** |
|---|---|---|
| **8.** | May 29, 2025 emails with Stephen Casey regarding motion to compel | App. 086–089 |

                                          Respectfully submitted,

                                          */s/      Kathryn E. Long*
                                          KATHRYN E. LONG
                                          State Bar No. 24041679
                                          klong@thompsonhorton.com

                                          K. ADAM ROTHEY
                                          State Bar No. 24051274
                                          arothey@thompsonhorton.com

                                          IBRAHIM N. YASEEN
                                          State Bar No. 24137674
                                          iyaseen@thompsonhorton.com

                                          **THOMPSON & HORTON LLP**
                                          500 North Akard Street, Suite 3150
                                          Dallas, Texas 75201
                                          (972) 853-5115 – Telephone
                                          (713) 583-8884 – Facsimile

                                          *Attorneys for the Round Rock ISD Defendants*

**CERTIFICATE OF SERVICE**

     The undersigned certifies that on May 30, 2025, a true and correct copy of this document has been served upon all parties via the Court's electronic filing system:

| | |
|---|---|
| Warren V. Norred | Stephen D. Casey |
| NORRED LAW, PLLC | CASEY LAW OFFICE, P.C. |
| 515 E. Border St. | P.O. Box 2451 |
| Arlington, TX 76010 | Round Rock, TX 78680 |
| warren@norredlaw.com | stephen@caseylawoffice.us |

                                          */s/      Kathryn E. Long*
                                          KATHRYN E. LONG