UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **JEREMY STORY,** § | |
| *Plaintiff* § | |
| § | |
| **v.** § | |
| § | |
| **HAFEDH AZAIEZ,** § | |
| **SUPERINTENDENT; AMBER** § | |
| **FELLER, TIFFANIE HARRISON,** § | |
| **AMY WEIR, XIAO JUN, CORY** § No. 1:22-CV-00448-DAE |
| **VESSA, JEFFREY YARBROUGH,** § | |
| **JAMES WILLIBY, MILTON** § | |
| **POPE, FRANK PONTILLO,** § | |
| **ROUND ROCK INDEPT SCHOOL** § | |
| **DISTRICT, RON COLE,** § | |
| **OFFICER; DENNIS WEINER, PD** § | |
| **CHIEF; CARLA AMACHER,** § | |
| **LAUREN GRIFFITH,** § | |
| **DETECTIVE SGT.;** § | |
| *Defendants* § | |

**ORDER**

Before the Court is Defendants' Motion to Compel Plaintiff Jeremy Story's Answers to Interrogatories and for Costs, Dkt. 107. The District Judge referred the motion to the undersigned for disposition. The Court set the motion for hearing, Dkt. 109, and after considering the parties' filings, the record as a whole, the applicable law, and the arguments at the hearing, the Court announced its rulings, and the reasons for that ruling, on the record. This written order memorializes that oral ruling.

At the hearing, the parties represented that Plaintiff had served his responses to the interrogatories that were the subject of Defendants' motion, but that

1

Defendants had not had a full opportunity to review the responses. Accordingly, to the extent there are any remaining issues related to that production, the Court **GRANTS** Defendants' motion to compel, Dkt. 107. For the reasons stated on the record, the Court **DENIES** Defendants' motion for sanctions but notes that if Plaintiff continues to disregard his discovery obligations, the Court may favorably entertain requests for sanctions in the future.

SIGNED June 6, 2025.

                                           DUSTIN M. HOWELL
                                           UNITED STATES MAGISTRATE JUDGE