UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS – AUSTIN DIVISION

| | |
|---|---|
| JEREMY STORY,<br><br>　　*Plaintiffs*,<br><br>v.<br><br>SUPERINTENDENT HAFEDH AZAIEZ, TRUSTEES AMBER FELLER, TIFFANIE HARRISON, AMY WEIR, JUN XIAO, CORY VESSA; OFFICERS JEFFREY YARBROUGH, JAMES WILLIBY, DEBORAH GRIFFITH, MILTON POPE, FRANK PONTILLO, RON COLE, CHIEF DENNIS WEINER, and CARLA AMACHER, individually, and ROUND ROCK INDEP. SCHOOL DISTRICT,<br><br>　　*Defendants*. | CIVIL ACTION NO.<br>1:22-cv-00448-DAE |

**ORDER GRANTING JOINT MOTION TO EXTEND
DISPOSITIVE MOTION DEADLINE**

Before the Court is the Parties' Joint Motion to Extend Dispositive Motion Deadline (the "Motion"). The Court, after considering the Motion, finds and concludes that the Motion should be **GRANTED**. The Court orders that the deadline for the Parties to submit dispositive motions is hereby extended to September 2, 2025.

IT IS SO ORDERED.

SIGNED this ___ day of _____, 2025.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE