IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS – AUSTIN DIVISION

| | | |
|---|---|---|
| JEREMY STORY,<br><br>    *Plaintiffs*,<br><br>v.<br><br>SUPERINTENDENT HAFEDH AZAIEZ, TRUSTEES AMBER FELLER, TIFFANIE HARRISON, AMY WEIR, JUN XIAO, CORY VESSA; OFFICERS JEFFREY YARBROUGH, JAMES WILLIBY, DEBORAH GRIFFITH, MILTON POPE, FRANK PONTILLO, RON COLE, CHIEF DENNIS WEINER, and CARLA AMACHER, individually, and ROUND ROCK INDEP. SCHOOL DISTRICT,<br><br>    *Defendants*. | § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO.<br>1:22-cv-00448-DAE |

**JOINT MOTION TO EXTEND
DISPOSITIVE MOTION DEADLINE**

Plaintiff Jeremy Story and the Round Rock ISD Defendants (together, the "Parties") jointly move the Court to extend the dispositive motion deadline. The current dispositive motion deadline is September 2, 2025. Dkt. 114. The Parties seek an extension of the dispositive motion deadline until, at least, September 16, 2025.

The Parties initially agreed on a two-week extension until September 16, 2025, after the Round Rock ISD Defendants proposed a ten-day extension until September 12, 2025. Mr. Story's counsel seeks an extension until September 30, 2025, to which the Round Rock ISD Defendants are unopposed but do not believe they need under the circumstances and understand this request may be too lengthy for the Court to grant.

On July 28, 2025, the Parties moved the Court to extend the dispositive motion deadline for one month until September 2, 2025 because Plaintiff Jeremy Story's counsel had a medical emergency and medical issues that had not made him able to timely respond to the Round Rock ISD Defendants'

1

Second Request for Production or produce any responsive documents. At that time, the Round Rock ISD Defendants believed the responses and document production would occur shortly after the Joint Motion was filed and well in advance of the September 2, 2025 dispositive motion deadline.

Unfortunately, due to various circumstances, Mr. Story's counsel was not able to respond to the Round Rock ISD Defendants' Second Request for Production or produce responsive documents until August 19, 2025. That day, Mr. Story's counsel provided a link to a discovery production of approximately 4,200 bates-labeled pages or recordings and approximately 500 pages of non-bates-labeled documents. Due to technical issues related to the naming conventions on Mr. Story's document production, counsel for the Round Rock ISD Defendants was not able to access the documents to begin reviewing until late Friday, August 22, 2025—**five (5) business days before the current dispositive motion deadline**.

This has not afforded the Round Rock ISD Defendants' counsel time to sufficiently review the information—which includes communications and video recordings directly related to the key incidents at issue in the lawsuit—before the current dispositive motion deadline. Documents and information included in the production need to be addressed in dispositive motions, including in declarations and evidence submitted by the fourteen (14) distinct defendants against whom Mr. Story asserts claims.

Five business days to review and address such information before the dispositive motion deadline is insufficient under any circumstance. But the short timeframe is particularly problematic because the two primary attorneys handling this lawsuit for the Round Rock ISD Defendants had pre-established administrative, state, and federal court deadlines that make the timing even more problematic, including: preparation for, travel to, and attendance at a Fifth Circuit oral argument on September 3, 2025; pretrial filings due August 21, 2025 and August 27, 2025, and a pre-trial conference in the Eastern District of Texas on September 4, 2025; school board training on Saturday, August 24,

2025; three administrative hearings on August 26, 2025, preparation of EEOC position statements due August 22, 2025 and September 5, 2025; as well as other litigation and client obligations related to the recent Texas Legislative Session with new laws that go into effect on September 1, 2025.

The Round Rock ISD Defendants' counsel initially proposed a one-week or ten-day extension of the deadline and Mr. Story's counsel requested two-weeks until September 16, 2025—which is the agreed upon date upon which this Joint Motion is based. Upon receipt of a draft Joint Motion, Mr. Story's counsel requested an extension until September 30, 2025. The Round Rock ISD Defendants do not oppose an extension until September 30, 2025.

Under the Federal Rules of Civil Procedure, the Court has broad discretion to extend or modify existing scheduling order deadlines for good cause. *See* FED. R. CIV. P. 16(b)(4). Good cause exists to grant this Motion. The Round Rock ISD Defendants, through counsel, have worked diligently and cooperatively with Mr. Casey to obtain Mr. Story's document production. Extension of the dispositive motion deadline will ensure sufficient time for the Round Rock ISD Defendants to review Mr. Story's August 19, 2025 document production to address any new information in dispositive motions and witness declarations before filing any dispositive motion. An extension until at least September 16, 2025 will ensure the Round Rock ISD Defendants are not prejudiced by delays or technical issues in Mr. Story's document production. This joint request will also not prejudice Mr. Story because his counsel also initially requested a two-week extension in light of a petition for rehearing in another matter, and now seeks a longer extension until September 30, 2025, to which the Round Rock ISD Defendants are unopposed.

Therefore, the Parties jointly request, with good cause, at least a two-week extension of the dispositive motion deadline from September 2, 2025, to September 16, 2025. And Mr. Story requests an extension from September 2, 2025 to September 30, 2025, to which the Round Rock ISD Defendants are unopposed.

## CONCLUSION

For the foregoing reasons, Plaintiff Jeremy Story and the Round Rock ISD Defendants respectfully request that this Court extend the dispositive motion filing deadline to at least September 16, 2025, and Mr. Story respectfully requests an extension until September 30, 2025—to which the Round Rock ISD Defendants are unopposed.

Respectfully submitted,

/s/ *Kathryn E. Long*
KATHRYN E. LONG
State Bar No. 24041679
klong@thompsonhorton.com

K. ADAM ROTHEY
State Bar No. 24051274
arothey@thompsonhorton.com

IBRAHIM YASEEN
State Bar No. 24137674
iyaseen@thompsonhorton.com

**THOMPSON & HORTON LLP**
500 North Akard Street, Suite 3150
Dallas, Texas 75201
(972) 853-5115 – Telephone
(713) 583-8884 – Facsimile

**ATTORNEYS FOR DEFENDANTS**

/s/ *Stephen Casey*
CASEY LAW OFFICE, P.C.
Stephen Casey
Texas Bar No. 24065015
stephen@caseylawoffice.us
P.O. Box 2451
Round Rock, TX 78680
P: 512-257-1324
F: 512-853-4098

**ATTORNEY FOR PLAINTIFF**

4

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that she conferred with Plaintiff Jeremy Story's counsel, Stephen Casey, via email on August 25, 2025, and again on August 26, 2025, regarding the relief requested in this Joint Motion. The undersigned counsel provided a copy of this Joint Motion and proposed Order on August 27, 2025 before filing. Mr. Casey indicates that Mr. Story joins in the Motion and in the request for the relief being sought.

                                                      */s/  Kathryn E. Long*
                                                      KATHRYN E. LONG

**CERTIFICATE OF SERVICE**

The undersigned certifies that on August 27, 2025, a true and correct copy of this document has been served upon all parties via the Court's electronic filing system:

| | |
|---|---|
| Warren V. Norred | Stephen D. Casey |
| Solomon G. Norred | CASEY LAW OFFICE, P.C. |
| NORRED LAW, PLLC | P.O. Box 2451 |
| 515 E. Border St. | Round Rock, Texas 78680 |
| Arlington, TX 76010 | stephen@caseylawoffice.us |
| wnorred@norredlaw.com | |

                                                      */s/ Kathryn E. Long*
                                                     KATHRYN E. LONG