IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS – AUSTIN DIVISION

| | |
|---|---|
| JEREMY STORY,<br><br>*Plaintiff,*<br><br>v.<br><br>SUPERINTENDENT HAFEDH AZAIEZ, TRUSTEES AMBER FELLER, TIFFANIE HARRISON, AMY WEIR, JUN XIAO, CORY VESSA; OFFICERS JEFFREY YARBROUGH, JAMES WILLIBY, DEBORAH GRIFFITH, MILTON POPE, FRANK PONTILLO, RON COLE, CHIEF DENNIS WEINER, and CARLA AMACHER, individually, and ROUND ROCK INDEP. SCHOOL DISTRICT,<br><br>*Defendants.* | CIVIL ACTION NO.<br>1:22-cv-00448-DAE |

---

**NOTICE OF APPEARANCE**

---

COMES NOW David Rogers and files this his Notice of Appearance of Counsel for attorney for the duration of the pretrial and trial proceedings in this case. Stephen Casey remains lead counsel. Attorneys' contact information is listed below, in the signature block.

Respectfully submitted,

*/s/ David Rogers*
**David Rogers**
State Bar No. 24014089
LAW OFFICE OF DAVID ROGERS
821 Grand Avenue Parkway, Suite #401-B
Pflugerville, Texas 78660
Telephone:    512-923-1836
Email:        Firm@DARogersLaw.com

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that Plaintiff Jeremy Story's counsel, Stephen Casey, conferred via email with Kathryn E. Long, defense counsel, on July 28, 2025, regarding the appearance of Mr. Rogers as counsel assisting Mr. Casey in this cause. Ms. Long did not indicate any opposition to Mr. Rogers joining the case as Mr. Story's second counsel.

/s/ David Rogers
David Rogers

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 4, 2025, a true and correct copy of this document has been served upon all parties via the Court's electronic filing system:

KATHRYN E. LONG
State Bar No. 24041679
klong@thompsonhorton.com

K. ADAM ROTHEY
State Bar No. 24051274
arothey@thompsonhorton.com

IBRAHIM YASEEN
State Bar No. 24137674
iyaseen@thompsonhorton.com

**THOMPSON & HORTON LLP**
500 North Akard Street, Suite 3150
Dallas, Texas 75201
(972) 853-5115 – Telephone
(713) 583-8884 – Facsimile

**ATTORNEYS FOR DEFENDANTS**

Stephen D. Casey
CASEY LAW OFFICE, P.C.
P.O. Box 2451
Round Rock, Texas 78680
stephen@caseylawoffice.us

Warren V. Norred
Solomon G. Norred
NORRED LAW, PLLC
515 E. Border St.
Arlington, TX 76010
wnorred@norredlaw.com

**ATTORNEYS FOR PLAINTIFFS**

/s/ David Rogers
David Rogers