IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS − AUSTIN DIVISION

| | |
|---|---|
| JEREMY STORY,<br><br>    *Plaintiffs*,<br><br>v.<br><br>SUPERINTENDENT HAFEDH AZAIEZ, TRUSTEES AMBER FELLER, TIFFANIE HARRISON, AMY WEIR, JUN XIAO, CORY VESSA; OFFICERS JEFFREY YARBROUGH, JAMES WILLIBY, DEBORAH GRIFFITH, MILTON POPE, FRANK PONTILLO, RON COLE, CHIEF DENNIS WEINER, and CARLA AMACHER, individually, and ROUND ROCK INDEP. SCHOOL DISTRICT,<br><br>    *Defendants*. | CIVIL ACTION NO.<br>1:22-cv-00448-DAE |

## JOINT MOTION TO EXTEND DISCOVERY AND DISPOSITIVE MOTION DEADLINES

Plaintiff Jeremy Story and the Round Rock ISD Defendants (together, the "Parties") jointly move the Court to extend the discovery and dispositive motion deadlines.

The current discovery deadline lapsed on June 15, 2025.[1] The Parties seek an extension of the discovery deadline until October 31, 2025, for the limited purpose of Mr. Story conducting certain agreed depositions. The Parties also seek to extend the dispositive motions deadline from September 30, 2025, until December 5, 2025 to allow time after depositions are completed.

This lawsuit began on May 11, 2022, with two plaintiffs bringing numerous claims against thirteen defendants based on events spanning two years. *See* Dkts. 1, 20, 44, 49. Since then, the litigation has narrowed considerably, both in terms of the number of parties and claims. *See* Dkts. 43,

---

[1] On May 2, 2025, the Court entered a text order granting Mr. Story's Unopposed Motion to Extend Discovery Deadline, Dkt. 106, and extending the discovery deadline until June 15, 2025.

1

92. Now, the Parties have reached an agreement under Rule 29 of the Federal Rules of Civil Procedure that, with the Court's granting of this Motion, will further streamline the litigation.

In exchange for the Round Rock ISD Defendants permitting a short, limited reopening of discovery solely to complete certain agreed depositions, Mr. Story will dismiss with prejudice all claims other than those arising from the August 16, 2021 Board meeting and his subsequent arrest. This will result both in a narrowing of the claims at issue and the number of defendants that remain in this case. More specifically, subject to the Court granting this Motion, Mr. Story will dismiss all claims related to the September 14, 2021 Board meeting and the September 2022 Round Rock High School homecoming game with prejudice, resulting in the dismissal of Carla Amacher, Ron Cole, Amber Feller Landrum, Tiffanie Harrison, Cory Vessa, Dennis Weiner, Jun Xiao, and Round Rock ISD as defendants in this case.

The remaining claims would be against the following Defendants:

    a.    Story's claims for First Amendment retaliatory arrest against Dr. Azaiez, J. Yarbrough, L. Griffith, and M. Pope;

    b.    Story's claims that BED Local was inequitably applied to him (viewpoint discrimination) at the August 16, 2021, Board meeting against Defendants A. Weir, M. Pope, and F. Pontillo; and

    c.    Story's Fourth Amendment seizure claims regarding his removal at the August 16, 2021, Board meeting against M. Pope and F. Pontillo.

Further, RRISD agrees that Dr. Azaiez can also serve as a 30(b)(6) deponent. Within 7 days of the Court's Order granting the extensions, RRISD will provide dates in October for these depositions to take place. With respect to any 30(b)(6) representative deposition, Story will submit the proposed topics to RRISD's counsel within 7 days of this agreement. RRISD does not waive its rights to assert proper objections to the designated topic areas. To the extent that Dr. Azaeiz can speak to the topics identified, he may serve as the representative. But RRISD reserves the right to designate another official to testify on designated topics if they are the representative with more knowledge.

The fact that Dr. Azaiez will be deposed as an individual and representative does not mean that Story's deposition of him is considered two depositions for purposes of length under the Federal Rules. In other words, Story does not have 14 hours total to depose Dr. Azaiez.

Concomitantly, the Defendants *in toto* agree to not urge, press, or pursue any further criminal charges against Story arising from the events before September 24, 2025, and release him from any claims, demands, causes of action, or liabilities of any kind, known or unknown, arising out of or relating to statements made before September 24, 2025.

