UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS – AUSTIN DIVISION

| | | |
|---|---|---|
| JEREMY STORY,<br><br>　　*Plaintiffs*,<br><br>v.<br><br>SUPERINTENDENT HAFEDH AZAIEZ, TRUSTEES AMBER FELLER, TIFFANIE HARRISON, AMY WEIR, JUN XIAO, CORY VESSA; OFFICERS JEFFREY YARBROUGH, JAMES WILLIBY, DEBORAH GRIFFITH, MILTON POPE, FRANK PONTILLO, RON COLE, CHIEF DENNIS WEINER, and CARLA AMACHER, individually, and ROUND ROCK INDEP. SCHOOL DISTRICT,<br><br>　　*Defendants*. | §§§§§§§§§§§§§§§§§ | CIVIL ACTION NO.<br>1:22-cv-00448-DAE |

## ORDER GRANTING JOINT MOTION TO EXTEND
## DISCOVERY AND DISPOSITIVE MOTION DEADLINES

Before the Court is the Parties' Joint Motion to Extend Discovery and Dispositive Motion Deadlines (the "Motion"). The Court, after considering the Motion, finds and concludes that the Motion should be **GRANTED**. The Court orders that the deadline for the Parties to conduct agreed, out-of-time depositions is hereby extended to October 31, 2025, and that the Parties' deadline to submit dispositive motions is hereby extended to December 5, 2025.

　　IT IS SO ORDERED.


　　SIGNED this ____ day of _____, 2025.


　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　DAVID A. EZRA
　　　　　　　　　　　　　　　　SENIOR U.S. DISTRICT JUDGE