IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS – AUSTIN DIVISION

| | | |
|---|---|---|
| JEREMY STORY,<br><br>*Plaintiff,*<br><br>v.<br><br>SUPERINTENDENT HAFEDH AZAIEZ, TRUSTEES AMBER FELLER, TIFFANIE HARRISON, AMY WEIR, JUN XIAO, CORY VESSA; OFFICERS JEFFREY YARBROUGH, JAMES WILLIBY, DEBORAH GRIFFITH, MILTON POPE, FRANK PONTILLO, RON COLE, CHIEF DENNIS WEINER, and CARLA AMACHER, individually, and ROUND ROCK INDEP. SCHOOL DISTRICT,<br><br>*Defendants.* | § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO.<br>1:22-cv-00448-DAE |

**JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER**

Defendants Dr. Hafedh Azaiez, Amy Weir, Jeffrey Yarbrough, Lauren Griffith, Milton Pope, and Frank Pontillo ("the Round Rock ISD Defendants") and Plaintiff Jeremy Story (collectively, the "Parties") jointly move the Court for entry of an Order protecting the confidentiality of documents, testimony, or electronically-stored information containing or reflecting confidential, sensitive, and/or statutorily-protected employment, personal or healthcare information that will be the subject of discovery in this action. The purpose of the Motion is not to prevent discovery, but to facilitate it.

Rule 26(c) of the Federal Rules of Civil Procedure allows a party from whom discovery is sought to move for a protective order. FED. R. CIV. P. 26(c); *see also Harris v. Amoco Prod. Co.*, 768 F.2d 669, 683–84 (5th Cir. 1985). The Parties jointly ask the Court to enter a Protective Order to facilitate the production of confidential information without fear that such information could be improperly disseminated outside the scope of the present litigation. In particular, Story has and may continue to seek: i) information regarding Round Rock ISD personnel that may be confidential, highly sensitive,

and/or contain statutorily-protected employment information; ii) information regarding the District's investigations and reports that are confidential, highly sensitive, and/or contain statutorily-protected information; and (iii) information that is subject to non-disclosure or confidentiality protections under binding agreements. Further, the Round Rock ISD Defendants have sought and continue to seek i) medical records and other healthcare information regarding Story that may be confidential, highly sensitive, and/or contain statutorily-protected healthcare information; and ii) information about Story's family or personal history that may be confidential or highly sensitive. The Parties may also seek other statutorily-protected and/or confidential information during discovery.

The proposed Protective Order addresses the requirements for production of confidential material and provides a process and means to preserve the confidential information contained in the products of discovery. Moreover, the entry of the Protective Order imposes little burden on the Parties and is only designed to facilitate discovery. Accordingly, the Parties jointly ask the Court to enter the Protective Order to facilitate the production of confidential information in this matter.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Jeremy Story and the Round Rock ISD Defendants respectfully pray that this Court grant this Joint Motion for Entry of Protective Order and enter and sign the Protective Order submitted with this Motion as Exhibit "A."

Respectfully submitted,

*/s/ Kathryn E. Long*
KATHRYN E. LONG
klong@thompsonhorton.com
State Bar No. 24041679

K. ADAM ROTHEY
arothey@thompsonhorton.com
State Bar No. 24051274

IBRAHIM YASEEN
State Bar No. 24137674
iyaseen@thompsonhorton.com

**THOMPSON & HORTON LLP**
Ross Tower
500 North Akard Street, Suite 3150
Dallas, Texas 75201
(972) 853-5115 – Telephone
(972) 692-8334 – Facsimile

*Attorneys for Defendants*

And

*/s/ Stephen Casey*
STEPHEN CASEY
stephen@caseylawoffice.us
State Bar No. 24065015

**CASEY LAW OFFICE, P.C.**
P.O. Box 2451
Round Rock, Texas 78680
(512) 257-1324 Telephone
(512) 853-4098 Facsimile

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of this document has been served upon all parties via the Court's electronic filing system on this 5th day of November, 2025.

/s/ *Kathryn E. Long*
KATHRYN E LONG