IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS – AUSTIN DIVISION

| | | |
|---|---|---|
| JEREMY STORY, <br><br>*Plaintiff*, <br><br>v. <br><br>SUPERINTENDENT HAFEDH AZAIEZ, TRUSTEES AMBER FELLER, TIFFANIE HARRISON, AMY WEIR, JUN XIAO, CORY VESSA; OFFICERS JEFFREY YARBROUGH, JAMES WILLIBY, DEBORAH GRIFFITH, MILTON POPE, FRANK PONTILLO, RON COLE, CHIEF DENNIS WEINER, and CARLA AMACHER, individually, and ROUND ROCK INDEP. SCHOOL DISTRICT, <br><br>*Defendants*. | § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. <br> 1:22-cv-00448-DAE |

## NOTICE OF NONSUIT OF PARTICULAR CLAIMS

Plaintiff Jeremy Story hereby notices the Court of his nonsuit, with prejudice, of all particular parties and claims in this case except for the following claims, related to issues arising from the August 16, 2025, board meeting:

1. The 8/16 meeting and subsequent arrest (which applies to Defendants Amy Weir, Hafedh Azaiez, Jeffrey Yarbrough, Lauren Griffith, Milton Pope, and Frank Pontillo);

2. Claims related to the 8/16 meeting and arrest, for the following claims:

    a. Free speech (viewpoint discrimination) under the 1st and 14th Amendment;

    b. Retaliatory arrest under the 1st and 14th Amendment; and

    c. 4th Amendment search and seizure violation associated with the August 16th board meeting.

Plaintiff Jeremy Story, therefore, non-suits with prejudice all remaining claims against Amber Feller, Tiffanie Harrison, Jun Xiao, Cory Vessa, Ron Cole, Dennis Weiner, Carla Amacher, and Round Rock ISD.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Jeremy Story prays that this Court dismiss with prejudice all remaining claims Amber Feller, Tiffanie Harrison, Jun Xiao, Cory Vessa, Ron Cole, Dennis Weiner, Carla Amacher, and Round Rock ISD, and all other claims except for those three listed, *supra*.

Respectfully submitted,

*/s/ Stephen Casey*
STEPHEN CASEY
stephen@caseylawoffice.us
State Bar No. 24065015

**CASEY LAW OFFICE, P.C.**
P.O. Box 2451
Round Rock, Texas 78680
(512) 257-1324 Telephone
(512) 853-4098 Facsimile


*/s/ David Rogers*
DAVID ROGERS
State Bar No. 24014089
firm@DARogersLaw.com

LAW OFFICE OF DAVID ROGERS
821 Grand Avenue Parkway, Suite #401-B
Pflugerville, Texas 78660
Telephone:     512-923-1836

*Attorneys for Plaintiff* JEREMY STORY

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of this document has been served upon all parties via the Court's electronic filing system on this 5th day of November, 2025.

*/s/ Stephen Casey*
STEPHEN CASEY

KATHRYN E. LONG
State Bar No. 24041679
klong@thompsonhorton.com

K. ADAM ROTHEY
State Bar No. 24051274
arothey@thompsonhorton.com

IBRAHIM YASEEN
State Bar No. 24137674
iyaseen@thompsonhorton.com

**THOMPSON & HORTON LLP**
Ross Tower
500 North Akard Street, Suite 3150
Dallas, Texas 75201
(972) 853-5115 – Telephone
(972) 692-8334 – Facsimile

*Attorneys for Defendants*