**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS – AUSTIN DIVISION**

| | | |
|---|---|---|
| JEREMY STORY, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | |
| SUPERINTENDENT HAFEDH AZAIEZ, | § | |
| TRUSTEES AMBER FELLER, TIFFANIE | § | |
| HARRISON, AMY WEIR, JUN XIAO, | § | |
| CORY VESSA; OFFICERS JEFFREY | § | CIVIL ACTION NO. |
| YARBROUGH, JAMES WILLIBY, | § | 1:22-cv-00448-DAE |
| DEBORAH GRIFFITH, MILTON POPE, | § | |
| FRANK PONTILLO, RON COLE, CHIEF | § | |
| DENNIS WEINER, and CARLA | § | |
| AMACHER, individually, and ROUND | § | |
| ROCK INDEP. SCHOOL DISTRICT, | § | |
| | § | |
| *Defendants.* | § | |
| | § | |

## ORDER DISMISSING PARTICULAR CLAIMS

BE IT REMEMBERED, that on November 5, 2025, Plaintiff Jeremy Story submitted notice to thisCourt of his nonsuit, with prejudice, of all particular parties and claims in this case except for the following claims, related to issues arising from the August 16, 2025, board meeting:

1.  The 8/16 meeting and subsequent arrest (which applies to Defendants Amy Weir, Hafedh Azaiez, Jeffrey Yarbrough, Lauren Griffith, Milton Pope, and Frank Pontillo);

2.  Claims related to the 8/16 meeting and arrest, for the following claims:

    a.  Free speech (viewpoint discrimination) under the 1st and 14th Amendment;

    b.  Retaliatory arrest under the 1st and 14th Amendment; and

    c.  4th Amendment search and seizure violation associated with the August 16th board meeting.

The Court hereby ORDERS dismissal, with prejudice, of all remaining claims against Amber Feller, Tiffanie Harrison, Jun Xiao, Cory Vessa, Ron Cole, Dennis Weiner, Carla Amacher, and Round Rock ISD except those listed above.

IT IS SO ORDERED, this _____ day of November, 2025.


_____
Hon. David A. Ezra
DISTRICT JUDGE