IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS – AUSTIN DIVISION

| | | |
|---|---|---|
| JEREMY STORY,<br><br>*Plaintiffs*,<br><br>v.<br><br>SUPERINTENDENT HAFEDH AZAIEZ, TRUSTEES AMBER FELLER, TIFFANIE HARRISON, AMY WEIR, JUN XIAO, CORY VESSA; OFFICERS JEFFREY YARBROUGH, JAMES WILLIBY, DEBORAH GRIFFITH, MILTON POPE, FRANK PONTILLO, RON COLE, CHIEF DENNIS WEINER, and CARLA AMACHER, individually, and ROUND ROCK INDEP. SCHOOL DISTRICT,<br><br>*Defendants.* | § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO.<br>1:22-cv-00448-DAE |

## JOINT MOTION FOR ONE WEEK EXTENSION OF DISPOSITIVE MOTION DEADLINE

Plaintiff Jeremy Story and the Round Rock ISD Defendants (together, the "Parties") jointly move the Court for a one week extension of the dispositive motion deadline from December 5, 2025 until December 12, 2025.

The current dispositive motion deadline is December 5, 2025. The parties worked cooperatively to complete all depositions sought by Mr. Story by November 6, 2025.

The parties request the extension for several reasons including a need for additional time to obtain finalized evidence for submission. Despite completing depositions by November 6, 2025, there have been delays in obtaining the transcripts of the depositions. There are two deposition transcripts—transcripts for the deposition of Defendant Sergeant Milton Pope and Defendant former Chief of Police Jeffrey Yarbrough—that were received right before or during the Thanksgiving break. These depositions still require review and signature by the deponents. A third deposition transcript—the transcript of the deposition of Dr. Azaiez, individually and as a Rule 30(b)(6) representative of

1

Round Rock ISD—was just received yesterday for review and signature by Dr. Azaiez. The parties need additional time to review, sign, and obtain the final signed transcripts for submission as evidence.

Further, travel and holiday schedules for the parties and witnesses have impeded the ability to finalize all evidence for submission to the Court by the deadline. In fact, one key declarant remains inaccessible through December 8, 2025—something unknown to Round Rock ISD's counsel until December 1, 2025. In addition, other unexpected family medical, client, and emergent court-related matters have required counsels' immediate attention and have limited the ability to prepare and finalize dispositive motions for filing.

Good cause exists to grant this Motion. Rule 16(b)(4) provides the Court with broad discretion to extend or modify existing scheduling order deadlines for good cause. *See* FED. R. CIV. P. 16(b)(4). Since their last request for an extension, the Parties worked diligently to conduct all four requested depositions on an expedited basis and based on the narrowed claims that remain in the case.

No prejudice will result from granting this Motion. In fact, both parties jointly request this one week extension. Under these circumstances, an extension of the dispositive deadline is both reasonable and necessary to ensure that the parties have complete and final deposition transcripts and declarations to support any dispositive motions filed by the parties and have sufficient time to complete all required briefing.

Accordingly, the Parties jointly request, with good cause, that the Court extend the dispositive motion deadline by one week to December 12, 2025.

## CONCLUSION

For the foregoing reasons, Plaintiff Jeremy Story and the Round Rock ISD Defendants respectfully request that this Court extend the dispositive motion filing deadline from December 5, 2025 to December 12, 2025.

Respectfully submitted,

| | |
|---|---|
| */s/ Kathryn E. Long*<br>KATHRYN E. LONG<br>State Bar No. 24041679<br>klong@thompsonhorton.com<br><br>K. ADAM ROTHEY<br>State Bar No. 24051274<br>arothey@thompsonhorton.com<br><br>IBRAHIM YASEEN<br>State Bar No. 24137674<br>iyaseen@thompsonhorton.com<br><br>**THOMPSON & HORTON LLP**<br>500 North Akard Street, Suite 3150<br>Dallas, Texas 75201<br>(972) 853-5115 – Telephone<br>(713) 583-8884 – Facsimile<br><br>**ATTORNEYS FOR DEFENDANTS** | */s/ Stephen Casey*<br>CASEY LAW OFFICE, P.C.<br>Stephen Casey<br>Texas Bar No. 24065015<br>stephen@caseylawoffice.us<br>P.O. Box 2451<br>Round Rock, TX 78680<br>P: 512-257-1324<br>F: 512-853-4098<br><br>**ATTORNEY FOR PLAINTIFF** |

## **CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that she conferred with Plaintiff Jeremy Story's counsel, Stephen Casey, on December 1, 2025, regarding the relief requested in this Joint Motion. The undersigned counsel provided a copy of this Joint Motion and proposed Order on December 2, 2025 before filing. Mr. Casey indicates that Mr. Story joins in the Motion and in the request for the relief being sought.

*/s/ Kathryn E. Long*
KATHRYN E. LONG


## **CERTIFICATE OF SERVICE**

The undersigned certifies that on December 2, 2025, a true and correct copy of this document has been served upon all parties via the Court's electronic filing system:

| | |
|---|---|
| Warren V. Norred | Stephen D. Casey |
| Solomon G. Norred | CASEY LAW OFFICE, P.C. |
| NORRED LAW, PLLC | P.O. Box 2451 |
| 515 E. Border St. | Round Rock, Texas 78680 |
| Arlington, TX 76010 | stephen@caseylawoffice.us |
| wnorred@norredlaw.com | |

*/s/ Kathryn E. Long*
KATHRYN E. LONG