UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS – AUSTIN DIVISION

| | |
|---|---|
| JEREMY STORY,<br><br>    *Plaintiff*,<br><br>v.<br><br>SUPERINTENDENT HAFEDH AZAIEZ, TRUSTEES AMBER FELLER, TIFFANIE HARRISON, AMY WEIR, JUN XIAO, CORY VESSA; OFFICERS JEFFREY YARBROUGH, JAMES WILLIBY, DEBORAH GRIFFITH, MILTON POPE, FRANK PONTILLO, RON COLE, CHIEF DENNIS WEINER, and CARLA AMACHER, individually, and ROUND ROCK INDEP. SCHOOL DISTRICT,<br><br>    *Defendants*. | CIVIL ACTION NO.<br>1:22-cv-00448-DAE |

## ORDER GRANTING JOINT MOTION FOR ONE WEEK EXTENSION OF DISPOSITIVE MOTION DEADLINE

Before the Court is the Parties' Joint Motion for One Week Extension of the Dispositive Motion Deadline (the "Motion"). The Court, after considering the Motion, finds and concludes that the Motion should be **GRANTED**. The Court orders that the Parties' deadline to submit dispositive motions is hereby extended to December 12, 2025.

IT IS SO ORDERED.

SIGNED this ___ day of _____, 2025.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE