IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS – AUSTIN DIVISION

| | | |
|---|---|---|
| JEREMY STORY, | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | |
| | § | |
| SUPERINTENDENT HAFEDH AZAIEZ, | § | CIVIL ACTION NO. |
| TRUSTEES AMBER FELLER, TIFFANIE | § | 1:22-cv-00448-DAE |
| HARRISON, AMY WEIR, JUN XIAO, CORY | § | |
| VESSA; OFFICERS JEFFREY YARBROUGH, | § | |
| JAMES WILLIBY, DEBORAH GRIFFITH, | § | |
| MILTON POPE, FRANK PONTILLO, RON | § | |
| COLE, CHIEF DENNIS WEINER, and CARLA | § | |
| AMACHER, individually, and ROUND ROCK | § | |
| INDEP. SCHOOL DISTRICT, | § | |
| | § | |
| *Defendants*. | § | |

## JOINT MOTION FOR EXTENSION OF
## DISPOSITIVE MOTION DEADLINE

Plaintiff Jeremy Story and the Round Rock ISD Defendants (together, the "Parties") jointly move the Court for a one business day extension of the dispositive motion deadline from Friday, December 12, 2025, until Monday, December 15, 2025.

The current dispositive motion deadline is December 12, 2025.

The parties request this additional one business day extension because counsel for the Parties continue to manage ongoing family medical obligations, declarant availability, as well as numerous court and client-related deadlines (including preparation for a hearing scheduled on the current dispositive motion deadline), that materially compress the available time necessary to complete dispositive briefing. Further, the requested one-business day extension will allow for more seamless submission of videorecording evidence, that cannot be uploaded to Pacer, and facilitate the six (6) Round Rock ISD Defendants' efforts to consolidate their individual dispositive motions into merely

two compliant briefs. This will minimize the overall briefing on the dispositive issues and necessitate fewer responses and replies

Good cause exists to grant this Motion. Rule 16(b)(4) provides the Court with broad discretion to extend or modify existing scheduling order deadlines for good cause. *See* FED. R. CIV. P. 16(b)(4). Since their last request for an extension, the Parties worked diligently to review the recently received deposition transcripts and finalize the briefing and evidentiary materials in support of their dispositive motions.

No prejudice will result from granting this Motion because, both parties jointly request this one business day extension. Under these circumstances, a one business day extension of the dispositive deadline is both reasonable and necessary to ensure that the parties have sufficient time to complete all required briefing.

Accordingly, the Parties jointly request, with good cause, that the Court extend the dispositive motion deadline to December 15, 2025.

## CONCLUSION

For the foregoing reasons, Plaintiff Jeremy Story and the Round Rock ISD Defendants respectfully request that this Court extend the dispositive motion filing deadline from December 12, 2025, to December 15, 2025 .

Respectfully submitted,


/s/ Kathryn E. Long
KATHRYN E. LONG
State Bar No. 24041679
klong@thompsonhorton.com

K. ADAM ROTHEY
State Bar No. 24051274
arothey@thompsonhorton.com

IBRAHIM YASEEN
State Bar No. 24137674
iyaseen@thompsonhorton.com

**THOMPSON & HORTON LLP**
500 North Akard Street, Suite 3150
Dallas, Texas 75201
(972) 853-5115 – Telephone
(713) 583-8884 – Facsimile

**ATTORNEYS FOR DEFENDANTS**

/s/ Stephen Casey
CASEY LAW OFFICE, P.C.
Stephen Casey
Texas Bar No. 24065015
stephen@caseylawoffice.us
P.O. Box 2451
Round Rock, TX 78680
P: 512-257-1324
F: 512-853-4098

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that she conferred with Plaintiff Jeremy Story's counsel, Stephen Casey, on December 9, 2025, regarding the relief requested in this Joint Motion. The undersigned counsel provided a copy of this Joint Motion and proposed Order on December 10, 2025 before filing. Mr. Casey joins in the Motion and in the request for the relief being sought.

/s/  Kathryn E. Long
KATHRYN E. LONG

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 10, 2025, a true and correct copy of this document has been served upon all parties via the Court's electronic filing system:

Warren V. Norred                Stephen D. Casey
Solomon G. Norred               CASEY LAW OFFICE, P.C.
NORRED LAW, PLLC                P.O. Box 2451
515 E. Border St.               Round Rock, Texas 78680
Arlington, TX 76010             stephen@caseylawoffice.us
wnorred@norredlaw.com

/s/ Kathryn E. Long
KATHRYN E. LONG