IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS – AUSTIN DIVISION

| | |
|---|---|
| JEREMY STORY,<br><br>    *Plaintiffs*,<br><br>v.<br><br>SUPERINTENDENT HAFEDH AZAIEZ, TRUSTEES AMBER FELLER, TIFFANIE HARRISON, AMY WEIR, JUN XIAO, CORY VESSA; OFFICERS JEFFREY YARBROUGH, JAMES WILLIBY, DEBORAH GRIFFITH, MILTON POPE, FRANK PONTILLO, RON COLE, CHIEF DENNIS WEINER, and CARLA AMACHER, individually, and ROUND ROCK INDEP. SCHOOL DISTRICT,<br><br>    *Defendants*. | § § § § § § § § § § § § § § § § § § §<br><br>CIVIL ACTION NO.<br>1:22-cv-00448-DAE |

**THE ROUND ROCK ISD DEFENDANTS'
APPENDIX IN SUPPORT OF THEIR
MOTIONS FOR SUMMARY JUDGMENT**

| EXHIBIT | DOCUMENT | PAGE |
|---|---|---|
| **A.** | Declaration of Milton Pope | App. 001–016 |
| A-1 | Texas Commission On Law Enforcement Personal Status Report for Milton N. Pope. | App. 017–030 |
| A-2 | Round Rock ISD Employee Service Record for Milton Pope | App. 031–032 |
| A-3 | Incident/Investigation Report prepared by Milton Pope, dated August 16, 2021 | App. 033–034 |
| A-4 | Reporting Officer Narrative prepared by Milton Pope, dated August 16, 2021 | App. 035–036 |
| A-5 | Round Rock ISD Police Department Use of Force Form prepared by Milton Pope, dated August 16, 2021 | App. 037–038 |
| **B.** | Declaration of Lauren Griffith | App. 039–054 |
| B-1 | Texas Commission On Law Enforcement Personal Status | App. 055–065 |

1

| **EXHIBIT** | **DOCUMENT** | **PAGE** |
|:---:|:---:|:---:|
| | Report for L Griffith | |
| B-2 | Round Rock ISD Employee Service Record for Lauren Griffith | App. 066–068 |
| B-3 | Temporary Assignment of Lauren Griffith to Interim Chief Administrator for the Round Rock ISD Police Department, effective July 2022 | App. 069 |
| B-4 | Temporary Assignment of Lauren Griffith to Interim Chief of Police for the Round Rock ISD Police Department, effective May 14, 2024 | App. 070 |
| B-5 | Temporary Assignment of Lauren Griffth Interim Assistant Chief of Police for the Round Rock ISD Police Department, effective September 16, 2024 | App. 071 |
| B-6 | Signed Copy of Job Description for Round Rock ISD Police Officer, dated September 21, 2020 | App. 072–074 |
| B-7 | Signed Copy of Job Description of Round Rock ISD Police Detective, dated August 17, 2021 | App. 075–077 |
| B-8 | Professional Development Portfolio for Lauren Griffith | App. 078–079 |
| B-9 | Spreadsheet of Round Rock ISD-Specific Training Completed by Lauren Griffith | App. 080–083 |
| B-10 | Incident/Investigation Report prepared by Milton Pope, dated August 16, 2021 | App. 084–085 |
| B-11 | Reporting Officer Narrative prepared by Milton Pope, dated August 16, 2021 | App. 086–087 |
| B-12 | Case Supplemental Report prepared by Frank Pontillo, dated August 17, 2021 | App. 088 |
| B-13 | Round Rock ISD Police Department Use of Force Form prepared by Milton Pope, dated August 16, 2021 | App. 089–090 |
| B-14 | Round Rock ISD Police Department Use of Force Form prepared by Frank Pontillo, dated August 16, 2021 | App. 091–092 |
| B-15 | Body Camera Video recorded by Frank Pontillo, dated August 16, 2021, and bates-labeled as RRISD 06501 | App. 093 |

2

| **EXHIBIT** | **DOCUMENT** | **PAGE** |
|---|---|---|
| B-16 | Body Camera Video recorded by Frank Pontillo, dated August 16, 2021, and bates-labeled as RRISD 06502 | App. 094 |
| B-17 | Affidavit for Warrant of Arrest and Detention of Jeremy Wade Story | App. 095–097 |
| B-18 | Lauren Griffith's Notes from September 17, 2021 Meeting with the Williamson County Attorney's Office | App. 098 |
| B-19 | Warrant of Arrest of Jeremy Wade Story | App. 099 |
| B-20 | Case Supplemental Report prepared by Lauren Griffith, dated October 12, 2021 | App. 100 |
| B-21 | Speaker List for August 16, 2021 Round Rock ISD Board of Trustees Meeting | App. 101–106 |
| **C.** | Declaration of Frank Pontillo | App. 107–117 |
| C-1 | Texas Commission On Law Enforcement Personal Status Report for Frank Pontillo | App. 118–131 |
| C-2 | Round Rock ISD Employee Service Record for Frank Pontillo | App. 132–133 |
| C-3 | Case Supplemental Report prepared by Frank Pontillo, dated August 17, 2021 | App. 134 |
| C-4 | Round Rock ISD Police Department Use of Force Form prepared by Frank Pontillo, dated August 16, 2021 | App. 135-136 |
| **D.** | Declaration of Jeffrey Yarbrough | App. 137–153 |
| D-1 | Round Rock ISD Employee Service Record for Jeffrey Yarbrough | App. 154-155 |
| D-2 | Round Rock ISD Police Department Police Officer Bio Sketch for Jeffrey Yarbrough | App. 156-157 |
| D-3 | Signed Copy of Job Description for Round Rock ISD Chief of Police, dated August 24, 2020 | App. 158-160 |
| D-4 | Cell Phone Camera Footage from Jeremy Story, previously produced as JS100289 | App. 161 |
| D-5 | Jeffrey Yarbrough's Notes from Meeting with the Williamson | App. 162-163 |

