IN THE UNITED STATES DISTRICT COURT
WESTERN DIVISION OF TEXAS – AUSTIN DIVISION

| | | |
|---|---|---|
| JEREMY STORY,<br><br>    Plaintiff,<br><br>v.<br><br>SUPERINTENDENT HAFEDH AZAIEZ, TRUSTEES AMBER FELLER, TIFFANIE HARRISON, AMY WEIR, JUN XIAO, CORY VESSA, OFFICERS JEFFREY YARBOROUGH, JAMES WILLIBY, DEBORAH GRIFFITH, MILTON POPE, FRANK PONTILLO, RON COLE, CHIEF DENNIS WEINER, and CARLA AMACHER, individually, AND ROUND ROCK INDEP. SCHOOL DISTRICT,<br><br>    Defendants. | § § § § § § § § § § § § § § § § § § | CIVIL ACTION<br>NO. 1:22-CV-00448-DAE |

## DECLARATION OF MILTON POPE

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF WILLIAMSON | § |

1.    My name is Milton Pope. I am over the age of 18, have never been convicted of any felony or any misdemeanor involving moral turpitude, and am fully competent to testify to all facts contained herein. I am fully competent to make this Declaration, and by virtue of my position as a Sergeant in Round Rock Independent School District's ("Round Rock ISD" or the "District") Police Department, I have personal knowledge of all facts stated herein.

2.    I served in the Army and National Guard for a total of seven years and was honorably discharged in August 1994. I served in air defense artillery and held the rank of First Lieutenant at the conclusion of my service. I obtained a Bachelor's Degree in Criminal Justice from Alabama State University in 1991 and a Master of Arts in Criminal Justice from American Military University in November 2014.

**EXHIBIT A**

App. 001

3.      I am a Texas licensed Master Peace Officer. I received my Texas Peace Officer License in May 2013. I obtained a Basic Peace Officer Certificate in May 2014, an Intermediate Peace Officer Certificate in October 2015, and an Advanced Peace Officer Certificate and Master Peace Officer Certificate in October 2020. In 2023, I obtained a Certificate for, among other things, a Mental Health Officer, School Based Law Enforcement Officer, and Basic Instructor Proficiency. I received an Active Shooter Training Instructor Certificate in March 2025. I have had school-based law enforcement training including School Resource and Security Officer training in September 2016, School Based Law Enforcement Training in May 2017 and March 2021, and Advanced School Resource Officer training in July 2021. Attached hereto as **Exhibit 1** is a true and correct copy of my Texas Commission on Law Enforcement ("TCOLE") Personal Status Report as of May 28, 2025. The information contained in **Exhibit 1** is true and correct as of May 28, 2025.

4.      I have served in law enforcement in Texas for more than twelve years. From May through mid-September 2013, I worked as a patrol officer for the Austin Community College Police Department. (I previously served in security for Austin Community College from 1986 through 1991 and as a commissioned armed security officer from March 2011 to May 2013.) I began working for the Round Rock ISD Police Department as a Police Officer on September 14, 2020. I served as a Round Rock ISD Police Officer from September 14, 2020 through August 22, 2021. I passed my Sergeant's exam that I took in late July or early August 2021. As a result, on August 23, 2021, I was promoted to Police Sergeant in the Round Rock ISD Police Department. Currently, I serve as the District's McNeil Learning Community Sergeant. This means that I serve Round Rock ISD's McNeil High School and the middle and elementary schools that feed into McNeil. Attached hereto as **Exhibit 2** is a true and correct copy of my Employee Service Record with Round Rock ISD. The information contained in **Exhibit 2** is true and correct.

5.      In Summer 2021 and Fall 2021, I reported directly to Round Rock ISD's Assistant Chief of Police James ("Jim") Williby. The District's Chief of Police was Jeffrey Yarbrough.

6.      I served as a District Police Officer at the August 16, 2021 meeting of Round Rock ISD's Board of Trustees (the "Board"). At the time of Round Rock ISD's August 16, 2021 Board Meeting (the "August 16th Meeting"), I had been serving as a Round Rock ISD Police Officer for less than a year. During the majority of that time, due to the COVID-19 pandemic, most Board meetings were conducted virtually. Board meetings were conducted virtually from approximately the beginning of my tenure with the District through late Spring or early Summer 2021. As a result, I had not served as law enforcement for many Round Rock ISD Board meetings prior to August 16, 2021. I do not work at all Round Rock ISD Board meetings or even a majority of them. While I cannot state an exact number, I believe I have performed safety and security services for approximately 10-15% of Board meetings since the meetings resumed to be conducted in person on Round Rock ISD premises.

7.      The August 16th Meeting was the first time I met or had any interaction with Jeremy Story. I believe I knew who Mr. Story was but did not know anything more about his beliefs or his involvement in District matters. I was unaware of any communications Mr. Story sent to District Trustees or personnel, or other persons, regarding the newly-hired Superintendent, Dr. Hafedh Azaiez. I do not recall hearing anything about Mr. Story's opinions regarding Dr. Azaiez prior to the August 16th Meeting and do not believe I had any knowledge that Mr. Story had been speaking in opposition to Dr. Azaiez.

8.      Prior to the August 16th Meeting, I did not speak to any Trustee, including Board President Amy Weir, regarding Mr. Story. Dr. Azaiez did not speak to me prior to the August 16th Meeting regarding Mr. Story. I do not believe I had any conversations with Chief Yarbrough or Assistant Chief Williby regarding Mr. Story prior to the August 16th Meeting. The only specific

conversation I recall having about the August 16th Meeting before it began was with Assistant Chief Williby. We generally discussed the need to remain vigilant about safety and security at the Board meeting. This conversation with Assistant Chief Williby had nothing to do with Mr. Story or any particular individual. This conversation with Assistant Chief Williby also had nothing to do with any individual's speech or even the public comment portion of Board meetings.

9.      I attended the August 16th Meeting to monitor and ensure safety and security for the Board, District personnel, and all members of the public attending the meeting. I understood that the August 16th Meeting was not the regular, monthly meeting of the Board, but a specially-called Board meeting. From my prior experience at Austin Community College and my experience at Round Rock ISD, I understood that this meant that speakers signed up for public comment could speak only about the specific matters on the posted agenda for the meeting. I also understood that Board President Weir served as the presiding officer for the August 16th Meeting.

10.     I do not recall reviewing the Agenda for the August 16th Meeting prior to the meeting. At most, I briefly glanced at it. I generally understood that the meeting was specially scheduled to discuss COVID-19 health and safety protocols and, particularly, whether the District would adopt a mask mandate in response to the late Summer 2021 rise of COVID-19 cases and new Delta variant.

11.     I also understood at the time of the August 16th Meeting that under Round Rock ISD Board policy, there were circumstances where the Board President, as presiding officer, could request the assistance of law enforcement to address disruptions of the Board meeting. It was my understanding that if an individual engaged in disruptive behavior at the meeting, the presiding officer warned the individual, and the individual continued to disrupt the meeting, the Board President could request that law enforcement personnel remove the disruptive individual from the meeting. This was consistent with my experience in law enforcement at Austin Community College.

12.    My role at the August 16th Meeting was to provide safety and security. At the August 16th Meeting, the chairs for attendees in the meeting room were set up at least six feet from each other. It was my understanding that individuals had to be seated in a chair to enter or remain in the Board meeting room. In addition, if it was that individual's turn to speak during the public comment section, they were allowed to enter the room to provide public comment. I observed that the lobby in the building was set up with additional chairs, that were socially-distanced, which served as the overflow room for the meeting. The meeting was live-streamed to the overflow room.

13.    I do not know who made the decisions regarding social distancing in the Board meeting room for the August 16th Meeting. I assumed it was a directive or decision of the Board. Based on my knowledge of the rising COVID-19 cases and the safety precautions that were being taken statewide and nationwide, I believed the chair spacing was a health and safety precaution to limit the spread of COVID-19. I did not believe there was any other reason for the spacing between chairs or the limited seating in the Board meeting room. I did not observe or hear anything that gave me any reason to believe the seating capacity or social distancing in the meeting room was for any reason other than COVID-19-related health and safety.

14.    While I was wearing a body camera at the August 16th Meeting, the camera had a technical failure and was not operational. I learned after the August 16th Meeting that my body camera was not working.

15.    Prior to the beginning of the August 16th Meeting, I observed Mr. Story standing in the Board meeting room. He did not have a chair. I do not recall all the details of my conversation with Mr. Story, but some of it was captured by Officer Frank Pontillo's body camera.

16.    Generally, I approached Mr. Story and informed him of the social distancing protocols for the meeting. I explained to Mr. Story that he could not remain standing, without a chair, in the Board meeting room. I informed him that there was an overflow room outside of the

meeting room where he would be able to watch the August 16th Meeting until it was his turn to speak during public comment, at which point he would be permitted to enter the room.

17.     I recall Mr. Story arguing with me and that he stated something to the effect that the social distancing protocols were in violation of the Texas Open Meetings Act. I had no reason to believe the protocols were unlawful; I believed they were a COVID-19 health and safety measure that an entity could apply to public meetings. I recall that Mr. Story indicated that he believed that he had a right to stand anywhere he wanted during the Board meeting. Around this time, Officer Pontillo approached Mr. Story and me. I recall Officer Pontillo generally explaining to Mr. Story the social distancing protocols for the meeting that I had just informed Mr. Story of.

18.     As the August 16th Meeting began, Mr. Story continued to state that the social distancing requirement was illegal, and that he had a right to be inside the meeting room. Despite not having a seat, Mr. Story continued to remain in the meeting room and argue with Officer Pontillo and me about the social distancing requirements. After the August 16th Meeting began, we had to continue our discussions with Mr. Story at the back of the room while the Board was beginning to conduct business. At one point at the beginning of the meeting, Mr. Story yelled out from the back of the room about the seating capacity limit in the meeting room in response to a comment or question of one of the Trustees posed to the other Trustees.

