IN THE UNITED STATES DISTRICT COURT
WESTERN DIVISION OF TEXAS – AUSTIN DIVISION

| | | |
|---|---|---|
| JEREMY STORY, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| SUPERINTENDENT HAFEDH AZAIEZ, TRUSTEES AMBER FELLER, TIFFANIE HARRISON, AMY WEIR, JUN XIAO, CORY VESSA, OFFICERS JEFFREY YARBOROUGH, JAMES WILLIBY, DEBORAH GRIFFITH, MILTON POPE, FRANK PONTILLO, RON COLE, CHIEF DENNIS WEINER, and CARLA AMACHER, individually, AND ROUND ROCK INDEP. SCHOOL DISTRICT, | §§§§§§§§ | CIVIL ACTION NO. 1:22-CV-00448-DAE |
| Defendants. | § | |

## DECLARATION OF FRANK PONTILLO

STATE OF TEXAS          §
                        §
COUNTY OF WILLIAMSON    §

1.     My name is Frank Pontillo. I am over the age of 18, have never been convicted of any felony or any misdemeanor involving moral turpitude, and am fully competent to testify to all facts contained herein. I am fully competent to make this Declaration, and by virtue of my former position as a Police Officer in Round Rock Independent School District's ("Round Rock ISD" or the "District") Police Department, I have personal knowledge of all facts stated herein.

2.     I graduated from Genessee Community College with an Associate's Degree in Applied Science in Criminal Justice in 1993. I joined the Air Force in 1993 and served until March 1997.

3.     I am a Texas licensed Master Peace Officer. I received my Texas Peace Officer License in May 1998. I obtained a Basic Peace Officer Certificate in May 2002, an Intermediate Peace Officer Certificate and Advanced Peace Officer Certificate in May 2005, and a Master Peace Officer Certificate

**EXHIBIT C**

**App. 107**

in November 2009. In 2006, I obtained a Basic Instructor Proficiency Certificate. In August 2016, I received a Certificate as a Mental Health Officer. Throughout my career, I have had school based law enforcement training on multiple occasions. Attached hereto as **Exhibit 1** is a true and correct copy of my Texas Commission on Law Enforcement ("TCOLE") Personal Status Report as of September 13, 2023. The information contained in **Exhibit 1** is true and correct as of September 13, 2023.

4.      I served in law enforcement for almost thirty years. I served in the City of Mesquite Police Department from May 1997 through May 2017. From 1997 through 2009, I was a Police Officer. I promoted to Sergeant in 2009 and served as a Sergeant through May 2017. Part of my duties while working for the City of Mesquite Police Department was school based law enforcement within the Mesquite Independent School District. Afterwards, I began working as a Police Officer at the University of Texas at Austin. I worked in this capacity until I joined the Round Rock ISD Police Department in April 26, 2021.

5.      I worked as a Police Officer for the Round Rock ISD Police Department from April 26, 2021 until June 28, 2024. Attached hereto as **Exhibit 2** is a true and correct copy of my Employee Service Record with Round Rock ISD. The information contained in **Exhibit 2** is true and correct.

6.      In 2021, I reported directly to Round Rock ISD's Assistant Chief of Police James ("Jim") Williby. The District's Chief of Police was Jeffrey Yarbrough.

7.      I served as a District Police Officer at the August 16, 2021 meeting of Round Rock ISD's Board of Trustees (the "Board"). At the time of Round Rock ISD's August 16, 2021 Board Meeting (the "August 16th Meeting"), I had been serving as a Round Rock ISD Police Officer for approximately four months. August 16, 2021 was one of the first, if not the first, Board Meeting where I was assigned to serve as law enforcement for the District. I attended and provided security at Board meetings on occasion while working for the District.

8.      The August 16th Meeting was the first time I interacted with Jeremy Story. I was unaware of any communications Mr. Story had with District Trustees or other District personnel prior to the August 16th Meeting. I was unaware of any emails or communications Mr. Story sent to District Trustees or personnel, or other persons, regarding the newly-hired Superintendent, Dr. Hafedh Azaiez. I do not recall hearing anything about Mr. Story's opinions regarding Dr. Azaiez prior to the August 16th Meeting and was unaware, at that time, that Mr. Story had been speaking in opposition to Dr. Azaiez. Before Mr. Story spoke during public comment I did not know the subject matter he intended to speak about.

9.      Prior to the August 16th Meeting, I did not speak to any Trustee, including Board President Amy Weir, or Dr. Azaiez regarding Mr. Story. I was not given any directives or information specific to Mr. Story from any Trustee or Dr. Azaiez before the August 16th Meeting.

10.     Before the August 16th Meeting began, Officer Griffith stated that Mr. Story was approaching the building and described his attire. I knew that Officer Griffith had recently responded to a dispatch call regarding a man, who I learned was Mr. Story, at the Round Rock ISD Administration Building. At the time, I did not know why Mr. Story had visited the Administration Building, I simply knew that there had been a request for law enforcement assistance.

11.     As a Police Officer assigned to serve at the August 16th Meeting, my job was to monitor and ensure safety and security for the Board, District personnel, and all members of the public attending the meeting. My job did not include listening to public commenters or evaluating whether members of the public who were speaking during public comment were following the rules of the Board meeting.

12.     I understood that the August 16th Meeting was a specially-called Board meeting. It was not the regular, monthly Board meeting. Because it was a special meeting, I understood that speakers signed up for public comment could speak only about the items on the agenda for the Board meeting.

I understood that the August 16th Meeting was scheduled to address COVID-19 issues due to the rising number of COVID-19 cases in late Summer 2021, and whether the District would adopt a mask mandate. I do not recall reviewing the actual items listed on the agenda for the August 16th Meeting prior to the meeting.

13.    Board President Amy Weir served as the presiding officer for the August 16th Meeting. I understood at the time of the August 16th Meeting that under Round Rock ISD Board policy, there were circumstances where the Board President, as presiding officer, could request the assistance of law enforcement to address disruptions of the Board meeting. It was my understanding that if an individual engaged in disruptive behavior at the meeting, the presiding officer warned the individual, and the individual continued to disrupt the meeting, the Board President could request that law enforcement personnel remove the disruptive individual from the meeting.

14.    The seating capacity in the meeting room for the August 16th Meeting was limited. The chairs for members of the public to sit in were set up to maintain social distancing. It was my understanding that individuals had to have, or be seated, in a chair to enter or remain in the Board meeting room. If an individual did not have a seat but was signed up for public comment, the individual was allowed into the meeting room to speak when it was their turn. I observed that the District set up an overflow room in the lobby where the August 16th Meeting was live-streamed on a large television screen or monitor. The chairs in this overflow room were also socially distanced.

15.    I do not know who made the decisions regarding social distancing in the Board meeting room for the August 16th Meeting. I did not believe there was any other reason for the spacing between chairs or the limited seating in the Board meeting room other than COVID-19 safety precautions. I did not observe or hear anything that gave me any reason to believe the seating capacity or social distancing in the meeting room was for any reason other than COVID-19-related health and safety.

16.     I was wearing a body camera at the August 16th Meeting. Before the August 16th Meeting began, I observed a man, who I learned was Mr. Story, standing at the back of the meeting room. Mr. Story did not have a chair. I observed a discussion between Mr. Story and Officer Milton Pope at the back of the room. I walked across the room to provide assistance to Officer Pope. No one directed me to approach Mr. Story. I decided to join Mr. Story and Officer Pope to provide Officer Pope back-up, if he needed it.

17.     I captured my interactions with Mr. Story and Officer Pope prior to and during the starting portion of the August 16th Meeting on my body camera footage. I have reviewed the video labeled RRISD 06501. This video is a true and correct copy of my body camera footage of my discussions with Mr. Story prior to and at the start of the August 16th Meeting. The video camera footage in the video labeled RRISD 06501 accurately reflects my interactions with Mr. Story at that time.

