IN THE UNITED STATES DISTRICT COURT
WESTERN DIVISION OF TEXAS – AUSTIN DIVISION

| | | |
|---|---|---|
| JEREMY STORY, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| SUPERINTENDENT HAFEDH AZAIEZ, | § | CIVIL ACTION |
| TRUSTEES AMBER FELLER, TIFFANIE | § | NO. 1:22-CV-00448-DAE |
| HARRISON, AMY WEIR, JUN XIAO, | § | |
| CORY VESSA, OFFICERS JEFFREY | § | |
| YARBOROUGH, JAMES WILLIBY, | § | |
| DEBORAH GRIFFITH, MILTON POPE, | § | |
| FRANK PONTILLO, RON COLE, CHIEF | § | |
| DENNIS WEINER, and CARLA | § | |
| AMACHER, individually, AND ROUND | § | |
| ROCK INDEP. SCHOOL DISTRICT, | § | |
| Defendants. | § | |

## DECLARATION OF DR. HAFEDH AZAIEZ

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF WILLIAMSON | § |

1.     My name is Hafedh Azaiez. I am over the age of 18, have never been convicted of any felony or any misdemeanor involving moral turpitude, and am fully competent to testify to all facts contained herein. I am fully competent to make this Declaration, and by virtue of my position as Superintendent for the Round Rock Independent School District ("Round Rock ISD" or the "District"), I have personal knowledge of all facts stated herein.

2.     I have served in education in Texas for more than twenty-three years. I obtained a Bachelor's Degree in Science, Physics, and Chemistry Interdisciplinary Studies in 1998 from the Faculty of Mathematical, Physical, & Natural Sciences of Tunis. I completed the coursework for a Master's Degree in Geology/Geophysics from the City College of New York in 2002. In 2008, I obtained a Master of Education Administration & Supervision from the University of Saint Thomas

# EXHIBIT E

**App. 164**

in Houston. In 2017, I obtained a Doctor of Education in Educational Leadership from Sam Houston State University. I have Texas Educator Certifications for Superintendent, Principal, and as a Math (4–8) and Science (4–8) Educator.

3.      I began my work in education in 2002 for Houston Independent School District. I served as a middle school teacher for Houston ISD for five years. In 2007, I began serving as a middle school assistant principal in Houston ISD and served in that role for three years. I then became a middle school principal in Houston ISD and served as a principal for five years, including serving two years as a lead principal over two Houston ISD middle schools. In 2015, I began serving as the Assistant Superintendent of Administration for Spring Independent School District. Then, from 2018 through the end of the 2020–2021 school year, I was the Superintendent for Donna Independent School District.

4.      In Spring 2021, I applied for the position of Superintendent for Round Rock ISD and provided information to Ray & Associates, the District's Superintendent Search Firm, in support of my candidacy. Attached as **Exhibit 1** is a true and correct copy of the materials I submitted regarding my candidacy for Superintendent. The information contained in **Exhibit 1** is true and correct. In or around May 2021, I interviewed for the open Superintendent position for Round Rock ISD. On May 21, 2021, the Round Rock ISD Board of Trustees (the "Board") named me as the lone finalist for the Superintendent position. On June 14, 2021, the Board voted to employ me as the District's Superintendent at a public meeting. I was present in the building, in a separate room, during the June 14, 2021 meeting. I was not watching the meeting. After the Board voted, I entered the meeting room where I was given the opportunity to speak to the public regarding my hiring.

5.      Based on my lengthy experience in Texas education at four different school districts, this is the normal and routine process for hiring a new superintendent. Under Texas law, a school board must give public notice of the name of the finalist being considered to serve as superintendent

and wait twenty-one days before final action is taken on the individual's employment. During that 21-day window, the named finalist and the school district negotiate the potential terms of an employment agreement, and the school board votes on employment and the contract at a public meeting after the 21-day notice period. It has been my experience and observation that the newly-hired superintendent often joins the Board meeting after the Board votes to hire and enter into the employment contract for the designated lone finalist. I began serving as Round Rock ISD's Superintendent in July 2021.

6.      I understand that Mr. Story alleges in this lawsuit that I received questions the Board intended to ask me during my interview for the Round Rock ISD superintendent position. That is false. No one provided me a list of questions that the Board might ask or advised me of information the Board might be looking for in its next superintendent.

7.      I was generally aware that, like many superintendent hiring decisions, there were some members of the community that may have disagreed with the process the Board used to hire me. I was not aware of, and did not pay attention to, which specific community members voiced disagreement with the process. It was not a unanimous vote by the District's Trustees. There were two Trustees, former Trustee Dr. Mary Bone and former Trustee Danielle Weston, who did not vote to hire me as the District's Superintendent. Even if people disagreed with the hiring process or Trustees did not vote to hire me, as the Superintendent for the entire school district, I am responsible to all Trustees and all members of the community. I wanted to be successful and to improve the District and work for the entire Round Rock ISD community. If anything, I believed it was my job to perform so well for the District that my performance spoke for itself and removed any concern.

