IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS − AUSTIN DIVISION

| | | |
|---|---|---|
| JEREMY STORY,<br><br>*Plaintiffs*,<br><br>v.<br><br>SUPERINTENDENT HAFEDH AZAIEZ, TRUSTEES AMBER FELLER, TIFFANIE HARRISON, AMY WEIR, JUN XIAO, CORY VESSA; OFFICERS JEFFREY YARBROUGH, JAMES WILLIBY, DEBORAH GRIFFITH, MILTON POPE, FRANK PONTILLO, RON COLE, CHIEF DENNIS WEINER, and CARLA AMACHER, individually, and ROUND ROCK INDEP. SCHOOL DISTRICT,<br><br>*Defendants*. | §§§§§§§§§§§§§§§§§ | CIVIL ACTION NO.<br>1:22-cv-00448-DAE |

## JOINT MOTION FOR ONE WEEK EXTENSION OF DISPOSITIVE MOTION DEADLINE

Plaintiff Jeremy Story and the Round Rock ISD Defendants (together, the "Parties") jointly move the Court for a one week extension of the dispositive motion deadline from December 12, 2025 until December 19, 2025.

The current dispositive motion deadline is December 12, 2025. The parties previously moved for an extension until December 15, 2025. The Court has not ruled on that motion. The parties worked cooperatively to complete all depositions sought by Mr. Story by November 6, 2025.

The parties request the extension for several reasons including a need for additional time to obtain finalized evidence for submission. Despite completing depositions by November 6, 2025, there have been delays in obtaining the transcripts of the depositions. There are two deposition transcripts—transcripts for the deposition of Defendant Sergeant Milton Pope and Defendant former Chief of Police Jeffrey Yarbrough—that were received right before or during the Thanksgiving break. These depositions still require final review and signature by the deponents. A third deposition

1

transcript—the transcript of the deposition of Dr. Azaiez, individually and as a Rule 30(b)(6) representative of Round Rock ISD—is also waiting final review and signature by Dr. Azaiez. The parties need additional time to review, sign, and obtain the final signed transcripts for submission as evidence.

Further, Plaintiff had a medical issue arise that interfered with his communication with undersigned counsel. Plaintiff seeks an extension to file his own dispositive motion. Since the last motion for extension was not ruled upon, Defendants rushed to file motions by December 12, 2025. Defendants planned to amend their motions by today. Upon hearing Plaintiffs' request for an extension of the deadline, they agreed if they could, likewise, have an extension or an agreement from Plaintiff not to object to amended motions.

Good cause exists to grant this Motion. Rule 16(b)(4) provides the Court with broad discretion to extend or modify existing scheduling order deadlines for good cause. *See* FED. R. CIV. P. 16(b)(4). Since their last request for an extension, the Parties worked diligently to conduct all four requested depositions on an expedited basis and based on the narrowed claims that remain in the case.

No prejudice will result from granting this Motion. In fact, both parties jointly request this one week extension. Under these circumstances, an extension of the dispositive deadline is both reasonable and necessary to ensure that the parties have complete and final deposition transcripts and declarations to support any dispositive motions filed by the parties and have sufficient time to complete all required briefing.

Accordingly, the Parties jointly request, with good cause, that the Court extend the dispositive motion deadline by one week to December 19, 2025.

**CONCLUSION**

For the foregoing reasons, Plaintiff Jeremy Story and the Round Rock ISD Defendants respectfully request that this Court extend the dispositive motion filing deadline from December 12, 2025, to December 19, 2025.


Respectfully submitted,

| | |
|---|---|
| */s/ Kathryn E. Long* <br> KATHRYN E. LONG <br> State Bar No. 24041679 <br> klong@thompsonhorton.com <br><br> K. ADAM ROTHEY <br> State Bar No. 24051274 <br> arothey@thompsonhorton.com <br><br> IBRAHIM YASEEN <br> State Bar No. 24137674 <br> iyaseen@thompsonhorton.com <br><br> **THOMPSON & HORTON LLP** <br> 500 North Akard Street, Suite 3150 <br> Dallas, Texas 75201 <br> (972) 853-5115 – Telephone <br> (713) 583-8884 – Facsimile <br><br> **ATTORNEYS FOR DEFENDANTS** | */s/ Stephen Casey* <br> CASEY LAW OFFICE, P.C. <br> Stephen Casey <br> Texas Bar No. 24065015 <br> stephen@caseylawoffice.us <br> P.O. Box 2451 <br> Round Rock, TX 78680 <br> P: 512-257-1324 <br> F: 512-853-4098 <br><br> **ATTORNEY FOR PLAINTIFF** |

## **CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that he conferred with Defendants' counsel, Kathryn E. Long, on December 12, 2025, regarding the relief requested in this Joint Motion. The undersigned counsel provided a copy of this Joint Motion and proposed Order on December 15, 2025 before filing. Ms. Long indicates that Defendants join in the Motion and in the request for the relief being sought.

*/s/ Stephen Casey*
STEPHEN CASEY

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of this document has been served upon all parties via the Court's electronic filing system on this 15th day of December, 2025.

*/s/ Stephen Casey*
STEPHEN CASEY

KATHRYN E. LONG
State Bar No. 24041679
klong@thompsonhorton.com

K. ADAM ROTHEY
State Bar No. 24051274
arothey@thompsonhorton.com

IBRAHIM YASEEN
State Bar No. 24137674
iyaseen@thompsonhorton.com

**THOMPSON & HORTON LLP**
Ross Tower
500 North Akard Street, Suite 3150
Dallas, Texas 75201
(972) 853-5115 – Telephone
(972) 692-8334 – Facsimile

*Attorneys for Defendants*