IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS – AUSTIN DIVISION

| | |
|---|---|
| JEREMY STORY,<br><br> *Plaintiffs*,<br><br>v.<br><br>SUPERINTENDENT HAFEDH AZAIEZ, TRUSTEES AMBER FELLER, TIFFANIE HARRISON, AMY WEIR, JUN XIAO, CORY VESSA; OFFICERS JEFFREY YARBROUGH, JAMES WILLIBY, DEBORAH GRIFFITH, MILTON POPE, FRANK PONTILLO, RON COLE, CHIEF DENNIS WEINER, and CARLA AMACHER, individually, and ROUND ROCK INDEP. SCHOOL DISTRICT,<br><br> *Defendants*. | §§§§§§§§§§§§§§§§§§   CIVIL ACTION NO.<br>1:22-cv-00448-DAE |

### AGREED MOTION FOR EXTENSION OF
### DISPOSITIVE MOTION DEADLINE

Plaintiff Jeremy Story moveS the Court for an extension of the dispositive motion deadline from December 19, 2025, until December 30, 2025.

The current dispositive motion deadline is December 12, 2025. The parties previously moved for an extensions cumulatively until December 19, 2025. The Court has not ruled on those motions. The parties worked cooperatively to complete all depositions sought by Mr. Story by November 6, 2025.

The parties request the extension for several reasons including a need for additional time to obtain finalized evidence for submission. First, the Round Rock ISD Defendants were not going to file a request for an extension but have agreed to this request so long as the extension applies to all parties. Second, last week, undersigned counsel was going to communicate with his client, but his medical condition escalated into hospitalization. Third, yesterday, December 18, undersigned counsel attended a family law trial in Bastrop. Shortly after that hearing, the opposing party assaulted the client

1

of undersigned counsel, resulting in having to set aside all planned drafting to seek emergency protective orders and other ancillary motions, orders, and coordination.

Good cause exists to grant this Motion. Rule 16(b)(4) provides the Court with broad discretion to extend or modify existing scheduling order deadlines for good cause. *See* FED. R. CIV. P. 16(b)(4).

No prejudice will result from granting this Motion. The parties are agreed as long as the extension applies to both parties. Under these circumstances, an extension of the dispositive motion deadline is both reasonable and necessary to ensure that the parties have complete and sufficient time to complete all required briefing.

Accordingly, the Jeremy Story requests, with good cause, that the Court extend the dispositive motion deadline to December 30, 2025.

## CONCLUSION

For the foregoing reasons, Plaintiff Jeremy Story respectfully requests that this Court extend the dispositive motion filing deadline from December 19, 2025, to December 30, 2025.

Respectfully submitted,

| | |
|---|---|
| */s/ Kathryn E. Long* <br> KATHRYN E. LONG <br> State Bar No. 24041679 <br> klong@thompsonhorton.com <br><br> K. ADAM ROTHEY <br> State Bar No. 24051274 <br> arothey@thompsonhorton.com <br><br> IBRAHIM YASEEN <br> State Bar No. 24137674 <br> iyaseen@thompsonhorton.com <br><br> **THOMPSON & HORTON LLP** <br> 500 North Akard Street, Suite 3150 <br> Dallas, Texas 75201 <br> (972) 853-5115 – Telephone <br> (713) 583-8884 – Facsimile <br><br> **ATTORNEYS FOR DEFENDANTS** | */s/ Stephen Casey* <br> CASEY LAW OFFICE, P.C. <br> Stephen Casey <br> Texas Bar No. 24065015 <br> stephen@caseylawoffice.us <br> P.O. Box 2451 <br> Round Rock, TX 78680 <br> P: 512-257-1324 <br> F: 512-853-4098 <br><br> **ATTORNEY FOR PLAINTIFF** |

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that he conferred with Defendants' counsel, Kathryn E. Long, on December 18, 2025, regarding the relief requested in this Motion. The undersigned counsel discussed this language with Ms. Long via email. Ms. Long indicates that Defendants agree in the motion as long as the extension applies equally to both parties.

*/s/ Stephen Casey*
STEPHEN CASEY

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of this document has been served upon all parties via the Court's electronic filing system on this 19th day of December, 2025.

                                                     */s/ Stephen Casey*
                                                     STEPHEN CASEY

KATHRYN E. LONG
State Bar No. 24041679
klong@thompsonhorton.com

K. ADAM ROTHEY
State Bar No. 24051274
arothey@thompsonhorton.com

IBRAHIM YASEEN
State Bar No. 24137674
iyaseen@thompsonhorton.com

**THOMPSON & HORTON LLP**
Ross Tower
500 North Akard Street, Suite 3150
Dallas, Texas 75201
(972) 853-5115 – Telephone
(972) 692-8334 – Facsimile

*Attorneys for Defendants*