IN THE UNITED STATES DISTRICT COURT
WESTERN DIVISION OF TEXAS – AUSTIN DIVISION

JEREMY STORY, §
§
    Plaintiff, §
§
v. §
§
SUPERINTENDENT HAFEDH AZAIEZ, §
TRUSTEES AMBER FELLER, TIFFANIE §
HARRISON, AMY WEIR, JUN XIAO, §    CIVIL ACTION
CORY VESSA, OFFICERS JEFFREY §    NO. 1:22-CV-00448-DAE
YARBOROUGH, JAMES WILLIBY, §
DEBORAH GRIFFITH, MILTON POPE, §
FRANK PONTILLO, RON COLE, CHIEF §
DENNIS WEINER, and CARLA §
AMACHER, individually, AND ROUND §
ROCK INDEP. SCHOOL DISTRICT, §
§
    Defendants. §

## DECLARATION OF LAUREN GRIFFITH

STATE OF TEXAS §
§
COUNTY OF WILLIAMSON §

1.     My name is Lauren Griffith. I am over the age of 18, have never been convicted of

any felony or any misdemeanor involving moral turpitude, and am fully competent to testify to all

facts contained herein. I am fully competent to make this Declaration, and by virtue of my position as

a Detective Sergeant in Round Rock Independent School District's ("RRISD" or the "District") Police

Department, I have personal knowledge of all facts stated herein.

2.     I received a Bachelor of Fine Arts Degree from Texas State University in 2005. In

2010, I graduated from the Gus George Law Enforcement Academy through the Fort Bend County

Sheriff's Office.

3.     I am a Texas licensed Master Peace Officer. I received my Texas Peace Officer License

on June 29, 2010. I received a Basic Peace Officer Certification on June 11, 2011; Intermediate and

# EXHIBIT B

App. 039

Advanced Peace Officer Certifications on December 28, 2015; a Master Peace Officer Certification on June 25, 2019; a School Based Law Enforcement Officer Certification on August 5, 2020; and a Basic Instructor Proficiency Certification on June 7, 2023.

4.    Attached hereto as **Exhibit 1** is a true and correct copy of my Texas Commission on Law Enforcement ("TCOLE") Personal Status Report as of May 5, 2025. The information contained in **Exhibit 1** is true and correct as of May 5, 2025.

5.    I have served in law enforcement in Texas for fifteen years. From September 2008 through early March 2018, I worked for the Fort Bend County Sheriff's Office. I worked for the Fort Bend County Sheriff's Office while I was in the police academy. From June 26, 2010 through March 2018, I served as an Investigator for the Fort Bend County Sheriff's Office. From early March 2018 through mid-September 2020, I worked as a Deputy Sheriff for the Williamson County Sheriff's Office. While at Williamson County Sheriff's Office, I was assigned as a School Resource Officer ("SRO") for Round Rock ISD's McNeil High School. I found working in the public schools rewarding and wanted to continue my career working in school-based law enforcement. Based on my interest in continuing to work in schools, when Round Rock ISD created its own police department, I applied.

6.    I have been employed by Round Rock ISD in the District's Police Department since September 21, 2020. From September 21, 2020 through August 22, 2021, I served as an Officer in the District's Police Department. In the Summer of 2021, I passed my Sergeant's exam and began working as a Sergeant, and specifically a Detective Sergeant, for the Round Rock ISD Police Department. I served as a Detective Sergeant from August 23, 2021 through June 30, 2023. From July 1, 2022 through June 30, 2023, I briefly worked as the District Police Department's Interim Chief Administrator while Round Rock ISD was looking for a successor to former Police Chief Jeffrey Yarbrough. In July 2023, I returned to my former position as Detective Sergeant and continued working in this capacity through May 13, 2024. Effective May 14, 2024, I was briefly assigned to serve

as the Interim Chief for the District's Police Department. Effective September 16, 2024, I was temporarily assigned to serve as Assistant Chief of Police for the District. Once that temporary assignment was over, I returned to my role as a Detective Sergeant for the District's Police Department and have been serving in that capacity ever since. My current assignment is supervisor over the District's Westwood Learning Community.

7.      Attached as **Exhibit 2** is a true and correct copy of my Employee Service Record with Round Rock ISD. The information on **Exhibit 2** is true and correct but does not reflect the interim change in my assignments in May 2024 or return to serve as Sergeant after a new Police Chief was hired.

8.      Attached as **Exhibit 3** is a true and correct copy of my temporary assignment to Interim Chief Administrator for the Round Rock ISD Police Department effective July 2022.

9.      Attached as **Exhibit 4** is a true and correct copy of my temporary assignment to Interim Chief of Police for the Round Rock ISD Police Department effective May 14, 2024.

10.     Attached as **Exhibit 5** is a true and correct copy of my temporary assignment to be the Interim Assistant Chief of Police for the Round Rock ISD Police Department effective September 16, 2024.

11.     Attached as **Exhibit 6** is a true and correct copy of the job description for a Round Rock ISD Police Officer that I signed at the beginning of my employment with the District. Attached as **Exhibit 7** is a true and correct copy of the job description for a Round Rock ISD Police Detective that I signed upon my promotion to Detective Sergeant in August 2021.

12.     The TCOLE records attached as **Exhibit 1** reflect some of the various law enforcement training I have received in my career. Attached as **Exhibit 8** is a true and correct copy of my Professional Development Portfolio reflecting the District Professional Development I have completed from August 2021 to May 2025 with Round Rock ISD, separate and apart from my law

enforcement training. **Exhibit 9** is a true and correct copy of a spreadsheet maintained by Round Rock ISD regarding specific employee training modules I completed, separate from my law enforcement specific training.

13.     After I became a Detective Sergeant, I reported directly to the Round Rock ISD Assistant Chief of Police James ("Jim") Williby, who reported to the District's Chief of Police, Jeffrey Yarbrough.

14.     Prior to late July or early August 2021, I had never interacted with Jeremy Story and did not know who he was. Prior to that time, I do not recall hearing anything about Mr. Story from any Round Rock ISD Police Department personnel or any other District employee or official.

15.     My first encounter with Mr. Story occurred at the Round Rock ISD administrative offices sometime in late July or early August 2021. There was a call through dispatch that an unidentified white male, potentially in a van, was filming at the District's Lillie Delgado Administration Building and the Round Rock ISD receptionists were startled by the man's behavior. The receptionists were requesting law enforcement assistance.

16.     When I heard the call come over dispatch, I drove to the Administration Building. I was the first District police officer on the scene. I went inside and spoke to the receptionists, who reported there was a man filming them and they were scared. The receptionists reported that they did not know why the man was there or filming them.

17.     Because I did not see anyone in the Administration Building, I walked outside and saw a man in a van. The man had a video camera out. The man did not identify himself. While it was more than four years ago, I recall the man asking: "Who sent you here?" I advised him that dispatch had sent me. I also recall him telling me something to the effect that if I got any closer that he was going to leave. I responded to him to advise that leaving the premises was all that was needed. He left the District's premises, which ended the interaction. I believe he went and parked in a nearby parking lot.

18.      I did not ask the man why he was at the Administration Building or why he was filming. The man did not tell me why he was present and filming the receptionists. There was no call over dispatch regarding anyone trying to serve the District's Superintendent with court papers or any similar dispatch call. The receptionists did not mention any process server being present at the Administration Building or anything related to any type of service on the Superintendent. And the man made no mention of these things to me. I did not learn until after the fact that Mr. Story alleged he was present to film any type of service of process on the Superintendent.

19.      At this time, I did not know Mr. Story's name or who he was. Subsequently, Chief Yarbrough or Assistant Chief Williby advised me that the male I encountered was Jeremy Story. While they told me the male's identity, they did not tell me anything other than his name.

20.      I do not recall having further discussions with anyone at Round Rock ISD about Mr. Story before August 16, 2021. I did not have any other encounters with or about Mr. Story until August 16, 2021. His name did not come up in any District Police Department meetings. I did not discuss Mr. Story with Dr. Azaiez or any District Trustee.

21.      On August 16, 2021, the Round Rock ISD Board of Trustees (the "Board") scheduled a special meeting to address COVID-19-related issues. I understood that a key reason for the meeting was the rising number of COVID-19 cases resulting from the new COVID-19 Delta variant. I understood that the District, like many public school districts around the State of Texas, was considering whether to adopt a mask mandate. The August 16, 2021 Board Meeting (the "August 16[th] Meeting"), like most Board meetings, was held at the Round Rock High School lecture hall.

22.      The August 16th Meeting was not the regular, monthly meeting of the Board, but a specially-called Board meeting. I understood that this meant that speakers who had signed up for public comment could speak only about the specific matters on the posted agenda for the meeting. I also understood that Board President Weir served as the presiding officer for the August 16th Meeting.

23.    At the August 16ᵗʰ Meeting, I was tasked with parking lot security. When District police officers are assigned to parking lot security, they often announce the arrival of individuals who may have caused a disturbance at the District before.

24.    I observed Mr. Story arrive at the August 16ᵗʰ Meeting. I observed that he parked in the parking lot and walked inside the building. When Mr. Story arrived that night, I reported his arrival and offered a brief description of his attire. I made this report because of the prior dispatch at the Administration Building. I had no idea why Mr. Story was at the August 16ᵗʰ Meeting and did not know if he had signed up for public comment. I was also unaware that Mr. Story had engaged in any speech about or opposition to the District's new Superintendent, Dr. Hafedh Azaiez.

25.    My report of Mr. Story's arrival was not a result of anything any District personnel or official had said to me about Mr. Story or any conduct or speech of Mr. Story. It was based solely on my knowledge that I had to be dispatched to the Administration Building because receptionists were concerned by his conduct and sought police assistance.

26.    I was not in the Board meeting room or inside the building at the August 16ᵗʰ Meeting. I remained in the parking lot, primarily in my vehicle. While I listened to the August 16ᵗʰ Meeting in the background, I did not pay careful attention to what was transpiring in the meeting because my assignment was parking lot surveillance.

27.    I was vaguely aware of a disturbance Mr. Story caused at the August 16ᵗʰ Meeting, and that Round Rock ISD police officers removed him from the Board meeting room. Sometime after August 16, 2021, Chief Yarbrough or Assistant Chief Williby assigned me to investigate and determine whether Mr. Story's conduct met the elements for the crime "Hindering Proceedings by Disorderly Conduct." Mr. Story's case was given the number OCA 2108170001. A document in my investigation file stated that the investigation was assigned around September 16, 2021. But based on further review, I believe I was tasked with working on this investigation earlier than that date.

28.     In the course of my investigation, I first reviewed the Incident/Investigation Report prepared by Milton Pope. The Incident/Investigation Report noted that Sergeant Pope had removed Mr. Story for violation of Texas Penal Code § 38.13, "Hindering Proceedings by Disorderly Conduct." Attached as **Exhibit 10** is a true and correct copy of the Incident/Investigation Report prepared by Sergeant Milton Pope that I reviewed and was in my investigation file.

29.     In my investigation, I also reviewed the Reporting Officer Narrative prepared by Sergeant Pope on or about August 16, 2021. Attached as **Exhibit 11** is a true and correct copy of Sergeant Pope's Reporting Officer Narrative that I reviewed and was in my investigation file. Sergeant Pope's Reporting Officer Narrative provided further details about Mr. Story's disruptive behavior at the August 16th Meeting.

30.     As part of my investigation, I also reviewed the Case Supplemental Report prepared by Officer Frank Pontillo on or about August 17, 2021. Attached as **Exhibit 12** is a true and correct copy of Officer Pontillo's Case Supplemental Report that I reviewed and was in my investigation file. Assistant Chief Williby, as Officer Pontillo's direct supervisor, also reviewed the Case Supplemental Report. Officer Pontillo's Case Supplemental Report corroborated key parts of Sergeant Pope's Reporting Officer Narrative. Officer Pontillo also reported that Mr. Story had another outburst during the meeting and that Chief Yarbrough had to speak with Mr. Story about his behavior.

31.     During my investigation, I also reviewed Sergeant Pope's and Officer Pontillo's Round Rock ISD Police Department Use of Force forms. Attached as **Exhibit 13** is a true and correct copy of Sergeant Pope's Use of Force form that I reviewed and placed in my investigation file. Attached as **Exhibit 14** is a true and correct copy of Officer Pontillo's Use of Force form that I reviewed and was in my investigation file. Assistant Chief Williby and Chief Yarbrough had both signed indicating the force used was in compliance with policy. Based on my review of the video footage of the meeting

and body camera footage, I did not believe any force was used that would warrant a Use of Force form.

32.    After reviewing the officers' reports, during my investigation, I reviewed portions of the public video of the August 16th Meeting and video from Officer Pontillo's body camera. The video of the August 16th Meeting is labeled RRISD 02167. The video can also be found on Round Rock ISD's website online at https://roundrockisdtx.new.swagit.com/videos/130528. Included as **Exhibits 15 and 16** are true and correct copies of Officer Pontillo's body camera video from the August 16th Meeting that I reviewed and was in my investigation file. **Exhibit 15** is labeled RRISD 06501 and **Exhibit 16** is labeled RRISD 06502.

33.    During my investigation, I also had a short conversation with Sergeant Pope regarding the August 16th Meeting. I confirmed with Sergeant Pope that the information in his Reporting Narrative was correct.

34.    After reviewing the written reporting and the video footage, I looked up the penal code provision regarding hindering proceedings, Texas Penal Code Section 38.13, to review the elements of the offense. I compared the evidence obtained and reviewed with the elements of the offense. Based on this review, I believed that Mr. Story's conduct met the elements for the crime "Hindering Proceedings by Disorderly Conduct."

35.    During the August 16th Meeting, Mr. Story made several verbal outbursts. Among other things, Mr. Story interrupted and spoke over the Board President Amy Weir, as presiding officer, before he began his public comment. I am not aware of any other speaker doing this. In addition, when Board President Weir told Mr. Story he was off topic, Mr. Story continued speaking. After his microphone was turned off, he continued speaking and raised his voice such that he could be heard even without the microphone. When Mr. Story would not follow Board President Weir's warning that his comments were off topic and he continued to speak and raised his voice after his microphone was

**App. 046**

cut off, she asked that the Round Rock ISD police escort him from the building. Mr. Story continued disrupting the August 16th Meeting, yelling as he was being escorted from the meeting room. He continued yelling as he was being escorted from the building which disrupted the ability for members of the public to watch the Board meeting live-streamed in the overflow room. I believed, based on my investigation and review of the above-listed information, that Mr. Story's verbal outbursts and actions intentionally or recklessly hindered the August 16th Meeting.

36.     Based on my determination that Mr. Story had engaged in conduct that met the elements of the offense of "Hindering Proceedings by Disorderly Conduct," I prepared an Affidavit for Warrant of Arrest and Detention regarding Mr. Story's conduct at the August 16th Meeting (the "Warrant Affidavit"). Attached hereto as **Exhibit 17** is a true and correct copy of the Warrant Affidavit signed by the Magistrate Judge of which I received a copy. The Warrant Affidavit was largely based on the information contained in Sergeant Pope's Reporting Narrative, which I corroborated and confirmed. All facts in the Warrant Affidavit were truthful and accurate based on my investigation and review of information during my investigation. I did not include any false facts or information in the Warrant Affidavit.

37.     There is a form or template the Round Rock ISD Police Department uses for Warrant Affidavits. On the form, there are two options provided regarding the basis of the information included: (1) personal knowledge; and (2) information provided by someone else. Because I did not personally observe Mr. Story's conduct at the August 16th Meeting or his removal, I did not check the box for "Personal Knowledge." This is standard practice for the Round Rock ISD Police Department as well as the other law enforcement agencies I worked for.

38.     The form or template also does not contain space to list all the evidence reviewed or relied upon in preparing the Warrant Affidavit. It is not the general practice to list all the evidence supporting an affidavit in support of a warrant because it would make the Affidavit too long and

would not be succinct enough for judicial review. In accordance with that practice, I did not list all the evidence I reviewed (that is referenced above) in the Warrant Affidavit:

39.     I also understand that Mr. Story complains that the Warrant Affidavit refers generally to the items on the agenda as the "mask mandate." I understood that the meeting was specially scheduled to discuss COVID-19 health and safety protocols and, particularly, whether the District would adopt a mask mandate in response to the late Summer 2021 rise of COVID-19 cases and new Delta variant. The overwhelming majority of speakers at the August 16th Meeting discussed the mask mandate and their support of or opposition to the mask mandate. The Board also voted at that meeting regarding a mask mandate. The August 16th Meeting was overflowing with members signed up to speak *because* the District was considering whether to adopt a mask mandate. While the Warrant Affidavit could have directly quoted the specifically-listed agenda items, it correctly represented that the primary topic discussed under the umbrella of COVID-19 protocols was a mask mandate.

40.     I conducted an independent investigation regarding Mr. Story's conduct prior to preparing the Warrant Affidavit. I recall submitting the Warrant Affidavit to Chief Yarbrough, who briefly reviewed it. While Chief Yarbrough may have made some suggestions, none of them were substantive or changed the factual content of the Warrant Affidavit.

41.     During my investigation and preparation of the Warrant Affidavit, I had no conversations regarding the investigation or Warrant Affidavit with any Williamson County Officials.

42.     After I prepared the Warrant Affidavit, Chief Yarbrough, Assistant Chief Williby, and I had a meeting with the Williamson County Attorney's office on September 17, 2021. I was not involved in scheduling the meeting. It was my understanding that the meeting was scheduled to discuss the issues occurring at District Board meetings and the appropriate response by law enforcement. Because I was attending this meeting, I took the Warrant Affidavit with me to present it to a Magistrate Judge after the meeting. I was not aware that this meeting would involve any specific discussion about

Mr. Story and did not know or believe that this was a "staffing" meeting where there would be discussion of Mr. Story's misconduct. As a result, I did not take any materials from my investigation file to the meeting.

43.    I do not recall much of what occurred at this meeting. At some point, I prepared a written document and included it in my investigation file regarding Mr. Story. Attached hereto as **Exhibit 18** is a true and correct copy of my notes regarding the September 17, 2021 meeting with the Williamson County Attorney's Office. **Exhibit 18** accurately reflects my recollection of the September 17, 2021 meeting. I recall discussing disruptions and unrest at Board meetings in general. The County Attorney's Office provided us with a list of potential criminal offenses that could be applicable to address misconduct during Board meetings, including the August 16th Meeting. I do not recall discussing Mr. Story's specific case in that meeting. I do recall there was a discussion that I had the Warrant Affidavit prepared and needed to submit it to a Magistrate Judge for review and signature. Therefore, the County Attorney's Office assigned someone to walk me to an available Magistrate Judge for review of the Warrant Affidavit.