To accommodate these depositions and the narrowed scope of the case, the Parties propose an extended dispositive motion deadline of December 5, 2025. Upon entry of an order granting this Motion, Mr. Story will promptly file papers effectuating the dismissals with prejudice to which the Parties have agreed. While the requested scheduling modifications modestly extend the case timeline, the Parties' agreement materially reduces the scope of the litigation—reducing it to claims arising out of two discrete incidents occurring just weeks apart.

Good cause exists to grant this Motion. Rule 16(b)(4) provides the Court with broad discretion to extend or modify existing scheduling order deadlines for good cause. *See* FED. R. CIV. P. 16(b)(4). Since their last request for an extension, the Parties have worked diligently towards resolution, culminating in a Rule 29 stipulation that both narrows the case and ensures it proceeds on the merits. *See* FED. R. CIV. P. 29. Specifically, Mr. Story will dismiss with prejudice the vast majority of his claims, leaving only those arising from the August 16, 2021 Board meeting and his subsequent arrest. In return, the Round Rock ISD Defendants have agreed to permit limited, out-of-time depositions. *See id.* This agreement materially streamlines the case, conserves judicial resources, and avoids unnecessary motion practice.

No prejudice will result from granting this Motion. Under these circumstances, an extension of the discovery deadline is both reasonable and necessary to ensure that Mr. Story has sufficient time

to obtain deposition testimony in support of his significantly narrowed case-in-chief. This will facilitate a more efficient and focused resolution of the lawsuit. Likewise, extending the dispositive motion deadline will allow the remaining Defendants to meaningfully participate in the limited discovery process and address any newly-developed facts through dispositive motions and supporting declarations. As a result, no party will suffer prejudice from these extensions. Mr. Story will be able to conduct the agreed-upon depositions to fully present his streamlined claims, while the Round Rock ISD Defendants will not be disadvantaged by his efforts to pursue targeted discovery. Indeed, the Court stands to benefit from a more complete factual record and a narrowed dispute, which will reduce unnecessary motion practice and promote judicial efficiency.

Accordingly, the Parties jointly request, with good cause, that the Court extend the discovery deadline to October 31, 2025, for the limited purpose of agreed depositions, and extend the dispositive motion deadline to December 5, 2025.

## CONCLUSION

For the foregoing reasons, Plaintiff Jeremy Story and the Round Rock ISD Defendants respectfully request that this Court extend the discovery deadline to October 31, 2025, for the limited purpose of agreed depositions, and extend the dispositive motion filing deadline to December 5, 2025.

Respectfully submitted,

| | |
|---|---|
| */s/ Kathryn E. Long*<br>KATHRYN E. LONG<br>State Bar No. 24041679<br>klong@thompsonhorton.com<br><br>K. ADAM ROTHEY<br>State Bar No. 24051274<br>arothey@thompsonhorton.com<br><br>IBRAHIM YASEEN<br>State Bar No. 24137674<br>iyaseen@thompsonhorton.com<br><br>**THOMPSON & HORTON LLP**<br>500 North Akard Street, Suite 3150<br>Dallas, Texas 75201<br>(972) 853-5115 – Telephone<br>(713) 583-8884 – Facsimile<br><br>**ATTORNEYS FOR DEFENDANTS** | */s/ Stephen Casey*<br>CASEY LAW OFFICE, P.C.<br>Stephen Casey<br>Texas Bar No. 24065015<br>stephen@caseylawoffice.us<br>P.O. Box 2451<br>Round Rock, TX 78680<br>P: 512-257-1324<br>F: 512-853-4098<br><br>**ATTORNEY FOR PLAINTIFF** |

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that she conferred with Plaintiff Jeremy Story's counsel, Stephen Casey, on several occasions in September, including again on September 23 and 25, 2025, regarding the relief requested in this Joint Motion. The undersigned counsel provided a copy of this Joint Motion and proposed Order on September 23, 2025 and obtained and accepted his changes before filing. Mr. Casey indicates that Mr. Story joins in the Motion and in the request for the relief being sought.

/s/ *Kathryn E. Long*
KATHRYN E. LONG

**CERTIFICATE OF SERVICE**

The undersigned certifies that on September 26, 2025, a true and correct copy of this document has been served upon all parties via the Court's electronic filing system:

| | |
|---|---|
| Warren V. Norred | Stephen D. Casey |
| Solomon G. Norred | CASEY LAW OFFICE, P.C. |
| NORRED LAW, PLLC | P.O. Box 2451 |
| 515 E. Border St. | Round Rock, Texas 78680 |
| Arlington, TX 76010 | stephen@caseylawoffice.us |
| wnorred@norredlaw.com | |

/s/ *Kathryn E. Long*
KATHRYN E. LONG