| **EXHIBIT** | **DOCUMENT** | **PAGE** |
|---|---|---|
| | County Attorney's Office | |
| **E.** | Declaration of Hafedh Azaiez | App. 164-174 |
| E-1 | Dr. Hafedh Azaiez Submission as Candidate for Superintendent | App. 175186 |
| **F.** | Declaration of Amy Weir | App. 187-207 |
| F-1 | Round Rock ISD Board Policy BED (Local) | App. 208-209 |
| F-2 | Round Rock ISD Board Legally-Referenced Policy BED (Legal) | App. 210-211 |
| F-3 | Notice and Agenda of July 23, 2021 Round Rock ISD Called Board Meeting—Canceled | App. 212-217 |
| F-4 | Notice and Agenda of August 23, 2021 Round Rock ISD Called Board Meeting | App. 218-220 |
| F-5 | July 23, 2021 Email from J. Story to Round Rock ISD Trustees | App. 221 |
| F-6 | July 30, 2021 Email from J. Story to Round Rock ISD Trustees | App. 222 |
| F-7 | August 2, 2021 Email from J. Story to Round Rock ISD Trustees | App. 223-224 |
| F-8 | August 12, 2021 Email from J. Story to Round Rock ISD Trustees | App. 225 |
| F-9 | Notice and Agenda of August 16, 2021 Round Rock ISD Called Board Meeting | App. 226-228 |
| F-10 | Minutes of August 16, 2021 Round Rock ISD Called Board Meeting | App. 229-235 |
| F-11 | Austin Public Health COVID-19 Update | App. 236-258 |
| F-12 | Williamson County-ISD Call Presentation | App. 259-265 |
| F-13 | Round Rock ISD Board Resolution for Employee COVID-19 Positive Extended Leave During COVID-19 Pandemic | App. 266-267 |
| F-14 | Fall 2021 COVID-19 Protocols | App. 268-278 |
| F-15 | Video Recording of the August 16, 2021 Round Rock ISD Called Board Meeting | App. 279 |
| F-16 | Notice and Agenda of August 19, 2021 Round Rock ISD Regular Board Meeting | App. 280-290 |
| F-17 | Minutes of August 19, 2021 Round Rock ISD Regular Board Meeting | App. 291-297 |

4

| **EXHIBIT** | **DOCUMENT** | **PAGE** |
|---|---|---|
| F-18 | Video Recording of the August 19, 2021 Round Rock ISD Regular Board Meeting | App. 298 |
| **G.** | Excerpts of Deposition of Jeremy Story | App. 299-336 |
| G-1 | Exhibit 10 to J. Story Deposition: Text Messages Between J. Story and former Trustee Dr. M. Bone | App. 337-376 |
| G-2 | Exhibit 11 to J. Story Deposition: Recording of Interaction Between J. Story, M. Pope, and F. Pontillo at August 16th Meeting, produced as JS100285 | App. 377 |
| G-3 | Exhibit 11 to J. Story Deposition: Recording of Interaction Between J. Story, M. Pope, and F. Pontillo at August 16th Meeting, produced as JS100290 | App. 378 |

Respectfully submitted,

*/s/ Kathryn E. Long*
KATHRYN E. LONG
klong@thompsonhorton.com
State Bar No. 24041679

K. ADAM ROTHEY
arothey@thompsonhorton.com
State Bar No. 24051274

IBRAHIM N. YASEEN
iyaseen@thompsonhorton.com
State Bar No. 24137674

**THOMPSON & HORTON LLP**
500 North Akard Street, Suite 3150
Dallas, Texas 75201
(972) 853-5115 – Telephone
(713) 583-8884 – Facsimile

**ATTORNEYS FOR THE
ROUND ROCK ISD DEFENDANTS**

## **CERTIFICATE OF SERVICE**

  The undersigned certifies that on December 12, 2025, a true and correct copy of this document has been served upon all parties via the Court's electronic filing system:

| | |
|---|---|
| Warren V. Norred | Stephen D. Casey |
| Solomon G. Norred | CASEY LAW OFFICE, P.C. |
| NORRED LAW, PLLC | P.O. Box 2451 |
| 515 E. Border St. | Round Rock, Texas 78680 |
| Arlington, TX 76010 | stephen@caseylawoffice.us |
| wnorred@norredlaw.com | |

                */s/ Kathryn E. Long*
                KATHRYN E. LONG