19.     In an attempt to deescalate the situation and ensure that the meeting could proceed without disruption, Officer Pontillo and I decided to allow Mr. Story to stand at the back of the room even though he did not have a seat. In doing so, Officer Pontillo and I treated Mr. Story more favorably than other members of the public who did not have a seat and were not permitted to enter or remain in the Board meeting room until they were called to speak during public comment.

20.     Ultimately, Mr. Story was offered and found a seat where he could sit and attend the Board meeting.

21.     I recall that there were a substantial number of citizens signed up for public comment at the August 16th Meeting. I remember there were more than 100. Based on this, I knew that it was going to be a long meeting. My focus during the meeting was not listening to the members of the public giving public comment, but to focus on monitoring the room to ensure safety and security throughout the meeting. Because the public speakers and what they had to say was not my primary focus, I did not listen intently to what the individuals said. Generally, however, I recall that most speakers spoke in favor of or against a mask mandate at Round Rock ISD.

22.     During the meeting, after Mr. Story found a seat, I observed Mr. Story have two outburst where he yelled from his seat when it was not his turn for public comment. I did not specifically recall those outbursts but have now reviewed the video of the August 16th Meeting and have been able to identify the outbursts I observed and documented.

23.     When a citizen, Jennifer White, was speaking, she began addressing that Dr. Azaiez was under a protective order. Board President Weir instructed Ms. White that this was not an item on the agenda. When Ms. White continued speaking about the protective order despite Board President Weir's directives, the Board President asked that Ms. White be removed from the meeting. In response, Ms. White left voluntarily. Therefore, I did not remove her from the meeting room. During this time, Mr. Story yelled from the crowd on two occasions and stated that the issue was "germane" and "on the agenda." I believed Mr. Story yelling from the audience when it was not his turn for public comment was an outburst and disruptive to the meeting. At this point I warned Mr. Story that he was not permitted to speak until he was called to the podium to make his public comment.

24.     When it was Mr. Story's turn to speak during public comment, Board President Weir warned Mr. Story that he could speak only on items on the agenda. I interpreted that to mean that he had to speak about the mask mandate. During this communication, I observed Mr. Story

interrupt and speak over Board President Weir at multiple points. Based on my experience as an officer at Austin Community College and my experience with Round Rock ISD, Mr. Story's behavior in interrupting, arguing with, and speaking over the presiding officer of the meeting was unusual. I cannot recall another time when I observed a member of the public engage in this manner with the presiding officer as they were about to provide public comment.

25.    Initially, Mr. Story spoke on issues related to COVID-safety and the mask mandate. He mentioned something about the Governor and the Texas Supreme Court. I was not aware of what he was referencing or if it related to COVID-19 health and safety or a mask mandate. At some point, Mr. Story transitioned to an unrelated topic that was not on the agenda. He began talking about the Superintendent and a protective order. I did not believe this was an item on the agenda or related to COVID-19 protocols or a mask mandate.

26.    When Mr. Story began speaking off topic, Board President Weir instructed Mr. Story that he was speaking off topic. Mr. Story, however, did not stop speaking or change the subject of his speech to COVID-19 protocols or the mask mandate. I observed that Board President Weir and others warned Mr. Story he was off topic. Mr. Story's microphone was cut off, so he started speaking louder so everyone could hear him even without a microphone. I believed this was disruptive to the meeting. Board President Weir used her gavel to try and bring order back to the meeting, but Mr. Story continued speaking on the off-topic discussion. Board President Weir instructed that Mr. Story be removed from the room.

27.    Because I knew the Board President, as presiding officer, could seek law enforcement assistance if she determined an individual was disrupting a Board meeting, I followed her directive and approached Mr. Story to ask him to leave the room. I believed that Board President Weir was asking for Mr. Story's removal because he was not following the rules of the Board meeting to speak only about matters on the agenda and, despite her directives, did not

discontinue speaking on the off-topic matters and became disruptive to the meeting. In my mind, it was Mr. Story's conduct in disregarding the presiding officer's directive and disrupting the meeting by continuing to speak, and even yell so that he could be heard after his microphone was cut off, that was the reason Board President Weir was asking that Mr. Story be removed. In my mind, as I attested in my deposition, this was basic and so simple. If the posted agenda lists topics "a," "b," and "c," and a public commenter starts talking about "q," is given a warning, and continues to talk about "q," they are disrupting a public meeting. I did not see any correlation between Mr. Story's comments regarding any protective order for Dr. Azaiez and the agenda items concerning COVID-19 safety or a mask mandate.

28.    I had no reason to believe, and did not believe, that the Board President's directive to remove Mr. Story was unlawful. I had no reason to believe, and did not believe, that the Board President's directive to remove Mr. Story was because of the substance of his speech or because she disagreed with the content of what he was saying or his viewpoint. Rather, I believed it was because Mr. Story violated the rules of the meeting and when directed to stop, he continued to violate the rules and escalate his behavior and was disruptive to the meeting. At the August 16th Meeting, I did not observe Board President Weir allow other speakers to discuss matters unrelated to COVID-19 health and safety or the mask mandate without advising they were off topic. I did not observe any speaker other than Mr. Story and Ms. White continue speaking after being told they were off topic. And unlike Mr. Story, when Board President Weir asked that Ms. White be removed, Ms. White left voluntarily.

29.    It was not my role as a Police Officer to determine if a public commenter was speaking about a matter not on the posted agenda. That was the job of the Board President. If the Board President makes that determination, asks a speaker to stop speaking on the off-topic matter, and the speaker does not follow the request, it can be disruptive. If the Board President makes the

determination that the conduct is disruptive and requests law enforcement removal, I believe removal is proper.

30.    I also believed there was cause to remove Mr. Story from the meeting for disruption of a public meeting under the Texas Penal Code and the Texas Education Code. Mr. Story engaged in repeated actions and verbal outbursts that interfered and disrupted the August 16th Meeting. I believed that the repeated interactions Officer Pontillo and I had to have with Mr. Story, including leaving the Board meeting room to escort him out of the building, also impacted the safety and security of the Board meeting because the officers assigned to monitor and provide that security had to address Mr. Story's misconduct.

31.    No one other than Board President Weir gave a directive to remove Mr. Story from the meeting room at the August 16th Meeting. I understand that in this lawsuit, Mr. Story alleges that Dr. Azaiez may have directed his removal by some physical action. I did not observe any action from Dr. Azaiez that I believed or perceived to be any type of directive to remove Mr. Story from the meeting room. Nothing Dr. Azaiez said or did played any role in the actions I took to remove Mr. Story from the Board meeting room. He said nothing and gave no direct or physical indication of what to do. I did not receive any verbal or nonverbal directives from Dr. Azaiez.

32.    To my knowledge, Chief Yarbrough was not physically in the meeting room at the time Board President Weir gave the directive to remove Mr. Story from the meeting room. Chief Yarbrough did not give me any directive or physical gesture regarding Board President Weir's request that law enforcement remove Mr. Story from the meeting room at the August 16th Meeting. To my knowledge, Detective Sergeant Lauren Griffith was not physically in the meeting room at the August 16th Meeting. Detective Sergeant Griffith had no role in Mr. Story's removal at the August 16th Meeting.

33.     Based on Board President Weir's directive, I approached Mr. Story and asked him to leave the meeting room several times. I treated Mr. Story professionally and with respect. I gently stated to Mr. Story something to the effect of, "Let's go, let's go." Mr. Story refused. At some point Officer Pontillo also approached Mr. Story to ask him to leave the meeting room. When Mr. Story would not leave as directed, I braced Mr. Story's arms and physically escorted him out of the meeting. Mr. Story continued to resist my efforts to escort him from the meeting room. While I was trying to escort him from the meeting room, Mr. Story yelled several times, which further disrupted the meeting. Officer Pontillo assisted me with the removal.

34.     While Mr. Story resisted removal from the Board meeting room, I used the minimal amount of physical contact necessary to escort him out of the August 16th Meeting. I did not use any armbar or pressure points. I believed that the minimal physical contact I used was necessary because of Mr. Story's actions to resist moving which involved stiffening up, refusing to move his legs, or moving backwards while we were trying to escort him from the room. Mr. Story's physical actions to hold his ground and try to stay in the meeting room after the presiding officer directed his removal required some physical contact to escort him from the room.

35.     Once in the hallway outside the meeting room, Officer Pontillo collected Mr. Story's possessions, gave them to Mr. Story, and we escorted him out of the building. In the hallway and in the overflow seating area where members of the public were watching the livestream of the Board meeting, Mr. Story continued to yell and move his arms to emphasize what he was yelling to anyone who was present. I believed this was a continued disruption of the Board meeting as it disrupted those who were trying to watch the meeting in the overflow room.

36.     Officer Pontillo captured Mr. Story's removal from the August 16, 2021 Board meeting on his body camera footage.

37.    Mr. Story's speech and his viewpoint about Superintendent Dr. Azaiez did not in any way influence my actions in removing Mr. Story from the meeting room or building on August 16, 2021. I removed Mr. Story based on the Board President's directive and because Mr. Story was disrupting the meeting by discussing a topic that was not on the agenda in violation of the meeting policies, was asked to stop, and continued speaking and raising his voice. I would have removed anyone upon Board President Weir's request who did not follow the rules of the meeting, was asked to stop, and continued and disrupted the meeting regardless of the content or viewpoint of the speech.