18.     Generally, I observed Officer Pope informing Mr. Story of the social distancing protocols at the August 16th Meeting. Mr. Story expressed his disagreement with the protocols. While Mr. Story continued to argue with Officer Pope about the social distancing protocols, the August 16th Meeting began. While the Board President was speaking at the beginning of the August 16th Meeting, I explained to Mr. Story that there was an overflow room where Mr. Story could observe the meeting. Mr. Story asked if the social distancing was a District policy and if we, as police officers, were required to enforce the policy. I explained that we were not present to unilaterally enforce the policy. As I began to inform Mr. Story that if a Trustee asked him to leave because of the social distancing rule, Mr. Story interrupted me and stated he wanted a Trustee to tell him to leave because they would be violating the law. If Mr. Story had let me finish, I was going to tell him that if a Trustee asked him to leave, and he refused to do so, he would be trespassing or disrupting the meeting, at which point we, as police officers, could remove him from the meeting.

19.     Despite not having a seat, as required by the social distancing protocol, Mr. Story refused to leave and instead remained in the meeting room arguing with Officer Pope and me about the protocol. While this was occurring, the Trustees began having a discussion at the dais regarding the limited seating in the room. It was explained that there was an overflow room and that only individuals who had a seat or were providing public comment would be allowed in the room where the Board meeting was physically taking place. In response to a Trustee's question to others at the dais regarding whether there were people who were not allowed in the meeting room, Mr. Story yelled out across the room: "Yes there are, yes there are." Even though the Superintendent and Board President explained the social distancing requirements, Mr. Story refused to leave and remained in the meeting room. In an attempt to deescalate the situation and ensure that the August 16th Meeting was not further disrupted, Officer Pope and I permitted Mr. Story to remain in the meeting room. He ultimately was offered a seat by another attendee.

20.     When I left Mr. Story and Officer Pope, I had to go to the doors to the meeting room to let members of the public know that they could not enter the meeting room unless they had a seat or it was their turn for public comment. While some individuals at the meeting room doors disagreed and argued with me, they remained outside the meeting room. I did not allow them in because of the social distancing protocols acknowledged by the Board at the August 16th Meeting.

21.     By allowing Mr. Story to remain in the meeting room when he did not have a seat, Officer Pope and I treated Mr. Story more favorably than other members of the public who did not have a seat and were not allowed into the meeting room.

22.     My duties and responsibilities at the August 16th Meeting did not involve listening to and making decisions about public comment. There were a substantial number of speakers that night at the meeting, and the meeting lasted more than five hours. As a result, I did not pay close attention to the subjects upon which the speakers were commenting or what they said.

**App. 112**

23.     I observed Mr. Story have outbursts during the August 16th Meeting when it was not his turn to speak. He yelled across the room to the Trustees and to the room. I observed that during a break in the meeting, Chief Yarbrough approached Mr. Story and gave him a verbal warning about his outbursts because they were disruptive to the meeting.

24.     Shortly after this warning, Mr. Story was called to speak during public comment. At some point during his comments, Board President Weir advised Mr. Story that the item he was speaking about was not on the agenda. I recall Mr. Story had begun speaking about the Superintendent and a protective order. Despite Board President Weir's directive and several warnings that the subject was not on the agenda, Mr. Story continued to speak about the topic. Mr. Story's microphone was cut off and he raised his voice and continued to speak. Board President Weir banged her gavel several times to direct Mr. Story to stop speaking and bring order back to the meeting. Mr. Story continued speaking, raised his voice, and yelled. Board President Weir then asked that Mr. Story be removed from the meeting room.

25.     Because I knew the Board President had the authority to ask for law enforcement assistance if she determined there was conduct that disrupted the meeting, I complied with the directive. Based on my observations, Mr. Story continued to speak, despite repeated directives that he was off topic, and raised his voice and yelled, despite being told to stop and having his microphone cut off. Therefore, I had no reason to doubt that Board President Weir believed Mr. Story was disrupting the meeting and that her request for law enforcement assistance was proper.

26.     Officer Pope approached Mr. Story first and, then, I joined Officer Pope. We quietly and calmly asked Mr. Story to leave the meeting room, but he refused. Because Mr. Story refused, Officer Pope and I had to make physical contact with Mr. Story to escort him from the meeting room. Mr. Story resisted and tried to plant his feet into the ground or pull the opposite direction so he could not be escorted from the meeting room. The only physical contact I had with Mr. Story was to gently

**App. 113**

but firmly grab his arm to escort him and keep him from falling down as he resisted. I believed the physical contact used by Officer Pope and me was minimal, reasonable, and necessary to escort Mr. Story from the meeting room due to the disruption he caused.

27.     While we were escorting Mr. Story from the meeting room, he continued to yell even louder in a manner that I believed was disruptive to the meeting. When Mr. Story had been removed from the meeting room, I gathered and brought his possessions to him. Mr. Story continued to argue with Officer Pope and me about what had happened. We escorted Mr. Story out of the building. As we were escorting him, Mr. Story continued to yell out so that anyone in the hallway or who was watching the live-streamed video of the August 16th Board meeting in the overflow room could hear him. I believed this interfered with the ability of the members of the public in the overflow room to listen to the meeting.

28.     Parts of Mr. Story's interactions with Board President Weir and Officer Pope's and my contact with Mr. Story to remove him from the August 16th Meeting were captured on my body camera footage. The video labeled RRISD 06502 is my body camera footage of these interactions. This video accurately depicts what occurred immediately prior to and during Mr. Story's removal from the Board meeting room at the August 16th Meeting.

29.     The subject of Mr. Story's public comment and his viewpoint about Superintendent Azaiez did not in any way influence my actions to remove Mr. Story from the August 16th Meeting. Rather, it was the Board President's directive to remove Mr. Story, which I believed was based on Mr. Story's conduct that I observed that caused a disruption to the August 16th Meeting.

30.     I did not believe that Board President Weir was retaliating against Mr. Story or directing his removal because of Mr. Story's viewpoint. She repeatedly told Mr. Story he was off topic and, yet, he continued to speak and raise his voice. I believed her directive was lawful. It was my belief and understanding that the Board President directed that Mr. Story be removed because he was

disrupting the meeting when he would not stop speaking on a topic that was not on the agenda despite repeated directives. Under these circumstances, I would have followed the Board President's directive regardless of who was being removed and regardless of the content of their speech or the viewpoints they expressed.

31.     Mr. Story was the only speaker that had to be removed from the August 16th Meeting. Based on my observations, no other member of the public engaged in behavior like Mr. Story. I did not observe any member of the public continually defy a directive from the Board President regarding speaking off topic, continue speaking and yelling despite such directives, and refuse to leave when asked to do so.

32.     I recall there was one other person Board President Weir asked to be removed. But I did not have to approach that speaker because she voluntarily left after Board President Weir's request.

33.     I received no verbal or nonverbal instructions or directives from Superintendent Azaiez or Chief Yarbrough regarding Mr. Story's removal from the August 16th Meeting. I removed Mr. Story from the meeting solely because Board President Weir, as the presiding officer of the meeting, directed me to do so. Before Mr. Story's removal from the August 16th Meeting, I had never spoken with Dr. Azaiez about Mr. Story.

34.     Other than at the August 16th Meeting, I was never asked as a Round Rock ISD police officer to remove anyone from a Board meeting. I also never observed any other member of the public engage in behavior like Mr. Story did at a District Board meeting, ignore the presiding officer's directive, and continue speaking and raising their voice in a disruptive manner.

35.     On August 17, 2021, I prepared a Case Supplemental Report regarding the events at the August 16th Meeting. Attached hereto as **Exhibit 3** is a true and correct copy of my Case Supplemental Report. The information contained in the Case Supplemental Report is truthful and accurate.

36.     I also prepared a Use of Force form regarding Officer Pope's and my removal of Mr. Story from the August 16th Meeting. Although the physical contact we had with Mr. Story was minimal, because we had to physically and forcibly remove him from the August 16th Meeting, Assistant Chief Williby requested that our actions be documented. Attached hereto as **Exhibit 4** is a true and correct copy of my Use of Force Form. The information contained in the Use of Force Form is truthful and accurate.

37.     I submitted the Case Supplemental Report, the Use of Force Forms, and my body camera footage into the District Police Department's systems for case and evidence management according to normal protocol.

38.     I understand that Detective Sergeant Griffith investigated Mr. Story's actions at the August 16th Meeting and that Mr. Story was subsequently arrested for his actions. I was not involved in any decision to submit a warrant affidavit or seek Mr. Story's arrest. I do not have any knowledge about how that decision was made.