8.      A new superintendent of a school district faces a steep learning curve to obtain familiarity with the school district, its personnel, where the school district is academically, and what actions need to be taken to improve the school district. I hit the ground running in July 2021 to begin learning and leading the District and preparing the District for the upcoming academic school year,

which would begin in merely five or six weeks. The task of a new superintendent in Summer 2021 was even greater due to the need to address the learning loss associated with COVID-19 and prepare for a full return to in-person learning, and to determine whether and in what circumstances virtual learning for some students could continue. While COVID-19 vaccines were available to adults, and it appeared in late Spring and early to mid-Summer 2021 that we were on our way back to a normal learning environment, things changed when the new Delta variant of the virus started spreading that summer.

9.      In late July and early August 2021, local and national health officials were warning about the new Delta variant. In Round Rock, both Travis County and Williamson County health officials were reporting significant increases in COVID-19 cases attributable to the new Delta variant. Meanwhile, the Governor had issued an Executive Order that prohibited public entities, including school districts, from adopting mask mandates.

10.      Based on my personal observation and knowledge, superintendents across the State of Texas were evaluating how they could keep staff, students who did not have access to vaccines yet, and vulnerable populations safe and healthy in schools. Certain cities and counties adopted mask mandates despite the Governor's Executive Order—including Travis County where a significant portion of Round Rock ISD schools are located. I observed that multiple school districts across the State of Texas, including Austin Independent School District in Travis County, began considering adopting mask mandates. There were ongoing lawsuits and appeals regarding the Governor's Executive Order and public entities that were instituting mask requirements despite the Governor's Executive Order.

11.      As part of my duties and responsibilities as Superintendent, I had to evaluate and make recommendations regarding COVID-19 health and safety protocols to the Board. School personnel, Trustees, and the community were expressing a variety of concerns regarding a full return to in-person learning without masks that required my attention, in addition to the normal work of a newly-hired

Superintendent. As a result, the District's administration began preparing recommendations for the Board regarding COVID-19 health and safety protocols for Fall 2021. I was regularly consulting with my General Counsel about the status of litigation statewide regarding mask mandates in light of the Governor's Order, watching how school districts and courts were responding, and listening to the will of the community of Round Rock ISD parents and students as well as staff to try and determine what recommendations should be made to the Board to prevent the spread of COVID-19 in schools. These were not decisions I took lightly and required substantial attention.

12.    In early August 2021, as I was trying to quickly get up to speed as the District's Superintendent and address how the District should respond in light of the Delta variant, I was served with a civil protective order against me that was obtained by a woman that I knew. The protective order was obtained ex parte; it was without my knowledge or presence in court to defend against the allegations. I understand that whether the allegations that supported the protective order are true or false is not at issue in this lawsuit. However, I disagree with the woman's characterization of our relationship. I vehemently deny the allegations that I engaged in any action towards her that formed the "Grounds" for the protective order. I did not visit her home on July 6, 2021—or ever—and did not engage in any act of violence or threat of violence towards this individual. I made no verbal or physical threats towards this individual.

13.    I advised the Trustees regarding the protective order and spoke individually with some of the Trustees regarding the allegations in the protective order. I wanted to ensure that they were made aware as quickly as possible of these allegations.

14.    It is my understanding that Mr. Story contends in this lawsuit that he was present at the Round Rock ISD Administration Building to try to observe or film the service of the protective order on me. I had no knowledge of this at the time. I did not know that anyone had been at the

---

**App. 168**

Administration Building to try to film this. I also did not know who Mr. Story was until he spoke at the August 16, 2021 Board Meeting (the "August 16th Meeting").

15.     I knew that the Trustees were receiving questions and communications regarding the protective order and allegations against me. I had already disclosed the information I needed to share about the protective order and allegations with the Trustees. I do not recall the Trustees sharing any of these written communications with me or advising me of the identities of any members of the community who were contacting and communicating with the Trustees about the allegations against me. I do not recall any Trustee mentioning Mr. Story's name to me or telling me that Mr. Story was making or reporting allegations against me.

16.     At no point before the August 16th Meeting did I know that Mr. Story, or any other particular individual, was sending emails to the Trustees regarding the allegations or protective order against me. I was not aware that Mr. Story had made any public statements about the allegations or protective order prior to the August 16th Meeting. I did not even know who Mr. Story was at the time.

17.     At the time of the August 16th Meeting, I had been serving as Superintendent for fewer than six weeks. The August 16th Meeting was the second Board meeting the District had held since I started working as Superintendent. The August 16th Meeting was a specially-called Board meeting. The August 16th Meeting was specially-called to hear from local health authorities about the new Delta variant and health officials' recommendations regarding COVID-19 health and safety protocols to keep people from contracting and spreading the COVID-19 virus. During the meeting, the administration was going to advise the Board of the steps the District would take to address COVID-19, including the potential to adopt a mask mandate. The administration was going to also present information regarding ongoing mask litigation in Texas and the status of that litigation because there had been several injunctions enjoining the Governor from enforcing his Executive Order as well as decisions from courts of appeals regarding mask mandates.