44.    I presented the Warrant Affidavit to a Williamson County Magistrate Judge, who signed the Warrant Affidavit. As stated above, **Exhibit 17** is a true and correct copy of the Warrant Affidavit I presented that was signed by the Magistrate Judge. Attached hereto as **Exhibit 19** is a true and correct copy of the Warrant of Arrest for Mr. Story that I received and added to my investigation file.

45.    I did not speak with Dr. Azaiez regarding Mr. Story, the August 16th Meeting, or my investigation. Dr. Azaiez did not oversee or provide me any direction regarding, and was not involved in any way in, my investigation into Mr. Story's conduct at the August 16th Meeting, my preparation of the Warrant Affidavit, or any decision made regarding submitting the Warrant Affidavit to a Magistrate Judge for Mr. Story's arrest. In fact, the only time I have spoken about Mr. Story with Dr.

Azaiez is to get updates regarding the status of this lawsuit. To my knowledge, Dr. Azaiez had absolutely no involvement in any decision to investigate Mr. Story or seek his arrest. Based on my experience with Round Rock ISD, including as Interim Assistant Chief and Interim Chief Administrator, I have never observed Dr. Azaiez being involved in the inner workings of the District's Police Department or directing any actions regarding arrests of individuals.

46.      I did not speak with Board President Amy Weir or any other District Trustee regarding Mr. Story, the August 16th Meeting, or my investigation. Neither Board President Weir nor any other Trustee provided me any direction regarding, and were not involved in any way in, my investigation, my preparation of the Warrant Affidavit, or any decision made regarding submitting the Warrant Affidavit to a Magistrate Judge. To my knowledge, neither Board President Weir nor any Trustee had any involvement in any decision to investigate Mr. Story or seek his arrest. I did not seek or obtain any statements from Board President Weir or any other Trustee regarding Mr. Story or the August 16th Meeting.

47.      Other than providing the written documentation I reviewed, which I identified above, and my conversation with Sergeant Pope to confirm the information in his Reporting Narrative, neither Sergeant Pope nor Officer Pontillo had any involvement in the decision to investigate Mr. Story or submit the Warrant Affidavit for Mr. Story's arrest.

48.      My investigation and determination that Mr. Story had hindered a Board meeting by disorderly conduct was solely based on the facts provided to me and that I reviewed in preparing the Warrant Affidavit. Mr. Story's speech prior to the August 16th Meeting and subsequent to the August 16th Meeting played no role in the actions I took or decisions I made. The substance or viewpoint of Mr. Story's speech at the August 16th Meeting also played no role in the actions I took or decisions I made. My decisions and actions were based on Mr. Story's conduct, not his viewpoint. Mr. Story made multiple verbal outbursts during the August 16th Meeting, spoke about items that were not on the

Board meeting agenda, was instructed by the presiding officer that he was off-topic, he continued to speak, his microphone was cut off, he elevated his voice to continue speaking, and continued yelling and disrupting the meeting during his removal from the meeting. I would have engaged in the same actions or decisions regarding any member of the public who disrupted a Board meeting as Mr. Story did.

49.    I understand that Mr. Story alleges that I wrote that I was going to obtain statements from Trustees regarding his case. I never did obtain those statements because of the timing of events. Attached as **Exhibit 20** is a true and correct copy of my Case Supplemental Report that I prepared on October 12, 2021, after Mr. Story's arrest.

50.    While I spoke to Chief Yarbrough, my investigation was independent. Chief Yarbrough did not try to influence my findings or change the substance of the Warrant Affidavit. I had and have no reason to believe Chief Yarbrough had any improper motive regarding Mr. Story. Chief Yarbrough's singular focus was maintaining safety and security for the District. Chief Yarbrough never said anything to me reflecting that he held any animus about Mr. Story. Chief Yarbrough never mentioned any comments Mr. Story made about Dr. Azaiez, the District, or otherwise.

51.    Round Rock ISD's Police Department may effectuate warrants for arrest on campuses or in District buildings. Generally, however, the Round Rock ISD Police Department does not effectuate an arrest that occurs off District property. Rather, the District's Police Department generally outsources this to local police departments to effectuate warrants.

52.    The Round Rock ISD Police Department did not effectuate the Warrant of Arrest or arrest Mr. Story. I was not involved in any way with the actual arrest of Mr. Story and had no involvement whatsoever in his incarceration or terms of incarceration.

53.    As part of my ongoing investigation, I also obtained an August 16, 2021 Speaker List from Executive Assistant Patty Aguilera. Attached as **Exhibit 21** is a true and correct copy of the August 16, 2021 Speaker List that I reviewed and placed in my investigation file.

54.    I understand that Mr. Story alleges he was treated differently from other speakers or individuals at the August 16th Meeting. I am unaware of any other speaker at the August 16th Meeting who caused a disruption like Mr. Story. I am unaware of any other speaker who was called to speak during public comment, was off topic, was told they were off topic, continued speaking, was asked to be removed from the meeting, and did not voluntarily leave. I am not aware of any other speaker who under these circumstances refused to comply with directives from the presiding officer of the meeting and had to be removed from the meeting by District police officers. Based on my review of the video of the August 16th Meeting, Board President Weir did direct other individuals who were speaking off topic because they were not discussing COVID-19 safety protocols or the mask mandate.

55.    Police officers do not make the call regarding whether a speaker is speaking about a matter that is not on the Board meeting agenda. That is not their role or duty. Rather, the Board President as the presiding officer makes that decision. Here, the Board President made that decision. I had no reason to believe that decision was unlawful or motivated by any animus or were in retaliation for any speech in which Mr. Story had engaged. Once the Board President made that decision and Mr. Story continued talking—despite numerous warnings—the Board President could request law enforcement assistance. At that point, law enforcement officers intervene based on the Board President's directive or request.

56.    Although it is not a police officer's job, I believed Mr. Story was speaking about a matter that was not on the agenda. There is no relationship between a protective order against the Superintendent and COVID-19 health and safety protocols or a mask mandate. I understand that Mr. Story alleges he was speaking by analogy and discussing safety generally. I do not believe he was

speaking by analogy. General safety was not an agenda item. For example, if a speaker wanted to discuss their opinion that every Round Rock ISD school should have a metal detector, which relates to safety, but it is not COVID-19 health and safety.

57.    Other speakers who may have referred to third-parties like Ted Cruz, invoked Jesus, or discussed Frederick Douglas to compare his experience to the context of fear and reaction to COVID-19, but they were all speaking generally about COVID-19 health and safety or mask mandates.

58.    At the time of my investigation and my submission of the Warrant Affidavit to a Magistrate Judge, I was unaware that Mr. Story had filed a complaint with the Round Rock ISD Police Department or a grievance under District policy regarding the August 16th Meeting or his removal from the August 16th Meeting.

59.    The Exhibits referenced in and attached to this Declaration are exact duplicates or screen recordings of the original records, except for any affixed Bates or Exhibit labels. The Exhibits referenced in and attached to this Declaration are memoranda, reports, records, or data compilations of acts, events, conditions, opinions, or diagnoses made at or near the time of each act, event, condition, opinion, or diagnosis and set forth by someone with knowledge, acting in the regular course of business. The Exhibits referenced in and attached to this Declaration are prepared and maintained in the course of Round Rock ISD Police Department's regularly conducted business activity and maintained by the Round Rock ISD Police Department in the course of this regularly conducted business activity, including my regularly conducted business activity as a Sergeant. It is the regular practice of Round Rock ISD Police Department to make or maintain these types of records at or near the time each act, event, condition, or opinion set forth in the record occurred. The Exhibits attached to this Declaration were made or maintained by, or from information transmitted by, persons with

knowledge of the matters set forth. It is the regularly conducted business activity of the Round Rock

ISD Police Department to make or maintain these records.

Under 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this _10th_ day of ___December___, 2025.

_____
LAUREN GRIFFITH

# Texas Commission On Law Enforcement
## Personal Status Report

| **Name** | **TCOLE ID (P ID)** | **STATUS** |
|---|---|---|
| LAUREN M. GRIFFITH | ▉▉▉ | |

| **Citizen** | **Race** | **Gender** |
|---|---|---|
| Yes | White | Female |

## Career/Professional Training

| Institution | Hours | Education | From | To |
|---|---|---|---|---|
| | 0 | High School | | |
| TEXAS STATE UNIVERSITY | 100 | Bachelor | | |
| LONE STAR COLLEGE | 3 | College Credits | | |
| ST. EDWARDS UNIVERSITY | 27 | | | |
| Total Higher Education Hours | 130 | | | |
| | | | | |
| Total Higher Education Points | 2600 | | | |
| Total MilitaryTraining Hours | 0 | | | |
| Total | 2600 | | | |

## Service History

| Appointed As | Department | Award | Service Start Date | Service End Date | Service Time |
|---|---|---|---|---|---|
| Peace Officer (Full Time) | ROUND ROCK ISD POLICE DEPARTMENT | Peace Officer License | 9/21/2020 | | 4 years,  8 months |
| Peace Officer (Full Time) | WILLIAMSON COUNTY SHERIFF'S OFFICE | Peace Officer License | 3/9/2018 | 9/21/2020 | 2 years,  6 months |
| Peace Officer | FORT BEND CO. SHERIFF'S OFFICE | Peace Officer License | 6/26/2010 | 3/8/2018 | 7 years,  8 months |

## Total Service Time

| Description | Service Time |
|---|---|
| Peace Officer | 14 years, 11 months |
| Total officer time | 14 years, 11 months |

# EXHIBIT 1

**RRISD 03747**

**App. 055**

# Texas Commission On Law Enforcement
## Personal Status Report

## Award Information

| Award | Type | Action | Action Date |
|---|---|---|---|
| Peace Officer License | License | | |
| | | Granted | 6/29/2010 |
| Basic Peace Officer | Certificate | | |
| | | Certification Issued | 6/11/2011 |
| Advanced Peace Officer | Certificate | | |
| | | Certification Issued | 12/28/2015 |
| Intermediate Peace Officer | Certificate | | |
| | | Certification Issued | 12/28/2015 |
| Master Peace Officer | Certificate | | |
| | | Certification Issued | 6/25/2019 |
| School Based Law Enforcement Officer | Certificate | | |
| | | Certification Issued | 8/5/2020 |
| Basic Instructor Proficiency | Certificate | | |
| | | Certification Issued | 6/7/2023 |

## Academy History

| | Date | Institution | Course Title |
|---|---|---|---|
| Completed | 6/21/2010 | Gus George LEA | Basic Peace Officer |

## Courses Completed

**09/01/2023 - 08/31/2025**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 9909 | Officer Involved Shooting | 4/23/2025 | 4 | Round Rock Police Department Academy | |
| 3344 | Less Lethal Electronic Control Device Training | 4/18/2025 | 8 | ROUND ROCK ISD POLICE DEPARTMENT  (Training Rosters) | |
| 78052 | TEEX Active Attack Emer Communications | 4/10/2025 | 3 | ALERRT  Center | |
| 667371 | TEEX Active Attack Event Resp. Leadership | 4/10/2025 | 4 | ALERRT  Center | |
| 3356 | ALERRT Fire As A Weapon | 4/3/2025 | 4 | ALERRT  Center | |
| 3920 | Ethics in Law Enforcement | 3/29/2025 | 1 | OSS Academy | Ethics in Law Enforcement |
| 77107 | OSS - Ethics for Law Enforcement | 3/29/2025 | 1 | OSS Academy | |
| 6050 | Human Trafficking Topics ( Not 3270 or 3271) | 10/15/2024 | 6 | Williamson County Sheriff's Office Academy | |
| 3312 | ALERRT Update | 10/3/2024 | 8 | Austin Community College District Police | |

# EXHIBIT 1

RRISD 03748

App. 056

# Texas Commission On Law Enforcement
## Personal Status Report

### Courses Completed

**09/01/2023 - 08/31/2025**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 6050 | Human Trafficking Topics ( Not 3270 or 3271) | 10/2/2024 | 18 | Williamson County Sheriff's Office Academy | |
| 3250 | Sex Offender Characteristics | 8/27/2024 | 16 | Georgetown Police Department | |
| 355 | Annual Firearms Qualification 1701.355 | 8/8/2024 | 0 | ROUND ROCK ISD POLICE DEPARTMENT  (Training Rosters) | |
| 355 | Annual Firearms Qualification 1701.355 | 7/31/2024 | 0 | ROUND ROCK ISD POLICE DEPARTMENT  (Training Rosters) | |
| 3188 | 88th Session State and Federal Law Update | 7/2/2024 | 7 | OSS Academy | 88th Session State and Federal Law Update |
| 77229 | OSS - Social Media for Law Enforcement | 7/1/2024 | 1 | OSS Academy | |
| 3106 | Conference   ( General ) | 4/27/2024 | 8 | Texas Tactical Police Officers Association | |
| 1735 | Trauma - Informed Investigations | 4/10/2024 | 8 | Combined Law Enforcement Asso. of Texas | |
| 4202 | Finding Wellness-Building a Healthier Life | 1/12/2024 | 4 | MyTCOLE 3 online | |
| 77199 | OSS - Aerosol Subject Restraint | 1/2/2024 | 1 | OSS Academy | |
| 77262 | OSS - Self-Aid & Buddy (SABA) Basic | 1/2/2024 | 2 | OSS Academy | |
| 2055 | Firearms | 10/9/2023 | 2 | ROUND ROCK ISD POLICE DEPARTMENT  (Training Rosters) | |
| | | **Unit Hours** | 106 | | |

**09/01/2021 - 08/31/2023**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 2095 | Use of Force (Non-Intermediate Core Course) | 8/10/2023 | 2 | Texas Municipal Police Association | |
| 2095 | Use of Force (Non-Intermediate Core Course) | 8/10/2023 | 4 | Cedar Park Police Department | |
| 355 | Annual Firearms Qualification 1701.355 | 8/9/2023 | 0 | ROUND ROCK ISD POLICE DEPARTMENT  (Training Rosters) | |
| 2055 | Firearms | 8/9/2023 | 3 | ROUND ROCK ISD POLICE DEPARTMENT  (Training Rosters) | |
| 2040 | Defensive Tactics | 8/1/2023 | 4 | Williamson County Sheriff's Office Academy | |

**EXHIBIT 1**

Page Number    3

**RRISD 03749**

**App. 057**

# Texas Commission On Law Enforcement
## Personal Status Report

### Courses Completed

**09/01/2021 - 08/31/2023**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 78399 | AWR167 - Sport Event Risk Management | 7/12/2023 | 16 | TEEX Criminal Justice Institute (CJI) | |
| 3748 | FBI-LEEDA Managing Internal Affairs Investigations | 6/30/2023 | 30 | Texas City Police Academy | |
| 3311 | ALERRT Level 1 | 6/15/2023 | 16 | Texas Department of Public Safety LEA | ALERRT Level 1 |
| 77251 | OSS - Report Writing - A Fresh Look | 6/7/2023 | 1 | OSS Academy | |
| 7821 | Risk & Safety Management | 6/6/2023 | 4 | OSS Academy | |
| 1014 | Basic Instructor Course | 5/19/2023 | 40 | Williamson County Sheriff's Office Academy | |
| 1014 | Basic Instructor Course | 5/19/2023 | 40 | Texas Municipal Police Association | |
| 2066 | Implicit bias and social justice | 5/14/2023 | 2 | OSS Academy | |
| 77195 | OSS - Cultural Challenges for Law Enforcement | 5/14/2023 | 2 | OSS Academy | |
| 2020 | Homicide/Assault Inv. | 3/3/2023 | 40 | Georgetown Police Department | |
| 2024 | Narcotics/Dangerous Drug Inv. | 2/1/2023 | 4 | OSS Academy | |
| 77204 | OSS - Internal Affairs Investigations | 2/1/2023 | 1 | OSS Academy | |
| 77244 | OSS - Juveniles in Custody | 2/1/2023 | 1 | OSS Academy | |
| 77203 | OSS - Gangs - An Introduction | 1/6/2023 | 1 | OSS Academy | |
| 77221 | OSS - Homicide Investigations | 1/6/2023 | 1 | OSS Academy | |
| 77105 | OSS - Crime Scene Management | 1/5/2023 | 1 | OSS Academy | |
| 3954 | School Based Law Enforcement Training General | 1/3/2023 | 5 | ROUND ROCK ISD POLICE DEPARTMENT  (Training Rosters) | |
| 3343 | Less Lethal Chemical Weapons Training (OC, Mace, e | 12/16/2022 | 4 | ROUND ROCK ISD POLICE DEPARTMENT  (Training Rosters) | |
| 3305 | Active Shooter Response | 10/24/2022 | 4 | ROUND ROCK ISD POLICE DEPARTMENT  (Training Rosters) | |
| 355 | Annual Firearms Qualification 1701.355 | 8/15/2022 | 0 | ROUND ROCK ISD POLICE DEPARTMENT  (Training Rosters) | |
| 2055 | Firearms | 8/15/2022 | 3 | ROUND ROCK ISD POLICE DEPARTMENT  (Training Rosters) | |

## EXHIBIT 1

RRISD 03750

**App. 058**

# Texas Commission On Law Enforcement
## Personal Status Report

### Courses Completed

**09/01/2021 - 08/31/2023**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3264 | Special Investigator Certification Course | 4/15/2022 | 24 | Texas Municipal Police Association | Special Investigative Topics (Intermediate) |
| 2000160 | Lexipol-FMLA Training for Supervisors | 4/11/2022 | 1 | Lexipol | |
| 77553 | PoliceOne- Officer Wellness & Mental Health Awaren | 3/17/2022 | 2 | Lexipol | |
| 2000152 | Lexipol-Enhancing Work Relationships | 3/17/2022 | 1 | Lexipol | |
| 77475 | PoliceOne- Civil Rights | 3/16/2022 | 4 | Lexipol | |
| 2040 | Defensive Tactics | 3/15/2022 | 4 | ROUND ROCK ISD POLICE DEPARTMENT  (Training Rosters) | |
| 8813 | Below 100 | 3/14/2022 | 4 | ROUND ROCK ISD POLICE DEPARTMENT  (Training Rosters) | |
| 3305 | Active Shooter Response | 3/11/2022 | 16 | ROUND ROCK ISD POLICE DEPARTMENT  (Training Rosters) | |
| 77461 | PoliceOne- Leadership 8 | 12/29/2021 | 1 | Lexipol | |
| 77339 | PoliceOne- Leadership 4 | 12/28/2021 | 1 | Lexipol | |
| 77375 | PoliceOne- Leadership 5 | 12/28/2021 | 1 | Lexipol | |
| 77460 | PoliceOne- Leadership 7 | 12/28/2021 | 1 | Lexipol | |
| 77410 | PoliceOne- Leadership Block 6 | 12/28/2021 | 1 | Lexipol | |
| 77337 | PoliceOne- Leadership 2 | 12/27/2021 | 1 | Lexipol | |
| 77336 | PoliceOne- Leadership 1 | 12/27/2021 | 1 | Lexipol | |
| 77338 | PoliceOne- Leadership 3 | 12/27/2021 | 1 | Lexipol | |
| 2053 | Baton (All) | 12/17/2021 | 8 | ROUND ROCK ISD POLICE DEPARTMENT  (Training Rosters) | |
| 3600 | Juvenile | 12/3/2021 | 4 | Williamson County Sheriff's Office Academy | |
| 3702 | Field Training Officer | 11/23/2021 | 24 | OSS Academy | |
| 8810 | Women in Command | 11/16/2021 | 16 | Combined Law Enforcement Asso. of Texas | |
| 3187 | 87th Session State and Federal Law Update | 11/4/2021 | 4 | Classen Buck Seminars, Inc. | 87th Session State and Federal Law Update |
| 355 | Annual Firearms Qualification 1701.355 | 10/11/2021 | 0 | ROUND ROCK ISD POLICE DEPARTMENT  (Training Rosters) | |