38.    I had never before been asked to remove an individual from a public meeting, and never had to remove someone. Round Rock ISD Police Department was established during the COVID-19 pandemic and there were virtual meetings through Spring or early Summer 2021. As a result, I had not seen any time prior to August 16, 2021 when a member of the public had to be removed from the Board meeting room. But I also had never seen anyone behave or engage in disruptive conduct like Mr. Story did at the August 16th Meeting. While I had not observed a removal at Round Rock ISD, I had observed individuals who had to be removed from public meetings when I was employed at Austin Community College. Based on this experience, the request to remove Mr. Story based on the conduct I observed was not unusual. Such disruptions to result in removal from Board meetings.

39.    Shortly after the August 16th Meeting concluded, I prepared the paperwork necessary to document Mr. Story's removal by law enforcement from the meeting. Attached hereto as **Exhibit 3** is a true and correct copy of the Incident/Investigation Report I prepared on August 16, 2021 regarding the events at the August 16th Meeting. The report accurately depicts what I observed and perceived at the August 16th Meeting. Attached hereto as **Exhibit 4** is a true and correct copy of the Reporting Officer Narrative I prepared on August 16, 2021 regarding the events at the August 16th

**App. 012**

Meeting. The Reporting Officer Narrative provides the narrative of events relating to the Incident/Investigation Report. My Reporting Officer Narrative accurately depicts what I observed and perceived at the August 16th Meeting. Attached hereto as **Exhibit 5** is a true and correct copy of the Round Rock ISD Police Department Use of Force document I prepared regarding the removal of Mr. Story from the August 16th Meeting. Because there was physical contact when Officer Pontillo and I removed Mr. Story from the meeting, although it was minimal, I was directed to fill out and submit a Use of Force form. The information included in **Exhibits 3, 4, and 5** truthfully and accurately depicts what I observed and perceived at the August 16th Meeting. No one influenced me or even attempted to influence me regarding the information I provided in this paperwork.

40.    Upon completion of this paperwork, I uploaded these documents to the District Police Department's files. I was not a Round Rock ISD Detective and was not assigned to investigate Mr. Story's actions at the August 16th Meeting. Sometime after the August 16th Meeting, Detective Sergeant Lauren Griffith contacted me because she was investigating Mr. Story's actions at the August 16th Meeting. Detective Griffith and I spoke for about 10 or 15 minutes where I confirmed that the information in the Incident/Investigation Report and the Reporting Officer Narrative, attached as **Exhibits 3 & 4** were accurate.

41.    Other than this brief conversation with Detective Griffith during her investigation, I was not involved in any way in any discussions about or decision to create or file an Affidavit for Warrant of Arrest and Detention ("Warrant Affidavit") regarding Mr. Story's actions at the August 16th Meeting. I was also not involved in any way regarding any decision to seek Mr. Story's arrest or to file any criminal charges against him. In fact, before my deposition, I had not seen the written Warrant Affidavit.

42.     Even though I was not involved in any decisionmaking regarding the Warrant Affidavit or the arrest, I do not disagree with the actions taken. I believe based on my observations that Mr. Story disrupted the August 16th Meeting in violation of the Texas Penal Code.

43.     I have now reviewed the Warrant Affidavit which I can see mirrors much of the information I provided in my Reporting Narrative. The Warrant Affidavit provides a general and accurate depiction of what I observed at the August 16th Meeting as discussed in this Declaration. I do not see any false statements in the Warrant Affidavit.

44.     None of my actions towards Mr. Story on August 16, 2021 were motivated in any way by the viewpoint he expressed, his opposition to Dr. Azaiez, or any speech in which Mr. Story engaged. As I mentioned previously, I was not aware of any speech of Mr. Story prior to August 16, 2021. And his speech or viewpoint expressed during public comment were not the reasons I removed him from the Board meeting room or filled out the paperwork regarding the August 16th Meeting. It was solely based on Mr. Story's conduct of violating the Board President's directive, which I believed was lawful, and his continued speaking and yelling in the Board meeting room and hallway that motivated my actions. As of August 16, 2021, Dr. Azaiez had been the District's Superintendent for a short period of time, and I had no relationship with him.

45.     I have no reason to believe that Officer Pontillo's actions to assist me in removing Mr. Story from the meeting were, in any way, motivated by Mr. Story's speech prior to the August 16th Meeting or the viewpoint Mr. Story expressed at that meeting. Officer Pontillo never mentioned Mr. Story's prior speech or the viewpoint or opinions he was expressing.

46.     I have no reason to believe that Detective Griffith's preparation and submission of the Warrant Affidavit was motivated by Mr. Story's speech prior to the August 16th Meeting or the viewpoint he expressed at that meeting. I have no reason to believe that Chief Yarbrough was

motivated, in any way, by Mr. Story's speech prior to the August 16th Meeting or the viewpoint he expressed at that meeting.

47.    To my knowledge, neither Dr. Azaiez, Board President Weir, or any other Trustee had any involvement in the preparation of the Warrant Affidavit or the decision to submit it for Mr. Story's arrest.

48.    I was unaware that Mr. Story filed a complaint with the Round Rock ISD Police Department or a grievance with the District regarding the August 16th Meeting or his removal from the meeting. I did not learn that he filed a complaint or grievance until after this lawsuit was filed.

49.    The Exhibits referenced in and attached to this Declaration are exact duplicates or screen recordings of the original records, except for any affixed Bates or Exhibit labels. The Exhibits referenced in and attached to this Declaration are memoranda, reports, records, or data compilations of acts, events, conditions, opinions, or diagnoses made at or near the time of each act, event, condition, opinion, or diagnosis and set forth by someone with knowledge, acting in the regular course of business. The Exhibits referenced in and attached to this Declaration are prepared and maintained in the course of Round Rock ISD Police Department's regularly conducted business activity and maintained by the Round Rock ISD Police Department in the course of this regularly conducted business activity, including my regularly conducted business activity as a Sergeant. It is the regular practice of Round Rock ISD Police Department to make or maintain these types of records at or near the time each act, event, condition, or opinion set forth in the record occurred. The Exhibits attached to this Declaration were made or maintained by, or from information transmitted by, persons with knowledge of the matters set forth. It is the regularly conducted business activity of the Round Rock ISD Police Department to make or maintain these records.

50.    Under 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this __9__ day of __December_____, 2025.

_____
MILTON POPE

**App. 016**

# Texas Commission On Law Enforcement
## Personal Status Report

**Name**
MILTON N. POPE JR.

**TCOLE ID (P ID)**  ███████

**STATUS**

---

| **Citizen** | **Race** | | **Gender** |
|---|---|---|---|
| Yes | Black or African American | | Male |

---

## Career/Professional Training

| Institution | Hours | Education | From | To |
|---|---|---|---|---|
| | 0 | High School | | |
| Alabama State University | 149 | Bachelor | | |
| American Military University | 36 | Master | | |
| Austin Community College | 23 | College Credits | | |
| Total Higher Education Hours | 208 | | | |

## Military  Service Time Training Credit

| Branch | | | From | To |
|---|---|---|---|---|
| Military Service Time Training Credit | 3326 | | | |
| Total Higher Education Points | 4160 | | | |
| Total MilitaryTraining Hours | 3326 | | | |
| Total | 7486 | | | |

---

## Service History

| Appointed As | Department | Award | Service Start Date | Service End Date | Service Time |
|---|---|---|---|---|---|
| Peace Officer (Full Time) | ROUND ROCK ISD POLICE DEPARTMENT | Peace Officer License | 9/10/2020 | | 4 years,  9 months |
| Peace Officer (Full Time) | AUSTIN COMM COL DIST POLICE | Peace Officer License | 5/28/2013 | 9/13/2020 | 7 years,  4 months |

---

## Total Service Time

| Description | Service Time |
|---|---|
| Peace Officer | 12 years,  0 months |
| Total officer time | 12 years,  0 months |

**RRISD 03870**

# Texas Commission On Law Enforcement
## Personal Status Report

## Award Information

| Award | Type | Action | Action Date |
|---|---|---|---|
| Peace Officer License | License | | |
| | | Granted | 5/28/2013 |
| Basic Peace Officer | Certificate | | |
| | | Certification Issued | 5/13/2014 |
| Intermediate Peace Officer | Certificate | | |
| | | Certification Issued | 10/17/2015 |
| Academic Recognition Award | Certificate | | |
| | | Certification Issued | 12/14/2015 |
| Advanced Peace Officer | Certificate | | |
| | | Certification Issued | 10/5/2020 |
| Master Peace Officer | Certificate | | |
| | | Certification Issued | 10/5/2020 |
| Basic Instructor Proficiency | Certificate | | |
| | | Certification Issued | 5/25/2023 |
| Firearms Instructor Proficiency | Certificate | | |
| | | Certification Issued | 5/25/2023 |
| Mental Health Officer | Certificate | | |
| | | Certification Issued | 6/5/2023 |
| School Based Law Enforcement Officer | Certificate | | |
| | | Certification Issued | 6/5/2023 |
| Active Shooter Training Instructor Certificate | Certificate | | |
| | | Certification Issued | 3/21/2025 |

## Academy History

| | Date | Institution | Course Title |
|---|---|---|---|
| Completed | 5/3/2012 | Austin Community College | Transfer Curriculum &  Tex. P. O. Sequence |

## Courses Completed

**09/01/2023 - 08/31/2025**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 355 | Annual Firearms Qualification 1701.355 | 5/23/2025 | 0 | ROUND ROCK ISD POLICE DEPARTMENT  (Training Rosters) | |
| 3323 | Patrol Rifle Instructor | 5/2/2025 | 24 | Austin Community College District Police | |
| 3344 | Less Lethal Electronic Control Device Training | 4/16/2025 | 16 | Georgetown Police Department | |
| 3939 | Cultural Diversity | 4/13/2025 | 8 | OSS Academy | Cultural Diversity (Intermediate) |