39.     Even though I was not involved, based on my observations at the August 16th Meeting, I believed Mr. Story had hindered the meeting by disorderly conduct in violation of Texas Penal Code § 38.13. I believed at the time of Mr. Story's removal at the August 16th Meeting that the Round Rock ISD Police Department had grounds to immediately arrest Mr. Story for hindering the meeting by disorderly conduct. It was my understanding that Chief Yarbrough and Assistant Chief Williby decided that we would not arrest Mr. Story that evening because we did not have sufficient law enforcement officials present at the August 16th Meeting to continue providing security if the two officers in the meeting room had to leave to handle the arrest.

40.     I did not speak to anyone with anyone at the Williamson County Attorney's Office or any other Williamson County official regarding Mr. Story.

**App. 116**

Under 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this _11th_ day of _December_____, 2025.

_____
FRANK PONTILLO

**App. 117**

# Texas Commission On Law Enforcement
## Personal Status Report

**Name**
FRANK D. PONTILLO

**TCOLE ID (P ID)**          **STATUS**

| **Citizen** | **Race** | **Gender** |
|---|---|---|
| Yes | White | Male |

## Career/Professional Training

| Institution | Hours | Education | From | To |
|---|---|---|---|---|
| | 0 | High School | | |
| Genesee Community College | 75 | Associate | | |
| Air University Community College | 29 | College Credits | | |
| Total Higher Education Hours | 104 | | | |
| | | | | |
| Total Higher Education Points | 2080 | | | |
| Total MilitaryTraining Hours | 0 | | | |
| Total | 2080 | | | |

## Service History

| Appointed As | Department | Award | Service Start Date | Service End Date | Service Time |
|---|---|---|---|---|---|
| Peace Officer (Full Time) | ROUND ROCK ISD POLICE DEPARTMENT | Peace Officer License | 4/26/2021 | | 2 years, 5 months |
| Peace Officer (Full Time) | UNIV. OF TEXAS SYSTEM POLICE | Peace Officer License | 7/17/2017 | 4/25/2021 | 3 years, 9 months |
| Peace Officer | MESQUITE POLICE DEPARTMENT | Peace Officer License | 11/19/1997 | 5/31/2017 | 19 years, 6 months |

## Total Service Time

| Description | Service Time |
|---|---|
| Peace Officer | 25 years, 8 months |
| Total officer time | 25 years, 8 months |

# EXHIBIT 1

**RRISD 03786**

Page Number: 1

**App. 118**

# Texas Commission On Law Enforcement
## Personal Status Report

## Award Information

| Award | Type | Action | Action Date |
|---|---|---|---|
| Peace Officer License | License | Granted | 5/27/1998 |
| Basic Peace Officer | Certificate | Certification Issued | 5/5/2002 |
| Intermediate Peace Officer | Certificate | Certification Issued | 5/20/2005 |
| Advanced Peace Officer | Certificate | Certification Issued | 5/25/2005 |
| Basic Instructor Proficiency | Certificate | Certification Issued | 9/8/2006 |
| Master Peace Officer | Certificate | Certification Issued | 11/1/2009 |
| Mental Health Officer | Certificate | Certification Issued | 8/24/2016 |

## Academy History

| | Date | Institution | Course Title |
|---|---|---|---|
| Completed | 3/20/1998 | North Central Texas Reg. Academy | Basic Peace Officer |

## Courses Completed

**09/01/2021 - 08/31/2023**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 2095 | Use of Force (Non-Intermediate Core Course) | 8/10/2023 | 4 | Cedar Park Police Department | |
| 355 | Annual Firearms Qualification 1701.355 | 8/9/2023 | 0 | ROUND ROCK ISD POLICE DEPARTMENT  (Training Rosters) | |
| 2055 | Firearms | 8/9/2023 | 3 | ROUND ROCK ISD POLICE DEPARTMENT  (Training Rosters) | |
| 2049 | Report Writing - general | 8/8/2023 | 4 | ROUND ROCK ISD POLICE DEPARTMENT  (Training Rosters) | |
| 3311 | ALERRT Level 1 | 7/11/2023 | 16 | Texas Department of Public Safety LEA | |
| 77264 | OSS - Evading Honesty | 7/6/2023 | 8 | OSS Academy | |
| 7821 | Risk & Safety Management | 6/8/2023 | 4 | OSS Academy | |
| 2066 | Implicit bias and social justice | 4/10/2023 | 2 | OSS Academy | |
| 77195 | OSS - Cultural Challenges for Law Enforcement | 4/10/2023 | 2 | OSS Academy | |

9/13/2023

**EXHIBIT 1**

**RRISD 03787**
Page Number:    2

**App. 119**

# Texas Commission On Law Enforcement
## Personal Status Report

### Courses Completed

**09/01/2021 - 08/31/2023**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 77112 | OSS - Less Lethal Techniques | 2/2/2023 | 1 | OSS Academy | |
| 77113 | OSS - Mentally Ill Response | 2/2/2023 | 1 | OSS Academy | |
| 77245 | OSS - Leadership in Law Enforcement | 2/2/2023 | 1 | OSS Academy | |
| 77204 | OSS - Internal Affairs Investigations | 2/1/2023 | 1 | OSS Academy | |
| 77243 | OSS - Juvenile Interview & Interrogation | 2/1/2023 | 1 | OSS Academy | |
| 2024 | Narcotics/Dangerous Drug Inv. | 1/31/2023 | 4 | OSS Academy | |
| 3343 | Less Lethal Chemical Weapons Training (OC, Mace, e | 1/16/2023 | 4 | ROUND ROCK ISD POLICE DEPARTMENT  (Training Rosters) | |
| 3954 | School Based Law Enforcement Training General | 1/3/2023 | 5 | ROUND ROCK ISD POLICE DEPARTMENT  (Training Rosters) | |
| 3305 | Active Shooter Response | 10/24/2022 | 4 | ROUND ROCK ISD POLICE DEPARTMENT  (Training Rosters) | |
| 355 | Annual Firearms Qualification 1701.355 | 8/15/2022 | 0 | ROUND ROCK ISD POLICE DEPARTMENT  (Training Rosters) | |
| 2055 | Firearms | 8/15/2022 | 3 | ROUND ROCK ISD POLICE DEPARTMENT  (Training Rosters) | |
| 41501 | TxSSC Introductory SBLE | 8/5/2022 | 32 | Texas State University Texas School Safety Center | |
| 3954 | School Based Law Enforcement Training General | 7/27/2022 | 7 | Texas State University Texas School Safety Center | |
| 3844 | Crisis Training/Peer support | 6/23/2022 | 14 | Texas Municipal Police Association | |
| 3844 | Crisis Training/Peer support | 6/21/2022 | 15 | Texas Municipal Police Association | |
| 3283 | Gangs | 6/1/2022 | 8 | Hays Co. Sheriff's Academy | |
| 77475 | PoliceOne- Civil Rights | 4/15/2022 | 4 | Lexipol | |
| 2000152 | Lexipol-Enhancing Work Relationships | 4/15/2022 | 1 | Lexipol | |
| 77470 | PoliceOne- First Responder Traffic Incident Manage | 4/11/2022 | 2 | Lexipol | |
| 77553 | PoliceOne- Officer Wellness & Mental Health Awaren | 3/17/2022 | 2 | Lexipol | |
| 3702 | Field Training Officer | 3/15/2022 | 24 | OSS Academy | |

**EXHIBIT 1**

**RRISD 03788**

9/13/2023

**App. 120**

# Texas Commission On Law Enforcement
## Personal Status Report

### Courses Completed

**09/01/2021 - 08/31/2023**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 77305 | PoliceOne- Communication Skills 2 | 1/4/2022 | 1 | Lexipol | |
| 77304 | PoliceOne- Communication Skills 1 | 1/4/2022 | 1 | Lexipol | |
| 77306 | PoliceOne- Communication Skills 3 | 1/4/2022 | 1 | Lexipol | |
| 77473 | PoliceOne- Preventing and Addressing Bullying and | 12/28/2021 | 1 | Lexipol | |
| 77280 | PoliceOne-Active Shooter Prep & Response for Schoo | 12/28/2021 | 1 | Lexipol | |
| 77468 | PoliceOne- Bomb Threats in Schools | 12/28/2021 | 1 | Lexipol | |
| 3187 | 87th Session State and Federal Law Update | 12/21/2021 | 3 | Lexipol | 87th Session State and Federal Law Update |
| 2053 | Baton (All) | 12/17/2021 | 8 | ROUND ROCK ISD POLICE DEPARTMENT  (Training Rosters) | |
| 355 | Annual Firearms Qualification 1701.355 | 10/11/2021 | 0 | ROUND ROCK ISD POLICE DEPARTMENT  (Training Rosters) | |
| 2055 | Firearms | 10/11/2021 | 3 | ROUND ROCK ISD POLICE DEPARTMENT  (Training Rosters) | |
| | **Unit Hours** | | 197 | | |