---

**App. 169**

18.     An administrative decision was made to limit seating capacity in the Board meeting room for the August 16th Meeting as a COVID-19 health and safety measure to allow for social distancing. I do not specifically recall making or approving the decision to limit seating capacity. Generally, that is not the type of high level decision a Superintendent makes. I do not recall who decided to limit seating capacity and socially-distance the chairs at the August 16th Meeting. I did know that many schools boards around the State of Texas, like Round Rock ISD, has just returned to in-person Board meetings when the Delta variant began spreading. I also knew that many school boards that returned to in-person meetings were enforcing social distancing in Board meetings. To me, this seemed like a very rational response to prevent the spread of COVID-19, especially in light of the information we were receiving regarding the Delta variant.

19.     At the August 16th Meeting, the District provided an overflow room with socially-distanced chairs where the meeting was live-streamed. Those present for public comment who did not have a seat in the meeting room were allowed to enter when it was their turn to speak to the Board. Members of the public could also attend the meeting virtually and present public comment virtually, which many individuals did. Based on my experience in Texas schools, many school districts provide an overflow room where members of the public can sit and watch the Board meeting if there is insufficient room or chairs in the actual Board meeting room.

20.     The chair spacing and seating capacity limit at the August 16th Meeting was completely related to COVID-19 and the need to provide safety precautions in light of the new Delta variant. There was no other motivation for the limited seating capacity. In fact, Round Rock ISD Board meetings enforced social distancing through limited seating capacity as a COVID-19 protocol at the August 19, 2021 Board Meeting, the August 24, 2021 Board Meeting, the September 14, 2021 Board Meeting, and the September 18, 2021 Board Workshop. For the September 22, 2021 Board Meeting, we scheduled the meeting at an auditorium at one of the District's Performing Arts Centers so there

was greater capacity. With this change, more people could sit in the meeting and still be socially distanced.

21.     Because the August 16th Meeting was a specially-called Board meeting, under Round Rock ISD Board policy BED (Local), public comment was limited to items on the agenda. The two items on the August 16th Meeting Agenda related to COVID-19. The first agenda item related to employee leave necessitated by contracting or being exposed to COVID-19. The second agenda item was COVID-19 health and safety protocols. For the second item, the Board would be presented information from local health authorities and recommendations from the administrations regarding actions to take to combat the spread of the new Delta variant. The Board could then vote to take further precautions by adopting or declining to adopt a mask mandate.

22.     Like other school districts, Round Rock ISD's Board President serves as the presiding officer for and maintains order over Board Meetings. The Superintendent is not the presiding officer and does not run the Board Meeting, make decisions regarding the operation of the meeting, or enforce the Board's rules for the meeting. The Board President, as presiding officer, also has the authority under BED (Local) to seek law enforcement assistance to remove an individual who is disruptive to the meeting.

23.     The issues surrounding mask mandates were contentious in Round Rock, throughout Texas, and nationwide. There were approximately 180 speakers signed up for public comment at the August 16th Meeting. The overwhelming majority of the speakers were there to talk in support of, or opposition to, a mask mandate.

24.     Prior to and during the August 16th Meeting, I did not give any directives to Chief of Police Jeffrey Yarbrough, Assistant Chief of Police James ("Jim") Williby, or any other police officer or District personnel regarding Mr. Story or any other specific individual. Again, I did not know who Mr. Story was before he spoke during public comment.

25.    The video of the August 16th Meeting depicts what occurred when it was Mr. Story's turn to speak during public comment. Based on my observations at the time, and not my recollection from since reviewing the video, the Board President Weir allowed Mr. Story to speak when he was discussing mask mandates, but when he mentioned the protective order against me, she warned that he was no longer speaking on an agenda item. But Mr. Story kept speaking, even though the Board President told him several times he was off topic and even banged her gavel. When Mr. Story continued to ignore the Board President's warning and continued talking in violation of the meeting rules, Board President Weir requested law enforcement assistance to remove Mr. Story from the room.

26.    I did not give any directive to remove Mr. Story from the room. I did not give any non-verbal directive to remove Mr. Story or make any gesture designed to get law enforcement officers to remove Mr. Story from the room. That is not my role in Board meetings as the Superintendent.

27.    I observed two Round Rock ISD police personnel, who I now know were Sergeant Milton Pope and Officer Frank Pontillo, approach Mr. Story, ask him to leave, and try to encourage him to peacefully comply with the directive and leave the room. But Mr. Story resisted and was yelling out in the room. I observed the officers physically escort Mr. Story out of the room. Mr. Story continued shouting across the room and seemed to be resisting their efforts to escort him from the room.

28.    Based on my observations, Sergeant Pope and Officer Pontillo acted in an exceedingly professional manner, tried to de-escalate or calm down the situation with Mr. Story, and tried to encourage Mr. Story to be compliant. I did not observe Sergeant Pope or Officer Pontillo engage in anything I would refer to as "force" to remove Mr. Story. They seemed to use the bare minimum amount of physical contact necessary to escort Mr. Story from the meeting room.