## EXHIBIT 1

**RRISD 03751**

**App. 059**

# Texas Commission On Law Enforcement
## Personal Status Report

---

### Courses Completed

**09/01/2021 - 08/31/2023**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 2055 | Firearms | 10/11/2021 | 3 | ROUND ROCK ISD POLICE DEPARTMENT  (Training Rosters) | |
| | | **Unit Hours** | 352 | | |

**09/01/2019 - 08/31/2021**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 37012 | TPCAF - Recognition Program Training | 6/11/2021 | 4 | Texas Police Chiefs Association Foundation | |
| 77210 | OSS - Sexual Assault Investigations | 3/22/2021 | 1 | OSS Academy | |
| 3283 | Gangs | 3/16/2021 | 6 | Classen Buck Seminars, Inc. | |
| 3601 | Recognition of Child Abuse or Neglect | 1/7/2021 | 2 | Classen Buck Seminars, Inc. | |
| 3737 | New Supervisor's Course | 1/3/2021 | 40 | Classen Buck Seminars, Inc. | Cultural Diversity (Intermediate) New Supervisor's Required Training Special Investigative Topics (Intermediate) |
| 3205 | Stalking | 12/11/2020 | 4 | Alamo Area LEA | |
| 3280 | Criminal Investigation - General | 12/11/2020 | 2 | Alamo Area LEA | |
| 3901 | Family Violence | 12/9/2020 | 2 | Alamo Area LEA | |
| 3910 | Sexual Harassment Recognition | 12/9/2020 | 2 | Alamo Area LEA | |
| 2035 | Crime Victims/Family Violence | 12/8/2020 | 1 | Alamo Area LEA | |
| 3201 | Sexual Assault | 12/8/2020 | 2 | Alamo Area LEA | |
| 3201 | Sexual Assault | 12/8/2020 | 1 | Alamo Area LEA | |
| 3901 | Family Violence | 12/8/2020 | 2 | Alamo Area LEA | |
| 8816 | Mental Health First Aid | 10/13/2020 | 8 | ROUND ROCK ISD POLICE DEPARTMENT  (Training Rosters) | |
| 355 | Annual Firearms Qualification 1701.355 | 8/21/2020 | 0 | Williamson County Sheriff's Office Academy | |
| 3858 | School Resource Officer | 8/7/2020 | 20 | Texas Association of School Resource Officers | |
| 2195 | SBLE Active Shooter Training Mandate | 8/5/2020 | 8 | Williamson County Sheriff's Office Academy | |

## EXHIBIT 1

RRISD 03752

App. 060

# Texas Commission On Law Enforcement

## Personal Status Report

### Courses Completed

**09/01/2019 - 08/31/2021**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 2046 | Driving | 2/20/2020 | 8 | Williamson County Sheriff's Office Academy | |
| 8158 | Body Worn Camera | 10/21/2019 | 2 | Williamson County Sheriff's Office Academy | |
| 3186 | 86th Legislative Session Legal Update | 9/10/2019 | 3 | Williamson County Sheriff's Office Academy | 86th Session State and Federal Law Update |
| | | **Unit Hours** | 118 | | |

**09/01/2017 - 08/31/2019 ***

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 2055 | Firearms | 7/25/2019 | 24 | Williamson County Sheriff's Office Academy | |
| 3358 | Police Bicycle | 7/18/2019 | 24 | Williamson County Sheriff's Office Academy | |
| 2055 | Firearms | 7/10/2019 | 16 | Williamson County Sheriff's Office Academy | |
| 3320 | Terrorism & Homeland Security (General) | 7/1/2019 | 8 | Austin Police Academy | |
| 3954 | School Based Law Enforcement Training General | 6/27/2019 | 5 | Texas State University Texas School Safety Center | |
| 355 | Annual Firearms Qualification 1701.355 | 6/11/2019 | 0 | Williamson County Sheriff's Office Academy | |
| 30418 | Civilian Interaction Training | 6/5/2019 | 2 | Williamson County Sheriff's Office Academy | Civilian Interaction Training Program |
| 7887 | Interacting with drivers deaf or hard of hearing | 6/5/2019 | 4 | Williamson County Sheriff's Office Academy | Interacting with drivers deaf or hard of hearing (Intermediate) |
| 3314 | ALERRT Terrorism Response Tactics - Active Shooter | 2/19/2019 | 4 | Williamson County Sheriff's Office Academy | |
| 2055 | Firearms | 2/19/2019 | 2 | Williamson County Sheriff's Office Academy | |
| 3185 | 85th Legislative Session Legal Update | 2/5/2019 | 5 | OSS Academy | 85th Session State and Federal Law Update |
| 3971 | Advanced SRO  (NASRO) | 8/15/2018 | 24 | Texas Association of School Resource Officers | |
| 3970 | Basic SRO (NASRO) | 8/10/2018 | 40 | Texas Association of School Resource Officers | |
| 2040 | Defensive Tactics | 7/30/2018 | 8 | Williamson County Sheriff's Office Academy | |
| 3104 | Tire Deflation Device Training | 7/28/2018 | 4 | Williamson County Sheriff's Office Academy | |

**EXHIBIT 1**

RRISD 03753

App. 061

# Texas Commission On Law Enforcement

## Personal Status Report

## Courses Completed

**09/01/2017 - 08/31/2019 ***

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 355 | Annual Firearms Qualification 1701.355 | 7/25/2018 | 0 | Williamson County Sheriff's Office Academy | |
| 2190 | Officer's Emotional Survival | 7/16/2018 | 8 | Denton Police Academy | |
| 2055 | Firearms | 7/10/2018 | 16 | Williamson County Sheriff's Office Academy | |
| 3722 | Peace Officer Field Training | 7/3/2018 | 160 | Williamson County Sheriff's Office Academy | Peace Officer Field Training |
| 3954 | School Based Law Enforcement Training General | 6/17/2018 | 8 | Texas Municipal Police Association | |
| 3954 | School Based Law Enforcement Training General | 6/14/2018 | 17 | Texas State University Texas School Safety Center | |
| 3404 | Traffic Stops | 5/8/2018 | 16 | Williamson County Sheriff's Office Academy | |
| 3344 | Less Lethal Electronic Control Device Training | 4/16/2018 | 8 | Williamson County Sheriff's Office Academy | |
| 2054 | Radar | 4/3/2018 | 16 | Williamson County Sheriff's Office Academy | |
| 3345 | Less Lethal Impact Weapons Training (Bean Bag/Impa | 3/29/2018 | 7 | Williamson County Sheriff's Office Academy | |
| 2178 | S.F.S.T. Practitioner Update | 3/20/2018 | 8 | Williamson County Sheriff's Office Academy | |
| 3854 | Computer Operations | 3/19/2018 | 6 | Williamson County Sheriff's Office Academy | |
| 3322 | Patrol Rifle | 3/16/2018 | 16 | Williamson County Sheriff's Office Academy | |
| 2055 | Firearms | 3/14/2018 | 8 | Williamson County Sheriff's Office Academy | |
| 3305 | Active Shooter Response | 3/13/2018 | 16 | Williamson County Sheriff's Office Academy | |
| | **Unit Hours** | | 480 | | |

**09/01/2015 - 09/30/2017**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3280 | Criminal Investigation - General | 3/31/2017 | 40 | Gus George LEA | |
| 2085 | Alcohol&Drug Abuse Awareness for Law Enforcement | 9/21/2016 | 2 | Bill Blackwood LEMI of Texas | |
| 3283 | Gangs | 7/1/2016 | 18 | Texas Attorney General's Office | |

**EXHIBIT 1**

**RRISD 03754**

**App. 062**

# Texas Commission On Law Enforcement
## Personal Status Report

### Courses Completed

**09/01/2015 - 09/30/2017**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 2024 | Narcotics/Dangerous Drug Inv. | 4/26/2016 | 16 | Professional Law Enforcement Training (PLET) | |
| 3275 | Missing and Exploited Children | 12/28/2015 | 4 | OSS Academy | Missing and Exploited Children<br>Missing and Exploited Children (Advance)<br>Missing and Exploited Children (Intermediate) |
| 2105 | Child Abuse Prevention and Investigation (Interm.) | 11/17/2015 | 24 | Classen Buck Seminars, Inc. | Child Abuse Prevention and Investigation (Intermediate) |
| 2108 | Arrest, Search, and Seizure (Intermediate) | 11/12/2015 | 15 | Classen Buck Seminars, Inc. | Arrest, Search, and Seizure (Intermediate) |
| 2107 | Use of Force (Intermediate) | 10/24/2015 | 13 | Classen Buck Seminars, Inc. | Use of Force (Intermediate) |
| 3184 | 84th Legislative Session Legal Update | 10/21/2015 | 4 | Gus George LEA | 84th Session State and Federal Law Update |
| 3232 | Special Investigative Topics | 10/20/2015 | 8 | Classen Buck Seminars, Inc. | Special Investigative Topics (Intermediate) |
| 2024 | Narcotics/Dangerous Drug Inv. | 10/19/2015 | 8 | FORT BEND CO. SHERIFF'S OFFICE (Training Rosters) | |
| 4041 | Cartel Operations/Investigations | 9/23/2015 | 16 | FORT BEND CO. SHERIFF'S OFFICE (Training Rosters) | |
| | | **Unit Hours** | 168 | | |

**09/01/2013 - 08/31/2015**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3256 | Racial Profiling | 8/18/2015 | 4 | Classen Buck Seminars, Inc. | Racial Profiling (Intermediate) |
| 2110 | Spanish for Law Enforcement Distance (Intermed.) | 8/17/2015 | 32 | Classen Buck Seminars, Inc. | Spanish for Law Enforcement (Intermediate)<br>Spanish for Telecommunicators (Intermediate) |
| 3255 | Asset Forfeiture | 8/16/2015 | 2 | Classen Buck Seminars, Inc. | Asset Forfeiture (Intermediate) |
| 3277 | Identity Theft | 8/14/2015 | 3 | Classen Buck Seminars, Inc. | Identity Theft (Intermediate) |
| 4103 | Financial Crimes | 6/10/2015 | 20 | Texas Attorney General's Office | |
| 3183 | 83rd Legislative Session Legal Update | 5/19/2015 | 4 | Gus George LEA | 83rd Session State and Federal Law Update |

## EXHIBIT 1

**RRISD 03755**

**App. 063**

# Texas Commission On Law Enforcement
## Personal Status Report

### Courses Completed

**09/01/2013 - 08/31/2015**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3322 | Patrol Rifle | 2/25/2015 | 30 | Gus George LEA | |
| | | **Unit Hours** | 95 | | |

**09/01/2011 - 08/31/2013**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3182 | 82nd Legislative Session Legal Update | 8/29/2013 | 2 | Classen Buck Seminars, Inc. | 82nd Session State and Federal Law Update |
| 2057 | Courtroom Demeanor/Testimony | 8/9/2013 | 24 | FORT BEND CO. SHERIFF'S OFFICE (Training Rosters) | |
| 3939 | Cultural Diversity | 2/8/2013 | 8 | Gus George LEA | Cultural Diversity (Intermediate) |
| 2106 | Crime Scene Investigation (Intermediate) | 2/1/2013 | 40 | Gus George LEA | Crime Scene Investigation (Intermediate) |
| | | **Unit Hours** | 74 | | |

**09/01/2009 - 08/31/2011**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3270 | Human Trafficking | 8/19/2011 | 4 | Gus George LEA | Human Trafficking |
| 3181 | 81st Legislative Session Legal Update | 6/3/2011 | 4 | Gus George LEA | State and Federal Law Update |
| 3300 | Patrol/Tactical | 4/15/2011 | 40 | Pasadena Police Academy | |
| 3300 | Patrol/Tactical | 2/15/2011 | 16 | Pasadena Police Academy | |
| 3722 | Peace Officer Field Training | 7/20/2010 | 1 | FORT BEND CO. SHERIFF'S OFFICE (Training Rosters) | Peace Officer Field Training |
| 1999 | Personnel Orientation by Dept. Basic Proficiency | 6/26/2010 | 0 | FORT BEND CO. SHERIFF'S OFFICE (Training Rosters) | Personnel Orientation |
| 1000 | Basic Peace Officer | 6/21/2010 | 772 | Gus George LEA | Crisis Intervention Training (Mandate) Cultural Diversity (Mandate) S.F.S.T. NHTSA 24hour Practitioner Special Investigative Topic (Mandate) State and Federal Law Update |

## EXHIBIT 1

**RRISD 03756**

**App. 064**

# Texas Commission On Law Enforcement
## Personal Status Report

### Courses Completed

**09/01/2009 - 08/31/2011**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 2176 | S.F.S.T. NHTSA 24hour Practitioner - BPOC | 6/21/2010 | 0 | Gus George LEA | |
| 3842 | CIT(16hr)-BPOC | 6/21/2010 | 0 | Gus George LEA | Crisis Intervention Training (AdvPOC) issued prior to 4-1-18<br>Crisis Intervention Training (Intermediate) issued prior to 4-1-18<br>Peace Officer Intermediate Options<br>Peace Officer Intermediate Options 1987-01<br>Peace Officer Intermediate Options 2005-01<br>Peace Officer Intermediate Options 2006-01<br>Peace Officer Intermediate Options 2009-09 |
| 3807 | TCIC/NCIC for Less than Full Access Operators | 3/11/2010 | 8 | Gus George LEA | |

|  | Unit Hours | 845 |
|---|---|---|
|  | Total Hours | 2238 |

### Total Hours

| Total Career/Professional Hours | 2600 |
|---|---|
| Total TCOLE Course Hours | 2238 |
| Total Hours | 4838 |

*Courses submitted between 09/01/2017 and 09/30/2017 will be credited to the 2015-2017 and 2017-2019 training unit, but will only count once toward total training hours.

# EXHIBIT 1

**RRISD 03757**

**App. 065**

# Employee Service Record





Date:' 05/30/2025
Name: GRIFFITH, LAUREN M
ID:

**ROUND ROCK**
INDEPENDENT SCHOOL DISTRICT
1311 Round Rock Avenue
Round Rock, TX 78681-4999
Phone: (512) 464-5000

Employee Signature:

| 1 School Year | 2 State or Country | 3 County or Equivalent | 4 School District or Institution | 5 Indicate if public or private school | 6 Position Held | 7 Years of Exp | 8 % of Day Emp | 9 No. Days Emp | 10 Indicate if a full semester, if it is less than 90 days | 11 Dates of Service From | Dates of Service To | 13 Authorized District Signature |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20-21 | TEXAS | WMSN | RRISD | Public | POLICE OFFICER 260 DAYS | 0 | 100% | 202 | | 09/21/2020 | 06/30/2021 | |
| 21-22 | TEXAS | WMSN | RRISD | Public | POLICE OFFICER 260 DAYS | 1 | 100% | 37 | | 07/01/2021 | 08/22/2021 | |
| 21-22 | TEXAS | WMSN | RRISD | Public | POLICE DETECTIVE | 0 | % | 223 | | 08/23/2021 | 06/30/2022 | |
| 22-23 | TEXAS | WMSN | RRISD | Public | POLICE DETECTIVE | 3 | 100% | 260 | | 07/01/2022 | 06/30/2023 | |
| 22-23 | TEXAS | WMSN | RRISD | Public | ST 12 INTERIM CHIEF ADMIN POL | 0 | 100% | 260 | | 07/01/2022 | 06/30/2023 | |
| 23-24 | TEXAS | WMSN | RRISD | Public | POLICE DETECTIVE | 3 | 100% | 200 | | 07/03/2023 | 04/07/2024 | |
| 23-24 | TEXAS | WMSN | RRISD | Public | POLICE SERGEANT | 3 | 100% | 60 | | 04/08/2024 | 06/28/2024 | |

## State Sick Leave Program

| Prior Year Balance | Year Earned | Earned | Used | End of Year Balance |
|---|---|---|---|---|
| .0000 | 20-21 | .0000 | .0000 | .0000 |
| .0000 | 21-22 | .0000 | .0000 | .0000 |
| .0000 | 21-22 | .0000 | .0000 | .0000 |
| .0000 | 22-23 | .0000 | .0000 | .0000 |
| .0000 | 22-23 | .0000 | .0000 | .0000 |
| .0000 | 23-24 | .0000 | .0000 | .0000 |

## State Personal Leave Program

| Prior Year Balance | Year Earned | Earned | Used | End of Year Balance |
|---|---|---|---|---|
| 40.0000 | 20-21 | .0000 | 3.0000 | 37.0000 |
| 37.0000 | 21-22 | 40.0000 | 74.0000 | 3.0000 |
| .0000 | 21-22 | .0000 | .0000 | .0000 |
| 3.0000 | 22-23 | 40.0000 | 42.7500 | .2500 |
| 3.0000 | 22-23 | 40.0000 | 42.7500 | .2500 |
| .2500 | 23-24 | 40.0000 | 22.0000 | 18.2500 |

**EXHIBIT 2**

**RRISD 03719**





# Employee Service Record

Date: 05/30/2025
Name: GRIFFITH, LAUREN M
ID: ▉▉▉▉

Employee Signature: _____



## ROUND ROCK
INDEPENDENT SCHOOL DISTRICT
1311 Round Rock Avenue
Round Rock, TX 78681-4999
Phone: (512) 464-5000

## State Sick Leave Program

| Prior Year Balance | Year Earned | Earned | Used | End of Year Balance |
|---|---|---|---|---|
| .0000 | 23-24 | .0000 | .0000 | .0000 |

## State Personal Leave Program

| Prior Year Balance | Year Earned | Earned | Used | End of Year Balance |
|---|---|---|---|---|
| .2500 | 23-24 | 40.0000 | 22.0000 | 18.2500 |

**Comments:**

**EXHIBIT 2**

**RRISD 03720**

**App. 067**

# Employee Service Record

All service claimed for salary increment purposes must be documented on this form or other similar document containing similar information.