**RRISD 03871**

# Texas Commission On Law Enforcement
## Personal Status Report

### Courses Completed

**09/01/2023 - 08/31/2025**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 77245 | OSS - Leadership in Law Enforcement | 4/13/2025 | 1 | OSS Academy | |
| 77111 | OSS - Law Enforcement Liability | 1/21/2025 | 1 | OSS Academy | |
| 77192 | OSS - Use of Force and Deadly Force | 1/21/2025 | 1 | OSS Academy | |
| 77202 | OSS - Electronic Control Device ? Basics | 1/21/2025 | 1 | OSS Academy | |
| 6025 | Training Coordinator Annual Conference | 10/29/2024 | 2 | Texas Commission on Law Enforcement | |
| 6025 | Training Coordinator Annual Conference | 10/29/2024 | 2 | Texas Commission on Law Enforcement | |
| 6025 | Training Coordinator Annual Conference | 10/29/2024 | 2 | Texas Commission on Law Enforcement | |
| 6025 | Training Coordinator Annual Conference | 10/29/2024 | 1 | Texas Commission on Law Enforcement | |
| 6025 | Training Coordinator Annual Conference | 10/28/2024 | 3 | Texas Commission on Law Enforcement | |
| 8801 | Commission Meeting | 10/28/2024 | 4 | Texas Commission on Law Enforcement | |
| 3380 | ALERRT AAIR Train the Trainer | 10/11/2024 | 40 | ALERRT  Center | |
| 3366 | ALERRT Active Attack Incident Mgmt (online) | 10/10/2024 | 4 | ALERRT  Center | |
| 2529 | Red Dot Optics Firearms Training | 9/11/2024 | 16 | Texas Tactical Police Officers Association | |
| 3312 | ALERRT Update | 8/12/2024 | 8 | Austin Community College District Police | |
| 355 | Annual Firearms Qualification 1701.355 | 7/31/2024 | 0 | ROUND ROCK ISD POLICE DEPARTMENT  (Training Rosters) | |
| 77239 | OSS - Hostage & Barricaded Suspects | 7/5/2024 | 1 | OSS Academy | |
| 77259 | OSS - Negotiator Tactics | 7/5/2024 | 6 | OSS Academy | |
| 77200 | OSS - Bomb Threat Response | 7/4/2024 | 1 | OSS Academy | |
| 77211 | OSS - Shotgun on Patrol Tactics | 7/4/2024 | 1 | OSS Academy | |
| 3040 | Traffic Control Operations | 7/3/2024 | 2 | OSS Academy | |
| 3312 | ALERRT Update | 6/27/2024 | 5 | Austin Police Academy | |
| 4033 | Drone Training | 3/8/2024 | 11 | Austin Community College District Police | |
| 2053 | Baton (All) | 2/22/2024 | 24 | Austin Community College District Police | |

**RRISD 03872**

**App. 019**

# Texas Commission On Law Enforcement
## Personal Status Report

## Courses Completed

**09/01/2023 - 08/31/2025**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3364 | ALERRT CRASE online | 1/29/2024 | 4 | ALERRT  Center | |
| 2024 | Narcotics/Dangerous Drug Inv. | 1/2/2024 | 4 | OSS Academy | |
| 77262 | OSS - Self-Aid & Buddy (SABA) Basic | 1/2/2024 | 2 | OSS Academy | |
| 77090 | OSS - How Adults Learn, Instructor Update | 12/26/2023 | 2 | OSS Academy | |
| 77093 | OSS Incident Command Sys Intro-NOT ICS100a | 12/26/2023 | 2 | OSS Academy | |
| 77199 | OSS - Aerosol Subject Restraint | 12/26/2023 | 1 | OSS Academy | |
| 77206 | OSS - Rifle on Patrol Tactics | 12/25/2023 | 1 | OSS Academy | |
| 4202 | Finding Wellness-Building a Healthier Life | 12/22/2023 | 4 | MyTCOLE 3 online | |
| 3311 | ALERRT Level 1 | 12/20/2023 | 16 | ROUND ROCK ISD POLICE DEPARTMENT  (Training Rosters) | ALERRT Level 1 |
| 470 | Informed Response - Sexual Assault/Violence | 12/18/2023 | 8 | MyTCOLE 3 online | |
| 355 | Annual Firearms Qualification 1701.355 | 12/8/2023 | 0 | Austin Community College District Police | |
| 4018 | Armorer/Gunsmith | 11/7/2023 | 8 | Public Safety Training Center at ACC | |
| 6025 | Training Coordinator Annual Conference | 10/26/2023 | 2 | Texas Commission on Law Enforcement | |
| 6025 | Training Coordinator Annual Conference | 10/26/2023 | 2 | Texas Commission on Law Enforcement | |
| 6025 | Training Coordinator Annual Conference | 10/25/2023 | 1 | Texas Commission on Law Enforcement | |
| 6025 | Training Coordinator Annual Conference | 10/25/2023 | 2 | Texas Commission on Law Enforcement | |
| 6025 | Training Coordinator Annual Conference | 10/25/2023 | 2 | Texas Commission on Law Enforcement | |
| 6025 | Training Coordinator Annual Conference | 10/25/2023 | 2 | Texas Commission on Law Enforcement | |
| 6025 | Training Coordinator Annual Conference | 10/24/2023 | 1 | Texas Commission on Law Enforcement | |
| 6025 | Training Coordinator Annual Conference | 10/24/2023 | 2 | Texas Commission on Law Enforcement | |
| 6025 | Training Coordinator Annual Conference | 10/24/2023 | 1 | Texas Commission on Law Enforcement | |
| 6025 | Training Coordinator Annual Conference | 10/24/2023 | 1 | Texas Commission on Law Enforcement | |

**RRISD 03873**

**App. 020**

# Texas Commission On Law Enforcement
## Personal Status Report

## Courses Completed

### 09/01/2023 - 08/31/2025

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3188 | 88th Session State and Federal Law Update | 10/23/2023 | 3 | Texas Commission on Law Enforcement | 88th Session State and Federal Law Update |
| 6025 | Training Coordinator Annual Conference | 10/23/2023 | 4 | Texas Commission on Law Enforcement | |
| 2529 | Red Dot Optics Firearms Training | 10/19/2023 | 7 | Austin Community College District Police | |
| 2055 | Firearms | 10/9/2023 | 2 | ROUND ROCK ISD POLICE DEPARTMENT  (Training Rosters) | |
| 355 | Annual Firearms Qualification 1701.355 | 9/25/2023 | 0 | ROUND ROCK ISD POLICE DEPARTMENT  (Training Rosters) | |
| | | **Unit Hours** | 269 | | |

### 09/01/2021 - 08/31/2023

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 2040 | Defensive Tactics | 8/2/2023 | 4 | Williamson County Sheriff's Office Academy | |
| 7821 | Risk & Safety Management | 7/4/2023 | 4 | OSS Academy | |
| 3315 | ALERRT- Level 1 Train the Trainer | 6/9/2023 | 37 | Texas Department of Public Safety LEA | ALERRT Level 1 |
| 2066 | Implicit bias and social justice | 5/10/2023 | 2 | OSS Academy | |
| 77195 | OSS - Cultural Challenges for Law Enforcement | 5/10/2023 | 2 | OSS Academy | |
| 2222 | Firearms Instructor Certification | 3/10/2023 | 40 | Austin Community College District Police | |
| 355 | Annual Firearms Qualification 1701.355 | 3/2/2023 | 0 | ROUND ROCK ISD POLICE DEPARTMENT  (Training Rosters) | |
| 3954 | School Based Law Enforcement Training General | 1/3/2023 | 5 | ROUND ROCK ISD POLICE DEPARTMENT  (Training Rosters) | |
| 3343 | Less Lethal Chemical Weapons Training (OC, Mace, e | 12/16/2022 | 4 | ROUND ROCK ISD POLICE DEPARTMENT  (Training Rosters) | |
| 3305 | Active Shooter Response | 10/14/2022 | 8 | Austin Community College District Police | |
| 3305 | Active Shooter Response | 10/10/2022 | 8 | TEEX Criminal Justice Institute (CJI) | |
| 355 | Annual Firearms Qualification 1701.355 | 8/15/2022 | 0 | ROUND ROCK ISD POLICE DEPARTMENT  (Training Rosters) | |