**09/01/2019 - 08/31/2021**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 4064 | School Based LE Training (State Mandate) | 7/21/2021 | 20 | Texas State University Texas School Safety Center | |
| 2195 | SBLE Active Shooter Training Mandate | 7/1/2021 | 8 | Hutto Police Department | |
| 3186 | 86th Legislative Session Legal Update | 3/23/2021 | 4 | TCOLE Online | 86th Session State and Federal Law Update |
| 3925 | Ethics for Law Enforcement Distance | 10/4/2020 | 4 | TCOLE Online | Ethics in Law Enforcement |
| 403 | The Telecommunicator and Stress (Online) | 10/3/2020 | 4 | TCOLE Online | |
| 2108 | Arrest, Search, and Seizure (Intermediate) | 9/25/2020 | 18 | OSS Academy | Arrest, Search, and Seizure (Intermediate) |
| 3270 | Human Trafficking | 9/22/2020 | 4 | TCOLE Online | Human Trafficking |
| 394 | Cultural Diversity Web with Exercises | 9/22/2020 | 8 | TCOLE Online | Cultural Diversity (Intermediate) |

**EXHIBIT 1**

RRISD 03789

9/13/2023

# Texas Commission On Law Enforcement

## Personal Status Report

### Courses Completed

**09/01/2019 - 08/31/2021**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 420 | Crisis Communications Telecommunicator | 9/15/2020 | 24 | TCOLE Online | Crisis Communications Telecommunicator Intermediate |
| 2053 | Baton (All) | 8/25/2020 | 2 | U.T. System Police Academy | |
| 3347 | Less Lethal Electronic Control Device Update | 8/25/2020 | 4 | U.T. System Police Academy | |
| 3343 | Less Lethal Chemical Weapons Training (OC, Mace, e | 8/25/2020 | 2 | U.T. System Police Academy | |
| 1850 | Crisis Intervention Training 40hr | 6/19/2020 | 40 | U.T. System Police Academy | Crisis Intervention Training (Mandate) Crisis Intervention Training 40hr (Intermediate) |
| 40051 | TFSA Basic Criminal Investigation Course | 5/27/2020 | 40 | TEEX Criminal Justice Institute (CJI) | |
| 3286 | Eyewitness Evidence/Identification (Mandate) | 4/25/2020 | 8 | OSS Academy | |
| 77474 | PoliceOne- Intoxicated Driving | 4/20/2020 | 1 | Lexipol | |
| 2000128 | Lexipol-Courthouse Security | 4/20/2020 | 2 | Lexipol | |
| 5488 | COVID-19 for Law Enforcement | 4/20/2020 | 1 | Lexipol | |
| 2000248 | LEXIPOL-Infectious & Communicable Diseases | 4/20/2020 | 1 | Lexipol | |
| 77476 | PoliceOne- Juvenile Justice | 4/19/2020 | 1 | Lexipol | |
| 77479 | PoliceOne- Suicide Prevention in Law Enforcement | 4/19/2020 | 1 | Lexipol | |
| 77475 | PoliceOne- Civil Rights | 4/19/2020 | 4 | Lexipol | |
| 470 | Informed Response - Sexual Assault/Violence | 2/19/2020 | 8 | TCOLE Online | |
| 2055 | Firearms | 10/16/2019 | 4 | U.T. System Police Academy | |
| 3342 | Tactical Firearms Training | 9/24/2019 | 4 | U.T. System Police Academy | |
| | | **Unit Hours** | 217 | | |

**09/01/2017 - 08/31/2019 \***

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 403 | The Telecommunicator and Stress (Online) | 7/14/2019 | 4 | TCOLE Online | |

## EXHIBIT 1

**RRISD 03790**

**App. 122**

# Texas Commission On Law Enforcement
## Personal Status Report

### Courses Completed

**09/01/2017 - 08/31/2019 ***

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 30418 | Civilian Interaction Training | 7/14/2019 | 2 | Lexipol | Civilian Interaction Training Program |
| 403 | The Telecommunicator and Stress (Online) | 7/13/2019 | 4 | TCOLE Online | |
| 394 | Cultural Diversity Web with Exercises | 7/13/2019 | 8 | TCOLE Online | Cultural Diversity (Intermediate) |
| 3925 | Ethics for Law Enforcement Distance | 7/13/2019 | 4 | TCOLE Online | Ethics in Law Enforcement |
| 3344 | Less Lethal Electronic Control Device Training | 2/20/2019 | 4 | U.T. System Police Academy | |
| 8158 | Body Worn Camera | 11/29/2018 | 4 | U.T. System Police Academy | |
| 4065 | Canine Encounters (Intermediate/Advance) | 5/17/2018 | 4 | U.T. System Police Academy | Canine Encounter (Intermediate) Canine Encouter (Advance) |
| 3343 | Less Lethal Chemical Weapons Training (OC, Mace, e | 1/25/2018 | 2 | U.T. System Police Academy | |
| 3344 | Less Lethal Electronic Control Device Training | 1/25/2018 | 4 | U.T. System Police Academy | |
| 2053 | Baton (All) | 1/25/2018 | 4 | U.T. System Police Academy | |
| 3185 | 85th Legislative Session Legal Update | 1/17/2018 | 3 | Alamo Area LEA | 85th Session State and Federal Law Update |
| | | **Unit Hours** | **47** | | |

**09/01/2015 - 09/30/2017**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3344 | Less Lethal Electronic Control Device Training | 8/22/2017 | 8 | U.T. System Police Academy | |
| 2053 | Baton (All) | 8/21/2017 | 8 | U.T. System Police Academy | |
| 3343 | Less Lethal Chemical Weapons Training (OC, Mace, e | 8/15/2017 | 4 | U.T. System Police Academy | |
| 3722 | Peace Officer Field Training | 8/7/2017 | 120 | U.T. System Police Academy | Peace Officer Field Training |
| 2055 | Firearms | 8/16/2016 | 8 | Mesquite Police Academy | |
| 4064 | School Based LE Training (State Mandate) | 8/12/2016 | 20 | Mesquite Police Academy | |
| 3402 | DWI/DUI Detection and Enforcement | 8/8/2016 | 8 | Mesquite Police Academy | |

## EXHIBIT 1

**RRISD 03791**

Page Number:  6

**App. 123**

# Texas Commission On Law Enforcement

## Personal Status Report

### Courses Completed

**09/01/2015 - 09/30/2017**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 4001 | Mental Health Officer Training Course | 7/29/2016 | 40 | Collin College Law Enforcement Academy | Crisis Intervention Training (AdvPOC) issued prior to 4-1-18<br>Crisis Intervention Training (Intermediate) issued prior to 4-1-18<br>Peace Officer Intermediate Options<br>Peace Officer Intermediate Options 1987-01<br>Peace Officer Intermediate Options 2005-01<br>Peace Officer Intermediate Options 2006-01<br>Peace Officer Intermediate Options 2009-09 |
| 3954 | School Based Law Enforcement Training General | 6/30/2016 | 15 | Texas State University Texas School Safety Center | |
| 3312 | ALERRT Update | 6/29/2016 | 4 | Hays Co. Sheriff's Academy | |
| 2052 | Hostage Negotiations | 6/24/2016 | 24 | Mesquite Police Academy | |
| 8158 | Body Worn Camera | 4/18/2016 | 2 | Mesquite Police Academy | |
| 3854 | Computer Operations | 1/8/2016 | 4 | Mesquite Police Academy | |
| 3184 | 84th Legislative Session Legal Update | 9/28/2015 | 4 | Mesquite Police Academy | 84th Session State and Federal Law Update |
| 3830 | General First Aid Training | 9/28/2015 | 4 | Mesquite Police Academy | |
| 2040 | Defensive Tactics | 9/22/2015 | 2 | Mesquite Police Academy | |
| | | **Unit Hours** | 275 | | |