29.    Based on my observations of the August 16th Meeting, Board President Weir did not treat Mr. Story differently from other speakers. When other speakers discussed matters that were not

on the agenda—COVID-19 employee leave and COVID-19 health and safety protocols including a potential mask mandate—Board President Weir advised them they were off topic. I believe there was one other speaker who, like Mr. Story, continued to speak despite Board President Weir's warning that they were not speaking about an agenda item. In that case, the Board President asked that the speaker be removed from the meeting room. Unlike Mr. Story—who remained at the microphone, continued speaking, and refused to leave—the other speaker stopped speaking when Board President Weir asked for the speaker to be removed and voluntarily left. No one at the meeting continuously refused Board President Weir's warning that they were off topic and refused to leave, necessitating a physical escort from the meeting room.

30.    As I had done when Mr. Story was told by the Board President he was off topic, I did nothing in response to other speakers who were directed by the Board President that they were off topic.

31.    Unlike other speakers who complied with the Board President's directives to keep their comments to matters on the agenda, I believed Mr. Story disrupted and interfered with the August 16th Board meeting. The disruption and interference was not caused by what he was saying but by his conduct of refusing to comply with the Board President's directives and Board policies regarding public comment at specially called Board Meetings.

32.    Three days later, on August 19, 2021, the Board held its regular, monthly meeting (the "August 19th Meeting"). The August 19th Meeting Agenda was posted before the August 16th Meeting. At the August 19th Meeting, Mr. Story again attended and participated freely in public comment where he spoke the entire two minutes about the protective order and me without interruption. Other speakers also spoke about the same topic without interruption.

33.    After the August 16th Meeting, I did not direct Chief Yarbrough, Assistant Police Chief Williby, Detective Lauren Griffith, or any other Round Rock ISD Police Department personnel to

**App. 173**

investigate Mr. Story or seek to have him arrested. As the Superintendent, I do not direct or command law enforcement action.

34.    I did not direct and was not involved in any way with Detective Griffith's investigation of Mr. Story's conduct at the August 16th Meeting. I had no conversations with Detective Griffith regarding Mr. Story or her investigation. I was not involved in any way in any decision-making regarding investigating Mr. Story, preparing an affidavit for warrant of his arrest, or deciding to pursue any arrest or charges against Mr. Story. I never saw any affidavit for warrant for his arrest prior to this lawsuit.

35.    I did not speak with any Williamson County officials or judge about Mr. Story or his conduct at the August 16th Meeting prior to Mr. Story's arrest. I did not have communications with any Williamson County officials to encourage them to arrest Mr. Story or to have a judge sign an affidavit for warrant for his arrest. I do not even know the identity of the judge who signed the arrest warrant for Mr. Story's arrest.

36.    At the time of Mr. Story's arrest, I had only been Superintendent for the District for about ten weeks. I was completely new to the greater Austin area. I did not have any contacts at Williamson County, much less influence over them.

37.    Under 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this __11__ day of __December_____, 2025.

_____
DR. HAFEDH AZAIEZ

**App. 174**



CANDIDATE
FOR ————————
SUPERINTENDENT



# ROUND ROCK
## INDEPENDENT SCHOOL DISTRICT

HAFEDH "AZ"
## AZAIEZ, Ed.D.

**EXHIBIT 1**

JS 2001648

**App. 175**

# HAFEDH AZAIEZ, Ed.D.



Round Rock Independent School District
Attn: Board of Trustees c/o Ray & Associates
1311 Round Rock Ave.
Round Rock, Texas 78681

**Dear Board of Trustees**

It is with great pride and esteem privilege that I write this letter to express my sincere interest in serving as the next Superintendent of Schools at Round Rock Independent School District. A review of my credentials will clearly demonstrate a proven track record of effective school leadership. With nearly two decades of service in education, I possess vast and extensive administrative experience ranging from Teacher to Assistant Principal to Principal to Assistant Superintendent to Superintendent.

The possibility of becoming the superintendent of Round Rock Independent School District makes me truly excited. Upon reflection of my suitability for this vital position and assessing the various skills and talents I would bring to the role, it was important to reflect on my personal beliefs and values. I genuinely believe in the following:

- Each student can and will learn; therefore, we must provide an array of educational opportunities for each student that are commensurate with his/her individual needs and abilities;
- Education is a life-long process, only able to be fully achieved through a collaborative learning community that is built on high expectations and mutual respect and support;
- With parental and community input, support and involvement from all shareholders, we can build an environment where children have no option but to be succeed; and
- All campuses can be successful and efficient when we provide each of our students with a caring environment, access to a rigorous curriculum and high levels of interaction, engagement, and teaming that will serve to prepare them for college and career readiness opportunities and develop them into productive citizens.

As I review the profile for the next Superintendent of Schools, I understand the district's mission is to provide exceptional education to all students to coincide with the vision of empower, excellence, encourage, inspire, pride, and global. In fact, my background in education is the epitome of global. I come from Tunisia, Africa which is a melting pot of cultures, traditions, and local customs. Over the course of my primary and secondary education, I grew up a bilingual student speaking French and Arabic. I learned English as a third language. Once in the USA, I learned and adjusted to the new culture. I pushed myself to master the English language but learned a fourth language (Spanish) to be able to better serve my students and their parents. Throughout my career as an educator,

Presiding as Superintendent of Schools at Donna ISD with 23 campuses, an enrollment population over 14,000, a staff of 2,400 plus, there are no shortage of challenges on the academic or financial front. Yet, I thrive in this challenge environment where I can showcase my leadership skills to work with diverse stakeholders with diverse needs.