**Instructions for completing the Employee Service record:**

**1. School Year**
Corresponds to the scholastic school year (e.g., 1997-98) employment is claimed. No more than one year of experience can be shown on one line.

**2. State/Country**
Enter state or territory of the USA Enter name of foreign nation if applicable.

**3. County/Equivalent**
Enter county or parish in USA. Department of Defense Education Activity (DoDEA), enter the names of sub-territories of foreign nations. DoDEA service must be completed by the National Archives and Records Administrations (NARA). Send a blank service record to: National Personnel Records Center, Civilian Personnel Records, 1411 Boulder Blvd, Valmeyer IL 62295.

**4. School District or Institution**
Enter name of public school district or institution and name of private school or institution. Give sufficient information in this column to identify the school for accreditation purposes.

**5. Public or Private**
Enter either Public or Private, for the British System enter either Government or Public.

**6. Position Held**
Enter position held (e.g., teacher, librarian, substitute, bus driver, aide, etc.)

**7. Years of Experience**
Enter the number of year(s) of actual experience as of September 1, of the school year indicated in column 1. (Do not include the additional year(s) for career ladder, career and technology education work experience, or qualified teacher aide experience. This experience must be recorded as a footnote on the service record).

**8. % of Day Employed**
Enter percentage of the school day the employee was employed. Full day is reported as 100%, one-half day is reported as 50%, three-quarters of the day is reported as 75%, etc.

**9. No. of Days Employed**
Enter the number of days employed during the contractual year (July 1 through June 30). The days entered must not include the number of days a person was docked a full day's pay.

**10. Indicate if a full semester, or if it is less than 90 days**
Enter full semester if it was a full semester that was less than 90 days.

**11. Date of Service From**
Enter the actual beginning date of employment during the contractual year (July 1 thru June 30).

**12. Date of Service To**
Enter the actual ending date of employment during the contractual year (July 1 thru June 30).

**13. Authorized District Signature**
The record must be verified by either signing each line of the record separately (in ink) or by drawing a diagonal line and placing the signature diagonally across from the experience. An authorized official of the school system must sign the record. A rubber stamp signature may be used, in lieu of the original signature, provided the name of the person appearing on the stamp is the same designated by the school district to sign the service record. Such official, if not the superintendent of the school, must have been authorized to sign personnel records of the institution by the governing board of that institution. In the case of public schools, the board of trustees is the governing body. The organization's official stamp must be included on the service record if service from overseas is reported. For public schools, colleges and universities, the country's Department of Education is the organization official stamp. If service is reported from the US, official stamp may be included depending on availability.

**State Sick Leave and State Personal Leave**
**State Sick Leave**
Enter state sick leave information in this table, not required for private schools, colleges and out-of-state schools.

**State Personal Leave**
Enter state personal leave information in this table. (Required for Charter schools if state days are offered) – not required for private schools, colleges, and out-of-state schools. (Note: This program was initiated in the 1995-96 school year).

**Service Notes:**
If claiming service for a skill-based certificate added by exam, record the first date the educator worked 50% of day in the appropriate assignment. Valid Educational Aide experience and any other unique information regarding service should also be included.

**Note:**
1. All service claimed for salary increment purposes must be documented on this form or other similar document containing similar information.
2. Service records and any supporting documents must be completed in ink (the document may be completed electronically and printed).
3. White out may not be used, any white out used on any document submitted will nullify the document.

# EXHIBIT 2

**RRISD 0373**

**App. 068**



**MEMORANDUM**

TO:        Eddie Curran, Chief Human Resources Officer

FROM:    Dr. Hafedh Azaiez, Superintendent of Schools

DATE:     June 15, 2022

RE:        Interim Chief Administrator for Police

---

Effective in July 2022, Lauren Griffith will be temporarily assigned to be the interim Chief Administrator for the Police Department. Ms. Griffith is approved to receive a monthly $1,500 stipend beginning in July 2022, until the permanent Assistant Chief of Police is selected.

APPROVAL:

_____        6/16/2022
Dr. Hafedh Azaiez, Superintendent of Schools            Date

# EXHIBIT 3

**RRISD 03728**

**App. 069**



**ROUND ROCK**
INDEPENDENT SCHOOL DISTRICT

**MEMORANDUM**

TO:        Eddie Curran, Chief Human Resources Officer

FROM:    Dr. Hafedh Azaiez, Superintendent of Schools

DATE:     May 14, 2024

RE:         Interim Chief of Police

Effective May 14, 2024, Lauren Griffith will be temporarily assigned to be the interim Chief of Police for the RRISD Police Department.  Ms. Griffith is approved to receive a monthly $3,000 stipend beginning in June 2024, until further notice.  Please provide $1,500 for the month of May.

APPROVAL:

_____        5/14/2024
Dr. Hafedh Azaiez, Superintendent of Schools        Date

# EXHIBIT 4

**RRISD 03729**

**App. 070**



**MEMORANDUM**

TO:        Eddie Curran, Chief Human Resources Officer

FROM:      Dr. Hafedh Azaiez, Superintendent of Schools

DATE:      October 2, 2024

RE:        Interim Chief of Police

---

Effective September 16, 2024, Lauren Griffith will be temporarily assigned to be the interim Assistant Chief of Police for the RRISD Police Department.  Ms. Griffith is approved to receive a monthly $1,100 stipend beginning in October 2024, until further notice.

APPROVAL:

_____        _____
Dr. Hafedh Azaiez, Superintendent of Schools        10/8/2024
                                                    Date


# EXHIBIT 5

**RRISD 03730**

**App. 071**



## JOB DESCRIPTION

| Job Title | Evaluation Type | Department |
|---|---|---|
| **Police Officer** | **Non-Exempt** | **Police Department** |

| Pay Grade | FLSA | Date Revised | Supervisor |
|---|---|---|---|
| **313** | **Non-Exempt** | **May 2020** | **Chief of Police** |

**BASIC FUNCTION & RESPONSIBILITY:**  Patrol district property to protect all students, personnel, and visitors from physical harm and prevent property loss due to theft or vandalism.  Enforce all laws of both felony and misdemeanor degree of federal, state, or local origin and enforce all rules and regulations promulgated by the RRISD Board of Trustees.  Work in collaboration with the District and community as a resource for safety and security issues.

**CHARACTERISTIC DUTIES & RESPONSIBILITIES:**  The essential functions, pursuant to the Americans with Disabilities Act, may include the characteristic duties, responsibilities, knowledge, skills, and abilities noted herein; however, this is not a comprehensive listing of all functions and tasks performed by positions found in this job description.

**Support of Administrative, Fiscal and/or Facilities Functions:**
- Patrol assigned locations in car, on foot and any other means of transportation within district jurisdiction; stop drivers who are operating vehicles in violation of laws; warn drivers against unlawful practices; issue citations; check buildings for physical security; receive, search, book, fingerprint, and transport prisoners.
- Respond to all calls from campuses concerning crisis situations, accidents, and reports of crime.
- Investigate criminal offenses that occur within district jurisdiction.
- Collect and preserve evidence for criminal investigations including witness statements and physical evidence.
- Make arrests as necessary; interview victims, complainants, and witnesses; interrogate suspects; file appropriate charges, and ensure placement in jail or juvenile detention centers for law violations as necessary.
- Write effective legal incident reports.
- Testify and present evidence in court as needed.
- Provide traffic control at athletic events, school closings or openings, or at any other time.
- Provide protection to or escort district personnel as needed.
- Operate all equipment, including firearms according to established safety procedures.
- Compile, maintain, and file all physical and computerized reports, records, and documents required, including affidavits for arrest, incident reports, and activity reports.
- Provide assistance to campuses/departments as requested.

**Organization Improvement:**
- Work collaboratively to improve programs.

**Professional Growth and Development:**
- Participate in professional development that increases effectiveness and improves District performance.

**School/Community Relations:**
- Work cooperatively with other police agencies to share information and provide other assistance as needed.
- Maintain contact with district personnel, students, parents, and other community members regarding law enforcement problems and preserve good relationships with the general public.
- Interact positively with employees and the community to provide needed information and to promote the District in a favorable manner.

# EXHIBIT 6

**RRISD 03722**

**App. 072**



**ROUND ROCK**
INDEPENDENT SCHOOL DISTRICT

## JOB DESCRIPTION

| Job Title | Evaluation Type | Department |
|---|---|---|
| **Police Officer** | **Non-Exempt** | **Police Department** |

| Pay Grade | FLSA | Date Revised | Supervisor |
|---|---|---|---|
| **313** | **Non-Exempt** | **May 2020** | **Chief of Police** |

**Organization Morale:**
- Participate in team building activities and the decision-making process as appropriate.
- Communicate and collaborate with campus/department staff to enhance service delivery and customer satisfaction.

**Other Responsibilities:**
- Comply with policies established by federal and state law, including but not limited to State Board of Education and local Board policy.
- Perform other job-related duties as assigned.

**SUPERVISION EXERCISED:** None.

**KNOWLEDGE, SKILLS & ABILITIES:**
- Knowledge of Texas Penal Code, Texas Code of Criminal Procedures, Texas Education Code, Texas Family Code, and juvenile laws and procedures.
- Knowledge of criminal investigation, police report writing, and criminal laws.
- Skill in verbal and written communication.
- Ability to subdue offenders, including use of firearms and handcuffs.
- Ability to control sudden violent or extreme physical acts of others and exhibit rapid mental and muscular coordination simultaneously.
- Ability to pass required physical, psychiatric, and drug tests.
- Ability to wear bullet proof vest weighing approximately 5 lbs.
- Ability to carry a police duty belt at waist level weighing approximately 15-20 lbs, containing a gun, handcuffs, radio, and ammunition.
- Ability to work well with youth and adults.

**TOOLS/EQUIPMENT USED:**
District vehicle, firearms, handcuffs, security equipment, two-way radio, alarm systems and other security equipment, fire extinguisher, and standard office equipment, including computer and peripherals.

**ENTRY QUALIFICATIONS:** High school diploma or equivalent, valid and current Texas Peace Officer License issued by Texas Commission on Law Enforcement (TCOLE), and two years of related work experience. Must meet the District vehicle liability policy requirements and maintain a valid Texas driver's license. Restorative practices, behavioral health, diversity training, and basic NASRO training or education and training program described in Section 1701.263 Occupations Code must be completed within 180 days must be completed within 180 days of placement into the District or a campus of the District.

**PHYSICAL & MENTAL DEMANDS:**
- Maintain emotional control under stress.
- Work with frequent interruptions.

## EXHIBIT 6

Page **2** of **3**

**RRISD 03723**

**App. 073**



## JOB DESCRIPTION

| Job Title **Police Officer** | Evaluation Type **Non-Exempt** | Department **Police Department** |
|---|---|---|
| Pay Grade **313** | FLSA **Non-Exempt** | Date Revised **May 2020** | Supervisor **Chief of Police** |

- Drive motor vehicles; use firearms, handcuffs, alarm systems, security equipment, two-way radio, alarm and other security equipment, fire extinguisher, and standard office equipment.
- Use computer for prolonged period resulting in repetitive hand motions.
- Lift, carry, and/or move up to 45 lbs. occasionally.
- Sit, stand, climb, and walk strenuously for prolonged periods of time.
- Bend, stoop, twist, turn, pull, push, and climb as needed.
- Travel district-wide on a frequent basis and statewide occasionally.
- Work extended and irregular hours and be on-call 24 hours a day.

**ENVIRONMENTAL FACTORS:**
- Work is performed both inside and outside with moderate exposure to sun, heat, cold, and inclement weather.
- Work may involve adverse and hazardous working conditions, including violent and armed confrontations.
- Work involves considerable exposure to unusual elements, such as dirt, dust, fumes, smoke, unpleasant odors, and/or loud noises.
- Work environment involves exposure to hazards of physical risks, which require following safety precautions.

The foregoing statements describe the general purpose and responsibilities assigned to this job and are not an exhaustive list of all responsibilities and duties that may be assigned or skills may be required.

Employee Name (printed): _Lauren Griffith_

Employee Signature: _____     Date: _9/21/2020_

## EXHIBIT 6

RRISD 03724

App. 074



## JOB DESCRIPTION

| Job Title | Evaluation Type | Department |
|---|---|---|
| **Police Detective** | **Non-Exempt** | **Police Department** |

| Pay Grade | FLSA | Date Revised | Supervisor |
|---|---|---|---|
| **704** | **Non-Exempt** | **June 2021** | **Chief of Police** |

**BASIC FUNCTION & RESPONSIBILITY:** Investigate Class B and above criminal offenses, obtain arrest and search warrants, present cases to grand jury, and review all cases initiated by the department.

**CHARACTERISTIC DUTIES & RESPONSIBILITIES:** The essential functions, pursuant to the Americans with Disabilities Act, may include the characteristic duties, responsibilities, knowledge, skills, and abilities noted herein; however, this is not a comprehensive listing of all functions and tasks performed by positions found in this job description.

### Support of Administrative, Fiscal and/or Facilities Functions:

- Investigate Class B and above criminal offenses; interview witnesses, interrogate persons of interest, process crime scenes, and collect and preserve evidence.
- Handle campus duties as a working detective, as needed.
- Review criminal cases and prepare investigative report and evidence for submission to the District Attorney's office or for presentation to a grand jury.
- Perform follow-up on criminal cases filed by District officers; ensure all witnesses and evidence required to prosecute cases are present.
- Work with applicable District staff to ensure integrity of evidence handling and storage; present completed case to the prosecutor.
- Make arrests as necessary; interview victims, complainants, and witnesses; interrogate suspects; file appropriate charges, and ensure placement in jail or juvenile detention centers for law violations as necessary.
- Testify and present evidence in court as needed.
- Operate all equipment, including firearms according to established safety procedures.
- Compile, maintain, and file all physical and computerized reports, records, and documents required, including affidavits for arrest, incident reports, and activity reports.
- Provide assistance to campuses/departments as requested.

### Organization Improvement:

- Work collaboratively to improve programs.

### Professional Growth and Development:

- Participate in professional development that increases effectiveness and improves District performance.

### School/Community Relations:

- Work cooperatively with other police agencies to share information and provide other assistance as needed.
- Maintain contact with district personnel, students, parents, and other community members regarding law enforcement problems and preserve good relationships with the public.
- Interact positively with employees and the community to provide needed information and to promote the District in a favorable manner.

### Organization Morale:

- Participate in team building activities and the decision-making process as appropriate.
- Communicate and collaborate with campus/department staff to enhance service delivery and customer satisfaction.

# EXHIBIT 7

Page 1 of 3

**RRISD 03725**

**App. 075**



## JOB DESCRIPTION

| Job Title | Evaluation Type | Department |
|---|---|---|
| **Police Detective** | **Non-Exempt** | **Police Department** |

| Pay Grade | FLSA | Date Revised | Supervisor |
|---|---|---|---|
| **704** | **Non-Exempt** | **June 2021** | **Chief of Police** |

**Other Responsibilities:**
- Comply with policies established by federal and state law, including but not limited to State Board of Education and local Board policy.
- Perform other job-related duties as assigned.

**SUPERVISION EXERCISED:** None.

**KNOWLEDGE, SKILLS & ABILITIES:**
- Knowledge of Texas Penal Code, Texas Code of Criminal Procedures, Texas Education Code, Texas Family Code, and juvenile laws and procedures.
- Knowledge of criminal investigation, police report writing, and criminal laws.
- Skill in verbal and written communication.
- Ability to subdue offenders, including use of firearms and handcuffs.
- Ability to control sudden violent or extreme physical acts of others and exhibit rapid mental and muscular coordination simultaneously.
- Ability to pass required physical, psychiatric, and drug tests.
- Ability to wear bulletproof vest weighing approximately 5 lbs.
- Ability to carry a police duty belt at waist level weighing approximately 15-20 lbs., containing a gun, handcuffs, radio, and ammunition.
- Ability to work well with youth and adults.

**TOOLS/EQUIPMENT USED:**
District vehicle, firearms, handcuffs, security equipment, two-way radio, alarm systems and other security equipment, fire extinguisher, and standard office equipment, including computer and peripherals.

**ENTRY QUALIFICATIONS:** High school diploma or equivalent, valid and current Texas Peace Officer License issued by Texas Commission on Law Enforcement (TCOLE), and five years of related work experience. Must meet the District vehicle liability policy requirements and maintain a valid Texas driver's license. Restorative practices, behavioral health, diversity training, and basic NASRO training or education and training program described in Section 1701.263 Occupations Code must be completed within 180 days must be completed within 180 days of placement into the District or a campus of the District.

**PHYSICAL & MENTAL DEMANDS:**
- Maintain emotional control under stress.
- Work with frequent interruptions.
- Drive motor vehicles; use firearms, handcuffs, alarm systems, security equipment, two-way radio, alarm and other security equipment, fire extinguisher, and standard office equipment.
- Use computer for prolonged period resulting in repetitive hand motions.
- Lift, carry, and/or move up to 45 lbs. occasionally.
- Sit, stand, climb, and walk strenuously for prolonged periods.

# EXHIBIT 7

**RRISD 03726**

**App. 076**



## JOB DESCRIPTION

| Job Title | Evaluation Type | Department |
|---|---|---|
| **Police Detective** | **Non-Exempt** | **Police Department** |

| Pay Grade | FLSA | Date Revised | Supervisor |
|---|---|---|---|
| **704** | **Non-Exempt** | **June 2021** | **Chief of Police** |

- Bend, stoop, twist, turn, pull, push, and climb as needed.
- Travel district-wide on a frequent basis and statewide occasionally.
- Work extended and irregular hours and be on-call 24 hours a day.

**ENVIRONMENTAL FACTORS:**

- Work is performed both inside and outside with moderate exposure to sun, heat, cold, and inclement weather.
- Work may involve adverse and hazardous working conditions, including violent and armed confrontations.
- Work involves considerable exposure to unusual elements, such as dirt, dust, fumes, smoke, unpleasant odors, and/or loud noises.
- Work environment involves exposure to hazards of physical risks, which require following safety precautions.

The foregoing statements describe the general purpose and responsibilities assigned to this job and are not an exhaustive list of all responsibilities and duties that may be assigned or skills that may be required.