**RRISD 03874**

**App. 021**

# Texas Commission On Law Enforcement
## Personal Status Report

## Courses Completed

**09/01/2021 - 08/31/2023**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 2055 | Firearms | 8/15/2022 | 3 | ROUND ROCK ISD POLICE DEPARTMENT  (Training Rosters) | |
| 41505 | TxSSC Master SBLE | 8/12/2022 | 32 | Texas State University Texas School Safety Center | |
| 3305 | Active Shooter Response | 8/8/2022 | 4 | Austin Community College District Police | |
| 3283 | Gangs | 7/28/2022 | 8 | Bexar Co. Sheriff's Academy | |
| 3864 | Manual Breaching | 7/20/2022 | 4 | Austin Community College District Police | |
| 41504 | TXSSC Adv. SBLE Course | 6/30/2022 | 32 | Texas State University Texas School Safety Center | |
| 41502 | TxSSC Intermediary SBLE | 6/16/2022 | 32 | Texas State University Texas School Safety Center | |
| 77553 | PoliceOne- Officer Wellness & Mental Health Awaren | 4/15/2022 | 2 | Lexipol | |
| 2000160 | Lexipol-FMLA Training for Supervisors | 4/15/2022 | 1 | Lexipol | |
| 77470 | PoliceOne- First Responder Traffic Incident Manage | 4/15/2022 | 2 | Lexipol | |
| 2040 | Defensive Tactics | 3/15/2022 | 4 | ROUND ROCK ISD POLICE DEPARTMENT  (Training Rosters) | |
| 8813 | Below 100 | 3/14/2022 | 4 | ROUND ROCK ISD POLICE DEPARTMENT  (Training Rosters) | |
| 3305 | Active Shooter Response | 3/11/2022 | 16 | ROUND ROCK ISD POLICE DEPARTMENT  (Training Rosters) | |
| 77339 | PoliceOne- Leadership 4 | 1/17/2022 | 1 | Lexipol | |
| 77375 | PoliceOne- Leadership 5 | 1/5/2022 | 1 | Lexipol | |
| 77338 | PoliceOne- Leadership 3 | 1/5/2022 | 1 | Lexipol | |
| 77337 | PoliceOne- Leadership 2 | 1/5/2022 | 1 | Lexipol | |
| 77410 | PoliceOne- Leadership Block 6 | 12/31/2021 | 1 | Lexipol | |
| 3187 | 87th Session State and Federal Law Update | 12/30/2021 | 6 | OSS Academy | 87th Session State and Federal Law Update |
| 3187 | 87th Session State and Federal Law Update | 12/29/2021 | 3 | Lexipol | 87th Session State and Federal Law Update |
| 77336 | PoliceOne- Leadership 1 | 12/28/2021 | 1 | Lexipol | |
| 77460 | PoliceOne- Leadership 7 | 12/28/2021 | 1 | Lexipol | |
| 77461 | PoliceOne- Leadership 8 | 12/28/2021 | 1 | Lexipol | |

**RRISD 03875**

# Texas Commission On Law Enforcement
## Personal Status Report

---

## Courses Completed

**09/01/2021 - 08/31/2023**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 355 | Annual Firearms Qualification 1701.355 | 10/11/2021 | 0 | ROUND ROCK ISD POLICE DEPARTMENT  (Training Rosters) | |
| 2055 | Firearms | 10/11/2021 | 3 | ROUND ROCK ISD POLICE DEPARTMENT  (Training Rosters) | |
| | | **Unit Hours** | 278 | | |

**09/01/2019 - 08/31/2021**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3971 | Advanced SRO  (NASRO) | 7/7/2021 | 24 | Texas Association of School Resource Officers | |
| 41501 | TxSSC Introductory SBLE | 6/17/2021 | 32 | Texas State University Texas School Safety Center | |
| 77251 | OSS - Report Writing - A Fresh Look | 5/26/2021 | 1 | OSS Academy | |
| 4800 | DPS - TCIC/TLETS Mobile Operator Training Course | 5/19/2021 | 8 | Texas Department of Public Safety LEA | |
| 8158 | Body Worn Camera | 5/17/2021 | 2 | OSS Academy | |
| 66933 | FEMA Intro to Incident Command Sys(FEMA IS-00100.c | 3/19/2021 | 2 | ROUND ROCK ISD POLICE DEPARTMENT  (Training Rosters) | |
| 66699 | FEMA Intro National Incident MGMT (IS-700.b) | 3/19/2021 | 4 | ROUND ROCK ISD POLICE DEPARTMENT  (Training Rosters) | |
| 660230 | Fundamentals of Emergency Management (FEMA IS-230d | 3/19/2021 | 6 | ROUND ROCK ISD POLICE DEPARTMENT  (Training Rosters) | |
| 8158 | Body Worn Camera | 3/17/2021 | 2 | ROUND ROCK ISD POLICE DEPARTMENT  (Training Rosters) | |
| 3954 | School Based Law Enforcement Training General | 3/10/2021 | 7 | Texas State University Texas School Safety Center | |
| 2195 | SBLE Active Shooter Training Mandate | 3/6/2021 | 8 | Texas Association of School Resource Officers | |
| 3305 | Active Shooter Response | 3/6/2021 | 8 | ROUND ROCK ISD POLICE DEPARTMENT  (Training Rosters) | |
| 3302 | Basic Hostage Negotiation Course | 12/18/2020 | 40 | Williamson County Sheriff's Office Academy | |

**RRISD 03876**

# Texas Commission On Law Enforcement
## Personal Status Report

## Courses Completed

**09/01/2019 - 08/31/2021**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 2066 | Implicit bias and social justice | 10/19/2020 | 20 | ROUND ROCK ISD POLICE DEPARTMENT  (Training Rosters) | |
| 8816 | Mental Health First Aid | 10/13/2020 | 8 | ROUND ROCK ISD POLICE DEPARTMENT  (Training Rosters) | |
| 77229 | OSS - Social Media for Law Enforcement | 10/7/2020 | 1 | OSS Academy | |
| 1850 | Crisis Intervention Training 40hr | 10/1/2020 | 40 | Burnet Co. Sheriff's Office | Crisis Intervention Training (Mandate) Crisis Intervention Training 40hr (Intermediate) |
| 355 | Annual Firearms Qualification 1701.355 | 7/24/2020 | 0 | Austin Community College District Police | |
| 3925 | Ethics for Law Enforcement Distance | 4/2/2020 | 4 | TCOLE Online | Ethics in Law Enforcement |
| 394 | Cultural Diversity Web with Exercises | 4/2/2020 | 8 | TCOLE Online | Cultural Diversity (Intermediate) |
| 403 | The Telecommunicator and Stress (Online) | 4/2/2020 | 4 | TCOLE Online | |
| 3270 | Human Trafficking | 4/1/2020 | 4 | TCOLE Online | Human Trafficking |
| 470 | Informed Response - Sexual Assault/Violence | 3/3/2020 | 8 | TCOLE Online | |
| 3312 | ALERRT Update | 12/9/2019 | 4 | TEEX Criminal Justice Institute (CJI) | |
| 3186 | 86th Legislative Session Legal Update | 9/30/2019 | 3 | Austin Community College District Police | 86th Session State and Federal Law Update |
| 30418 | Civilian Interaction Training | 9/30/2019 | 2 | Austin Community College District Police | Civilian Interaction Training Program |
| | | **Unit Hours** | 250 | | |

**09/01/2017 - 08/31/2019 ***

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 1014 | Basic Instructor Course | 8/16/2019 | 40 | Austin Community College District Police | |
| 1014 | Basic Instructor Course | 8/12/2019 | 40 | Austin Community College District Police | |
| 30418 | Civilian Interaction Training | 6/5/2019 | 2 | OSS Academy | Civilian Interaction Training Program |
| 2055 | Firearms | 11/9/2018 | 8 | Austin Community College District Police | |

**RRISD 03877**

# Texas Commission On Law Enforcement
## Personal Status Report

### Courses Completed

**09/01/2017 - 08/31/2019 ***

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 6017 | Reducing Impaired Driving Adult/Youth | 10/8/2018 | 8 | Texas Municipal Police Association | |
| 3305 | Active Shooter Response | 8/24/2018 | 8 | Austin Community College District Police | |
| 3305 | Active Shooter Response | 8/21/2018 | 8 | Austin Community College District Police | |
| 2049 | Report Writing - general | 6/27/2018 | 8 | Austin Community College District Police | |
| 3525 | Mental Illness-De-escalation Techniques Mission | 6/26/2018 | 8 | Austin Community College District Police | |
| 3185 | 85th Legislative Session Legal Update | 6/25/2018 | 4 | Austin Community College District Police | 85th Session State and Federal Law Update |
| 2096 | Arrest, Search & Seizure (Non-Intermediate Core Co | 6/25/2018 | 4 | Austin Community College District Police | |
| 1849 | De-escalation Tech (SB 1849) | 6/7/2018 | 8 | Combined Law Enforcement Asso. of Texas | De-escalation Tech (SB 1849) |
| 3717 | Social Media-Networking | 4/5/2018 | 24 | Austin Police Academy | |
| 4068 | Child Safety Check Alert List (Intermediate/Advanc | 3/28/2018 | 1 | OSS Academy | Child Safety Check Alert List (Advance) Child Safety Check Alert List (Intermediate) |
| 2055 | Firearms | 11/9/2017 | 6 | Austin Community College District Police | |
| 3856 | First Aid / EMT / ECA (not course 3830) | 11/9/2017 | 1 | Austin Community College District Police | |
| 2040 | Defensive Tactics | 11/9/2017 | 1 | Austin Community College District Police | |
| | | **Unit Hours** | 179 | | |

**09/01/2015 - 09/30/2017**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3027 | Verbal/Nonverbal Communication | 8/21/2017 | 8 | Texas Police Association | |
| 4064 | School Based LE Training (State Mandate) | 5/2/2017 | 20 | Austin Community College District Police | |

**RRISD 03878**

# Texas Commission On Law Enforcement
## Personal Status Report

## Courses Completed

**09/01/2015 - 09/30/2017**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 4001 | Mental Health Officer Training Course | 4/21/2017 | 40 | Travis Co. Sheriff's Academy | Crisis Intervention Training (AdvPOC) issued prior to 4-1-18<br>Crisis Intervention Training (Intermediate) issued prior to 4-1-18<br>Peace Officer Intermediate Options<br>Peace Officer Intermediate Options 1987-01<br>Peace Officer Intermediate Options 2005-01<br>Peace Officer Intermediate Options 2006-01<br>Peace Officer Intermediate Options 2009-09 |
| 77243 | OSS - Juvenile Interview & Interrogation | 3/19/2017 | 1 | OSS Academy | |
| 77263 | OSS - De-Escalation of Force | 3/17/2017 | 4 | OSS Academy | |
| 77244 | OSS - Juveniles in Custody | 3/12/2017 | 1 | OSS Academy | |
| 2055 | Firearms | 1/12/2017 | 7 | Austin Community College District Police | |
| 77209 | OSS - School Resource and Security Officer | 9/27/2016 | 1 | OSS Academy | |
| 2053 | Baton (All) | 7/1/2016 | 4 | Austin Community College District Police | |
| 3343 | Less Lethal Chemical Weapons Training (OC, Mace, e | 7/1/2016 | 4 | Austin Community College District Police | |
| 3841 | Crisis Intervention Training | 6/29/2016 | 16 | Austin Community College District Police | Crisis Intervention Training (AdvPOC) issued prior to 4-1-18<br>Crisis Intervention Training (Intermediate) issued prior to 4-1-18<br>Peace Officer Intermediate Options<br>Peace Officer Intermediate Options 1987-01<br>Peace Officer Intermediate Options 2005-01<br>Peace Officer Intermediate Options 2006-01<br>Peace Officer Intermediate Options 2009-09 |
| 4065 | Canine Encounters (Intermediate/Advance) | 6/27/2016 | 4 | Austin Community College District Police | Canine Encounter (Intermediate)<br>Canine Encouter (Advance) |