**09/01/2013 - 08/31/2015**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3305 | Active Shooter Response | 8/21/2015 | 8 | Mesquite Police Academy | |
| 3305 | Active Shooter Response | 8/18/2015 | 8 | Mesquite Police Academy | |
| 3954 | School Based Law Enforcement Training General | 7/2/2015 | 24 | Texas State University Texas School Safety Center | |
| 3010 | Leadership Training | 4/9/2015 | 20 | Comal Co. Sheriff's Office | |
| 2040 | Defensive Tactics | 12/4/2014 | 1 | Mesquite Police Academy | |
| 3830 | General First Aid Training | 8/20/2014 | 8 | Mesquite Police Academy | |

# EXHIBIT 1

9/13/2023

**RRISD 03792**
*Page Number:* 7

**App. 124**

# Texas Commission On Law Enforcement
## Personal Status Report
### Courses Completed

**09/01/2013 - 08/31/2015**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3796 | Management/Supervision Seminar | 8/8/2014 | 17 | Institute for Law Enforcement Administration | |
| 2055 | Firearms | 7/16/2014 | 8 | Mesquite Police Academy | |
| 2055 | Firearms | 7/15/2014 | 8 | Mesquite Police Academy | |
| 3310 | SWAT Inservice Training | 6/27/2014 | 8 | Mesquite Police Academy | |
| 3402 | DWI/DUI Detection and Enforcement | 6/16/2014 | 8 | Mesquite Police Academy | |
| 3305 | Active Shooter Response | 5/1/2014 | 8 | Mesquite Police Academy | |
| 6012 | Health/Physical Fitness/Stress | 3/10/2014 | 8 | Mesquite Police Academy | |
| 3358 | Police Bicycle | 10/28/2013 | 8 | Mesquite Police Academy | |
| 3183 | 83rd Legislative Session Legal Update | 9/23/2013 | 3 | Mesquite Police Academy | 83rd Session State and Federal Law Update |
| 3344 | Less Lethal Electronic Control Device Training | 9/23/2013 | 4 | Mesquite Police Academy | |
| | **Unit Hours** | | 149 | | |

**09/01/2011 - 08/31/2013**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 6012 | Health/Physical Fitness/Stress | 8/20/2013 | 8 | Mesquite Police Academy | |
| 2045 | Patrol Procedures | 8/19/2013 | 4 | Mesquite Police Academy | |
| 3404 | Traffic Stops | 8/19/2013 | 8 | Mesquite Police Academy | |
| 3954 | School Based Law Enforcement Training General | 8/7/2013 | 16 | Texas State University Texas School Safety Center | |
| 3871 | Stress Manangement | 4/25/2013 | 8 | Mesquite Police Academy | |
| 5102 | Effective Commun. in Crisis or Conflict Situations | 4/2/2013 | 8 | Eastfield College LEA | |
| 2029 | Tech. Interviewing & Interrog. | 3/21/2013 | 16 | Mesquite Police Academy | |
| 3305 | Active Shooter Response | 3/7/2013 | 8 | Mesquite Police Academy | |
| 38712 | Evaluation and the Training Process | 1/12/2013 | 1 | Mesquite Police Academy | |
| 3954 | School Based Law Enforcement Training General | 11/11/2012 | 16 | Texas State University Texas School Safety Center | |
| 3345 | Less Lethal Impact Weapons Training (Bean Bag/Impa | 10/5/2012 | 4 | Mesquite Police Academy | |

## EXHIBIT 1

# Texas Commission On Law Enforcement
## Personal Status Report

### Courses Completed

**09/01/2011 - 08/31/2013**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 2055 | Firearms | 8/24/2012 | 8 | Mesquite Police Academy | |
| 3027 | Verbal/Nonverbal Communication | 8/21/2012 | 8 | Mesquite Police Academy | |
| 3305 | Active Shooter Response | 8/20/2012 | 8 | Mesquite Police Academy | |
| 3344 | Less Lethal Electronic Control Device Training | 5/14/2012 | 8 | Mesquite Police Academy | |
| 3700 | Management/Supervision | 5/4/2012 | 13 | Institute for Law Enforcement Administration | |
| 2055 | Firearms | 4/19/2012 | 8 | Mesquite Police Academy | |
| 2015 | Child Abuse Prevention/Invest. | 2/16/2012 | 8 | Mesquite Police Academy | |
| 2045 | Patrol Procedures | 12/7/2011 | 24 | Collin College Law Enforcement Academy | |
| 2045 | Patrol Procedures | 12/7/2011 | 24 | Mesquite Police Academy | |
| 2040 | Defensive Tactics | 11/9/2011 | 8 | Mesquite Police Academy | |
| 2045 | Patrol Procedures | 10/24/2011 | 1 | Mesquite Police Academy | |
| 3182 | 82nd Legislative Session Legal Update | 10/24/2011 | 4 | Mesquite Police Academy | 82nd Session State and Federal Law Update |
| 3830 | General First Aid Training | 10/24/2011 | 2 | Mesquite Police Academy | |
| | **Unit Hours** | | **221** | | |

**09/01/2009 - 08/31/2011**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 2055 | Firearms | 5/31/2011 | 8 | Mesquite Police Academy | |
| 3700 | Management/Supervision | 3/25/2011 | 14 | Institute for Law Enforcement Administration | |
| 3854 | Computer Operations | 3/18/2011 | 4 | Mesquite Police Academy | |
| 3854 | Computer Operations | 3/18/2011 | 4 | Mesquite Police Academy | |
| 3305 | Active Shooter Response | 10/18/2010 | 8 | Mesquite Police Academy | |
| 3700 | Management/Supervision | 9/29/2010 | 18 | Institute for Law Enforcement Administration | |
| 3700 | Management/Supervision | 8/20/2010 | 8 | Texas Municipal League Intergovernmental Risk Pool | |
| 2040 | Defensive Tactics | 6/30/2010 | 8 | Mesquite Police Academy | |
| 2040 | Defensive Tactics | 6/29/2010 | 8 | Mesquite Police Academy | |
| 3700 | Management/Supervision | 5/7/2010 | 14 | Institute for Law Enforcement Administration | |

**EXHIBIT 1**

**RRISD 03794**

**App. 126**

# Texas Commission On Law Enforcement

## Personal Status Report

### Courses Completed

**09/01/2009 - 08/31/2011**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3700 | Management/Supervision | 3/26/2010 | 14 | Institute for Law Enforcement Administration | |
| 66200 | FEMA ICSSingle Res/Initial Action Inc(FEMA IS-200) | 3/10/2010 | 3 | Mesquite Police Academy | |
| 66100 | FEMA Intro ICS | 3/4/2010 | 3 | Mesquite Police Academy | |
| 3100 | LAW | 2/24/2010 | 7 | Texas Municipal League Intergovernmental Risk Pool | |
| 3100 | LAW | 2/24/2010 | 7 | Texas Municipal League Intergovernmental Risk Pool | |
| 3181 | 81st Legislative Session Legal Update | 11/9/2009 | 3 | Mesquite Police Academy | State and Federal Law Update |
| 3737 | New Supervisor's Course | 10/30/2009 | 56 | Institute for Law Enforcement Administration | Cultural Diversity (Intermediate) New Supervisor's Required Training Special Investigative Topics (Intermediate) |
| 3700 | Management/Supervision | 10/30/2009 | 64 | Institute for Law Enforcement Administration | |
| 2046 | Driving | 9/24/2009 | 16 | Mesquite Police Academy | |
| 3200 | Investigations | 9/3/2009 | 8 | Dallas Police Academy | |
| | | **Unit Hours** | **275** | | |

**09/01/2007 - 08/31/2009**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3300 | Patrol/Tactical | 7/21/2009 | 4 | Texas Municipal League Intergovernmental Risk Pool | |
| 2040 | Defensive Tactics | 6/30/2009 | 16 | Mesquite Police Academy | |
| 3737 | New Supervisor's Course | 5/1/2009 | 24 | North Central Texas Reg. Academy | Cultural Diversity (Intermediate) New Supervisor's Required Training Special Investigative Topics (Intermediate) |
| 3300 | Patrol/Tactical | 4/1/2009 | 24 | Mesquite Police Academy | |
| 3700 | Management/Supervision | 2/5/2009 | 8 | Texas Municipal League Intergovernmental Risk Pool | |
| 3700 | Management/Supervision | 2/5/2009 | 8 | Texas Municipal League Intergovernmental Risk Pool | |
| 3322 | Patrol Rifle | 2/4/2009 | 24 | Mesquite Police Academy | |
| 3700 | Management/Supervision | 1/30/2009 | | Mesquite Police Department | |