I know my leadership experience will serve as a complement the board of trustees, the staff, the faculty, and the students to an already successful district. My strengths as a strong educational leader include a collaborative style focused on effective leadership strategies; adhering to district policies; acceptable human resource/supervisory practices and principles; systems thinking and continuous improvement philosophy.

# EXHIBIT 1

JS 2001649

**App. 176**

In addition, I am advocate for effective communication, campus planning, student success programming, and cultivating strong relationships that result in a positive campus culture and climate. My knowledge in best finance practices, sound management skills, and appropriate planning strategies will be a great asset to the organization.

**DONNA ISD – Enrollment: 14,000; Staff 2400+**
In 2018, I was humbled and honored to be selected as the Lone Finalist at Donna ISD to be their next Superintendent of Schools. With board support, I sought changes to improve our accountability score, course development, and campus experience. Of the many highlights, I established a 5-year strategic plan, established 3 school choice models, an Early College HS, and most importantly, increased our rating from a C (77) to a B (85) in 2018-19.
Here is a brief summary of the highlights accomplished at Donna ISD:

- Increased accountability rating from C (77) to B (85); 2018-19
- School FIRST rating improved from a F to an A; 2018-19 and 2019-2020
- Established three school of choice models
- Established Early College High School
- Established full-day PreK-3 & full-day universal PreK-4 programs
- Rebranded the school district
- Balanced the budget with more than $12 million dollars in savings
- Implemented six new CTE programs at the high school level. Among them was the Veterinary Science Certification Program

**LEADERSHIP POSTS**
Prior to my role as Superintendent, I served as an Assistant Superintendent of Administration (Middle Schools) at Spring ISD. Under my leadership, I oversaw seven (7) campuses rise where each campus achieved "Met Standard" over three-year period.

Back in 2010, I earned my first campus leadership post as Principal at Revere Middle School (Houston ISD). Under the old accountability system, my campus achieved "Recognized" rating twice 2010 and 2011. Academic success continued under STAAR achieving three consecutive years of "Met Standard" while garnering 13 Distinctions. HISD officials recruited me in 2013 to be Lead Principal at Fonville MS and Clifton MS while serving as Principal at Revere MS.

**COMMITMENT TO HIGH LEVELS OF SUCCESS**
I have a great commitment to high levels of success for all students, and I sincerely feel that if given the opportunity, the school district will move to the next level of greatness and become a model of educational excellence for the State of Texas and around the world. I honestly believe that I can add value to the organization by building high performance and collaborative culture among all stakeholders based on trust, respect, and transparency.

Thank you for your consideration.

*Hafedh Azaiez*
Sincerely,
Hafedh Azaiez, Ed.D.


# EXHIBIT 1

JS 2001650

**App. 177**

# HAFEDH AZAIEZ, Ed.D.

**EDUCATION**
Sam Houston State
University
Doctor of Education
Educational Leadership
(2017)

University of Saint
Thomas (Houston,
TX)
Master of Education
Administration &
Supervision
(2008)

Faculty of Mathematical,
Physical & Natural
Sciences of Tunis (Tunisia,
AFRICA) Bachelor of
Science Physics and
Chemistry Interdisciplinary
Studies (1998)

**CERTIFICATIONS**
Superintendent
Principal
Math (4-8)
Science (4-8)

**LANGUAGES
(FLUENT)**
English
Spanish
French
Arabic



**ABOUT ME:** Originally from Tunisia (bordering the Mediterranean Sea), I posses eighteen (19) years in education rising from Teacher to Assistant Principal to Principal to Assistant Superintendent to Superintendent. I grew up speaking French and Arabic. I later taught myself English and Spanish.

In 2010, I earned my first campus leadership post as Principal at Revere Middle School (Houston ISD). Under the old accountability system, my campus achieved a "Recognized" rating in 2010 and 2011. Academic success continued under STAAR achieving three consecutive years of "Met Standard" while garnering 13 Distinctions. HISD officials recruited me in 2013 to be Lead Principal at Fonville MS and Clifton MS while serving as Principal at Revere MS.

Two years later, I became Assistant Superintendent of Administration (Middle Schools) at Spring ISD. Under my leadership, I oversaw seven (7) campuses that achieved "Met Standard" over a three-year period.

By 2018, officials at Donna ISD tapped me to be their next Superintendent of Schools. With board support, I sought changes to improve our accountability score, course development, and campus experience. Of the many highlights, I established a 5-year strategic plan, established three school choice models, an Early College HS, and most importantly, increased our rating from a C (77) to a B (85) in 2018-19.