Employee Name (printed): _Lauren Griffith_

Employee Signature: _____          Date: _8/17/2021_

## EXHIBIT 7

**RRISD 03727**

**App. 077**

# Professional Development Portfolio

Lauren Griffith
August, 2021 to May, 2025

---

**District Position**
Other

**Certifications**
None

**District Professional Development Levels**
None

**Professional Development Credits Earned**
Texas SBEC CPE, 39.5

---

**Professional Development History**

### 2025/05/07 - NURS - American Heart Association Heartsaver CPR/AED Round Rock ISD District Employees

Cancellation Policy: This class is highly sought after and will always have a waiting list. If you find you are unable to attend, please UNENROLL yourself from the class in Eduphoria promptly so the next person in line can register.

**Event Date:**  May 7, 2025

**Credits:**  Texas SBEC CPE (4 Credits)

**Goals:**  None

### 2024/04/04 - Employee Leave and More

This will be a virtual course via Google Meet. The link to the course is listed below.

meet.google.com/jmb-zizo-xyj

**Event Date:**  April 4, 2024

**Credits:**  Texas SBEC CPE (1 Credits)

**Goals:**  None

### 2023/10/17 - Human Resources - ER Stat! Supervisors

Employee relations training for supervisors on documentation and investigation best practices.

**Event Date:**  October 17, 2023

**Credits:**  Texas SBEC CPE (1 Credits)

**Goals:**  None

### 2023/07/25 - NURS - CPR/AED Adult/Child (District Police Officers Only)

**Event Date:**  July 25, 2023

**Credits:**  Texas SBEC CPE (4 Credits)

**Goals:**  None

### 2022/09/27 - Human Resources - ER Stat!

Employee relations training for supervisors.

**Event Date:**  September 27, 2022

**Credits:**  Texas SBEC CPE (1 Credits)

**Goals:**  None

# EXHIBIT 8

RRISD 03758

App. 078

**2022/09/26 - MHS - PD Day**

**Event Date:**   September 26, 2022

**Credits:**   Texas SBEC CPE (7 Credits)

**Goals:**   None

**2021/12/17 - MHS - Teacher Work Day**

**Event Date:**   December 17, 2021

**Credits:**   Texas SBEC CPE (7.5 Credits)

**Goals:**   None

**2021/08/09 & 10  - CPI Initial Training 2-day**

****SRO's ONLY!!!****

"Two-day training in nonviolent crisis intervention. This course covers verbal  de-escalation,  physical intervention disengagement & holding skills, and controlling an individual with non-harmful restraints. This course is for members of the Crisis team or  staff members who may encounter an acting out individual. The participants will learn verbal de-escalation skills and physical techniques to support students with challenging behavior.

**Event Date:**   August 9, 2021

**Credits:**   Texas SBEC CPE (14 Credits)

**Goals:**   None

# EXHIBIT 8

**RRISD 03759**

**App. 079**

| Course Name | Enrolled Date | Self-Enrolled | Due Date | Status | Quiz Score | Progress | Last Activity | Duration | Completed |
|---|---|---|---|---|---|---|---|---|---|
| 08/2020 - HRS - 2020-2021 Employee Handbook Compliance Module | 9/30/2020 | TRUE | | Complete | | 100% | 10/4/2020 | 0:11:55 | 10/4/2020 |
| 2023-2024 - CS - Compliance Module: Bullying Prevention and Intervention | 8/7/2023 | TRUE | | Complete | | 100% | 8/7/2023 | 0:05:45 | 8/7/2023 |
| 2023-2024 - CS - Compliance Module: Child Abuse & Neglect Prevention and Reporting | 8/7/2023 | TRUE | | Complete | | 100% | 8/7/2023 | 0:10:18 | 8/7/2023 |
| 2023 - 2024 - S&F - Using The ELPS with Emergent Bilingual Students: It's the Law! | 8/7/2023 | TRUE | | Complete | | 100% | 8/8/2023 | 0:31:42 | 8/8/2023 |
| 2024-2025 - BHS - Compliance Module: Suicide Prevention | 8/5/2024 | TRUE | | Complete | | 100% | 8/5/2024 | 0:16:13 | 8/5/2024 |
| 2024 - 2025 - Compliance Module: Acceptable Use Agreement and Cybersecurity Awareness Training | 8/5/2024 | TRUE | | Complete | | 100% | 8/6/2024 | 0:03:33 | 8/6/2024 |
| 2024 - 2025 - Compliance Module: Acceptable Use Policy (AUP) | 8/5/2024 | TRUE | | Complete | | 100% | 8/6/2024 | 0:21:00 | 8/6/2024 |
| 2024-2025 - Compliance Module: Dyslexia | 8/5/2024 | TRUE | | Complete | | 100% | 8/6/2024 | 0:22:44 | 8/6/2024 |
| 2024-2025 - Compliance Module: Records Retention | 8/5/2024 | TRUE | | Complete | | 100% | 8/6/2024 | 0:16:52 | 8/6/2024 |
| 2024-2025 - Compliance Module Science Safety: Secondary | 9/19/2024 | TRUE | | Complete | | 100% | 9/19/2024 | 0:31:45 | 9/19/2024 |
| 2024-2025 - CS - Compliance Module: Bullying Prevention and Intervention | 8/5/2024 | TRUE | | Complete | | 100% | 8/6/2024 | 0:12:50 | 8/6/2024 |
| 2024-2025 - CS - Compliance Module: Child Abuse & Neglect Prevention and Reporting | 8/5/2024 | TRUE | | Complete | | 100% | 8/6/2024 | 0:14:17 | 8/6/2024 |
| 2024-2025 - CS - Compliance Module: Dating Violence Intervention and Prevention | 8/5/2024 | TRUE | | Complete | | 100% | 8/5/2024 | 0:05:55 | 8/5/2024 |
| 2024-2025 Families in Transition & Foster Care Training | 8/5/2024 | TRUE | | Complete | | 100% | 8/6/2024 | 0:09:22 | 8/6/2024 |
| 2024-2025-Finance - RRISD Financial Services Compliance Training | 8/5/2024 | TRUE | | Complete | | 100% | 8/6/2024 | 0:30:51 | 8/6/2024 |
| 2024-2025 How to Avoid a Conflict of Interest | 8/5/2024 | TRUE | | Complete | | 100% | 8/6/2024 | 0:10:16 | 8/6/2024 |
| 2024-2025 - HRS - Compliance Module: Employee Code of Conduct | 8/5/2024 | TRUE | | Complete | | 100% | 8/6/2024 | 0:11:34 | 8/6/2024 |
| 2024-2025 - HRS - Employee Handbook Compliance Module | 10/1/2024 | TRUE | | Complete | | 100% | 10/1/2024 | 0:01:10 | 10/1/2024 |
| 2024 - 2025 - PD - Compliance Module: Diabetes, Anaphylaxis, and Narcan (naloxone HCL) Use | 8/5/2024 | TRUE | | Complete | | 100% | 8/6/2024 | 0:17:35 | 8/6/2024 |
| 2024-2025 - Safety & Security - Crossing Guard Annual Compliance Module | 7/17/2024 | FALSE | | In Progress | | 0% | 10/14/2024 | 0:00:03 | |
| 2024 - 2025 - TITLE IX AND SEXUAL HARASSMENT | 9/30/2020 | TRUE | | Complete | | 100% | 10/4/2020 | 0:13:31 | 10/4/2020 |
| 2024-25 - Safety & Risk Management - Compliance Module: Safety & Health | 8/5/2024 | TRUE | | Complete | | 100% | 8/6/2024 | 0:31:07 | 8/6/2024 |
| ARCHIVE: 08/2020 - PD - Compliance Module: Bullying Prevention and Intervention | 9/16/2020 | TRUE | | Complete | | 100% | 9/18/2020 | 0:19:21 | 9/18/2020 |
| ARCHIVE: 08/2020 - PD - Compliance Module: Dating Violence Intervention and Prevention | 9/16/2020 | TRUE | | Complete | | 100% | 9/18/2020 | 0:06:51 | 9/18/2020 |
| ARCHIVE: 08/2020 - PD - Compliance Module: Suicide Prevention | 9/16/2020 | TRUE | | Complete | | 100% | 9/16/2020 | 0:11:04 | 9/16/2020 |

**EXHIBIT 9**

RRISD 03760

App. 080

| Title | Date | | | | | Date | Duration | Date |
|---|---|---|---|---|---|---|---|---|
| ARCHIVE 2020-2021: 2020/07 - Virtual Teacher Academy - Course Overview & Learning Environment | 8/30/2020 | TRUE | Complete | | 100% | 9/16/2020 | 0:48:59 | 9/16/2020 |
| ARCHIVE 2020-2021: 2020/07 - Virtual Teacher Academy - Planning & Instruction Part 1 | 8/15/2020 | TRUE | Complete | | 100% | 8/28/2020 | 0:40:51 | 8/28/2020 |
| ARCHIVE 2020-2021: 2020/07 - Virtual Teacher Academy - Planning & Instruction Part 2 | 8/28/2020 | TRUE | Complete | | 100% | 8/30/2020 | 1:17:03 | 8/30/2020 |
| ARCHIVE 2020-2021: 2020/07 - Virtual Teacher Academy - Planning & Instruction Part 3 | 10/4/2020 | TRUE | Complete | | 100% | 10/4/2020 | 0:47:58 | 10/4/2020 |
| Archive: 2020-2021 - ASSMNT - INTERIM ASSESSMENTS | 2/2/2021 | TRUE | Complete | | 100% | 2/2/2021 | 0:20:20 | 2/2/2021 |
| Archive: 2020 - 2021 - ASSMNT - TELPAS Rater/Assembling and Verifying Training Process/Procedures | 2/2/2021 | TRUE | Complete | 100% | | 2/2/2021 | 0:17:13 | 2/2/2021 |
| Archive: 2020-2021-Counseling- PD - Compliance Module: Child Abuse & Neglect Prevention & Reporting | 9/16/2020 | TRUE | Complete | | 100% | 9/18/2020 | 0:11:01 | 9/18/2020 |
| Archive: 2020-2021 COVID-19: Safety Protocols | 8/13/2020 | TRUE | Complete | | 100% | 9/16/2020 | 1:23:02 | 9/16/2020 |
| Archive 2020-2021-Curriculum - Science Safety: Secondary | 10/4/2020 | TRUE | Complete | | 100% | 10/4/2020 | 1:31:33 | 10/4/2020 |
| ARCHIVE 2020 - 2021 HRS - Acceptable Use Policy (AUP) Compliance Training | 9/30/2020 | TRUE | Complete | | 100% | 10/2/2020 | 0:34:19 | 10/2/2020 |
| ARCHIVE: 2020-2021 - PD - Compliance Module: Diabetes and Anaphylaxis | 9/16/2020 | TRUE | Complete | | 100% | 9/18/2020 | 0:16:13 | 9/18/2020 |
| Archive-2020-21-Safety & Risk Management-Compliance: Safety & Health | 9/16/2020 | TRUE | Complete | | 100% | 9/30/2020 | 0:50:39 | 9/30/2020 |
| Archive: 2021-2022 - CS - PD - Compliance Module: Bullying Prevention and Intervention | 6/10/2021 | TRUE | Complete | | 100% | 6/10/2021 | 0:06:33 | 6/10/2021 |
| ARCHIVE 2021-2022 - CS - PD - Compliance Module: Child Abuse & Neglect Prevention and Reporting | 6/10/2021 | TRUE | Complete | | 100% | 6/10/2021 | 0:17:24 | 6/10/2021 |
| ARCHIVE - 2021-2022 - CS - PD - Compliance Module: Dating Violence Intervention and Prevention | 6/10/2021 | TRUE | Complete | | 100% | 6/10/2021 | 0:10:38 | 6/10/2021 |
| Archive: 2021-2022 - Curriculum - Summer Updates for RRISD Secondary Science Teachers | 6/9/2021 | TRUE | Complete | | 100% | 10/12/2022 | 0:10:22 | 10/12/2022 |
| ARCHIVE: 2021-2022 - PD - Compliance Module: Diabetes and Anaphylaxis | 6/10/2021 | TRUE | Complete | | 100% | 6/10/2021 | 0:32:30 | 6/10/2021 |
| Archive: 2021 - 2022 - PD - Learning Ally Audiobook Resource for Reading Difficulties | 6/10/2021 | TRUE | Complete | | 100% | 6/10/2021 | 0:41:34 | 6/10/2021 |
| ARCHIVE 2022-2023 - Acceptable Use Policy (AUP) Compliance Training | 8/8/2022 | TRUE | Complete | | 100% | 8/8/2022 | 0:28:34 | 8/8/2022 |
| ARCHIVE- 2022-2023 - CS - Compliance Module: Bullying Prevention and Intervention | 8/8/2022 | TRUE | Complete | | 100% | 8/8/2022 | 0:14:07 | 8/8/2022 |
| ARCHIVE - 2022-2023 - CS - Compliance Module: Child Abuse & Neglect Prevention and Reporting | 8/8/2022 | TRUE | Complete | | 100% | 8/8/2022 | 0:17:48 | 8/8/2022 |
| ARCHIVE- 2022-2023 - CS - Compliance Module: Dating Violence Intervention and Prevention | 8/8/2022 | TRUE | Complete | | 100% | 8/8/2022 | 0:14:43 | 8/8/2022 |
| Archive: 2022-2023 - HRS - Employee Handbook Compliance Module | 10/12/2022 | TRUE | Complete | | 100% | 10/12/2022 | 0:15:28 | 10/12/2022 |
| ARCHIVE: 2022-2023 - PD - Compliance Module: Diabetes and Anaphylaxis | 8/8/2022 | TRUE | Complete | | 100% | 8/8/2022 | 0:34:32 | 8/8/2022 |
| ARCHIVE: 2022-2023 - PD- SPED Child Find- Compliance Module | 8/8/2022 | TRUE | Complete | | 100% | 8/8/2022 | 0:02:51 | 8/8/2022 |

**EXHIBIT 9**

| Title | Date | | Status | | % | Date | Time |
|---|---|---|---|---|---|---|---|
| Archive 2022-2023 Records Retention Compliance Module | 8/8/2022 | TRUE | Complete | | 100% | 8/8/2022 | 0:19:19 |
| Archive: 2022-23 - BHS - PD - Compliance Module: Suicide Prevention | 8/8/2022 | TRUE | Complete | | 100% | 8/8/2022 | 0:27:23 |
| Archive 2022-23-Safety & Risk Management-Compliance: Safety & Health | 8/8/2022 | TRUE | Complete | | 100% | 8/8/2022 | 0:33:13 |
| ARCHIVE 2023-2024 - Acceptable Use Policy (AUP) Compliance Training | 8/7/2023 | TRUE | Complete | | 100% | 8/7/2023 | 0:11:59 |
| ARCHIVE: 2023-2024 BHS Compliance Module: Suicide Prevention | 8/7/2023 | TRUE | Complete | | 100% | 8/7/2023 | 0:12:30 |
| Archive: 2023 - 2024 Compliance Module: How to Avoid a Conflict of Interest | 8/7/2023 | TRUE | Complete | | 100% | 8/8/2023 | 0:34:56 |
| Archive: 2023-2024 - CS - Compliance Module: Dating Violence Intervention and Prevention | 8/7/2023 | TRUE | Complete | | 100% | 8/7/2023 | 0:18:46 |
| ARCHIVE: 2023-2024 - Curriculum - Science Safety: Secondary | 8/8/2023 | TRUE | Complete | | 100% | 9/25/2023 | 0:48:43 |
| Archive: 2023-2024-Finance - RRISD Financial Services Compliance Training | 8/7/2023 | TRUE | Complete | | 100% | 8/8/2023 | 0:20:08 |
| Archive: 2023-2024 - HRS - Compliance Module: Employee Code of Conduct | 9/25/2023 | TRUE | Complete | | 100% | 9/25/2023 | 0:37:09 |
| Archive: 2023-2024 - HRS - Employee Handbook Compliance Module | 9/25/2023 | TRUE | Complete | | 100% | 9/25/2023 | 0:08:17 |
| Archive: 2023-2024 - PD - Compliance Module: Diabetes, Anaphylaxis, and Narcan (naloxone HCL) Use | 8/7/2023 | TRUE | Complete | | 100% | 8/7/2023 | 0:17:51 |
| ARCHIVE 2023-2024 - PD - SPED Child Find-Compliance Module | 8/7/2023 | TRUE | Complete | | 83% | 8/7/2023 | 0:15:02 |
| Archive 2023-2024 Records Retention Compliance Module | 8/7/2023 | TRUE | Complete | | 100% | 8/7/2023 | 0:14:38 |
| ARCHIVE: 2023-2024 - SPED/504 - Compliance Module/ TEA Corrective Action | 9/25/2023 | TRUE | Complete | | 100% | 9/25/2023 | 0:09:06 |
| Archive: 2023-24-Safety & Risk Management-Compliance: Safety & Health | 8/7/2023 | TRUE | Complete | | 100% | 8/7/2023 | 0:29:35 |
| ARCHIVE: 2024 - 2025 - PD - Compliance Module: SPED Child Find | 8/5/2024 | TRUE | Complete | | 100% | 8/6/2024 | 0:04:32 |
| Archive: 22- 23 Compliance Module: How to Avoid a Conflict of Interest | 10/12/2022 | TRUE | Complete | | 100% | 10/12/2022 | 0:12:31 |
| Archive: Cybersecurity Acceptable Use Agreement - 2022 | 8/8/2022 | TRUE | Complete | | 100% | 8/8/2022 | 0:06:04 |
| Archived - 09/2020 PD- Educator Ethics Update | 9/30/2020 | TRUE | Complete | | 100% | 10/2/2020 | 0:08:29 |
| Archived -.09/2020 - TTESS Training for New Hires | 10/4/2020 | TRUE | Complete | | 100% | 10/4/2020 | 0:08:14 |
| Archived - 2023 SummeRR Camp - Make it a Better Place, One Conversation at a Time | 8/3/2024 | TRUE | Complete | | 100% | 8/7/2023 | 4:18:38 |
| Archived - T-TESS Teacher Training Presentation | 9/2/2022 | TRUE | Complete | | 100% | 10/12/2022 | 0:27:32 |
| Archive: Spring 2023-2024-TAG Module 1: Nature and Needs | 5/14/2024 | TRUE | Complete | | 100% | 5/14/2024 | 1:02:16 |
| Archive: Spring 2023-2024 - TAG Module 2: Identification and Assessment | 2/16/2024 | TRUE | Complete | | 100% | 5/14/2024 | 1:05:04 |
| Archive: Spring 2023-2024 - TAG Module 3: Social and Emotional | 5/14/2024 | TRUE | Complete | | 100% | 5/14/2024 | 0:43:49 |
| Archive – Summer 2021 - TAG - Stress & Anxiety in Gifted Children (1 hr.) | 6/10/2021 | TRUE | Complete | | 100% | 6/10/2021 | 0:22:00 |