**RRISD 03879**

**App. 026**

# Texas Commission On Law Enforcement
## Personal Status Report

### Courses Completed

**09/01/2015 - 09/30/2017**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3184 | 84th Legislative Session Legal Update | 6/27/2016 | 4 | Austin Community College District Police | 84th Session State and Federal Law Update |
| 3271 | Advanced Human Trafficking | 6/23/2016 | 8 | Austin Community College District Police | Human Trafficking |
| 3342 | Tactical Firearms Training | 4/15/2016 | 7 | AUSTIN COMM COL DIST POLICE (Training Rosters) | |
| 57120 | Calibre Press The Bulletproof Warrior | 12/10/2015 | 16 | Combined Law Enforcement Asso. of Texas | |
| 3737 | New Supervisor's Course | 10/22/2015 | 40 | OSS Academy | Cultural Diversity (Intermediate) New Supervisor's Required Training Special Investigative Topics (Intermediate) |
| 3702 | Field Training Officer | 10/15/2015 | 20 | OSS Academy | |
| 3277 | Identity Theft | 10/14/2015 | 3 | OSS Academy | Identity Theft (Intermediate) |
| 2106 | Crime Scene Investigation (Intermediate) | 10/6/2015 | 40 | OSS Academy | Crime Scene Investigation (Intermediate) |
| 2108 | Arrest, Search, and Seizure (Intermediate) | 9/22/2015 | 18 | OSS Academy | Arrest, Search, and Seizure (Intermediate) |
| | **Unit Hours** | | **266** | | |

**09/01/2013 - 08/31/2015**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3232 | Special Investigative Topics | 8/25/2015 | 8 | OSS Academy | Special Investigative Topics (Intermediate) |
| 394 | Cultural Diversity Web with Exercises | 8/23/2015 | 8 | TCOLE Online | Cultural Diversity (Intermediate) |
| 2107 | Use of Force (Intermediate) | 7/1/2015 | 24 | Austin Community College District Police | Use of Force (Intermediate) |
| 3275 | Missing and Exploited Children | 6/25/2015 | 4 | Austin Community College District Police | Missing and Exploited Children Missing and Exploited Children (Advance) Missing and Exploited Children (Intermediate) |
| 2105 | Child Abuse Prevention and Investigation (Interm.) | 6/24/2015 | 24 | Austin Community College District Police | Child Abuse Prevention and Investigation (Intermediate) |
| 2109 | Spanish for Law Enforcement (Intermediate) | 6/17/2015 | 24 | Austin Community College District Police | Spanish for Law Enforcement (Intermediate) Spanish for Telecommunicators |

RRISD 03880

**App. 027**

# Texas Commission On Law Enforcement
## Personal Status Report

## Courses Completed

**09/01/2013 - 08/31/2015**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 2109 | Spanish for Law Enforcement (Intermediate) | 6/15/2015 | 24 | Austin Community College District Police | Spanish for Law Enforcement (Intermediate) Spanish for Telecommunicators (Intermediate) |
| 3904 | Cultural Awareness | 6/4/2015 | 9 | Austin Community College District Police | |
| 3856 | First Aid / EMT / ECA (not course 3830) | 12/11/2014 | 1 | Austin Community College District Police | |
| 2040 | Defensive Tactics | 12/11/2014 | 1 | Austin Community College District Police | |
| 2055 | Firearms | 12/11/2014 | 6 | Austin Community College District Police | |
| 3396 | Patrol/Tactical Seminar | 8/8/2014 | 4 | Austin Community College District Police | |
| 3862 | National WMD Standardized Awareness | 7/18/2014 | 6 | Austin Community College District Police | |
| 3396 | Patrol/Tactical Seminar | 7/18/2014 | 4 | Austin Community College District Police | |
| 3396 | Patrol/Tactical Seminar | 7/18/2014 | 2 | Austin Community College District Police | |
| 3183 | 83rd Legislative Session Legal Update | 7/11/2014 | 4 | Austin Community College District Police | 83rd Session State and Federal Law Update |
| 3270 | Human Trafficking | 7/11/2014 | 4 | Austin Community College District Police | Human Trafficking |
| 6017 | Reducing Impaired Driving Adult/Youth | 6/19/2014 | 8 | Texas Municipal Police Association | |
| 2072 | Traffic Law | 6/17/2014 | 4 | Texas Municipal Police Association | |
| 2178 | S.F.S.T. Practitioner Update | 6/16/2014 | 8 | Texas Municipal Police Association | |
| 3322 | Patrol Rifle | 4/25/2014 | 16 | Austin Community College District Police | |
| 3259 | My TCLEOSE, An Introduction | 10/31/2013 | 0 | TCOLE Online | |
| | | **Unit Hours** | 193 | | |

**09/01/2011 - 08/31/2013**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 1999 | Personnel Orientation by Dept. Basic Proficiency | 8/23/2013 | 0 | Austin Community College District Police | Personnel Orientation |

**RRISD 03881**

**App. 028**

# Texas Commission On Law Enforcement

## Personal Status Report

### Courses Completed

**09/01/2011 - 08/31/2013**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3722 | Peace Officer Field Training | 8/23/2013 | 160 | Austin Community College District Police | Peace Officer Field Training |
| 3182 | 82nd Legislative Session Legal Update | 7/23/2013 | 4 | Austin Community College District Police | 82nd Session State and Federal Law Update |
| 2040 | Defensive Tactics | 7/1/2013 | 8 | Austin Community College District Police | |
| 2040 | Defensive Tactics | 7/1/2013 | 8 | Austin Community College District Police | |
| 3843 | CIT-Update | 6/27/2013 | 8 | Austin Community College District Police | Crisis Intervention Training (Intermediate) issued prior to 4-1-18 Peace Officer Intermediate Options Peace Officer Intermediate Options 2009-09 |
| 3396 | Patrol/Tactical Seminar | 6/26/2013 | 4 | Austin Community College District Police | |
| 2049 | Report Writing - general | 6/25/2013 | 12 | Austin Community College District Police | |
| 3200 | Investigations | 6/24/2013 | 4 | Austin Community College District Police | |
| 3270 | Human Trafficking | 6/19/2013 | 4 | Austin Community College District Police | Human Trafficking |
| 1033 | Chapter 33 Rule Overview Exam | 6/12/2013 | 0 | TCOLE Online | |
| 394 | Cultural Diversity Web with Exercises | 5/27/2013 | 8 | TCOLE Online | Cultural Diversity (Intermediate) |
| 3224 | Child Abuse (POSEIT) | 5/27/2013 | 8 | TCOLE Online | Part 2 of 4 (POSEIT) Special Investigative Topics |
| 3254 | Sex Offender Characteristics Web with Exercises | 5/27/2013 | 8 | TCOLE Online | Part 4 of 4 (POSEIT) Special Investigative Topics |
| 3214 | Family Violence Web w/ Exercises | 5/26/2013 | 8 | TCOLE Online | Part 1 of 4 (POSEIT) Special Investigative Topics |
| 3255 | Asset Forfeiture | 5/25/2013 | 4 | TCOLE Online | Asset Forfeiture (Intermediate) |
| 3256 | Racial Profiling | 5/24/2013 | 7 | TCOLE Online | Racial Profiling (Intermediate) |
| 1011 | Transfer Curriculum &  Tex. P. O. Sequence | 5/3/2012 | 0 | Austin Community College | Crisis Intervention Training (Intermediate) issued prior to 4-1-18 Cultural Diversity (Intermediate) Special Investigative Topics (Intermediate) |

**RRISD 03882**

**App. 029**

# Texas Commission On Law Enforcement
## Personal Status Report

## Courses Completed

**09/01/2011 - 08/31/2013**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 2176 | S.F.S.T. NHTSA 24hour Practitioner - BPOC | 5/3/2012 | 0 | Austin Community College | |
| | **Unit Hours** | | 255 | | |
| | **Total Hours** | | 1690 | | |

## Total Hours

| | |
|---|---|
| **Total Career/Professional Hours** | 7486 |
| **Total TCOLE Course Hours** | 1690 |
| **Total Hours** | 9176 |

*Courses submitted between 09/01/2017 and 09/30/2017 will be credited to the 2015-2017 and 2017-2019 training unit, but will only count once toward total training hours.