**EXHIBIT 1**

**RRISD 03795**

9/13/2023

*Page Number:* 10

# Texas Commission On Law Enforcement
## Personal Status Report

### Courses Completed

**09/01/2007 - 08/31/2009**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3232 | Special Investigative Topics | 8/22/2008 | 8 | Mesquite Police Academy | Special Investigative Topics (Intermediate) |
| 394 | Cultural Diversity Web with Exercises | 8/4/2008 | 8 | TCOLE Online | Cultural Diversity (Intermediate) |
| | | **Unit Hours** | 132 | | |

**09/01/2005 - 08/31/2007**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3300 | Patrol/Tactical | 7/30/2007 | 8 | Mesquite Police Academy | |
| 2040 | Defensive Tactics | 7/9/2007 | 8 | Mesquite Police Academy | |
| 3300 | Patrol/Tactical | 6/18/2007 | 8 | Mesquite Police Academy | |
| 3600 | Juvenile | 6/15/2007 | 40 | Texas State University Texas School Safety Center | |
| 3200 | Investigations | 4/18/2007 | 24 | Tarrant County College District LEA | |
| 3300 | Patrol/Tactical | 4/2/2007 | 24 | Mesquite Police Academy | |
| 3200 | Investigations | 10/27/2006 | 40 | Tarrant County College District LEA | |
| 3841 | Crisis Intervention Training | 9/14/2006 | 16 | Mesquite Police Academy | Crisis Intervention Training (AdvPOC) issued prior to 4-1-18 Crisis Intervention Training (Intermediate) issued prior to 4-1-18 Peace Officer Intermediate Options Peace Officer Intermediate Options 1987-01 Peace Officer Intermediate Options 2005-01 Peace Officer Intermediate Options 2006-01 Peace Officer Intermediate Options 2009-09 |
| 1014 | Basic Instructor Course | 9/1/2006 | 40 | Collin College Law Enforcement Academy | |
| 3300 | Patrol/Tactical | 8/24/2006 | 4 | Mesquite Police Academy | |
| 3300 | Patrol/Tactical | 6/22/2006 | 8 | Mesquite Police Academy | |
| 3300 | Patrol/Tactical | 6/20/2006 | 16 | Fort Worth Police Academy | |
| 3300 | Patrol/Tactical | 2/16/2006 | 16 | Mesquite Police Academy | |

## EXHIBIT 1

**RRISD 03796**

**App. 128**

# Texas Commission On Law Enforcement
## Personal Status Report

### Courses Completed

**09/01/2005 - 08/31/2007**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 2179 | S.F.S.T. Refresher | 2/7/2006 | 8 | Plano Police Academy | |
| | | **Unit Hours** | 260 | | |

**09/01/2003 - 08/31/2005**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 66700 | FEMA National ICS (FEMA IS-700a) | 6/16/2005 | 3 | OTHER TRAINING | |
| 3300 | Patrol/Tactical | 6/15/2005 | 8 | Mesquite Police Academy | |
| 3400 | Traffic | 5/16/2005 | 2 | Mesquite Police Academy | |
| 2109 | Spanish for Law Enforcement (Intermediate) | 5/5/2005 | 32 | Mesquite Police Academy | Spanish for Law Enforcement (Intermediate) Spanish for Telecommunicators (Intermediate) |
| 3800 | Technical/Specialized | 3/25/2005 | 4 | Mesquite Police Academy | |
| 3100 | LAW | 10/27/2004 | 21 | Texas Attorney General's Office | |
| 3264 | Special Investigator Certification Course | 8/25/2004 | 24 | Texas Municipal Police Association | Special Investigative Topics (Intermediate) |
| 3277 | Identity Theft | 3/18/2004 | 4 | Mesquite Police Academy | Identity Theft (Intermediate) |
| 3800 | Technical/Specialized | 3/4/2004 | 2 | Mesquite Police Academy | |
| 3232 | Special Investigative Topics | 10/9/2003 | 16 | Mesquite Police Academy | Special Investigative Topics (Intermediate) |
| 2105 | Child Abuse Prevention and Investigation (Interm.) | 9/26/2003 | 24 | Mesquite Police Academy | Child Abuse Prevention and Investigation (Intermediate) |
| 3400 | Traffic | 9/11/2003 | 32 | Mesquite Police Academy | |
| 394 | Cultural Diversity Web with Exercises | 9/4/2003 | 8 | TCLEOSE/UT DISTANCE EDUCATION | Cultural Diversity (Intermediate) |
| | | **Unit Hours** | 180 | | |

**09/01/2001 - 08/31/2003**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3300 | Patrol/Tactical | 4/19/2003 | 8 | Mesquite Police Academy | |

## EXHIBIT 1

**RRISD 03797**

Page Number: 12

**App. 129**

# Texas Commission On Law Enforcement
## Personal Status Report

### Courses Completed

**09/01/2001 - 08/31/2003**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3300 | Patrol/Tactical | 4/10/2003 | 8 | Mesquite Police Academy | |
| 3800 | Technical/Specialized | 8/26/2002 | 3 | Mesquite Police Academy | |
| 3300 | Patrol/Tactical | 8/20/2002 | 16 | Mesquite Police Academy | |
| 3257 | Combined Asset Forfeiture and Racial Profiling | 7/15/2002 | 6 | Mesquite Police Academy | Asset Forfeiture (Intermediate) Racial Profiling (Intermediate) |
| 3300 | Patrol/Tactical | 6/19/2002 | 24 | Mesquite Police Academy | |
| 1999 | Personnel Orientation by Dept. Basic Proficiency | 3/28/2002 | 0 | OTHER TRAINING | Personnel Orientation |
| | | **Unit Hours** | 65 | | |

**09/01/1999 - 08/31/2001**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3200 | Investigations | 8/15/2001 | 24 | Plano Police Academy | |
| 3200 | Investigations | 5/8/2001 | 16 | North Central Texas Reg. Academy | |
| 3200 | Investigations | 2/23/2001 | 40 | Arlington Police Academy | |
| 3300 | Patrol/Tactical | 2/9/2001 | 8 | Mesquite Police Academy | |
| 394 | Cultural Diversity Web with Exercises | 1/31/2001 | 8 | TCLEOSE/UT DISTANCE EDUCATION | Cultural Diversity (Intermediate) |
| 3232 | Special Investigative Topics | 12/6/2000 | 8 | Mesquite Police Academy | Special Investigative Topics (Intermediate) |
| 3800 | Technical/Specialized | 10/6/2000 | 40 | Texas Department of Public Safety LEA | |
| 3800 | Technical/Specialized | 5/19/2000 | 40 | Dallas Co. Sheriff's Academy | |
| | | **Unit Hours** | 184 | | |

**09/01/1997 - 08/31/1999**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3300 | Patrol/Tactical | 6/16/1998 | 46 | Mesquite Police Academy | |
| 3400 | Traffic | 4/29/1998 | 4 | Mesquite Police Academy | |
| 2108 | Arrest, Search, and Seizure (Intermediate) | 4/29/1998 | 24 | Mesquite Police Academy | Arrest, Search, and Seizure (Intermediate) |
| 2106 | Crime Scene Investigation (Intermediate) | 4/22/1998 | 24 | Mesquite Police Academy | Crime Scene Investigation (Intermediate) |