## PROFESSIONAL RECOGNITION

- Nominated by Donna ISD Board members for Superintendent of Year Award 2021
- Awarded the Sam Houston University School of Education Distinguished Educator of the Year Award (2020)
- Named a TASA Inspiring Leader (2020)
- Selected to represent Region One and serve on the Texas Association of School Administrators (TASA) Cabinet of Superintendents under TEA Commissioner
- Used as an expert in two ABC Network news stories, the Texas School Business Magazine, and numerous local news stories
- Recognized along with the Board of Trustees for the excellent work in the Lone Star Governance Program
- Selected as a Lead Principal in Houston ISD (2013-2014)
- Nominated for Houston ISD First Year Principal of the Year Award (2011)
- Named Houston ISD Teacher of the Year (2007)

## SUMMARY OF PROFESSIONAL WORK EXPERIENCE

19 – Years in Education
14 – Years in District Leadership Roles

5 Years as Principal
3 Years as Superintendent

| | | |
|---|---|---|
| Superintendent | Donna ISD | 2018 – Present |
| Assistant Superintendent of Middle Schools | Spring ISD | 2015 – 2018 |
| Middle School Principal (Fonville MS & Clifton MS) | Houston ISD | 2013 – 2015 |
| Middle School Principal (Revere MS) | Houston ISD | 2010 – 2015 |
| Assistant Middle School Principal | Houston ISD | 2007 – 2010 |
| Middle School Physics/Chemistry Teacher | Houston ISD | 2005 – 2007 |
| Middle School Science Teacher | Houston ISD | 2002 – 2005 |

## EXHIBIT 1

JS 2001651

**App. 178**

### DETAILED SUMMARY OF PROFESSIONAL WORK EXPERIENCE

**DONNA INDEPENDENT SCHOOL DISTRICT**                                              **2018 - Present**
**Superintendent**
**Total Students: 14,000**
Summary: Served as the Chief Executive Officer of the school system. Responsible for the all instructional, business, operational, and support services. Responsible for overseeing the instruction of more than 14,000 students and managing $165 Million budget, 2,400 employees, and 23 schools.
Accomplishments:

- Increased accountability rating from C (77) to B (85); 2018-19
- School FIRST rating improved from a F to an A (100 Points); 2018-19 and 2019-20
- Spearheaded effort to establish 5-yr. strategic plan to develop graduates who are bold leaders in this global economy
- Established Early College High School
- Established Full-Day PreK-3 & Full-Day PreK-4 programs
- Inherited a $4M deficit; balanced the budget with more than $17M dollars in savings
- Added 13 CTE programs at the high school level to bring the total to 38 CTE programs offered at the district
- Implemented 3 CTE courses in the middle school level
- Added more high school courses at the middle school level bringing the total to 9
- Established three school of choice models
- Developed a plan to rebrand the entire district

**SPRING INDEPENDENT SCHOOL DISTRICT**                                              **2015 - 2018**
**Assistant Superintendent of Administration (7 Middle Schools) Total**
**Total Students: 36,200**
Summary: Recruit, direct, coordinate, and supervise the operations and staff in all district middle schools including coaching and evaluating middle school principals. Oversee the implementation of education programs, support services, testing and accountability, business, and compliance functions for all middle schools in the district.
Accomplishments:

- 100% of schools achieved "Met Standard"; 2015-18 (Spring ISD)
- Approximately 40% of schools earned at least one distinction
- Earned a total 9 Distinctions in a 3-year period; 2015-18 (Spring ISD)
- Assisted with passing of $330 million-dollar school bond program

**HOUSTON INDEPENDENT SCHOOL DISTRICT**                                              **2013 - 2015**
**Lead Principal – Fonville Middle School & Clifton Middle School Total**
**Total Students: 3,200**
Summary: While serving as the Principal of Revere Middle School, district officials recruited me to be the Supervisor for two middle schools – Fonville Middle School and Clifton Middle School. Provided leadership and supervision in the areas of instructional leadership, staff development, data analysis, operations, and finance.
Accomplishments:

- Presided over 3 campuses: Revere, Fonville, & Clifton 2013-15 (Houston ISD)
- Earned 20 Distinctions spread over 3 campuses 2010-15 (Houston ISD)
- Number of students taking Algebra I increased by 30%
- Integrated Physics and Chemistry by 20%
- Student attendance increased by 2.1%
- Increased parent and community involvement by 150%

**HOUSTON INDEPENDENT SCHOOL DISTRICT**                                              **2010 - 2015**
**Principal, Revere Middle School**
**Total Students: 1,248**
Summary: Provided leadership and supervision in the areas of instructional leadership, staff development, staff

HAFEDH AZAIEZ, Ed.D.                **EXHIBIT 1**

JS 2001652

**App. 179**

evaluation, data analysis, operations, and finance. Responsible for 1248 students, and 105 faculty members. Revere Middle School is 100% Title I, 72% At-risk, 91% Free/Reduced Lunch, 25% LEP, 60% Hispanic, 26% African American, and 29% mobility rate.