# EXHIBIT 9

RRISD 03762

App. 082

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Cybersecurity Acceptable Use Agreement | 9/30/2020 | TRUE | Complete | | 100% | 10/4/2020 | 0:04:30 | 10/4/2020 |
| Fall 2023 - TAG Module 1: Nature and Needs | 10/8/2023 | TRUE | In Progress | | 55% | 10/9/2023 | 1:08:11 | |
| Helping Students Achieve their Full Potential in Advanced Academics | 6/10/2021 | TRUE | In Progress | | 0% | 6/10/2021 | 0:01:08 | |
| Title VI and Unconscious Bias | 10/1/2024 | TRUE | Complete | | 100% | 10/1/2024 | 0:02:25 | 10/1/2024 |

**EXHIBIT 9**

RRISD 03763

App. 083

# INCIDENT/INVESTIGATION REPORT

| INCIDENT DATA | | |
|---|---|---|
| Agency Name | Round Rock ISD - Police Department | Case# 21-0817-0001 |

**Agency Name**
Round Rock ISD - Police Department

**ORI** TX2463100

**Case#** 21-0817-0001

**Date / Time Reported** 08/16/2021  20:00  Mon
**Last Known Secure** 08/16/2021  17:28  Mon
**At Found** 08/16/2021  17:00  Mon

**Location of Incident** 1311 ROUND ROCK AVE, Round Rock TX 78681
**Gang Relat** | **Premise Type** | **Precinct/Beat** RRHS, RRPD

**#1 Crime Incident(s)** (Att )  Hinder Proceedings By Disorderly Cond  PC 38.13  M
**Weapon / Tools** | **Activity**
**Entry** | **Exit** | **Security**

**#2 Crime Incident** ( )
**Weapon / Tools** | **Activity**
**Entry** | **Exit** | **Security**

**#3 Crime Incident** ( )
**Weapon / Tools** | **Activity**
**Entry** | **Exit** | **Security**

**MO**

**VICTIM**

**# of Victims** 1   **Type:** BUSINESS   **Injury:**

**V1** Victim/Business Name (Last, First, Middle)  ROUND ROCK ISD
**Victim of Crime #** 1,   **DOB** Age   **Race** **Sex**   **Relationship To Offender**   **Resident Status** Non-Resident   **Military Branch/Status**

**Home Address** 1311 ROUND ROCK AVE , Round Rock, TX 78681-   **Home Phone** 512-464-5000

**Employer Name/Address**   **Business Phone**   **Mobile Phone**

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|
| | | | | | | |

**OTHERS INVOLVED**

**CODES:** V- Victim (Denote V2, V3)   O = Owner (if other than victim)   R = Reporting Person (if other than victim)

**Type:** INDIVIDUAL   **Injury:**

**Code** IO   Name (Last, First, Middle)  WEIR, AMY ELIZABETH
**Victim of Crime #**   **DOB** Age   **Race** W   **Sex** F   **Relationship To Offender**   **Resident Status**   **Military Branch/Status**

**Home Address**   **Home Phone**

**Employer Name/Address**   **Business Phone**   **Mobile Phone**

**Type:**   **Injury:**

**Code**   Name (Last, First, Middle)
**Victim of Crime #**   **DOB** Age   **Race** **Sex**   **Relationship To Offender**   **Resident Status**   **Military Branch/Status**

**Home Address**   **Home Phone**

**Employer Name/Address**   **Business Phone**   **Mobile Phone**

**PROPERTY**

1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**Officer/ID#** POPE, MILTON

**Invest ID#** (0)
**Supervisor** WILLIBY, JIM

**Status**   **Complainant Signature**   **Case Status** Pending/active   **Case Disposition:**   **Page** Page 1

**RRISD 06311**

**EXHIBIT 10**

**App. 084**

## INCIDENT/INVESTIGATION REPORT

Case # *21-0817-0001*

| Status Codes | 1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown |
|---|---|

|   | IBR | Status | Quantity | Type Measure | Suspected Type | Up to 3 types of activity |
|---|---|---|---|---|---|---|
| D |   |   |   |   |   |   |
| R |   |   |   |   |   |   |
| U |   |   |   |   |   |   |
| G |   |   |   |   |   |   |
| S |   |   |   |   |   |   |
|   |   |   |   |   |   |   |
|   |   |   |   |   |   |   |
|   |   |   |   |   |   |   |
|   |   |   |   |   |   |   |

Assisting Officers

Suspect Hate / Bias Motivated:

## INCIDENT/INVESTIGATION REPORT

Narr. (cont.)  OCA: 21-0817-0001

N A R R A T I V E

On August 16, 2021 Officer Milton Pope ▮▮▮ of the Round Rock ISD Police Department (RRISDPD) located at 1311 Round Rock Ave, Round Rock, TX 78671 removed a subject for violating Texas Penal Code 38.13 HINDER PROCEEDINGS BY DISORDERLY CONDUCT

*R_CS2IBR*

RRISD -PD 000004

By: ▮▮▮▮▮, RISDEVID  09/27/2021 15:00

**RRISD 06312**     Page 2

**EXHIBIT 10**

**App. 085**

## REPORTING OFFICER NARRATIVE

| | | OCA |
|---|---|---|
| | | *21-0817-0001* |

| Victim | Offense | Date / Time Reported |
|---|---|---|
| *ROUND ROCK ISD* | *HINDER PROCEEDINGS BY DISORDERLY* | *Mon 08/16/2021 20:00* |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

On August 16, 2021, Officer Milton Pope ███ of the Round Rock ISD Police Department (RRISD PD) located at 1311 Round Rock Ave, Round Rock, TX 78671 removed a subject for violating Texas Penal Code 38.13 Hindering Proceeding by Disorderly Conduct.

Officer Pope was assigned to provide security for the Round Rock ISD (RRISD) Board of Trustees meeting located at RRISD Building 100, 1311 Round Rock Ave, Round Rock, TX. At 5:28 P.M., Officer Pope observed an individual standing up in the room that violated social distancing Covid protocols pre-established for the public seating area in the board room. Officer Pope approached the individual who was identified as Jeremy Wade Story, W/M, DOB ███████. Story was informed of the COVID protocol rules that were initiated by the RRISD Board of Trustees. Office Pope continued to explain the regulations and that there would be limited seating, social distancing, and no standing. Story was informed that there was an overflow room outside of the meeting hall with a projector screen so that attendees could watch the board meeting. Officer Pope informed Story that he could not remain standing in the rear of the Board Room. Story replied he had a right to stand wherever he wanted, and the board did not have the authority to have any officer enforce COVID protocols. Story continued to state Officer Pope could not tell him when or where not to stand during a public board meeting. While Officer Pope discussed the COVID protocol measures with Story, Officer Frank Pontillo badge ███ of the RRISD PD approached Story and informed him of the same protocols. At which time, Story became disruptive while the meeting was preparing to start. To prevent creating a scene during the meeting, Officer Pope allowed Story to stand to the rear of the board room during the session.

Shortly thereafter, Story was offered a seat by another person attending the meeting. Story asked Officer Pope if he could accept the seat; Officer Pope replied, "Yes, you may." However, while Story was seated, he made two outbursts, not sure what was said, whereas Officer Pope informed Story that he could not speak or comment until called to the podium.  Story acknowledged Officer Pope`s request and remained quiet during the duration of the first half of the board meeting.

At approximately 8:35 P.M., Story was called by the board to speak. Weir instructed Story not to deviate from the subject of the mask mandate.  Weir asked Story if he understood and Story acknowledged that he did. Story spoke on issues concerning the mask mandate and suddenly transitioned into an unrelated topic about the superintendent and a protective order. Weir instructed Story to stop speaking on the unrelated subject however, Story ignored Weir`s request and continued to speak about an unrelated topic. While discussing the unrelated topic Story also had several outbursts, up to and including yelling and screaming about how the law was being broken and violated by the board. Weir asked Story several times to exit the board room, but he refused. Weir directed officers to remove Story from the board meeting for disrupting the board proceeding.

Officer Pope and Officer Pontillo contacted Mr. Story and asked him several times to exit the board room, but he refused. At that time in response to his refusal to leave after repeated requests, Officer Pope grabbed Story around the arm and both Officer Pope and Officer Pontillo forcibly escorted him out of the board meeting. While Story continued to resist, yell and scream, causing a major disruption during the board meeting, as officers worked to remove him from the board room.

Mr. Story was escorted from the board room through the main entrance overflow seating area. Public citizens were seated in the overflow seating area, watching the board meeting on a monitor. Officer Pope continued to attempt to reason with Story and requested numerous times for him to lower his voice. However, Store continued to be verbally loud, verbally disruptive, and uncooperative. Officer Pope and Officer Pontillo escorted Story out of the building at the main entrance of the 100 building. The incident was

**EXHIBIT 11**

**App. 086**

**REPORTING OFFICER NARRATIVE**

| | | OCA |
|---|---|---|
| | | 21-0817-0001 |

| Victim | Offense | Date / Time Reported |
|---|---|---|
| *ROUND ROCK ISD* | *HINDER PROCEEDINGS BY DISORDERLY* | *Mon 08/16/2021 20:00* |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

captured Officer Frank Pontillo`s body
camera. The video footage is preserved as evidence in this case.


End of Report

## CASE SUPPLEMENTAL REPORT

Printed: 09/27/2021  15:00

OCA: *2108170001*

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *PENDING/ACTIVE*      **Case Mng Status:** *NA*                           **Occurred:** *08/16/2021*

**Offense:** *HINDER PROCEEDINGS BY DISORDERLY COND*

---

**Investigator:** *PONTILLO, FRANK* ███                        **Date / Time:** *08/17/2021 15:51:02, Tuesday*

**Supervisor:** *WILLIBY, JIM* ███                    **Supervisor Review Date / Time:** *08/19/2021 15:22:16, Thursday*

**Contact:**                                               **Reference:** *Supplement*

---

On 08-16-22021 at 1700 hours, I, Officer Frank Pontillo ███ and Officer Milton Pope ███ were working security at the Round Rock Independent School District Board Meeting. Officer Pope and I are both employed as Police Officers for the Round Rock Independent School District. The board meeting took place at 300 N. Lake Creek Dr., inside the 100 Lecture Hall.

At approximately 1728 hours, I observed that Officer Pope made contact with a white male wearing an orange shirt. The subject is known to officers as being Story, Jeremy Wade ███. It should be noted that a few minutes earlier, Officer Lauren Griffith ███ observed Mr. Story in the parking lot and advised Officers that he was wearing an orange shirt and had entered the building. Officer Griffith has had previous contact with Mr. Story at the Round Rock ISD Admin Building. Officer Pope advised Story that since there were no more empty seats in the board room, he would need to leave. Mr. Story stated that it was his right to be there and that he wasn`t going to leave. Under the circumstances, Officer Pope and I decided to let Story stay in the board room instead of forcefully removing him. Eventually Mr. Story was able to locate a seat. This contact was partially recorded by my body camera.

During the board meeting Mr. Story had one outburst. It was unknown exactly what he said. This caused Round Rock ISD Police Chief J. Yarbrough to give Mr. Story a verbal warning about his behavior.

At approximately 2035 hours, Mr. Story was called by the board to speak. Mr. Story spoke about an unrelated topic and was told to stop speaking by the Board President, Amy Weir. Mr. Story ignored Ms. Weir and continued to speak about an unrelated topic that was not on the board`s agenda. Mr. Story also began to yell and scream about the law being violated. Ms. Weir asked Mr. Story several times to exit the board room but he refused. At that point Ms. Weir instructed Officer Pope and I to remove Mr. Story from the board room. Officer Pope and I made contact with Mr. Story and requested several times that he exit the board room but he refused. It should be noted that Mr. Story continued to yell and scream which caused a major disruption during the board meeting. Officer Pope and I had to forcibly remove Mr. Story from the premises.

---

Investigator Signature                              Supervisor Signature

# EXHIBIT 12    RRISD 06320

RRISD -PD 000008

# App. 088

# ROUND ROCK ISD POLICE DEPARTMENT
## Use of Force

**Use of Force:**
Case #: 218170001    Time: 20:35    Date: 8/16/2021    Campus: Round Rock    Officer badge. ████
Primary Officer Using Force: Milton Pope                    Time with Dept: 11    Years 0    Mos.
Location: 300 N. Lake Creek Rm 100, , Round Rock, TX 78671    Call Type: ___    Type Premises: ___
Subject Name: Jermy Story    Race: ████ Sex: ████ DOB: ████ Age: ████
Address: ████████████████████    Hgt: ___ Wgt: ___
Subject Injured: ⦿No ◯Yes  Subject Medically Checked by EMS: ⦿No ◯Yes  Subject Refused Treatment:☐
Transported to: _____    By: ___
Officer Injury: ⦿No ◯Yes  Subject Medically Checked by EMS: ⦿No ◯Yes  Subject Refused Treatment:☐
Transported to: _____    By: ___

**Reason for Use of Force:**
☐ To Effect Arrest          ☐ To Defend Another Officer      ☑ To Prevent Offense
☐ To Defend Self            ☐ To Defend Another Person       ☐ Restrain for Subject Safety
☑ Other: He was escorted from the board meeting.

**Subject's Actions:**
☐ Nonverbal cues indicating physical resistance          Number of persons Resisting: 1
☐ Verbal threats, non-compliance with officer direction
☑ Dead weight, clinging to objects, preventing custody
☑ Pulling, pushing, running away, to avoid control, not harming officer    Appeared or Known Under the Influence
☐ Assault, grabbing, pushing, kicking, striking officer or another         ☐ Alcohol
☐ Assault with intent and ability to cause death or SBI                    ☐ Drugs
☐ Assault or threats with deadly weapon                                    ☐ Mental issues
☑ Other: Refusal to move, dead weight.                                     ☐ Other: ___

**Officer Actions:**    (Check all that apply, if more than one type of force used, number in order of use.)
☑ Verbal Direction                                        ☐ Less Lethal Munitions (Bean bag, stinger, rubber)
☑ Soft Weaponless Control (Muscling, joint locks, pressure points)  ☐ Pointed Taser (Laser)
☐ Hard Weaponless Control (Hard strikes, leg strikes, shoulder pin)  ☐ Discharged Taser
☐ OC Spray                                                ☐ Pointed Firearm
☐ Asp/Baton                                               ☐ Discharged Firearm
☐ Non-Lethal (JPX)                                        ☐ Other: Grabbed around the arms

**Physical Control:**
☐ Not Used          ☐ Pressure Points    ☐ Takedown       ☐ Hobble
☑ Muscling (grip, push, pull)  ☐ Joint Lock    ☐ Handcuffing    ☐ Other: ___
Effective: ⦿ Yes  ◯ No If no explain: ___

**OC Spray:**
OC Spray: ⦿Not Used ◯Attempted ◯ Used    Distance: ___ - ___ ft. Duration: 1:___ 2:___ 3:___
Effective: ◯ Yes  ⦿ No If no explain: Not used

**ASP / Baton:**
ASP / Baton: ⦿Not Used ◯ Used  Number of Strikes: ___ Location: _____
Effective: ◯ Yes  ⦿ No If no explain: Not used

**Non Lethal / Less Lethal Munitions:**    (insert number of rounds fired / hits)
Non/Less lethal Munitions: ⦿Not Used ◯Used  Bean Bag: ___ Stinger: ___ Rubber: ___ JPX: ___
Location of Hits: _____
Effective: ◯ Yes  ◯ No If no explain: _____

# EXHIBIT 13    **RRISD 06323**

**App. 089**

**TASER:**
◉ Not Used    ○ Pointed Taser Only (Laser)    ○ Discharged Taser    ○ Drive Stun
Distance Fired: _____ ft.    Cycles Discharged: _____    Probes Penetrate Skin  ○ Yes  ○ No
Taser Number: _____    Cartridge Numbers: _____    Placed in Evidence: ○ Yes ○ No
Effective:  ○ Yes   ○ No: If no explain: _____

**Firearm:**
◉ Not Used    ○ Pointed Firearm Only    ○ Discharged Firearm
Weapon:    Sidearm    Shotgun    Patrol Rifle    Backup / Off Duty    Distance Fired: _____ ft.
Rounds Discharged: _____    Number Hits on Target: _____    Weapon Serial Number: _____
Effective:  ○ Yes   ○ No: If no explain: _____

| Environmental Conditions: | | Situational Conditions: | |
|---|---|---|---|
| ☐ Hot (Little or thin clothing) | ☐ Daylight | ☐ Multiple Suspects | ☑ Indoors |
| ☑ Warm | ☐ Dawn / Dusk | ☐ Hostile Environment | ☐ Outdoors |
| ☐ Cool | ☐ Darkness | ☐ Threats to Officer(s) | ☐ In Vehicle |
| ☐ Cold (Heavy clothing) | ☐ Other: _____ | ☐ Confined Space | ☐ Other: _____ |

**Officer Summary:**
Type of force ultimately successful in Control of Subject:

_____
Officer comments on regarding force effectiveness:
Officer Pope grabbed Story around the arm and both
Officer Pope and Officer Pontillo forcibly escorted him
out of the board meeting. While Story
continued to resist, yell and scream, causing a major
disruption during the board meeting, as
officers worked to remove him from the board room.

Reporting Officer:  Milton Pope

Indicate location of force used on diagram



⋀ Grip
○ Spray
← Impact
↙ Dart
● Munition

*** Full Narrative of Use of Force in Arrest or Offense Report  - Attach Copy to this Supplement ***

**Supervisor:**
Number of officers at scene and available when force used: _____    ☐ Video Reviewed
Comments: _____
_____
_____
☑ In Compliance with Policy  ☐ Further Investigation Needed    Supervisor: _____    # _____

Reviewed: _____    ☐ In Compliance   ☐ Investigation Needed
                        Patrol Sergeant
Reviewed: _____    ☒ In Compliance   ☐ Investigation Needed
                        Chief of Police

# EXHIBIT 13

**RRISD 063224**

2021

## ROUND ROCK ISD POLICE DEPARTMENT
### Use of Force

---

**Use of Force:**
Case #: 21-0817-0001    Time: 20:35    Date: 8/16/2021    Campus: Stony Point HS    Officer badge: █████

Primary Officer Using Force: Frank Pontillo    Time with Dept: _____ Years 4 _____ Mos.

Location: 300 N. Lake Creek Dr Room 100    Call Type: Disturbance    Type Premises: Lecture Hall (Board Meeting)

Subject Name: Jeremy Wade Story    Race: ██    Sex: ██    DOB: ██    Age: ██

Address: ████████████████████    Hgt: ████    Wgt: ██

Subject Injured: ◉No ○Yes    Subject Medically Checked by EMS: ◉No ○Yes    Subject Refused Treatment:☐

Transported to: _____ By: _____

Officer Injury: ◉No ○Yes    Subject Medically Checked by EMS: ◉No ○Yes    Subject Refused Treatment:☐

Transported to: _____ By: _____

---

**Reason for Use of Force:**
☐ To Effect Arrest      ☐ To Defend Another Officer      ☐ To Prevent Offense
☐ To Defend Self        ☐ To Defend Another Person       ☐ Restrain for Subject Safety
☑ Other: Subject refused to exit the board room when told to do so by President Weir and Officers.