**RRISD 03883**

# Employee Service Record

Date: 05/30/2025
Name: POPE, MILTON N
ID: ▇▇▇▇▇

Employee Signature: _____





**ROUND ROCK**
INDEPENDENT SCHOOL DISTRICT
1311 Round Rock Avenue
Round Rock, TX 78681-4899
Phone (512) 464-5000

| 1 School Year | 2 State or Country | 3 County or Equivalent | 4 School District or Institution | 5 Indicate if public or private school | 6 Position Held | 7 Years of Exp | 8 % of Day Emp | 9 No. Days Emp | 10 Indicate if a full semester, if it is less than 90 days | 11 Dates of Service From | Dates of Service To | 13 Authorized District Signature |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20-21 | TEXAS | WMSN | RRISD | Public | POLICE OFFICER 260 DAYS | 0 | 100% | 207 | | 09/14/2020 | 06/30/2021 | |
| 21-22 | TEXAS | WMSN | RRISD | Public | POLICE OFFICER 260 DAYS | 1 | 100% | 37 | | 07/01/2021 | 08/22/2021 | |
| 21-22 | TEXAS | WMSN | RRISD | Public | POLICE SERGEANT | 0 | % | 223 | | 08/23/2021 | 06/30/2022 | |
| 22-23 | TEXAS | WMSN | RRISD | Public | POLICE SERGEANT | 3 | 100% | 260 | | 07/01/2022 | 06/30/2023 | |
| 23-24 | TEXAS | WMSN | RRISD | Public | POLICE SERGEANT | 3 | 100% | 260 | | 07/03/2023 | 06/28/2024 | |

## State Sick Leave Program

| Year Earned | Prior Year Balance | Earned | Used | End of Year Balance |
|---|---|---|---|---|
| 20-21 | .0000 | .0000 | .0000 | .0000 |
| 21-22 | .0000 | .0000 | .0000 | .0000 |
| 21-22 | .0000 | .0000 | .0000 | .0000 |
| 22-23 | .0000 | .0000 | .0000 | .0000 |
| 23-24 | .0000 | .0000 | .0000 | .0000 |

## State Personal Leave Program

| Year Earned | Prior Year Balance | Earned | Used | End of Year Balance |
|---|---|---|---|---|
| 20-21 | 40.0000 | .0000 | 8.0000 | 32.0000 |
| 21-22 | 32.0000 | 40.0000 | 40.0000 | 32.0000 |
| 21-22 | .0000 | .0000 | .0000 | .0000 |
| 22-23 | 32.0000 | 40.0000 | 58.0000 | 14.0000 |
| 23-24 | 14.0000 | 40.0000 | 54.0000 | .0000 |

Comments:

**RRISD 003814**

# Employee Service Record

All service claimed for salary increment purposes must be documented on this form or other similar document containing similar information.

**Instructions for completing the Employee Service record:**

**1. School Year**
Corresponds to the scholastic school year (e.g., 1997-98) employment is claimed. No more than one year of experience can be shown on one line.

**2. State/Country**
Enter state or territory of the USA Enter name of foreign nation if applicable.

**3. County/Equivalent**
Enter county or parish in USA. Department of Defense Education Activity (DoDEA), enter the names of sub-territories of foreign nations. DoDEA service must be completed by the National Archives and Records Administrations (NARA), Send a blank service record to: National Personnel Records Center, Civilian Personnel Records, 1411 Boulder Blvd, Valmeyer IL 62295.

**4. School District or Institution**
Enter name of public school district or institution and name of private school or institution. Give sufficient information in this column to identify the school for accreditation purposes.

**5. Public or Private**
Enter either Public or Private, for the British System enter either Government or Public.

**6. Position Held**
Enter position held (e.g., teacher, librarian, substitute, bus driver, aide, etc.)

**7. Years of Experience**
Enter the number of year(s) of actual experience as of September 1, of the school year indicated in column 1. (Do not include the additional year(s) for career ladder, career and technology education work experience, or qualified teacher aide experience. This experience must be recorded as a footnote on the service record).

**8. % of Day Employed**
Enter percentage of the school day the employee was employed. Full day is reported as 100%, one-half day is reported as 50%, three-quarters of the day is reported as 75%, etc

**9. No. of Days Employed**
Enter the number of days employed during the contractual year (July 1 through June 30). The days entered must not include the number of days a person was docked a full day's pay.

**10. Indicate if a full semester, if it is less than 90 days.**
Enter full semester if it was a full semester that was less than 90 days.

**11. Date of Service From**
Enter the actual beginning date of employment during the contractual year (July 1 thru June 30).

**12. Date of Service To**
Enter the actual ending date of employment during the contractual year (July 1 thru June 30).

**13. Authorized District Signature**
The record must be verified by either signing each line of the record separately (in ink) or by drawing a diagonal line and placing the signature diagonally across from the experience. An authorized official of the school system must sign the record. A rubber stamp signature may be used, in lieu of the original signature, provided the name of the person appearing on the stamp is the same designated by the school district to sign the service record. Such official, if not the superintendent of the school, must have been authorized to sign personnel records of the institution by the governing board of that institution. In the case of public schools, the board of trustees is the governing body). The organization's official stamp must be included on the service record if service from overseas is reported. For public schools, colleges and universities, the country's Department of Education is the organization official stamp. If service is reported from the US, official stamp may be included depending on availability.

**State Sick Leave and State Personal Leave**

**1. State Sick Leave**
Enter state sick leave information in this table, not required for private schools, colleges and out-of-state schools.

**2. State Personal Leave**
Enter state personal leave information in this table (Required for Charter schools if state days are offered) – not required for private schools, colleges, and out-of-state schools. (Note: This program was initiated in the 1995-96 school year).

**Service Notes:**
If earning service for a skill-based certificate added by exam, record the first date the educator worked 50% of day in the appropriate assignment. Valid Educational Aide experience and any other unique information regarding service should also be included.

**Note:** 1. All service claimed for salary increment purposes must be documented on this form or other similar document containing similar information.
2. Service records and any supporting documents must be completed in ink (the document may be completed electronically and printed).
3. White out may not be used, any white out used on any document submitted will nullify the document.

**RRISD 03815**

**App. 032**

# INCIDENT/INVESTIGATION REPORT

| | | |
|---|---|---|
| **Agency Name** Round Rock ISD - Police Department | | **Case#** 21-0817-0001 |
| **ORI** TX2463100 | | **Date / Time Reported** 08/16/2021  20:00  Mon |
| | | **Last Known Secure** 08/16/2021  17:28  Mon |

**I N C I D E N T   D A T A**

| Location of Incident 1311 ROUND ROCK AVE, Round Rock TX 78681 | Gang Relat | Premise Type | Precinct/Beat RRHS, RRPD | At Found 08/16/2021  17:00  Mon |
|---|---|---|---|---|

| #1 | Crime Incident(s)     (Att   ) Hinder Proceedings By Disorderly Cond PC 38.13     M | Weapon / Tools | | | Activity |
|---|---|---|---|---|---|
| | | Entry | Exit | Security | |
| #2 | Crime Incident     (     ) | Weapon / Tools | | | Activity |
| | | Entry | Exit | Security | |
| #3 | Crime Incident     (     ) | Weapon / Tools | | | Activity |
| | | Entry | Exit | Security | |

**MO**

**V I C T I M**

| # of Victims  1 | Type:  BUSINESS | | | Injury: | | | |
|---|---|---|---|---|---|---|---|

| | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| **V1** | ROUND ROCK ISD | 1, | Age | | | | Non-Resident | |

| Home Address 1311 ROUND ROCK AVE , Round Rock, TX 78681- | Home Phone 512-464-5000 |
|---|---|
| Employer Name/Address | Business Phone | Mobile Phone |

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|

**O T H E R S   I N V O L V E D**

CODES:   V- Victim (Denote V2, V3)     O = Owner (if other than victim)     R = Reporting Person (if other than victim)

| Type:  INDIVIDUAL | | | Injury: | | | | | |
|---|---|---|---|---|---|---|---|---|

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| IO | WEIR, AMY ELIZABETH | | | W | F | | | |

| Home Address | Home Phone |
|---|---|
| Employer Name/Address | Business Phone | Mobile Phone |

| Type: | | | Injury: | | | | | |
|---|---|---|---|---|---|---|---|---|

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|

| Home Address | Home Phone |
|---|---|
| Employer Name/Address | Business Phone | Mobile Phone |

**P R O P E R T Y**

1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| Officer/ID#  POPE, MILTON | | Supervisor  WILLIBY, JIM | |
|---|---|---|---|
| Invest ID#  (0) | | | |

| Status | Complainant Signature | Case Status Pending/active | Case Disposition: | Page 1 |
|---|---|---|---|---|

**RRISD 06311**

## INCIDENT/INVESTIGATION REPORT

Case # *21-0817-0001*

| Status Codes | 1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown |
|---|---|

|   | IBR | Status | Quantity | Type Measure | Suspected Type | Up to 3 types of activity |
|---|---|---|---|---|---|---|
| D | | | | | | |
| R | | | | | | |
| U | | | | | | |
| G | | | | | | |
| S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers

Suspect Hate / Bias Motivated:

## INCIDENT/INVESTIGATION REPORT

Narr. (cont.)  OCA: 21-0817-0001

NARRATIVE

On August 16, 2021 Officer Milton Pope ███ of the Round Rock ISD Police Department (RRISDPD) located at 1311 Round Rock Ave, Round Rock, TX 78671 removed a subject for violating Texas Penal Code 38.13 HINDER PROCEEDINGS BY DISORDERLY CONDUCT

# REPORTING OFFICER NARRATIVE

| | | OCA<br>*21-0817-0001* |
|---|---|---|
| Victim<br>*ROUND ROCK ISD* | Offense<br>*HINDER PROCEEDINGS BY DISORDERLY* | Date / Time Reported<br>*Mon 08/16/2021 20:00* |

<mark>THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY</mark>

On August 16, 2021, Officer Milton Pope ▮▮▮ of the Round Rock ISD Police Department (RRISD PD) located at 1311 Round Rock Ave, Round Rock, TX 78671 removed a subject for violating Texas Penal Code 38.13 Hindering Proceeding by Disorderly Conduct.