**EXHIBIT 1**

RRISD 03798

**App. 130**

# Texas Commission On Law Enforcement
## Personal Status Report

### Courses Completed

**09/01/1997 - 08/31/1999**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 2105 | Child Abuse Prevention and Investigation (Interm.) | 4/17/1998 | 24 | Mesquite Police Academy | Child Abuse Prevention and Investigation (Intermediate) |
| 3300 | Patrol/Tactical | 4/1/1998 | 8 | Mesquite Police Academy | |
| 2107 | Use of Force (Intermediate) | 3/31/1998 | 16 | Mesquite Police Academy | Use of Force (Intermediate) |
| 3300 | Patrol/Tactical | 3/25/1998 | 4 | Southern Methodist University P.D. | |
| 3300 | Patrol/Tactical | 3/24/1998 | 8 | Mesquite Police Academy | |
| 1000 | Basic Peace Officer | 3/20/1998 | 640 | North Central Texas Reg. Academy | Cultural Diversity (Mandate) Special Investigative Topic (Mandate) |
| 3807 | TCIC/NCIC for Less than Full Access Operators | 1/30/1998 | 8 | Texas Department of Public Safety LEA | |
| 3300 | Patrol/Tactical | 1/16/1998 | 46 | Mesquite Police Academy | |
| 2067 | S.F.S.T. Practitioner | 12/19/1997 | 24 | TEEX Central Texas Police Academy | |
| | | **Unit Hours** | 876 | | |

**09/01/1995 - 08/31/1997**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3300 | Patrol/Tactical | 8/5/1997 | 8 | Mesquite Police Academy | |
| | | **Unit Hours** | 8 | | |
| | | **Total Hours** | 3086 | | |

### Total Hours

| | |
|---|---|
| **Total Career/Professional Hours** | 2080 |
| **Total TCOLE Course Hours** | 3086 |
| **Total Hours** | 5166 |

*Courses submitted between 09/01/2017 and 09/30/2017 will be credited to the 2015-2017 and 2017-2019 training unit, but will only count once toward total training hours.

# EXHIBIT 1

**RRISD 03799**

**App. 131**

# Employee Service Record





Date: 05/30/2025
Name: PONTILLO, FRANK D
ID:

Employee Signature: _____



**ROUND ROCK**
INDEPENDENT SCHOOL DISTRICT
1311 Round Rock Avenue
Round Rock, TX 78681-4999
Phone: (512) 464-5000

| 1 School Year | 2 State or Country | 3 County or Equivalent | 4 School District or Institution | 5 Indicate if public or private school | 6 Position Held | 7 Years of Exp | 8 % of Day Emp | 9 No. Days Emp | 10 Indicate if a full semester, if it is less than 90 days | 11 Dates of Service From | Dates of Service To | 13 Authorized District Signature |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20-21 | TEXAS | WMSN | RRISD | Public | POLICE OFFICER 260 DAYS | 0 | 100% | 48 | | 04/26/2021 | 06/30/2021 | |
| 21-22 | TEXAS | WMSN | RRISD | Public | POLICE OFFICER 260 DAYS | 0 | 100% | 260 | | 07/01/2021 | 06/30/2022 | |
| 22-23 | TEXAS | WMSN | RRISD | Public | POLICE OFFICER 260 DAYS | 2 | 100% | 260 | | 07/01/2022 | 06/30/2023 | |
| 23-24 | TEXAS | WMSN | RRISD | Public | POLICE OFFICER 260 DAYS | 2 | 100% | 260 | | 07/03/2023 | 06/28/2024 | |

## State Sick Leave Program

| Prior Year Balance | Year Earned | Earned | Used | End of Year Balance |
|---|---|---|---|---|
| .0000 | 20-21 | .0000 | .0000 | .0000 |
| .0000 | 21-22 | .0000 | .0000 | .0000 |
| .0000 | 22-23 | .0000 | .0000 | .0000 |
| .0000 | 23-24 | .0000 | .0000 | .0000 |

## State Personal Leave Program

| Prior Year Balance | Year Earned | Earned | Used | End of Year Balance |
|---|---|---|---|---|
| 8.0000 | 20-21 | .0000 | .0000 | 8.0000 |
| 8.0000 | 21-22 | 40.0000 | 47.0000 | 1.0000 |
| 1.0000 | 22-23 | 40.0000 | 40.4000 | .6000 |
| .6000 | 23-24 | 40.0000 | 40.5000 | .1000 |

Comments:

RRISD 03770

**EXHIBIT 2**

**App. 132**

# Employee Service Record

All service claimed for salary increment purposes must be documented on this form or other similar document containing similar information.

**Instructions for completing the Employee Service Record:**

**1. School Year**
Corresponds to the scholastic school year (e.g., 1997-98) employment is claimed. No more than one year of experience can be shown on one line.

**2. State/Country**
Enter state or territory of the USA. Enter name of foreign nation if applicable.

**3. County/Equivalent**
Enter county or parish in USA. Department of Defense Education Activity (DoDEA), enter the names of sub-territories of foreign nations. DoDEA service must be completed by the National Archives and Records Administrations (NARA). Send a blank service record to: National Personnel Records Center, Civilian Personnel Records, 1411 Boulder Blvd, Valmeyer IL 62295.

**4. School District or Institution**
Enter name of public school district or institution and name of private school or institution. Give sufficient information in this column to identify the school for accreditation purposes.

**5. Public or Private**
Enter either Public or Private, for the British System enter either Government or Public.

**6. Position Held**
Enter position held (e.g., teacher, librarian, substitute, bus driver, aide, etc.)

**7. Years of Experience**
Enter the number of year(s) of actual experience as of September 1, of the school year indicated in column 1. (Do not include the additional year(s) for career ladder, career and technology education work experience, or qualified teacher aide experience. This experience must be recorded as a footnote on the service record).

**8. % of Day Employed**
Enter percentage of the school day the employee was employed. Full day is reported as 100%, one-half day is reported as 50%, three-quarters of the day is reported as 75%, etc.

**9. No. of Days Employed**
Enter the number of days employed during the contractual year (July 1 through June 30). The days entered must not include the number of days a person was docked a full day's pay.

**10. Indicate if a full semester, if it is less than 90 days**
Enter full semester if it was a full semester that was less than 90 days.

**11. Date of Service From**
Enter the actual beginning date of employment during the contractual year (July 1 thru June 30).

**12. Date of Service To**
Enter the actual ending date of employment during the contractual year (July 1 thru June 30).

**13. Authorized District Signature**
The record must be verified by either signing each line of the record separately (in ink) or by drawing a diagonal line and placing the signature diagonally across from the experience. An authorized official of the school system must sign the record. A rubber stamp signature may be used, in lieu of the original signature, provided the name of the person appearing on the stamp is the same designated by the school district to sign the service record. Such official, if not the superintendent of the school, must have been authorized to sign personnel records of the institution by the governing board of that institution. In the case of public schools, the board of trustees is the governing body. The organization's official stamp must be included on the service record if service from overseas is reported. For public schools, colleges and universities, the country's Department of Education is the organization official stamp. If service is reported from the US, official stamp may be included depending on availability.

**State Sick Leave and State Personal Leave**

**1. State Sick Leave**
Enter state sick leave information in this table, not required for private schools, colleges and out-of-state schools.

**2. State Personal Leave**
Enter state personal leave information in this table. (Required for Charter schools if state days are offered) – not required for private schools, colleges, and out-of-state schools. (Note: This program was initiated in the 1995-96 school year).

**Service Notes:**
If earning service for a skill-based certificate added by exam, record the first date the educator worked 50% of day in the appropriate assignment. Valid Educational Aide experience and any other unique information regarding service should also be included.

**Note:**   1. All service claimed for salary increment purposes must be documented on this form or other similar document containing similar information.
        2. Service records and any supporting documents must be completed in ink (the document may be completed electronically and printed).
        3. White out may not be used, any white out used on any document submitted will nullify the document.

**RRISD 0371**

**EXHIBIT 2**

**App. 133**

### CASE SUPPLEMENTAL REPORT

Printed: 09/27/2021  15:00

OCA: *2108170001*

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *PENDING/ACTIVE*    **Case Mng Status:** *NA*    **Occurred:** *08/16/2021*

**Offense:** *HINDER PROCEEDINGS BY DISORDERLY COND*

---

**Investigator:** *PONTILLO, FRANK* ▮    **Date / Time:** *08/17/2021 15:51:02, Tuesday*

**Supervisor:** *WILLIBY, JIM* ▮    **Supervisor Review Date / Time:** *08/19/2021 15:22:16, Thursday*

**Contact:**    **Reference:** *Supplement*

---

On 08-16-22021 at 1700 hours, I, Officer Frank Pontillo ▮ and Officer Milton Pope ▮ were working security at the Round Rock Independent School District Board Meeting.  Officer Pope and I are both employed as Police Officers for the Round Rock Independent School District.  The board meeting took place at 300 N. Lake Creek Dr., inside the 100 Lecture Hall.