Accomplishments:

- Reading, mathematics, science, and social studies overall scores increased by more than 10%.
- Received distinction in Reading/ELA, Science, Social Studies, Top 25% Student Progress, Top 25% Closing Performance Gaps, and Postsecondary Readiness
- Increased student enrollment by almost 50% (from 840 to 1248)
- Increased high school courses offering from one to eight by adding courses such as AP Spanish, Biology, and Geometry
- Increased community partnership which helped raise more than $400,000 in donations

**HOUSTON INDEPENDENT SCHOOL DISTRICT**                                                                 **2007 - 2010**
**Assistant Principal, Johnston Middle School Total**
**Total Students: 450**
Summary: Provided leadership and supervision in the areas of instructional leadership, staff development, staff evaluation, and data analysis to the departments of Science and foreign language.
Accomplishments:

- Revamped science department to achieve and increase of 24% in science scores
- Facilitated a $400,000 grant to offer Chinese and Japanese languages
- Increased the number of students taking AP Spanish by 30%
- Assisted in achieving an Exemplary Rating as measured by TEA and
- Blue Ribbon School title for the first time in school history

**HOUSTON INDEPEDENT SCHOOL DISTRICT**                                                                 **2005 - 2007**
**Integrated Physics and Chemistry/ Science Teacher, Pin Oak Middle School**
Summary: Provided direct instruction to eight grade in Science and Integrated Physics and Chemistry using research-based, creative, innovative teaching methodologies and strategies.
Accomplishments:

- Students averaged a 92% pass rate on the science state assessment each year.
- Assisted in achieving a Recognized Rating as measured by TEA and Blue Ribbon School title for the first time in school history
- Instructed the first district middle school bioengineering course in collaboration with Rice University
- Served as the chairperson for the science department and as Site Decision Making Committee Member Served as boys' cross country and soccer coach winning the first campus soccer district championship

**HOUSTON INDEPENDENT SCHOOL DISTRICT**                                                                 **2002 - 2005**
**Science Teacher, Fonville Middle School**
Summary: Provided direct instruction to sixth, seventh, and eight grade students using creative, innovative, and research-based teaching strategies and techniques. Incorporated technology initiative in daily lessons to emphasize the development of 21st century technological skills. Served as a team leader and soccer coach. Served on the Site Decision Making Committee.

**LIST OF ORGANIZATIONS/MEMBERSHIPS**
TASA
MASBA
ASCD

HAFEDH AZAIEZ, Ed.D.     **EXHIBIT 1**

JS 2001653

**App. 180**

# VITAE

## PROFESSIONAL HIGHLIGHTS

**District:** Donna Independent School District
**Title:** Superintendent
**Years of Service:** 2018 - Present
**Enrollment:** 14,000

*Summary: Served as the Chief Executive Officer of the school system. Responsible for the all instructional, business, operational, and support services. Responsible for overseeing the instruction of more than 14,000 students and managing $165 Million budget, 2,400 employees, and 22 schools.*

Accomplishments:

- Increased accountability rating from C (77) to B (85); 2018-19
- School FIRST rating improved from a F to an A; 2018-19
- Spearhead effort to establish 5-yr. strategic plan to develop graduates who are bold leaders in this global economy
- Established three school of choice models
- Established Early College High School
- Established PreK-3 & PreK-4 programs
- Initiated plan to rebrand the district
- Inherited $4M deficit; balanced the budget with more than $17 million dollars in savings
- Implemented six new CTE programs at the high school level. Among them was the Veterinary Science Certification Program
- Yearly certificates and licenses awarded to students at the end of the year totaled 741 up from about 488 in the previous year
- Added an additional 7 CTE programs to bring the total to 34 CTE programs offered at the district
- Only school district in the Valley that now offers programs like Fundamentals of Real Estate and Commercial Drone Pilot
- Launched its first district-wide College and Career Fair
- Established Donna ISD Superintendent's Student Scholarship Golf Tournament; raised approximately $40,000
- Added more high school courses at the middle school level bringing the total to 9
- Awarded the Sam Houston University School of Education Distinguished of the Year Award (2020)

**Principal Experience**
**Campuses: Revere MS, Fonville MS, & Clifton MS**
**Years of Service: 2010-2015**
Summary: While serving as the Principal of Revere Middle School, district officials recruited me to be the Supervisor for two middle schools – Fonville Middle School and Clifton Middle School.

Accomplishments-Revere Middle School:

- Reading, mathematics, science, and social studies overall scores increased by more than 10%.
- Received distinction in Reading/ELA, Science, Social Studies, Top 25% Student Progress, Top 25% Closing Performance Gaps, and Postsecondary Readiness
- Increased student enrollment by almost 50% (from 840 to 1248)
- Earned Top 20% in student growth based on Value Added (EVAAS)
- Increased high school courses offering from one to eight by adding courses such as AP Spanish, Biology, and Geometry
- Increased student participation in high school courses by 800%
- 100% passing rate on all End of Course state assessment
- Revamped the STEM program to include computer coding and engineering courses to students
- Increased community partnership which helped raise more than $400,000 in donations

Accomplishments-Fonville MS and Clifton MS:

- Increased high school course offerings two-fold at all three middle schools
- # of students taking Algebra I increased by 30%
- Integrated Physics and Chemistry by 20%
- Student attendance increased by 2.1%
- Retained 85% of highly effective teachers
- Increased parent and community involvement by 150%
- Started the first mentoring program at Revere Middle School in collaboration with business communities

HAFEDH

AZAIEZ, Ed.D.