---

**Subject's Actions:**
☐ Nonverbal cues indicating physical resistance        Number of persons Resisting: 1
☐ Verbal threats, non-compliance with officer direction
☐ Dead weight, clinging to objects, preventing custody      Appeared or Known Under the Influence
☑ Pulling, pushing, running away, to avoid control, not harming officer    ☐ Alcohol
☐ Assault, grabbing, pushing, kicking, striking officer or another    ☐ Drugs
☐ Assault with intent and ability to cause death or SBI    ☐ Mental issues
☐ Assault or threats with deadly weapon    ☑ Other: N/A
☐ Other: _____

---

**Officer Actions:**    (Check all that apply, if more than one type of force used, number in order of use.)
☑ Verbal Direction                              ☐ Less Lethal Munitions (Bean bag, stinger, rubber)
☑ Soft Weaponless Control (Muscling, joint locks, pressure points)    ☐ Pointed Taser (Laser)
☐ Hard Weaponless Control (Hard strikes, leg strikes, shoulder pin)    ☐ Discharged Taser
☐ OC Spray                                      ☐ Pointed Firearm
☐ Asp/Baton                                     ☐ Discharged Firearm
☐ Non-Lethal (JPX)                              ☐ Other: _____

---

**Physical Control:**
☐ Not Used                ☐ Pressure Points    ☐ Takedown    ☐ Hobble
☑ Muscling (grip, push, pull)    ☐ Joint Lock    ☐ Handcuffing    ☐ Other: _____
Effective: ◉ Yes ○ No If no explain: _____

---

**OC Spray:**
OC Spray: ◉Not Used ○Attempted ○Used    Distance: ____-____ft.  Duration: 1:_____ 2:_____ 3:_____
Effective: ○ Yes ○ No If no explain: _____

---

**ASP / Baton:**
ASP / Baton: ◉Not Used ○Used    Number of Strikes: _____ Location: _____
Effective: ○ Yes ○ No If no explain: _____

---

**Non Lethal / Less Lethal Munitions:**    (insert number of rounds fired / hits)
Non/Less lethal Munitions: ◉Not Used ○Used    Bean Bag: _____ Stinger: _____ Rubber: _____ JPX: _____
Location of Hits: _____
Effective: ○ Yes ○ No If no explain: _____

---

# EXHIBIT 14    RRISD 06325

**App. 091**

**TASER:**
◉Not Used  ○Pointed Taser Only (Laser)  ○Discharged Taser  ○Drive Stun
Distance Fired: _____ft.  Cycles Discharged: _____  Probes Penetrate Skin ○Yes ○No
Taser Number: _____  Cartridge Numbers:_____  Placed in Evidence: ○Yes ○No
Effective: ○ Yes  ○No: If no explain: _____

**Firearm:**
◉Not Used  ○Pointed Firearm Only  ○Discharged Firearm
Weapon:    Sidearm    Shotgun    Patrol Rifle    Backup / Off Duty    Distance Fired: _____ft.
Rounds Discharged: _____  Number Hits on Target: _____  Weapon Serial Number: _____
Effective: ○ Yes  ○No: If no explain: _____

**Environmental Conditions:**
☐ Hot (Little or thin clothing)  ☐Daylight
☑ Warm  ☐Dawn / Dusk
☐ Cool  ☐Darkness
☐ Cold (Heavy clothing)  ☐Other: _____

**Situational Conditions:**
☐Multiple Suspects  ☑Indoors
☐Hostile Environment  ☐Outdoors
☐Threats to Officer(s)  ☐In Vehicle
☐Confined Space  ☐Other: _____

**Officer Summary:**
Type of force ultimately successful in Control of Subject:
Soft weaponless Control

Officer comments on regarding force effectiveness:
President Weir, Officer Pope , and I gave several
verbal commands to the subject to exit the board
room.  The subject disregarded all verbal
commands.  Officer Pope grabbed the subject under
his armpits, by placing his arm across his chest.  I
grabbed one of the subjects arms to help prevent him
from falling.  Officer Pope and I then escorted the
subject from the premises.

Reporting Officer: Frank Pontillo

Indicate location of force used on diagram

Grip / Spray / Impact / Dart / Munition

*** Full Narrative of Use of Force in Arrest or Offense Report - Attach Copy to this Supplement ***

**Supervisor:**
Number of officers at scene and available when force used: _2_  ☒Video Reviewed
Comments: _____

☒In Compliance with Policy ☐Further Investigation Needed  Supervisor: _____  # _____

Reviewed: _____  ☐ In Compliance  ☐ Investigation Needed
Reviewed: _____  Patrol Sergeant / Chief of Police  ☒ In Compliance  ☐ Investigation Needed

**EXHIBIT 14**    **RRISD 06326**

RRISD - Police Department 000013    **App. 092**

**Exhibit 15**

**RRISD 06501 Pontillo Body Cam**

**Copy submitted to the Clerk's
office and to Chambers**

**Exhibit 16**

**RRISD 06502 Pontillo Body Cam**

**Copy submitted to the Clerk's office and to Chambers**

MMA·21·671

Cause Number _____

| THE STATE OF TEXAS | X | IN THE JUSTICE COURT |
| | X | PCT OR CC AT |
| | X | LAW # _____. |
| COUNTY OF WILLIAMSON | X | WILLIAMSON COUNTY, TEXAS |

## AFFIDAVIT FOR WARRANT OF ARREST AND DETENTION

The undersigned Affiant, who after being duly sworn by me, on oath, makes the following statement:

I have good reason to believe, and do believe, that **Jeremy Wade Story,** on or about the **16th** day of **August 2021,** in Williamson County, Texas, did there and then knowingly or intentionally commit the offense of: **Hindering Proceedings by Disorderly Conduct PC 38.13.**

My belief of the foregoing statement is based upon:
_____ Personal Knowledge
**XXXX** Information provided to me by **RRISDPD Sgt. Milton Pope**, a credible person who personally observed or gathered such information.

Facts supporting my belief of the foregoing statement are as follows:

1. Affiant is a Detective Sergeant for the Round Rock ISD Police Department and has been employed at RRISDPD since September 2020. Affiant was assigned this case and learned the following information.
2. Affiant knows that on August 16, 2021, Jeremy Story attended a Round Rock Independent School District Board Meeting located at Round Rock High School 100 Lecture Hall (300 N. Lake Creek Drive, Round Rock, TX 78681.
3. Affiant learned that at approximately 8:35 p.m., Story was called upon by the Board of Trustees to speak at the podium on the subject of the mask mandate. Affiant learned RRISD Board of Trustee President Amy Weir informed Story he was attending a called meeting and would only be able to speak about the items on the agenda, specifically the mask mandate. Affiant learned Story acknowledged President Weir and advised President Weir he agreed. Affiant learned during the duration of Story's time to speak, RRISD Board of Trustee President Amy Weir instructed Story to stop speaking on unrelated topic's and to only discuss the mask mandate. Affiant learned while Story was discussing the unrelated topics, Story had several outbursts. Affiant learned after several verbal warnings from RRISD Board of Trustee President Amy Weir, Story continued to have verbal outbursts. Affiant learned RRISD Board of Trustee President Amy Weir requested for Story to be removed from the board room for hindering and disturbing the board proceedings.
4. Affiant learned Sgt. Pope and RRISD Officer Frank Pontillo approached Story and made several verbal requests for Story to leave the board room. Affiant learned Story refused to leave the board meeting.
5. Affiant learned Sgt. Pope and Officer Pontillo had to forcibly remove Story from the board room. Affiant learned while being forcibly removed from the board meeting, Story continued to resist Officers, yell, and scream causing a major disruption during the board meeting.

# EXHIBIT 17    RRISD 06331

**App. 095**



6.  Affiant learned after Story was removed from the board meeting room, Story continued to be disruptive in the lobby where the overflow seating was located.   Affiant learned because Story continued to be verbally loud, verbally disruptive, and uncooperative with Officers in the lobby where other citizens were watching the meeting live streamed, Story was escorted out of the building.

The Affiant is a Commissioned Peace Officer for the Round Rock Independent School District Police Department, Round Rock, Williamson County, Texas and believes that the above described events occurred in Williamson County, Texas.  The Affiant also believes, based on the above stated facts, that the defendant has committed the offense of **Hindering Proceedings by Disorderly Conduct PC 38.13.**

_____
Affiant

SWORN AND SUBSCRIBED TO before me by **Detective Sergeant Lauren Griffith**, a credible person, on this **17th** day of **September**, 2021.

_____
Peace Officer / Notary Public in and for
Williamson County, Texas.

On This, the **17** day of _____ **Sept** _____, **2021**, I hereby acknowledge I have examined the foregoing affidavit and have determined that probable cause does exist for the issuance of a warrant of arrest for the individual accused therein.

_____
Magistrate,
Williamson County, Texas.

**EXHIBIT 17**     **RRISD 06332**

**App. 096**

MMA·21·674

## Hindering Procedings By Disorderly Conduct

**OF IN THE NAME AND BY THE AUTHORITY THE STATE OF TEXAS:**

COPY

I, **Sgt. Lauren Griffith** ▮ being duly sworn, do state upon my oath that I have good reason to believe, I do believe, and I charge heretofore, that before the filing of this complaint, that **Jeremy Wade Story** ▮ DOB ▮ ) on or about the **16th** day of **August, 2021**, in Williamson County, Texas, did Intentionally hinder an offical proceding by noise or violent or tumultuous behavior or disturbance and continued after explicit offical request to desist.

**AGAINST THE PEACE AND DIGNITY OF THE STATE OF TEXAS.**

_____
Complainant

SWORN AND SUBSCRIBED before me by **Sgt. Lauren Griffith** ▮ a credible person, this **17th** day of **September, 2021.**

_____          _____
Notary Public / Peace Officer                      Magistrate
in and for                                                    Williamson County, Texas
Williamson County, Texas

Round Rock ISD PD Case #: **21-0817-0001**

# EXHIBIT 17          **RRISD 06333**

**App. 097**

On September 16 or 17 of 2021, Chief Jeff Yarbrough, Assistant Chief Jim Williby, and I met with members of the Williamson County Attorney's Office. The members of the Williamson County Attorney's Office included Dee Hobbs, Dee Hobb's second in charge who was a tall white male, and one female attorney.  During this meeting, the members of the County Attorney's Office provided us with guidance in reference to recent disruptions occurring during the RRISD Board Meetings.  We were provided with a list of possible criminal charges related to disruption of public meetings, and the criminal elements needed to prosecute those offenses.  That is all I can recall about the meeting.

**EXHIBIT 18**    **RRISD 06466**

**App. 098**

WARRANT OF ARREST or CAPIAS – C.C.P., Arts. 15.01 – 15.02

*MMA-21-671*

# WARRANT OF ARREST

IN THE MAGISTRATE COURT
of Williamson County

Cause No. _____

| | |
|---|---|
| Bond Amount | $ _____ |
| Fine & Cost Amount | $ _____ |
| Warrant Fee | $ _____ |
| Total | $ _____ |

BOND TO BE
BY MAGISTRA

## THE STATE OF TEXAS
### vs.
# Jeremy Wade Story

Address: ████████
Race: ████  Sex: ████  Height: ████  Weight: ████  Hair: ████  Eyes: ████
DOB: ████  ID/DL # ████
Social Security # ████  Other ID Info or Notes:

*COPY*

### THE STATE OF TEXAS
To any Peace Officer of the State of Texas, Greetings:

You are hereby commanded to arrest the above named **Jeremy Wade Story** if to be found in your County, and bring **him** before me, a Magistrate of Williamson County, Texas, at my office in said County, immediately, then and there to answer to the State of Texas for an offense occurring on or about the 16th day of August, 2021, against the laws of said State, to-wit:

# Hindering Proceedings by Disorderly Conduct
### Class A Misdemeanor

of which offense he is accused by the written complaint under oath or affirmation of Lauren Griffith, Round Rock ISD Police Officer ████ filed before me.

Herein fail not, but of this writ make due return, showing how you have executed the same. Witness my official signature this 17 day of September 17, A.D., 2021.

Round Rock ISD case # 21-0817-0001

_Gauthier_ Magistrate, Williamson County, Texas

---

### PEACE OFFICER RETURN

Came to hand **SEP 17 2021**, and executed on the _____ day of _____, A.D., 20___, at _____ o'clock ____M., by arresting the within named **Jeremy Wade Story** in _____, and placing her in the county jail of Williamson County, Texas.

I actually and necessarily traveled _____ miles in the service of this writ, in addition to any other mileage I may have traveled in the service of other process in this cause during the same trip.

## Michael T. Gleason

| FEES — | | |
|---|---|---|
| Executing/Processing Arrest Fee | $ 50.00 | Williamson County, Texas Peace officer |
| Mileage _____ Miles | $ _____ | |
| Making Bond | $ _____ | |
| Commitment | $ _____ | |
| Release | $ _____ | _____ |
| Total | $ _____ | (Law Enforcement Agency / Department) |

# EXHIBIT 19    **RRISD 06335**

RRISD - Police Department000018

## App. 099

## CASE SUPPLEMENTAL REPORT

Printed: 12/09/2021  14:31

OCA: **2108170001**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | | | |
|---|---|---|---|---|---|
| **Case Status:** | *PENDING/ACTIVE* | **Case Mng Status:** | *NA* | **Occurred:** | *08/16/2021* |
| **Offense:** | *HINDER PROCEEDINGS BY DISORDERLY COND* | | | | |

| | | | |
|---|---|---|---|
| **Investigator:** | *GRIFFITH, LAUREN* | **Date / Time:** | *10/12/2021 13:06:05, Tuesday* |
| **Supervisor:** | *WILLIBY, JIM* | **Supervisor Review Date / Time:** | *10/12/2021 14:23:10, Tuesday* |
| **Contact:** | | **Reference:** | *Investigation Supplement* |

On 09/17/2021, I, Detective Sgt. L. Griffith ███ was assigned as the Detective for the Round Rock ISD Police Department located at 1311 Round Rock Avenue, Round Rock, Williamson County, Texas.

On 09/17/2021, this case was referred to the Williamson County Attorney`s Office for review.  At this time, this case is still an active investigation and pending prosecution.

Also at this time, additional investigation is being conducted regarding witness statements from RRISD Board of Trustee President Amy Weir, RRISD Board of Trustee Vice President Amber Feller, and RRISD Board of Trustee Secretary Tiffanie Harrison.

Case Open/ Active

End of Supplement

Detective Sgt. L. Griffith ███

Investigator Signature                                   Supervisor Signature

## EXHIBIT 20        RRISD 06355

Round Rock ISD Police Department 037

## App. 100

## August 16, 2021 Speaker List

| First Name | Last Name | Which of the following best describes you? | Round Rock ISD resident? | Item on Agenda (example J1) | Representing | I will be speaking: (En pers |
|---|---|---|---|---|---|---|
| Jane | Gann | Student | Yes (Si) | D2 | Self | In Person (En pers |
| Jacob | Mitchell | Student | Yes (Si) | Fall 2021 COVID-19 Health and Safety Protocols | Round Rock High School Student Body | In Person (En pers |
| Charlotte | Hernandez | Student | Yes (Si) | D2 | Self | Virtually (Virtualme |
| Sophia | Zhang | Student | Yes (Si) | Request for Mask Mandate | Canyon Vista Middle School | Virtually (Virtualme |
| Misha | Patel | Student | Yes (Si) | D2 COVID Safety Protocols | Self /students at my school | Virtually (Virtualme |
| Alexia | Koller | Student | Yes (Si) | D2 Covid Protocols | myself as a 6th grade student at CVMS | Virtually (Virtualme |
| Ishira | Limaye | Student | Yes (Si) | D2 | | Virtually (Virtualme |
| Mihika | Limaye | Student | Yes (Si) | D2 | | Virtually (Virtualme |
| Sam | B | Student | Yes (Si) | D2 | | Virtually (Virtualme |
| Caroline | Fu | Student | Yes (Si) | D2 | Myself | Virtually (Virtualme |
| Helena | Zeng | Student | Yes (Si) | D2 | Myself | Virtually (Virtualme |
| Anjana | Arvind | Student | Yes (Si) | D2 | Walsh Middle School | Virtually (Virtualme |
| Meghna | Roy | Parent/Guardian | Yes (Si) | Yes - Covid protocols | RRISD - Elsa England & Pearson Ranch | In Person (En pers |
| Ashley | Walker | Parent/Guardian | Yes (Si) | D2 | Round Rock Black Parents | In Person (En pers |
| Rebecca | Maldonado | Parent/Guardian | Yes (Si) | Masks | | In Person (En pers |
| Shauna | Kinningham | Parent/Guardian | Yes (Si) | D2 - Safety protocol | My family | In Person (En pers |
| Julie | Alonso | Parent/Guardian | Yes (Si) | D2 | Myself | In Person (En pers |
| Sien | Zhang | Parent/Guardian | Yes (Si) | Mask Mandate | | In Person (En pers |
| Christine | Mann | Community Member | No | D2 | Myself | In Person (En pers |
| Miriam | Arora | Parent/Guardian | Yes (Si) | Masks & vaccines | My kids in RRISD | In Person (En pers |
| Ryan | Daly | Spouse of a RRISD member of staff | Yes (Si) | D1 | My spouse & my spouse | In Person (En pers |
| Rachel | Keagy | Parent/Guardian | Yes (Si) | Covid | | In Person (En pers |
| CHRISTIE | SLAPE | Parent/Guardian | Yes (Si) | FALL 2021 COVID-19 HEALTH AND SAFETY PROTOCOLS | MYSELF, MY HUSBAND AND MY 2 CHILDREN IN RRISD | In Person (En pers |
| Linda | Avila | Parent/Guardian | Yes (Si) | Mask mandate | Myself | In Person (En pers |
| Alexandra | Campo | Parent/Guardian | No | Mask mandates | The students of RRISD | In Person (En pers |
| Leslie | Winters | Parent/Guardian | Yes (Si) | D2 | Myself | In Person (En pers |
| TJ | Rothwell | Parent/Guardian | Yes (Si) | D2 | n/a | In Person (En pers |
| Michelle | Guardabascio | Community Member | Yes (Si) | Covid response | Myself | In Person (En pers |
| Jessica | Pryor | Parent/Guardian | Yes (Si) | D2 | My children | In Person (En pers |
| Wesley | Pryor | Parent/Guardian | Yes (Si) | D2 | | In Person (En pers |
| Natosha | Daniels | Parent/Guardian | Yes (Si) | D1 | myself | In Person (En pers |
| Chris | Hopkins | Teacher and Coach | No | Covid Protocol | | In Person (En pers |