Officer Pope was assigned to provide security for the Round Rock ISD (RRISD) Board of Trustees meeting located at RRISD Building 100, 1311 Round Rock Ave, Round Rock, TX. At 5:28 P.M., Officer Pope observed an individual standing up in the room that violated social distancing Covid protocols pre-established for the public seating area in the board room. Officer Pope approached the individual who was identified as Jeremy Wade Story, W/M, DOB ▮▮▮▮▮. Story was informed of the COVID protocol rules that were initiated by the RRISD Board of Trustees. Office Pope continued to explain the regulations and that there would be limited seating, social distancing, and no standing. Story was informed that there was an overflow room outside of the meeting hall with a projector screen so that attendees could watch the board meeting. Officer Pope informed Story that he could not remain standing in the rear of the Board Room. Story replied he had a right to stand wherever he wanted, and the board did not have the authority to have any officer enforce COVID protocols. Story continued to state Officer Pope could not tell him when or where not to stand during a public board meeting. While Officer Pope discussed the COVID protocol measures with Story, Officer Frank Pontillo badge ▮▮▮ of the RRISD PD approached Story and informed him of the same protocols. At which time, Story became disruptive while the meeting was preparing to start. To prevent creating a scene during the meeting, Officer Pope allowed Story to stand to the rear of the board room during the session.

Shortly thereafter, Story was offered a seat by another person attending the meeting. Story asked Officer Pope if he could accept the seat; Officer Pope replied, "Yes, you may." However, while Story was seated, he made two outbursts, not sure what was said, whereas Officer Pope informed Story that he could not speak or comment until called to the podium. Story acknowledged Officer Pope`s request and remained quiet during the duration of the first half of the board meeting.

At approximately 8:35 P.M., Story was called by the board to speak. Weir instructed Story not to deviate from the subject of the mask mandate. Weir asked Story if he understood and Story acknowledged that he did. Story spoke on issues concerning the mask mandate and suddenly transitioned into an unrelated topic about the superintendent and a protective order. Weir instructed Story to stop speaking on the unrelated subject however, Story ignored Weir`s request and continued to speak about an unrelated topic. While discussing the unrelated topic Story also had several outbursts, up to and including yelling and screaming about how the law was being broken and violated by the board. Weir asked Story several times to exit the board room, but he refused. Weir directed officers to remove Story from the board meeting for disrupting the board proceeding.

Officer Pope and Officer Pontillo contacted Mr. Story and asked him several times to exit the board room, but he refused. At that time in response to his refusal to leave after repeated requests, Officer Pope grabbed Story around the arm and both Officer Pope and Officer Pontillo forcibly escorted him out of the board meeting. While Story continued to resist, yell and scream, causing a major disruption during the board meeting, as officers worked to remove him from the board room.

Mr. Story was escorted from the board room through the main entrance overflow seating area. Public citizens were seated in the overflow seating area, watching the board meeting on a monitor. Officer Pope continued to attempt to reason with Story and requested numerous times for him to lower his voice. However, Store continued to be verbally loud, verbally disruptive, and uncooperative. Officer Pope and Officer Pontillo escorted Story out of the building at the main entrance of the 100 building. The incident was

**App. 035**

## REPORTING OFFICER NARRATIVE

| | | OCA |
|---|---|---|
| | | *21-0817-0001* |
| Victim | Offense | Date / Time Reported |
| *ROUND ROCK ISD* | *HINDER PROCEEDINGS BY DISORDERLY* | *Mon 08/16/2021 20:00* |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

captured Officer Frank Pontillo`s body
camera. The video footage is preserved as evidence in this case.


End of Report

Reporting Officer: *POPE, MILTON*   Printed By: ███████████ RISDEVID 09/27/2021   **RRISD 06314**   Page 4
*R_CS3NC*
RRISD -PD 000006

**App. 036**

# ROUND ROCK ISD POLICE DEPARTMENT
## Use of Force

**Use of Force:**
Case #: 218170001    Time: 20:35    Date: 8/16/2021    Campus: Round Rock    Officer badge: ███
Primary Officer Using Force: Milton Pope    Time with Dept: 11    Years 0    Mos.
Location: 300 N. Lake Creek Rm 100, , Round Rock, TX 78671    Call Type: ____    Type Premises: ____
Subject Name: Jermy Story    Race: ███    Sex: ███    DOB: ███    Age: ███
Address: ████████████████████████████    Hgt: ____    Wgt: ███
Subject Injured: ◉No ○Yes  Subject Medically Checked by EMS: ◉No ○Yes  Subject Refused Treatment:☐
Transported to: _____ By: _____
Officer Injury: ◉No ○Yes  Subject Medically Checked by EMS: ◉No ○Yes  Subject Refused Treatment:☐
Transported to: _____ By: _____

**Reason for Use of Force:**
☐ To Effect Arrest        ☐ To Defend Another Officer    ☑ To Prevent Offense
☐ To Defend Self          ☐ To Defend Another Person     ☐ Restrain for Subject Safety
☑ Other: He was escorted from the board meeting.

**Subject's Actions:**
☐ Nonverbal cues indicating physical resistance          Number of persons Resisting: 1
☐ Verbal threats, non-compliance with officer direction
☑ Dead weight, clinging to objects, preventing custody
☑ Pulling, pushing, running away, to avoid control, not harming officer    Appeared or Known Under the Influence
☐ Assault, grabbing, pushing, kicking, striking officer or another    ☐ Alcohol
☐ Assault with intent and ability to cause death or SBI    ☐ Drugs
☐ Assault or threats with deadly weapon    ☐ Mental issues
☑ Other: Refusal to move, dead weight.    ☐ Other: _____

**Officer Actions:**    (Check all that apply, if more than one type of force used, number in order of use.)
☑ Verbal Direction                                        ☐ Less Lethal Munitions (Bean bag, stinger, rubber)
☑ Soft Weaponless Control (Muscling, joint locks, pressure points)    ☐ Pointed Taser (Laser)
☐ Hard Weaponless Control (Hard strikes, leg strikes, shoulder pin)    ☐ Discharged Taser
☐ OC Spray                                                ☐ Pointed Firearm
☐ Asp/Baton                                               ☐ Discharged Firearm
☐ Non-Lethal (JPX)                                        ☑ Other: Grabbed around the arms

**Physical Control:**
☐ Not Used              ☐ Pressure Points    ☐ Takedown      ☐ Hobble
☑ Muscling (grip, push, pull)   ☐ Joint Lock   ☐ Handcuffing   ☐ Other: _____
Effective: ◉ Yes  ○ No If no explain: _____

**OC Spray:**
OC Spray: ◉Not Used  ○Attempted  ○Used    Distance: ___-___ ft.  Duration: 1:_____ 2:_____ 3:_____
Effective: ○ Yes  ◉ No If no explain: Not used

**ASP / Baton:**
ASP / Baton: ◉Not Used  ○ Used  Number of Strikes: _____ Location: _____
Effective: ○ Yes  ◉ No If no explain: Not used

**Non Lethal / Less Lethal Munitions:**    (insert number of rounds fired / hits)
Non/Less lethal Munitions: ◉Not Used  ○Used  Bean Bag: _____ Stinger: _____ Rubber: _____ JPX: _____
Location of Hits: _____
Effective: ○ Yes  ○ No If no explain: _____

**RRISD 06323**

**App. 037**

**TASER:**
◉ Not Used   ○ Pointed Taser Only (Laser)   ○ Discharged Taser   ○ Drive Stun
Distance Fired: _____ ft.   Cycles Discharged: _____   Probes Penetrate Skin ○ Yes  ○ No
Taser Number: _____   Cartridge Numbers: _____   Placed in Evidence: ○ Yes  ○ No
Effective: ○ Yes  ○ No: If no explain: _____

**Firearm:**
◉ Not Used   ○ Pointed Firearm Only   ○ Discharged Firearm
Weapon:    Sidearm    Shotgun    Patrol Rifle    Backup / Off Duty    Distance Fired: _____ ft.
Rounds Discharged: _____   Number Hits on Target: _____   Weapon Serial Number: _____
Effective: ○ Yes  ○ No: If no explain: _____

**Environmental Conditions:**
☐ Hot (Little or thin clothing)   ☐ Daylight
☑ Warm   ☐ Dawn / Dusk
☐ Cool   ☐ Darkness
☐ Cold (Heavy clothing)   ☐ Other: _____

**Situational Conditions:**
☐ Multiple Suspects   ☑ Indoors
☐ Hostile Environment   ☐ Outdoors
☐ Threats to Officer(s)   ☐ In Vehicle
☐ Confined Space   ☐ Other: _____

**Officer Summary:**
Type of force ultimately successful in Control of Subject:

_____
Officer comments on regarding force effectiveness:
Officer Pope grabbed Story around the arm and both
Officer Pope and Officer Pontillo forcibly escorted him
out of the board meeting. While Story
continued to resist, yell and scream, causing a major
disruption during the board meeting, as
officers worked to remove him from the board room.

Reporting Officer: Milton Pope



Indicate location of force used on diagram

ⴹ Grip
○ Spray
← Impact
↙ Dart
● Munition

**\*\*\* Full Narrative of Use of Force in Arrest or Offense Report  - Attach Copy to this Supplement \*\*\***

**Supervisor:**
Number of officers at scene and available when force used: _____   ☐ Video Reviewed
Comments: _____
_____
_____
☒ In Compliance with Policy  ☐ Further Investigation Needed    Supervisor: _____   # _____

Reviewed: _____   ☐ In Compliance  ☐ Investigation Needed
         Patrol Sergeant
Reviewed: _____   ☒ In Compliance  ☐ Investigation Needed
         Chief of Police

**RRISD 06324** 2021

**App. 038**