At approximately 1728 hours, I observed that Officer Pope made contact with a white male wearing an orange shirt. The subject is known to officers as being Story, Jeremy Wade ▮ ▮.  It should be noted that a few minutes earlier, Officer Lauren Griffith ▮ observed Mr. Story in the parking lot and advised Officers that he was wearing an orange shirt and had entered the building.  Officer Griffith has had previous contact with Mr. Story at the Round Rock ISD Admin Building.  Officer Pope advised Story that since there were no more empty seats in the board room, he would need to leave.  Mr. Story stated that it was his right to be there and that he wasn`t going to leave.  Under the circumstances, Officer Pope and I decided to let Story stay in the board room instead of forcefully removing him.  Eventually Mr. Story was able to locate a seat.  This contact was partially recorded by my body camera.

During the board meeting Mr. Story had one outburst.  It was unknown exactly what he said.  This caused Round Rock ISD Police Chief J. Yarbrough to give Mr. Story a verbal warning about his behavior.

At approximately 2035 hours, Mr. Story was called by the board to speak.  Mr. Story spoke about an unrelated topic and was told to stop speaking by the Board President, Amy Weir.  Mr. Story ignored Ms. Weir and continued to speak about an unrelated topic that was not on the board`s agenda.  Mr. Story also began to yell and scream about the law being violated.  Ms. Weir asked Mr. Story several times to exit the board room but he refused.  At that point Ms. Weir instructed Officer Pope and I to remove Mr. Story from the board room.  Officer Pope and I made contact with Mr. Story and requested several times that he exit the board room but he refused.  It should be noted that Mr. Story continued to yell and scream which caused a major disruption during the board meeting.  Officer Pope and I had to forcibly remove Mr. Story from the premises.

---

Investigator Signature    Supervisor Signature

RRISD -PD 000008

## EXHIBIT 3

**App. 134**

# ROUND ROCK ISD POLICE DEPARTMENT

## Use of Force

**Use of Force:**
Case #: 21-0817-0001　Time: 20:35　Date: 8/16/2021　Campus: Stony Point HS　Officer badge: ▮▮▮▮
Primary Officer Using Force: Frank Pontillo　　　　　Time with Dept: _____ Years 4 ___ Mos.
Location: 300 N. Lake Creek Dr Room 100　Call Type: Disturbance Type Premises: Lecture Hall (Board Meeting)
Subject Name: Jeremy Wade Story　　　Race: ▮▮▮　Sex: ▮▮▮　DOB: ▮▮▮　Age: ▮▮▮
Address: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮　　　　Hgt: ▮▮▮　Wgt: ▮▮▮
Subject Injured: ⦿No ◯Yes　Subject Medically Checked by EMS: ⦿No ◯Yes　Subject Refused Treatment: ☐
Transported to: _____ By: _____
Officer Injury: ⦿No ◯Yes　Subject Medically Checked by EMS: ⦿No ◯Yes　Subject Refused Treatment: ☐
Transported to: _____ By: _____

**Reason for Use of Force:**
☐ To Effect Arrest　　　☐ To Defend Another Officer　　☐ To Prevent Offense
☐ To Defend Self　　　　☐ To Defend Another Person　　☐ Restrain for Subject Safety
☑ Other: Subject refused to exit the board room when told to do so by President Weir and Officers.

**Subject's Actions:**
☐ Nonverbal cues indicating physical resistance　　　　Number of persons Resisting: 1
☐ Verbal threats, non-compliance with officer direction
☐ Dead weight, clinging to objects, preventing custody　　Appeared or Known Under the Influence
☑ Pulling, pushing, running away, to avoid control, not harming officer　　☐ Alcohol
☐ Assault, grabbing, pushing, kicking, striking officer or another　　☐ Drugs
☐ Assault with intent and ability to cause death or SBI　　☐ Mental issues
☐ Assault or threats with deadly weapon　　　　　　　　☑ Other: N/A
☐ Other: _____

**Officer Actions:**　(Check all that apply, if more than one type of force used, number in order of use.)
☑ Verbal Direction　　　　　　　　　　　　　☐ Less Lethal Munitions (Bean bag, stinger, rubber)
☑ Soft Weaponless Control (Muscling, joint locks, pressure points)　☐ Pointed Taser (Laser)
☑ Hard Weaponless Control (Hard strikes, leg strikes, shoulder pin)　☐ Discharged Taser
☐ OC Spray　　　　　　　　　　　　　　　　☐ Pointed Firearm
☐ Asp/Baton　　　　　　　　　　　　　　　　☐ Discharged Firearm
☐ Non-Lethal (JPX)　　　　　　　　　　　　　☐ Other: _____

**Physical Control:**
☐ Not Used　　　　☐ Pressure Points　　☐ Takedown　　☐ Hobble
☑ Muscling (grip, push, pull)　☐ Joint Lock　　☐ Handcuffing　☐ Other: _____
Effective: ⦿ Yes ◯ No If no explain: _____

**OC Spray:**
OC Spray: ⦿Not Used ◯Attempted ◯Used　Distance: ___-___ ft. Duration: 1:_____ 2:_____ 3:_____
Effective: ◯ Yes ◯ No If no explain: _____

**ASP / Baton:**
ASP / Baton: ⦿Not Used ◯Used　Number of Strikes: _____ Location: _____
Effective: ◯ Yes ◯ No If no explain: _____

**Non Lethal / Less Lethal Munitions:**　(insert number of rounds fired / hits)
Non/Less lethal Munitions: ⦿Not Used ◯Used　Bean Bag: _____ Stinger: _____ Rubber: _____ JPX: _____
Location of Hits: _____
Effective: ◯ Yes ◯ No If no explain: _____

RRISD - Police Department 000012

**RRISD 06325**

# EXHIBIT 4

**App. 135**

**TASER:**
◉ Not Used  ○ Pointed Taser Only (Laser)  ○ Discharged Taser  ○ Drive Stun
Distance Fired: _____ ft.  Cycles Discharged: _____  Probes Penetrate Skin ○ Yes ○ No
Taser Number: _____  Cartridge Numbers: _____  Placed in Evidence: ○ Yes ○ No
Effective: ○ Yes  ○ No: If no explain: _____

**Firearm:**
◉ Not Used  ○ Pointed Firearm Only  ○ Discharged Firearm
Weapon:    Sidearm    Shotgun    Patrol Rifle    Backup / Off Duty    Distance Fired: _____ ft.
Rounds Discharged: _____  Number Hits on Target: _____  Weapon Serial Number: _____
Effective: ○ Yes  ○ No: If no explain: _____

**Environmental Conditions:**
☐ Hot (Little or thin clothing)   ☐ Daylight
☑ Warm                            ☐ Dawn / Dusk
☐ Cool                            ☐ Darkness
☐ Cold (Heavy clothing)           ☐ Other:

**Situational Conditions:**
☐ Multiple Suspects      ☑ Indoors
☐ Hostile Environment    ☐ Outdoors
☐ Threats to Officer(s)  ☐ In Vehicle
☐ Confined Space         ☐ Other:

**Officer Summary:**
Type of force ultimately successful in Control of Subject:
Soft weaponless Control

Officer comments on regarding force effectiveness:
President Weir, Officer Pope , and I gave several
verbal commands to the subject to exit the board
room.  The subject disregarded all verbal
commands.  Officer Pope grabbed the subject under
his armpits, by placing his arm across his chest.  I
grabbed one of the subjects arms to help prevent him
from falling.  Officer Pope and I then escorted the
subject from the premises.

Reporting Officer:  Frank Pontillo

Indicate location of force used on diagram

⌒⌒ Grip
○ Spray
← Impact
↙ Dart
● Munition

**\*\*\* Full Narrative of Use of Force in Arrest or Offense Report  - Attach Copy to this Supplement \*\*\***

**Supervisor:**
Number of officers at scene and available when force used: __2__     ☑ Video Reviewed
Comments: _____

☑ In Compliance with Policy  ☐ Further Investigation Needed    Supervisor: _____    # _____

Reviewed: _____                    ☐ In Compliance  ☐ Investigation Needed
                    Patrol Sergeant
Reviewed: _____                    ☑ In Compliance  ☐ Investigation Needed
                    Chief of Police

**RRISD 06326**

**EXHIBIT 4**

**App. 136**