**EXHIBIT 1**

JS 2001654

**App. 181**

*Round Rock ISD Superintendent Entry Plan*
*Listen. Learn. Lead*



**The District of Choice**



**EXHIBIT 1**

JS 2001655

**App. 182**

## Goals
**Superintendent's Entry Plan**

*This entry plan is focused on building strong, collaborative, and productive relationship with the Round Rock ISD school community in order to learn about the Round Rock ISD Way as well as enhance the culture of academic excellence.*

*The central goal of the plan is to gain important insights regarding the strengths, challenges, and needs of our students, staff, community, and organizational systems from all Round Rock ISD stakeholders. By listening, learning, and applying what we learn, we will be in a great position to define common goals, align resources, and take strategic action.*

**1** Create a collaborative and positive relationship with the Round Rock ISD Board of Trustees based on trust and transparency in order to ensure a unified Board-Superintendent (Team of Eight) leadership team.

**2** Create forums to actively solicit diverse feedback and input to build a foundation for lasting, productive, and positive relationships with all stakeholders. Create a highly effective and efficient Team Round Rock ISD. Learn how the district's initiatives and priorities are being implemented in our schools by our dedicated staff.

**3** Establish a respectful, positive district culture centered on instructional improvement and enhancement- with the expectation for high academic achievement for all students.

**4** Gain a deeper insight into the strengths, challenges, and needs in the areas of safety, climate, and discipline to create systems of support and direction for all schools in the district.

**5** Utilize the information gathered to create a transparent and reciprocal process with school district and community members that is based on mutual trust and commitment in order to understand and address the district's strengths and challenges.

# EXHIBIT 1

JS 2001656

**App. 183**

## *Phases*                                                  **Superintendent's Entry Plan**



# **Phase 1**
# Listening and Learning

**June** 2021

This phase will consist of meetings with district staff, school staff, and community members to learn about the strengths, challenges, and areas of needs for Round Rock ISD. This is an important phase to listen and learn from students, teachers, principals, staff, parents, and community members. Through the different perspectives, we will learn how our district staff and community members perceive the efforts of our schools in order to meet our vision and mission.

**Aug** 2021

In addition, this phase will set the foundation for a long-term relationships and learning the Round Rock ISD Way.

## Meetings

*One-on-one meetings with:*
School Board Members, Elected Officials, District Directors

*Meetings with each central office team including:* Budgeting, English Language Learners, Special Education, Gifted, Curriculum & Instruction, Response to Interventions, Talent Management, Professional Learning, Leadership Development, Research and Accountability, Assessment, Instructional Technology, Strategic Planning

*Meetings with key stakeholders including:*
Principals, Assistant Principals, Teachers, Parents, Parent Organizations, Students, Community Organizations, Chamber of Commerce, Business Leaders, University Partners

# **EXHIBIT 1**

JS 2001657

**App. 184**

*Phases*                                    **Superintendent's Entry Plan**

## Phase 2
## Creating a District-Wide Culture of Excellence, Analyzing, and Reporting

**Sep**
2021

**Oct**
2021

Creating a district-wide culture of excellence will be the overarching focus of this phase. The activities for phase 2 will include team building, collaboration, and analysis of data that was gathered during the listening and learning phase. A summary report will be prepared and presented to the school board outlining findings and observations. The summary information will serve as another resource to help inform the school board on the district's goals, strategic focus areas, and planning. Information from Phase I will be shared with staff members and published online.

## Phase 3
## Collaborative Planning Journey

**Nov**
2021

**Dec**
2021

We will start to collaboratively review/build a Strategic Action Plan focused on teaching and learning. We will establish a performance-based culture.



# EXHIBIT 1

4 | P a g e

JS 2001658

**App. 185**

| *Commitments* | Superintendent's Entry Plan |
|---|---|

# 1.  ENGAGEMENT

We know that the success of all students depends on everyone working together and putting children first. It is the partnership between the community, families, teachers, support staff, and students, that will ensure improving student outcomes. We need to make schools welcoming for all students and their families. All these stakeholders can make a real, positive, and lasting impact of the success of our organization, as long as they have solid two-way communication, support, and authentic engagement from the district leaders. I am committed to developing lasting connections that fully involve all stakeholders. Phase 1 from my entry plan will start the engagement commitment.

# 2. Equity

We must respect the inherent value of each student and understand that the diversity of students, families, staff and communities represent a strength.  The social inequities and diverse learning needs should not represent a barrier to student success. We have a collective responsibility to do everything we can to help all students develop the skills, self-confidence, and passion to necessary achieve their dreams. We must work diligently to close opportunities gaps and dismantle institutional biases that continue to disadvantage students of color, students who receive special education, students from low-income families, and students who do not speak English as their native language. This means we need to address the intellectual growth, health and physical development, and social emotional well-being of all students.

# 3.  Excellence

As educators, we must strive for excellence in everything we do including high quality instruction. Regardless of the trade, our staff aim to be in the cutting edge of their profession. Everyday day we are committed to ensuring our students reach their full potential and preparing them for this global economy. As superintendent, I will hold myself to that same high level of excellence on behalf of students every single day.

# EXHIBIT 1

JS 2001659

**App. 186**