**EXHIBIT 21**

Round Rock ISD- Police Department  000039

RRISD 06368

App. 101

| First Name | Last Name | Role | Response | Item | Representing | Attendance |
|---|---|---|---|---|---|---|
| Elaine | Li | Parent/Guardian | Yes (Si) | Mask | Myself and a few other parents at LME | In Person (En pers |
| Niannian | Dun | Parent/Guardian | Yes (Si) | Mask | Myself, and some parents in Chinese America community. | In Person (En pers |
| Joseph | McCullough | Parent/Guardian | Yes (Si) | D2 | | In Person (En pers |
| Jennifer | White | Parent/Guardian | Yes (Si) | Student safety | | In Person (En pers |
| David | Granado | Parent/Guardian | Yes (Si) | D2 - Fall 2021 COVID-19 Health and Safety Protocols | | In Person (En pers |
| Lauren | Hinz | Parent/Guardian | Yes (Si) | D2 | Elementary school students | In Person (En pers |
| Tammy | Conrad | Educator, Education Round Rock Executive Board Member | Yes (Si) | D1 & 2 | Myself and Education Round Rock | In Person (En pers |
| Luis | Echegaray | Parent/Guardian | Yes (Si) | Mask Requirement In Schools | My Children | In Person (En pers |
| Robert | Lesieur | Parent/Guardian | Yes (Si) | Item 2 (D2) | | In Person (En pers |
| Russel | Pryor | Parent/Guardian | Yes (Si) | D2 | Myself | In Person (En pers |
| Keiawnna | Pitts | Parent/Guardian | Yes (Si) | D2 | Myself | In Person (En pers |
| Paul | Leal | Williamson County Pct. 4 Constable | No | mask for students | | In Person (En pers |
| Tad | Cleaves | Parent/Guardian | Yes (Si) | D2 | Myself | In Person (En pers |
| Ben | Chaib | Parent/Guardian | Yes (Si) | D2 | My Children attending Pearson Ranch MS and McNiel HS | In Person (En pers |
| Darrell | Lowrance | Community Member | Yes (Si) | 2. Fall 2021 COVID-19 Healt | Fellow residents | In Person (En pers |
| Carrie | Puckett | Parent/Guardian | Yes (Si) | D2 | Myself | In Person (En pers |
| Ben | Rupp | Parent/Guardian | Yes (Si) | J1 | | In Person (En pers |
| Jeremy | Story | Parent/Guardian | Yes (Si) | 2 or something else- unlike the board, citizens are not required to speak on items only on the agenda | Myself | In Person (En pers |
| Kristin | Kepler | Parent/Guardian | Yes (Si) | D2 | My children | Virtually (Virtualme |
| Khona | mohiuddin | Parent/Guardian | Yes (Si) | Option to go to Virtual as covid cases get worse | For my 2 boys and many kids who want expanded virtual option | Virtually (Virtualme |
| Jason | Schklar | Parent/Guardian | Yes (Si) | Covid Safet Protocols / Mask Mandate | My family (2 Caraway elementary students) | Virtually (Virtualme |
| Ginny | Gustin | Parent/Guardian | Yes (Si) | D1 | Self | Virtually (Virtualme |
| Jason | Kilgore | Parent/Guardian | Yes (Si) | 2 children | Myself, my wife, and our 2 | Virtually (Virtualme |
| Cynthia | Oelkers | Parent/Guardian | Yes (Si) | Health and safety in RRISD | Myself and my two children | Virtually (Virtualme |

Round Rock ISD- Police Department  000040

# EXHIBIT 21

RRISD 06369

**App. 102**

| First Name | Last Name | Role | Will Speak | Topic | On Behalf Of | Format |
|---|---|---|---|---|---|---|
| Adam | Bartlett | Parent/Guardian | Yes (Si) | D2 | Self | Virtually (Virtualme |
| Shannon | Probe | Community Member | Yes (Si) | D1 | | Virtually (Virtualme |
| Melvin | Lau | Parent/Guardian | Yes (Si) | D2 | myself, RRISD parent | Virtually (Virtualme |
| Elizabeth | George | Parent/Guardian | Yes (Si) | Covid | My family | Virtually (Virtualme |
| Ryan | Phillips | Parent/Guardian | Yes (Si) | Fall 2021 COVID safety protocols | | Virtually (Virtualme |
| Franchell | Romero | Parent/Guardian | Yes (Si) | D2 | A group of concerned parents that support implementing a temporary mask mandate | Virtually (Virtualme |
| Sarah | Oldmixon | Parent/Guardian | Yes (Si) | D2 | | Virtually (Virtualme |
| Robyn | Honig | Parent/Guardian | Yes (Si) | D2 | Self | Virtually (Virtualme |
| Kathryn | Kizer | Parent/Guardian | Yes (Si) | 2 | My daughter age 7 | Virtually (Virtualme |
| Evan | Gregory | Parent/Guardian | Yes (Si) | D2 | | Virtually (Virtualme |
| Kelly | Errington Riegler | Parent/Guardian | Yes (Si) | Covid safety measures in schools | My family | Virtually (Virtualme |
| Christel | Erickson-Collins | Community Member | No | D-2 | Self | Virtually (Virtualme |
| Jill | Farris | Parent/Guardian | Yes (Si) | D2 | | Virtually (Virtualme |
| Jaime | Wilkins | Parent/Guardian | Yes (Si) | D2 | | Virtually (Virtualme |
| Stuart | Litwin | Community Member | Yes (Si) | D2 | Self | Virtually (Virtualme |
| Susan | Alonso | Community Member | Yes (Si) | D2 | My grandchildren | Virtually (Virtualme |
| Julianne | Knott | Parent/Guardian | Yes (Si) | D2 | My children | Virtually (Virtualme |
| Lynda | Quintana | Parent/Guardian | Yes (Si) | Covid protocols at RRISD school | Three children at RRISD schools | Virtually (Virtualme |
| Jessica | Goudeau | Parent/Guardian | Yes (Si) | D2, fall 2021 Covid health and safety protocols | | Virtually (Virtualme |
| Katie | Nafius | Parent/Guardian | Yes (Si) | D2 covid health and safety protocols | | Virtually (Virtualme |
| Raymon | Daniel | Parent/Guardian | Yes (Si) | Fall 2021 COVID-19 Health and Safety Protocols | My Fifth-grade son and the community | Virtually (Virtualme |
| Amy | Lanning | Parent/Guardian | Yes (Si) | D2 Fall COVID protocols | My family | Virtually (Virtualme |
| Lon | Levitan | Parent/Guardian | Yes (Si) | D2 Fall 2021 COVID-19 Heal | Community patents and spouses of RRISD teachers | Virtually (Virtualme |
| Natasha | Choe | Parent/Guardian | Yes (Si) | D2 | Myself | Virtually (Virtualme |
| Lorena | Higuera | Parent/Guardian | Yes (Si) | Mask | Me | Virtually (Virtualme |
| Lyndy | Dower | Parent/Guardian | Yes (Si) | D1 and D2 | myself | Virtually (Virtualme |
| Bill | Dower | Community Member | Yes (Si) | D2 | myself | Virtually (Virtualme |
| Tara | Williams | Parent/Guardian | Yes (Si) | D1 | | Virtually (Virtualme |
| Jennifer | Schafer | Parent/Guardian | Yes (Si) | Mask Mandate | Would like the board to have a mask mandate | Virtually (Virtualme |
| Aidan | Larson | Parent/Guardian | Yes (Si) | D1 | myself | Virtually (Virtualme |
| Kavita | Patel | Parent/Guardian | Yes (Si) | FD2: Fall 2021 COVID-19 Health and Safety Protocols | | Virtually (Virtualme |

**EXHIBIT 21**    **RRISD 06370**

**App. 103**

| Daniel | De Los Santos | Parent/Guardian | Yes (Si) | Fall 2021 COVID-19 Health and Safety Protocols | Pediatricians serving the Round Rock community | Virtually (Virtualme |
|---|---|---|---|---|---|---|
| Sunaina | Suhag MD | Community Member | No | Universal masking | | Virtually (Virtualme |
| Chad | Pavliska | Parent/Guardian | Yes (Si) | Mask mandate | | Virtually (Virtualme |
| Vivian | Lau | Parent/Guardian | Yes (Si) | Covid Protocols | | Virtually (Virtualme |
| Ande | Wall | Parent/Guardian | Yes (Si) | Mask mandate | Self | Virtually (Virtualme |
| Craig | Gilden | Parent/Guardian | Yes (Si) | D2 | My family | Virtually (Virtualme |
| Katy | Wortham | Parent/Guardian | Yes (Si) | Mask mandate | Self | Virtually (Virtualme |
| Amit | Kumar | Parent/Guardian | Yes (Si) | Covid Safety | | Virtually (Virtualme |
| Lori | Wright | Parent/Guardian | Yes (Si) | D2 | My family | Virtually (Virtualme |
| Jordan | Preddy | Parent/Guardian | Yes (Si) | D2 | | Virtually (Virtualme |
| Chelsea | Mok | Community Member | No | D1, D2 | Myself | Virtually (Virtualme |
| Jennifer | Faulkner | Parent/Guardian | Yes (Si) | D2 | | Virtually (Virtualme |
| Catherine | Bass | Parent/Guardian | Yes (Si) | D2 | | Virtually (Virtualme |
| Esmeralda | Rubalcava Hernán | Parent/Guardian | Yes (Si) | D2 | Self | Virtually (Virtualme |
| Debbie | Reeves | Parent/Guardian | Yes (Si) | D2 - covid precautions | Myself | Virtually (Virtualme |
| Mansi | Muchhala | Parent/Guardian | Yes (Si) | D2 COVID Safety Protocols | Parent of CVMS student | Virtually (Virtualme |
| Garima | Kochhar | Parent/Guardian | Yes (Si) | D2 | | Virtually (Virtualme |
| Tonyia | Cone | Parent/Guardian | Yes (Si) | D2 | | Virtually (Virtualme |
| Rachel | Kapur | Parent/Guardian | Yes (Si) | D1 | | Virtually (Virtualme |
| Pamela | Oldham | Community Member | Yes (Si) | D2 | Self | Virtually (Virtualme |
| Harrison | McCreary | Parent/Guardian | Yes (Si) | D2 | | Virtually (Virtualme |
| Monique | Ridwan | Parent/Guardian | Yes (Si) | NO on mask mandate | Parent | Virtually (Virtualme |
| Melissa | Emmons | Parent/Guardian | Yes (Si) | D2 | | Virtually (Virtualme |
| Jen | Darrouzet | Parent/Guardian | Yes (Si) | COVID safety protocols | My family | Virtually (Virtualme |
| Reena | Bawa | Parent/Guardian | Yes (Si) | Equitable virtual option | | Virtually (Virtualme |
| Melissa | Hickson | Parent/Guardian | Yes (Si) | D2 Fall 2021 COVID-19 Health and Safety Protocols | Myself | Virtually (Virtualme |
| Amy | Bujacz | Parent/Guardian | Yes (Si) | D2 | Self | Virtually (Virtualme |
| Hilario | Ramos | Parent/Guardian | Yes (Si) | D2 | Spicewood Elementary | Virtually (Virtualme |
| Farah | Rhoads | Parent/Guardian | Yes (Si) | D2 | in favor of requiring masks at school | Virtually (Virtualme |
| Stephanie | Koller | Parent/Guardian | Yes (Si) | D2 Covid protocols | myself and my two daughters 6th graders at CVMS | Virtually (Virtualme |
| Dr. Ruby | Sahoo | Parent/Guardian | Yes (Si) | Mask mandate | | Virtually (Virtualme |
| Jennifer | Wiley | Parent/Guardian | Yes (Si) | Covid safety procedures | | Virtually (Virtualme |
| Jennifer | Reynolds | Parent/Guardian | Yes (Si) | D2 | | Virtually (Virtualme |
| Suma | Aithal | Parent/Guardian | Yes (Si) | Mask mandate | | Virtually (Virtualme |
| Jenny | Gillis | Teacher in RRISD | Yes (Si) | Leave for teachers | Teachers | Virtually (Virtualme |
| Michelle | Butcher | Parent/Guardian | Yes (Si) | D2 - Please mandate masks in school buildings | My family | Virtually (Virtualme |
| Mayuresh (MG) | Gogate | Parent/Guardian | Yes (Si) | D2 | self | Virtually (Virtualme |

EXHIBIT 21

RRISD 06371

App. 104

| First Name | Last Name | Role | | Subject | Speaking For | Virtually |
|---|---|---|---|---|---|---|
| Manoj | Nagulapally | Parent/Guardian | Yes (Si) | Masks, Covid tracking | Ayan Nagulapally | Virtually (Virtualme |
| Eve | Margolis | Parent/Guardian | Yes (Si) | Mask mandate | | Virtually (Virtualme |
| Shyno | Chacko | Parent/Guardian | Yes (Si) | D2 health and safety protocols | My household | Virtually (Virtualme |
| Joseph | Vogas | Community Member | Yes (Si) | D2 | | Virtually (Virtualme |
| Helen | Oh | Parent/Guardian | Yes (Si) | Item #2 | RRISD elementary school parent | Virtually (Virtualme |
| Sarah | Roddy | Parent/Guardian | Yes (Si) | D2 | Myself | Virtually (Virtualme |
| Joe | Roddy | Parent/Guardian | Yes (Si) | D2 | Myself and my children. | Virtually (Virtualme |
| Carly | Johnson | Parent/Guardian | Yes (Si) | Fall 2021 Covid-19 health and safety protocols | | Virtually (Virtualme |
| Sathia | Mahadevan | Parent/Guardian | Yes (Si) | Virtual School for High School | Students | Virtually (Virtualme |
| Natalie | Osborn | Parent/Guardian | Yes (Si) | D2 | My children | Virtually (Virtualme |
| Nisha | Coffey | Parent/Guardian | Yes (Si) | Mask Mandate & Virtual School | The community. | Virtually (Virtualme |
| Susan | Lessing | Parent/Guardian | Yes (Si) | COVID safety | Promote further safety measures for our students | Virtually (Virtualme |
| Felice | Madow | Parent/Guardian | Yes (Si) | D2 | | Virtually (Virtualme |
| Linda | Checkley | Community Member | Yes (Si) | Masking D2 | Myself | Virtually (Virtualme |
| Jeaneane | McNulty | Parent/Guardian | Yes (Si) | D2 (corrected item #) | self | Virtually (Virtualme |
| Charu | Peechu | Parent/Guardian | Yes (Si) | | 2 Ila Peechu | Virtually (Virtualme |
| Jennifer | Siegel-Ramsay | Parent/Guardian | Yes (Si) | Masking | Annabelle and Juliette Ramsay | Virtually (Virtualme |
| Jonathan | Gould | Parent/Guardian | Yes (Si) | D2 | Two virtual students with Deep Wood Elementary as their home campus | Virtually (Virtualme |
| Rashmi | Shastri | Parent/Guardian | Yes (Si) | Make Masks Mandatory for 7th & 8th graders | | Virtually (Virtualme |
| Katherine | Cristobal | Parent/Guardian | Yes (Si) | D2 | | Virtually (Virtualme |
| Sarah | McGuff | Parent/Guardian | Yes (Si) | D2 | 2 Myself and my family | Virtually (Virtualme |
| Cornell | Wooldridge | Community Member | Yes (Si) | D2 | | Virtually (Virtualme |
| Scott | Lloyd | Parent/Guardian | Yes (Si) | Fall 2021 COVID-19 Health and Safety Protocols | | Virtually (Virtualme |
| Tammy | Dendy | Parent/Guardian | Yes (Si) | D2 | | Virtually (Virtualme |
| Lavanya | Martha | Parent/Guardian | Yes (Si) | D2 | | Virtually (Virtualme |
| Santhosh | Balraj | Parent/Guardian | Yes (Si) | D2 covid safety protocols | Yourself/my children | Virtually (Virtualme |
| Martin | Milner | Grand parent | Yes (Si) | Health and Safety | Family | Virtually (Virtualme |
| Chandana | Chakka | Physician | Yes (Si) | Mandate masking | | Virtually (Virtualme |
| Emily | Beeler | Community Member | Yes (Si) | COVID-19 safety agenda (masks) | My family - brother RRHS sophomore | Virtually (Virtualme |
| Anna | Le | Parent/Guardian | Yes (Si) | D2 | | Virtually (Virtualme |

Round Rock ISD- Police Department  000043

**EXHIBIT 21**    RRISD 06372

**App. 105**

| | | | | D2. Fall 2021 COVID-19 Health and Safety Protocols Mask Mandate | | |
|---|---|---|---|---|---|---|
| Melissa | Waelchi | Parent/Guardian | Yes (Si) | | | Virtually (Virtualme |
| Lingling | Yan | Parent/Guardian | Yes (Si) | | | Virtually (Virtualme |
| Gregory | Matous | Parent/Guardian | Yes (Si) | Fall 2021 COVID-19 Health and Safety Protocols | | Virtually (Virtualme |
| Colleen | Davey | Parent/Guardian | Yes (Si) | Fall Covid-19 safety | | Virtually (Virtualme |
| Rebecca | Orozco | Parent/Guardian | Yes (Si) | C1 | | Virtually (Virtualme |
| Paige | Lewis | Parent/Guardian | Yes (Si) | J1 | | Virtually (Virtualme |
| Neeta | Bhakta | Parent/Guardian | Yes (Si) | C1 | Parents wanting mask mandates | Virtually (Virtualme |
| Adam | Hartmann | Teacher | Yes (Si) | C1 | | Virtually (Virtualme |
| Jason | Fowler | Parent/Guardian | Yes (Si) | C1 | | Virtually (Virtualme |
| | | | | | | |
| Meenal | McNary | Parent/Guardian | Yes (Si) | D2 | Self | Virtually (Virtualme |
| Janica | Pilcher | Parent/Guardian | Yes (Si) | Health and Safety Protocols | | In Person (En pers |
| Alexandra | Campo | Parent/Guardian | No | Mandatory masks | The students of RRISD | In Person (En pers |
| Miriam | Arora | Parent/Guardian | Yes (Si) | masks/ vaccines | my kids | Virtually (Virtualme |
| Jeaneane | McNulty | Parent/Guardian | Yes (Si) | C1 | myself | Virtually (Virtualme |

**EXHIBIT 21**

Round Rock ISD- Police Department 000044

RRISD 06373

App. 106