IN THE UNITED STATES DISTRICT COURT
WESTERN DIVISION OF TEXAS – AUSTIN DIVISION

| | | |
|---|---|---|
| JEREMY STORY, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| SUPERINTENDENT HAFEDH AZAIEZ, TRUSTEES AMBER FELLER, TIFFANIE HARRISON, AMY WEIR, JUN XIAO, CORY VESSA, OFFICERS JEFFREY YARBOROUGH, JAMES WILLIBY, DEBORAH GRIFFITH, MILTON POPE, FRANK PONTILLO, RON COLE, CHIEF DENNIS WEINER, and CARLA AMACHER, individually, AND ROUND ROCK INDEP. SCHOOL DISTRICT, | § | CIVIL ACTION NO. 1:22-CV-00448-DAE |
| Defendants. | § | |

---

## DECLARATION OF AMY WEIR

---

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF TRAVIS | § |

1.      My name is Amy Weir. I am over the age of 18, have never been convicted of any felony or any misdemeanor involving moral turpitude, and am fully competent to testify to all facts contained herein. I am fully competent to make this Declaration, and by virtue of my position as a Trustee on the Round Rock Independent School District's ("Round Rock ISD" or the "District") Board of Trustees (the "Board"), I have personal knowledge of all facts stated herein.

2.      I have served as the Trustee for Place 5 on the Round Rock ISD Board since 2018. Before becoming a Trustee, I was actively involved as a volunteer for the District. I served and held leadership positions in the Parent Teacher Association ("PTA") organizations for three Round Rock ISD schools. I served as PTA president at Deerpark Middle School and McNeil High School. I am a 2013 Leadership Round Rock ISD graduate and have served as a committee chair with the Round

**App. 187**

## EXHIBIT F

Rock ISD Council of PTAs. In addition, I served on three Round Rock ISD Citizen Bond Committees in 2014, 2017, and 2018. Based on my active participation in the Round Rock ISD community before becoming a Trustee, I am keenly aware of the need for all members of the community to have an active voice and role in the Round Rock ISD community. I also understand that it is important for all members of the District's community to be able to freely exercise their rights to petition the Board and speak before the Board

3.      From around December 2019 through December 2021, I served as the District's Board President. As the Board President during this time, I was the presiding officer for meetings of the Round Rock ISD Board. Round Rock ISD Board policy BED (Local) is the Board-adopted policy regarding public participation at Board meetings. Attached as **Exhibit 1** is a true and correct copy of Board policy BED (Local) which was in effect from March 2021 throughout the remainder of my tenure as Board President.[1] Attached as **Exhibit 2** is a true and correct copy of Board legally-referenced policy BED (Legal). Legally-referenced policies contain provisions from federal and state statutes and regulations, case law, and other legal authority that together form the framework for the District's local decision-making and policy implementation.

4.      In the Spring semester of 2021, Round Rock ISD was searching for a new superintendent. The Board hired a superintendent search firm, Ray & Associates, to conduct the superintendent search. The Board followed all state laws and policies, and requirements of the Texas Open Meetings Act, with respect to its search for a new superintendent. The process used was similar to the process used by many Texas school districts to search for a new superintendent. In fact, the Board engaged in more efforts to seek input from the community and all District stakeholders than is required or customary.

---

[1]      The top line, or header, of Exhibit 1 and the "Exhibit 2" reference at the top is not part of BED (Local).

**App. 188**

5.    Through this process, Dr. Hafedh Azaiez was selected as one of two candidates for final interview with the Board. At the May 21, 2021 Called Board Meeting, Round Rock ISD's Board voted (5 in favor; 2 against) to designate Dr. Azaiez as the lone finalist for the position of Round Rock ISD's Superintendent and authorized me, as Board President, to negotiate a proposed contract with Dr. Azaiez as the lone finalist, subject to Board approval of a final superintendent contract.

6.    Texas Government Code Section 552.126 provides an exception to the Texas Public Information Act that allows the name of an applicant for superintendent of a public school district to be confidential. That exception requires that the board of trustees of the public school district give public notice of the name or names of the finalist(s) being considered for the position at least 21 days before the date of the meeting at which a final action or vote is to be taken on the employment of the person.

7.    Round Rock ISD's Board, therefore, waited more than 21 days after it announced Dr. Azaiez as the lone finalist for Superintendent and authorized me to negotiate an employment contract with Dr. Azaiez, before conducting another Board meeting to take final action or vote regarding Dr. Azaiez's employment as Superintendent. On June 14, 2021, Round Rock ISD's Board held another Called Board Meeting and voted (5 in favor; 2 against) to adopt the resolution to employ Dr. Azaiez, under the negotiated contract, as the Superintendent of Round Rock ISD effective July 5, 2021. Before the vote, members of the public were allowed to make public comment regarding the potential adoption of a resolution employing Dr. Azaiez as the Superintendent of Round Rock ISD. At the conclusion of the June 14, 2021 Meeting, after the Board vote, Dr. Azaiez was allowed to enter the room and address the public.

8.    It is my understanding that Dr. Azaiez's attendance was scheduled by the District's Director of Communications. It was unknown to me, before that evening, that the Director of Communications had not informed the other Board members that Dr. Azaiez would be present in the

**App. 189**

building that evening. In any event, based on my seven years as a school board trustee, and participation in conferences and meetings with school board members statewide, it is fairly customary for the lone finalist for superintendent to be present to address the community the night a school board votes as to whether to employ them as superintendent under a negotiated employment contract.

9.      Notice of the June 14, 2021 Board meeting was properly posted online. Because there was a potential issue regarding when and where the notice was physically posted, the Board reconvened on June 19, 2021. That day, at a properly-posted and open meeting, the Board received public comment and, again, voted (5 in favor; 2 against) to adopt the resolution to employ Dr. Azaiez, under the negotiated contract, as the Superintendent of Round Rock ISD effective July 5, 2021.

10.      While I cannot speak for other Trustees, my decision to select Dr. Azaiez was based, among other things, on the perspective he brought to the table and his record of success at the prior school district where he served as superintendent. Dr. Azaiez had done his work and research before he met with the Trustees. He knew about Round Rock ISD, the District's academic successes and academic challenges, and where the District had room to grow and improve. He brought fresh ideas.

11.      Some superintendents, or candidates for superintendent, are satisfied when some schools in the District are performing so well academically, that it lifts up the non-performing or low-performing schools. With that mindset, little focus (or insufficient focus) is targeted to those lower performing schools. Some candidates see a well-performing District and believe the job is just maintaining the status quo. That was not what Dr. Azaiez presented or brought to the table. There was no sense of complacency. Rather, there was a desire and plan to raise the academic metrics for the lower-performing schools and not just be satisfied with the overall metrics of the District. Dr. Azaiez did not seem satisfied with maintaining the status quo at Round Rock ISD. He seemed to want to proactively ensure that each school provided each student the highest quality education and that

**App. 190**

the District's lower performing schools would improve and grow academically with more positive student outcomes.

12.    I understand that Mr. Story alleges in this lawsuit that a Trustee or someone else provided Dr. Azaiez the interview questions the Board intended to ask him during his interview for the Round Rock ISD superintendent position. I did not do so. I have not heard that anyone did so.

13.    Prior to June 14, 2021, I did not know who Jeremy Story was. Based on my recollection, he did not attend Round Rock ISD Board meetings or speak during public comment before that day. The June 14, 2021 Board meeting was one of the first (if not the first) Board meeting conducted in-person since mid-March 2020 because of COVID-19. At the conclusion of the June 14, 2021 Board meeting, Mr. Story and another man, Dustin Clark, approached me at the dais after the Board meeting. They appeared to be very angry and hostile toward me.

14.    Mr. Story proceeded to raise his voice and yell at me. I do not recall exactly what he said but he was generally voicing, very loudly and in a combative and hostile tone, his frustration that the Board did not delay or postpone the vote to hire Dr. Azaiez, and did not allow for a longer period of time for the public and Trustees to research and investigate Dr. Azaiez. I believe Mr. Story referenced some allegations at Donna Independent School District, where Dr. Azaiez previously served as Superintendent. Mr. Story was speaking in a very hostile and heated manner, leaning across the dais so that he was close to my face. I was taken aback by his demeanor and, frankly, a bit frightened. I had been signing documents needed for District business, but I had to stop so I could stand to ensure that Mr. Story was not aggressively crowding into my space and looming over me. I cannot remember a single other occasion when a member of the public has approached me at a Board meeting and treated me in a similar manner. I recall that a Round Rock ISD Police Department Police Officer was in the room and observed this interaction. The Police Officer signaled to me to make sure I was okay, and to signal that I should just remove myself from this hostile encounter. I walked to the

**App. 191**

end of the dais away from Mr. Story and waited with the Officer as Mr. Story argued aggressively with another member of the audience.

15.     Mr. Story and Mr. Clark were not the only members of the public who spoke out against the superintendent search process or the Board's decision to hire Dr. Azaiez. As with most major decisions of the Board, there were members of the public who both supported and opposed the decision and/or the process.

16.     Dr. Azaiez began serving as Round Rock ISD's Superintendent on July 5, 2021.

17.     In July 2021, I learned about allegations that were made against Dr. Azaiez. Dr. Azaiez informed me of the allegations. Then, on or about July 13, 2021, then-Trustee Dr. Mary Bone provided information to the Board regarding these allegations. As Board President, I worked with the Trustees to schedule a meeting for the Board to address the matter.

18.     We scheduled a Called Board Meeting on July 23, 2021 to consult with the Board attorney in closed session regarding the Superintendent's contract and the allegations against him. We posted the Agenda for the July 23, 2021 Called Board Meeting. We had to cancel the scheduled Called Board Meeting. Attached hereto as **Exhibit 3** is a true and correct copy of the posted Agenda for the July 23, 2021 Board Meeting reflecting that it was canceled. The July 23, 2021 Called Board Meeting was canceled because it was recommended that all Trustees meet in person to consult with the Board's attorney about the Superintendent's contract and the allegations against the Superintendent. If I recall correctly, Dr. Bone was dealing with a family medical issue, had been exposed to COVID-19, and could not attend in person. I also was going to be out of state either at or after that time, which hindered the ability for all Trustees to meet in-person with Board counsel on July 23, 2021 or shortly thereafter. We rescheduled the meeting to occur on August 23, 2021. Attached hereto as **Exhibit 4** is a true and correct copy of the posted Agenda for the August 23, 2021 Called Board Meeting Agenda and the minutes of the meeting, which are both publicly-posted online on Round Rock ISD's website.

**App. 192**

19.     On July 23, 2021, Mr. Story sent an email to all Trustees discussing the allegations against Dr. Azaiez. Attached as **Exhibit 5** is a true and correct copy of the July 23, 2021 email Mr. Story sent to the Trustees. Mr. Story did not copy Dr. Azaiez. I never told Dr. Azaiez I had received the July 23, 2021 email from Mr. Story. I was already generally aware of the information Mr. Story shared. Mr. Story also requested that the Board call a meeting to discuss these issues. That action had already been taken. While we had to re-schedule the Board meeting, Mr. Story was not requesting something that was not already in process.

20.     On July 30, 2021, Mr. Story emailed the Trustees again. In the July 30, 2021 email, Mr. Story did not raise any new allegations against Dr. Azaiez. Instead, he requested the resignations of the Trustees purportedly involved in a "cover up" of the allegations against Dr. Azaiez. Attached as **Exhibit 6** is a true and correct copy of the July 30, 2021 email Mr. Story sent to the Trustees. Mr. Story did not copy Dr. Azaiez. I never told Dr. Azaiez I had received the July 30, 2021 email from Mr. Story. There was no "cover up" of the allegations against Dr. Azaiez. The Board was looking into the matter and planned to consult with the Board's attorney. But this was a confidential personnel matter regarding an individual under an employment contract governed by Texas Education Code Chapter 21. In addition, as a District Trustee, I understood that contract employees, like the Superintendent, have certain constitutional due process rights that governed how the Board could respond. I understand that it could be frustrating to the public not to know what was going on, but it would have been improper to speak about this ongoing personnel matter. No decisions had been made, or actions taken, at the time regarding Dr. Azaiez's employment. Nor could the Board have taken action without a publicly-called meeting and vote of the Board.

21.     On August 2, 2021, Mr. Story emailed the Trustees again to inform us that Dr. Azaiez had received a temporary restraining order. Attached as **Exhibit 7** is a true and correct copy of the August 2, 2021 email Mr. Story sent to the Trustees. I was already aware of the information Mr. Story

**App. 193**

provided in his email. Mr. Story did not copy Dr. Azaiez. I never told Dr. Azaiez I had received the August 2, 2021 email from Mr. Story.

22.     In the August 2, 2021 email, Mr. Story requested the opportunity to testify to the Board and answer questions at the next Board meeting. Mr. Story expressed that he did not want just to make public comment for three minutes at a Board meeting, and that he wanted to be able to testify at length before the Board. The Round Rock ISD Board does not take public testimony or engage in questions and answers with members of the public. Even if it did, the issues surrounding Dr. Azaiez were an ongoing, confidential personnel matter.

23.     On August 3, 2021, former Trustees Dr. Mary Bone and Danielle Weston put out a public statement regarding the allegations against Dr. Azaiez. A copy of that statement was attached as Exhibit 5 to Mr. Story's Original Complaint in this lawsuit and is labeled Document 1-1, Page 152 of 221.

24.     Mr. Story sent the Trustees another email on August 12, 2021. Attached as **Exhibit 8** is a true and correct copy of the August 12, 2021 email Mr. Story sent to the Trustees. Mr. Story did not copy Dr. Azaiez. I never told Dr. Azaiez I had received the August 12, 2021 email from Mr. Story. The August 12, 2021 email advised that Mr. Story was releasing the protective order to the public.

25.     I believe that Exhibits 5–8 are the entirety of the emails I received from Mr. Story regarding the allegations against Dr. Azaiez prior to August 16, 2021.

26.     Mr. Story was not the only member of the public who sent Board members emails regarding the allegations against Dr. Azaiez. The Board received emails from members of the public both supporting and opposing Dr. Azaiez during this time period. I do not recall informing Dr. Azaiez about any specific individual who either supported or opposed his hire, or any specific individual who raised concerns about the allegations against him.

**App. 194**

27.    I understand that whether the allegations against Dr. Azaiez are true or false is not at issue in this lawsuit. I also know that the Board's actions, or purported lack of action, with respect to Dr. Azaiez's employment in response to being apprised of these allegations are not at issue. But Mr. Story has painted an inaccurate picture of the Board's response. We took these allegations seriously. At the same time, we took Dr. Azaiez's rights seriously as well. We scheduled a Board meeting to specifically discuss this matter in-person, in closed session, in consultation with the Board's attorney. Board members, including me, spoke with Dr. Azaiez. Board members also had contact with local law enforcement. While there was an ex parte civil protective order against Dr. Azaiez, there were no criminal complaints or charges made that he engaged in the alleged misconduct. We learned that there was no cooperation from the complainant with law enforcement regarding these matters. We also received or learned of information that placed the allegations in serious question. Regardless, there was a process we had to follow as a Board of a public school district with respect to a contract employee.

28.    In late July and early August 2021, the Board was also receiving communications from members of the public who were concerned about the return to in-person learning without stringent COVID-19 protocols in place, particularly the lack of a mask mandate. In fact, during my time as a District Trustee, I have not ever received more communications from members of the community about a single issue than I did about the need for a mask mandate at the District. At that time, COVID-19 cases were rising again, and there were increased concerns expressed regarding the new Delta variant. Local health officials were stating that mask requirements were a needed and effective measure to prevent the spread of COVID-19. The Governor had issued an Executive Order that prohibited public entities, including school districts, from requiring masks. But counties and other school districts were, nonetheless, issuing mask mandates. I was aware that there was litigation regarding whether counties and school districts could mandate masks in light of the Governor's Order. At the time, many

**App. 195**

students were not eligible for a vaccine. Parents and teachers were expressing concerns about in-person learning in an environment where masks were no longer required.

29.    Given the concerns of the Round Rock ISD community that were expressed and the recommendations from health officials, the Board called a special meeting on August 16, 2021 (the "August 16th Meeting") to review COVID-19 health and safety protocols and reach a decision regarding what the District would do with respect to requiring or not requiring masks.

30.    Attached as **Exhibit 9** is a true and correct copy of the Agenda for the District's August 16, 2021 Called Board Meeting. Attached as **Exhibit 10** is a true and correct copy of the Minutes for the August 16th Meeting. Attached as **Exhibit 11** is a true and correct copy of the Austiin Public Health COVID-19 Update that was presented to the Board at the August 16th Meeting by Dr. Desmar Walkes, who was the Health Authority/Medical Director for the City of Austin and Travis County. Attached as **Exhibit 12** is a true and correct copy of a presentation from a Williamson County-ISD Call Presentation prepared by Allison Stewart, Lead Epidemiologist for Williamson County and Cities Health District that was provided to the Board for the August 16th Meeting. Attached as **Exhibit 13** is a true and correct copy of the Board Resolution for Employee COVID-19 Positive Extended Leave During COVID-19 Pandemic that the Board considered at the August 16th Meeting. Attached as **Exhibit 14** is a true and correct copy of the presentation provided by the District's administration regarding Fall 2021 COVID-19 Protocols at the August 16th Meeting. Dr. Azaiez and the District's then-General Counsel presented the information in **Exhibit 14** to the Board during the August 16th Meeting. Based on my recollection, **Exhibits 11 through 14** were provided to the Board prior to the August 16th Meeting in its Board packet which is publicly-posted online prior to the meeting. Included with this Declaration as **Exhibit 15** is a true and correct copy of the public recording of the August 16th Meeting. The recording can also be accessed on the District's website at https://roundrockisdtx.new.swagit.com/videos/130528.

**App. 196**

31.     At no point before the August 16th Meeting did I speak to Dr. Azaiez about Mr. Story. I do not even know if Dr. Azaiez knew who Mr. Story was prior to the August 16th Meeting. At no point before the August 16th Meeting did I give any directives or instructions to District Chief of Police Jeffrey Yarbrough, Assistant Chief of Police Jim Williby, Sergeant Milton Pope, or Officer Frank Pontillo about Mr. Story. I had never spoken to any of them about the emails I received from Mr. Story or his opposition to Dr. Azaiez.

32.     There were social distancing protocols in place in the Board meeting room for the August 16th Meeting. It was my understanding that the socially-distanced chairs, which resulted in limited seating capacity and fewer people being allowed in the Board meeting room, was a COVID-19 health and safety measure. The Board had not voted to adopt these protocols. However, the room set-up for a Board meeting is not a matter generally determined by the Board and does not require Board action.

33.     I do not know who made the decision to implement the social distancing protocols at the August 16th Meeting. The decision to have social distancing in the Board meeting that night seemed to be reasonable, and an appropriate response to the rising number of COVID-19 cases. At the time, Travis County was considered to be in the severe "red" category for COVID-19 cases, which was concerning. It also seemed particularly appropriate to implement social distancing protocols at a Board meeting called to discuss COVID-19 health and safety protocols, employee COVID-19 related leave, and a potential mask mandate. I did not believe the socially-distanced chairs and limited seating were implemented for any reason other than COVID-19 health and safety. There was nothing that indicated to me that the limited seating was to limit anyone's speech, restrict anyone's right to petition the Board, or had anything to do with Mr. Story.

34.     At the August 16th Meeting, the District provided an overflow room with socially-distanced chairs where the meeting was live-streamed. Those present for public comment who did

**App. 197**

not have a seat in the meeting room were allowed to enter the meeting when it was their turn to speak to the Board. Members of the public could also attend the meeting virtually and present public comment virtually, which many individuals did.

35.    The August 16th Meeting was not the regular, monthly Board Meeting. The regular Board meeting for August was scheduled to take place three days later, on August 19, 2021. The August 16th Meeting was a specially-called Board meeting to address COVID-19 health and safety protocols for schools, which included whether the Board would adopt a mask mandate. There were two items on the Agenda for the August 16th Meeting: (1) Agenda Item, D.1—"Adoption of Resolution for Employee COVID-19 Positive Extended Leave During COVID-19 Pandemic"; and (2) Agenda Item, D.2–"Fall 2021 COVID-19 Health and Safety Protocols." Because the August 16th Meeting was a special meeting, public comment was limited to items on the posted August 16th Meeting Agenda.

36.    Members of the public who wished to speak during the public comment portion of Board meetings are required to sign up with the presiding officer, or designee, online or in person before the meeting within the time set forth in Board policy BED (Local). Those who wish to speak during public comment must complete and submit a form online or in person before the meeting is scheduled to begin. For special meetings, like the August 16th Meeting, those who want to speak are required to indicate the agenda item or topic on which they wish to speak to the Board. As the presiding officer, before the Board meeting began, I was provided a list of the members of the public signed up for public comment. I also received the forms the speakers submitted that indicated the agenda items on which they wished to speak to the Board. After the Board meeting, the Board's Executive Assistant prepares a complete spreadsheet regarding who signed up for public comment. For special meetings, that spreadsheet also includes the agenda items upon which the member of the public wished to speak to the Board.

**App. 198**

37.     Mr. Story had signed up for public comment at the August 16th Meeting. I receive the card he submitted to state the agenda item upon which he wished to speak. With respect to the agenda item on which he wished to speak, Mr. Story wrote:"2 or something else – unlike the board, citizens are not required to speak on items only on the agenda." Mr. Story was the only speaker who wrote on the form that he either intended to speak about an item that was not listed on the agenda or that he did not believe he had to limit his public comment to an item on the agenda.

38.     At the beginning of the August 16th Meeting, I announced that there were approximately 180 speakers signed up for public comment. I stated that at two minutes each, that is six hours, just for the public comment portion of the meeting. At several points during the August 16th Meeting, I advised the audience that public comment was limited to items on the agenda.

39.     Every Board President takes different approaches when serving as the presiding officer over Board meetings. My practice is, generally, that when an individual is speaking during public comment and appears to be deviating from the agenda item, I wait a bit to see if the speaker is going to circle back to the listed agenda item before advising that the speaker is off topic or cutting the speaker off.

40.     When it was Mr. Story's turn to speak, I addressed Mr. Story's written submission for public comment. I stated to Mr. Story that he had written that he felt he could speak about something other than agenda items D.1 or D.2. I, then, reminded Mr. Story that the August 16th Meeting was a special called meeting, not a regular Board meeting, and that the Board was only taking comments on these two items.

41.     I understand that Mr. Story claims in this lawsuit that I singled him out because he was the only one to whom I made such comments before they spoke. But Mr. Story was the only speaker who had specifically written that they did not believe they were limited to speaking about items listed on the agenda. No one else had given advance notice of any intention not to speak about items on the

**App. 199**

agenda. Mr. Story's response was that he would "show [me] how what [he was] about to comment on is related to that." I advised Mr. Story that I did not want him to demonstrate to me a relationship and advised Mr. Story that I was absolutely willing to let him speak on D1 and D2. Mr. Story continually interrupted me and spoke over me and did not allow me to even answer the questions he was asking.

42.     Mr. Story began speaking. At first, he was talking about matters related to COVID-19, a mask mandate, the Governor's Executive Order, Texas Supreme Court opinions regarding masks, and the Board resolution regarding employee COVID-19 leave. Because the matters were agenda items, Mr. Story was fully within his rights to speak and was complying with the rules of the meeting. He was able to speak without interruption.

43.     When Mr. Story began to discuss the protective order against Dr. Azaiez—which I knew had nothing to do with employee COVID-19 leave or a mask mandate—I advised him that this was not part of agenda items D.1 or D.2 and that he could not speak about off-topic items. I told Mr. Story several times that he could not speak on the off-topic item, but he continued to speak, even after his microphone was cut off. Because he repeatedly defied my directives that he was off topic and continued to speak on the off-topic item, despite his microphone being cut off, I stated that Mr. Story needed to be removed from the meeting. Even after that, Mr. Story continued to speak and raised his voice louder so that he could be heard even with his microphone cut off.

44.     Round Rock ISD police officers Milton Pope and Frank Pontillo approached Mr. Story and asked him to leave the room but Mr. Story continued speaking. As the officers tried to escort Mr. Story from the meeting room, he continued speaking and was shouting out to the Board and waving his arm in the air. His conduct disrupted the meeting and interfered with the orderly proceeding of the meeting.

45.     Based on my observations, Sergeant Pope and Officer Pontillo acted very professionally and not aggressively when they approach Mr. Story. I observed that they were calm and

**App. 200**

tried to reason with Mr. Story to get him to cooperate and leave the meeting room. I did not observe Sergeant Pope or Officer Pontillo engage in any physical contact that seemed unreasonable or excessive to remove Mr. Story from the meeting room. They seemed to use minimal and restrained physical contact that was necessary to physically guide or lead Mr. Story out of the meeting room.

46.     The content of Mr. Story's speech and the viewpoint he expressed were not the reason I requested his removal from the meeting room. It was his actions and conduct that were the reason I asked for his removal. He violated the rules of the meeting by speaking off topic. He continued to speak (and even raised his voice to speak), after repeated instructions and warnings to stop. I had warned everyone in the meeting that they could speak only on agenda items. Mr. Story was present when I instructed other speakers that they were off topic. He was present in the room—and even shouted out from the audience to the Board—when Jennifer White raised the issue of the protective order against Dr. Azaiez, and I directed her to stop speaking about an item that was not on the agenda. He observed that Ms. White was asked to be escorted from the room when she continued to speak on the off-topic matter after being directed to stop. I also gave Mr. Story a warning before he spoke that he could speak only on items on the agenda. In his response to this warning, it was clear that he intended to speak on an item that he knew was not on the agenda.

47.     I understand that Mr. Story alleges he was not off topic because he was talking about safety and security or talking by analogy about safety and security. The items on the agenda, however, related to COVID-19 health and safety protocols and COVID-19 leave. The safety focus was limited to preventing the spread of an airborne virus. General matters of safety and security were not on the agenda. For example, if someone wanted to discuss the use of clear bags on campuses to detect weapons, that is a safety and security issue, but it is not on the agenda. Similarly, if someone wanted to call on the Board to double the size of the Police Department, that is a matter of safety and security. Again, that item would be off topic.

**App. 201**

48.    I understand that in this lawsuit, Mr. Story alleges that Elaine Lee, Catherine Wrightmire, Don Zimmerman, Jennifer White, Jason Schklar, and Renata Sims spoke off topic, but I did not cut them off. That is inaccurate. In addition, none of these individuals gave me advance notice in writing that they intended to speak on a matter not on the agenda or advised in writing that they did not believe they were limited to speaking on matters on the agenda. They also did not advise before they began speaking that they were going to "show me" or "demonstrate to me" how an item not on the agenda, in fact, "related to" an agenda item.

49.    Ms. Lee's public comment was completely about the mask mandate and her support for adopting a mask mandate. While she referenced Senator Ted Cruz, she was discussing his opposition to mask requirements in public schools while he sent his children to private schools where mask mandates were allowed. Everything she said was part of her support for a Districtwide mask mandate.

50.    Ms. Wrightmire was also speaking on topic. She discussed COVID-19 health and safety precautions and her opposition to a mask mandate. It is my understanding that Mr. Story believes Ms. Wrightmire was off topic when she referenced Frederick Douglass and his book My Bondage and My Freedom. While I believe it was a poor example, Ms. Wrightmire stated she believed masks promote fear and discussed the psychological component to and fear of COVID-19 as portrayed by the media. She referenced Frederick Douglass's work and compared the psychological impact of the slave and slaveholder mentality to the psychological components of masks. The entire point of her public comment was her opposition to a mask mandate and that the desire for masks arose from fear and a psychological response to media reporting about the number of COVID-19 cases.

51.    Mr. Zimmerman was also talking about masks and his opposition to a mask mandate. While he invoked Jesus and God, the reference related to mask mandates. He was asking that the

**App. 202**

Board not try to play God by mandating health measures like masks, and noting that only God can determine when a person's time on this Earth is up.

52.     Mr. Schklar did speak off topic and he was cut off. I know that Mr. Story complains that Mr. Schklar was not cut off as quickly as Mr. Story. I generally allow speakers a bit of time to see if they are on topic. Unlike Mr. Story, Mr. Schklar had not written that he was going to talk about something not on the agenda or believed that he could do so. When Mr. Schklar began speaking off topic, I believed he was referencing social distancing protocols in the meeting, which is a COVID-19 health and safety protocol. But when he switched to referencing QAnon and Board members, Mr. Schklar could have been cut off sooner than he was. Even then, it was only a matter of 10 seconds or less before he was cut off. There were two things that were out of my control that resulted in the delay. Mr. Schklar was presenting public comment virtually. While I could cut off someone's microphone in the meeting room, I did not have the ability to control the microphones of the individuals who were speaking virtually. That was managed by technology personnel, and the process to get the information to the personnel to shut down the microphone results in delayed action. I simply did not have the ability to cut Mr. Schklar's microphone myself. I was also having technological issues with my own microphone repeatedly during the meeting, including when I was trying to tell Mr. Story he was off topic. I was having issues with my microphone during Mr. Schklar's public comment as well. Regardless, any difference regarding the speed at which I cut Mr. Schklar off and the speed at which I cut Mr. Story off was not related to the content of their speech or the viewpoints they expressed. And unlike Mr. Story, when Mr. Schklar was advised he was off topic, there was no further speaking.

53.     I understand that Mr. Story alleges that Ms. White was treated differently than he was because even though she spoke off topic and continued to speaking after being advised she was off topic, she was not removed from the meeting. When Ms. White continued speaking after she was

**App. 203**

advised she was off topic, I stated from the dais that Ms. White needed to be escorted from the meeting room. By that time, unlike Mr. Story, Ms. White stopped speaking, she was already walking way from the microphone, and she voluntarily left.

54.    I understand that Mr. Story similarly complains that Ms. Sims was cut off from speaking because she was speaking on a matter that was not on the agenda but was not removed from the meeting. Unlike Mr. Story, Ms. Sims did not continue speaking after she was cut off and told that she could not speak about matters that were not agenda items. She did not engage in conduct similar to Mr. Story to disrupt the meeting.[2]

55.    My request to remove Mr. Story was not based on a single action, but the total picture of what occurred that evening. He specifically wrote on his public comment form that he did not believe the rules of the meeting applied and that he could speak off topic. He sat in a Board meeting—where he had already shouted from the audience when it was not his time to speak—as I repeatedly advised speakers they could speak only about agenda items. He heard me on one or more occasions state that the protective order against Dr. Azaiez was not an item on the agenda. I warned him before he spoke about the rules of the meeting and that he could speak only on agenda items. He seemed to acknowledge that he was going to speak on topics not on the agenda but somehow demonstrate a relationship between the issues—and I advised him that I did not want him to demonstrate a relationship but to speak on the actual agenda items. And he spoke on an item not on the agenda anyway. When I told him he was off topic and he could not speak about items that were not posted on the agenda, he continued speaking, would not cease, and even raised his voice, in violation of the meeting rules. Because he would not follow the rules of the meeting despite repeated warnings and

---

[2]    During Ms. Sims's public comment, I was also having trouble with my microphone, which caused a delay in my advising she was off topic. As the August 16th Meeting video shows, Board Vice President Amber Feller Landrum had to speak to tell Ms. Sims she was off topic after my microphone would not work.

**App. 204**

directives, he became disruptive to the meeting. Therefore, I requested that he be removed from the meeting.

56.     Three days later, on August 19, 2021, the Board held its regular, monthly meeting (the "August 19th Meeting"). Attached as **Exhibit 16** is a true and correct copy of the Agenda for the August 19th Meeting. Attached as **Exhibit 17** is a true and correct copy of the Minutes of the August 19th Meeting. Included as **Exhibit 18** is a true and correct copy of the videorecording of the August 19th Meeting. The videorecording is also available on Round Rock ISD's website at https://roundrockisdtx.new.swagit.com/videos/130768.

57.     The August 19th Meeting Agenda was posted on August 13, 2021, three days before the August 16th Meeting. Mr. Story attended the August 19th Meeting and spoke during public comment. Because the August 19th Meeting was a regular meeting, speakers could speak about any matter and were not limited to items on the agenda. Mr. Story spoke the entire two minutes of his public comment about the protective order, without interruption. Other speakers also spoke about Dr. Azaiez and the protective order without interruption.

58.     After the August 16th Meeting, I did not speak to Chief Yarbrough, Assistant Police Chief Williby, Detective Lauren Griffith, or any other Round Rock ISD or District Police Department personnel about Mr. Story or his conduct at the August 16th Meeting. I did not direct Chief Yarbrough, Assistant Police Chief Williby, Detective Lauren Griffith, or any other Round Rock ISD or District Police Department personnel to investigate Mr. Story or seek to have him arrested. I did not direct and was not involved in any way with Detective Griffith's investigation of Mr. Story's conduct at the August 16th Meeting. I had no conversations with Detective Griffith regarding Mr. Story or her investigation. I was not involved in any way in any decision-making regarding investigating Mr. Story, preparing an affidavit for warrant of his arrest, or deciding to pursue any arrest or charges against Mr. Story. I never saw any warrant affidavit for his arrest prior to his arrest. I was not aware that the Round

**App. 205**

Rock ISD Police Department was submitting any warrant affidavit for the arrest of Mr. Story. I was not aware that any further action would be taken against Mr. Story until I learned that there was a warrant for his arrest signed by a judge.

59.     I did not speak with any Williamson County officials or judge about Mr. Story or his conduct at the August 16th Meeting prior to Mr. Story's arrest. I did not have communications with any Williamson County officials to encourage them to arrest Mr. Story or to have a judge sign a warrant affidavit for his arrest. I did not even know that a warrant affidavit was going to be presented for review and did not know the identity of the judge who signed the arrest warrant for Mr. Story's arrest.

60.     Exhibits 1–4 and 9–18, referenced in and attached to this Declaration, are exact duplicates or screen recordings of the original records, except for any affixed Bates or Exhibit labels. Exhibits 1–4 and 9–18, referenced in and attached to this Declaration, are memoranda, reports, records, or data compilations of acts, events, conditions, opinions, or diagnoses made at or near the time of each act, event, condition, opinion, or diagnosis and set forth by someone with knowledge, acting in the regular course of business. Exhibits 1–4 and 9–18, referenced in and attached to this Declaration, are prepared and maintained in the course of Round Rock ISD's regularly conducted business activity and maintained by Round Rock ISD in the course of this regularly conducted business activity. It is the regular practice of Round Rock ISD to make or maintain these types of records at or near the time each act, event, condition, or opinion set forth in the record occurred. Exhibits 1–4 and 9–18, attached to this Declaration, were made or maintained by, or from information transmitted by, persons with knowledge of the matters set forth. It is the regularly conducted business activity of Round Rock ISD to make or maintain these records.

**App. 206**

Under 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this ___12th___ day of ___December___, 2025.

___AMY WEIR___

Round Rock ISD
246909

Exhibit 2

BOARD MEETINGS                                                              BED
PUBLIC PARTICIPATION                                                   (LOCAL)

| | |
|---|---|
| **Limit on Participation** | Audience participation at a Board meeting is limited to the portion of the meeting designated to receive public comment in accordance with this policy. At all other times during a Board meeting, the audience shall not enter into discussion or debate on matters being considered by the Board, unless requested by the presiding officer. |
| **Public Comment** | At regular Board meetings, the Board shall permit public comment, |
| Regular Meetings | regardless of whether the topic is an item on the agenda posted with notice of the meeting. |
| Special Meetings | At all other Board meetings, public comment shall be limited to items on the agenda posted with notice of the meeting. |
| Procedures | Individuals who wish to participate during the portion of the meeting designated for public comment shall sign up with the presiding officer or designee online 27 hours before the meeting and in person one hour before the meeting is scheduled to begin. The form must be completed and submitted online three hours before the meeting or in person before the scheduled time listed on the agenda for the meeting to begin. A speaker who attends a Board meeting in person shall be called to speak first. For a special meeting, an individual wishing to speak shall indicate the agenda item or topic on which he or she wishes to address the Board. Any individual requiring an interpreter to address the Board shall be given instructions and the ability to request an interpreter if he or she signs up to speak at least eight hours before the meeting start time. |
| | Public comment shall occur at the beginning of the meeting. |
| | Except as permitted by this policy and the Board's procedures on public comment, an individual's comments to the Board shall not exceed three minutes per meeting. |
| Meeting Management | Generally, public speakers shall be given two minutes to address the Board. However, when necessary for effective meeting management or to accommodate large numbers of individuals wishing to address the Board, the presiding officer may make adjustments to public comment procedures, including adjusting when public comment will occur during the meeting, reordering agenda items, deferring public comment on nonagenda items, continuing agenda items to a later meeting, providing expanded opportunity for public comment, or adjusting the time allotted to each speaker. However, no individual shall be given less than one minute to make comments. |

DATE ISSUED: 3/3/2021                                              1 of 2
LDU 2021.02
BED(LOCAL)-X                                                    **App. 208**

**EXHIBIT 1**

Round Rock ISD
246909

Exhibit 2

BOARD MEETINGS                                                                BED
PUBLIC PARTICIPATION                                                      (LOCAL)

| | |
|---|---|
| Board's Response | Specific factual information or recitation of existing policy may be furnished in response to inquiries, but the Board shall not deliberate or decide regarding any subject that is not included on the agenda posted with notice of the meeting. |
| **Complaints and Concerns** | The presiding officer or designee shall determine whether an individual addressing the Board has attempted to solve a matter administratively through resolution channels established by policy. If not, the individual shall be referred to the appropriate policy to seek resolution: |

- Employee complaints: DGBA

- Student or parent complaints: FNG

- Public complaints: GF

**Disruption**     The Board shall not tolerate disruption of the meeting by members of the audience. If, after at least one warning from the presiding officer, any individual continues to disrupt the meeting by his or her words or actions, the presiding officer may request assistance from law enforcement officials to have the individual removed from the meeting.

**EXHIBIT 1**

Round Rock ISD
246909

BOARD MEETINGS                                                                          BED
PUBLIC PARTICIPATION                                                              (LEGAL)

**United States Constitution**

A district shall take no action abridging the freedom of speech or the right of the people to petition the board for redress of grievances. *U.S. Const. Amend. I, XIV*

A board may confine its meetings to specified subject matter and may hold nonpublic sessions to transact business. When the board sits in public meetings to conduct public business and hear the views of citizens, it may not discriminate between speakers on the basis of the content of their speech or the message it conveys. *Rosenberger v. Rector & Visitors of Univ. of Virginia, 515 U.S. 819, 828 (1995); City of Madison v. Wis. Emp. Rel. Comm'n, 429 U.S. 167, 176 (1976); Pickering v. Bd. of Educ., 391 U.S. 563, 568 (1968)*

A board may create a limited public forum for the purpose of hearing comments from the public so long as:

1.  The board does not discriminate against speech on the basis of viewpoint;

2.  Any restrictions are reasonable in light of the purpose served by the forum; and

3.  The board provides alternative paths for expressing categories of protected speech that are excluded from the forum.

*Fairchild v. Liberty Indep. Sch. Dist., 597 F.3d 747 (5th Cir. 2010)*

**Texas Constitution**

Citizens shall have the right, in a peaceable manner, to assemble together for their common good and to apply to those invested with the powers of government for redress of grievances or other purposes, by petition, address, or remonstrance. *Tex. Const. Art. I, Sec. 27*

**Public Comment**

A board shall allow each member of the public who desires to address the board regarding an item on an agenda for an open meeting of the board to address the board regarding the item at the meeting before or during the board's consideration of the item.

Time Limits

A board may adopt reasonable rules regarding the public's right to address the board under these provisions, including rules that limit the total amount of time that a member of the public may address the board on a given item.

*Additional Time for Translation*

If a board does not use simultaneous translation equipment in a manner that allows the board to hear the translated public testimony simultaneously, a rule adopted that limits the amount of time that a member of the public may address the board must provide that a member of the public who addresses the board through a translator must be given at least twice the amount of time as a

**EXHIBIT 2**

Round Rock ISD
246909

BOARD MEETINGS                                                      BED
PUBLIC PARTICIPATION                                          (LEGAL)

member of the public who does not require the assistance of a translator in order to ensure that non-English speakers receive the same opportunity to address the board.

Public Criticism

A board may not prohibit public criticism of the board, including criticism of any act, omission, policy, procedure, program, or service. This does not apply to public criticism that is otherwise prohibited by law.

*Gov't Code 551.007*

**Disruption**

It is a criminal offense for a person, with intent to prevent or disrupt a lawful meeting, to substantially obstruct or interfere with the ordinary conduct of a meeting by physical action or verbal utterance and thereby curtail the exercise of others' First Amendment rights. *Penal Code 42.05; Morehead v. State, 807 S.W. 2d 577 (Tex. Cr. App. 1991)*

DATE ISSUED: 10/14/2019                                           2 of 2
UPDATE 114
BED(LEGAL)-P                                                     **App. 211**

**EXHIBIT 2**



### Friday, July 23, 2021
### CANCELED - ROUND ROCK INDEPENDENT SCHOOL DISTRICT BOARD OF TRUSTEES CALLED BOARD MEETING

**CALLED BOARD MEETING**
**Notice is hereby given pursuant to Texas Government Code Sections 551.125 and 551.045 that due to the threat of community spread of COVID-19, a Called Board Meeting of the Board of Trustees of the Round Rock Independent School District will be held on Friday, July 23, 2021, beginning at 2:30 PM. In accordance with the waiver to certain provisions of the Texas Open Meetings Act issued by Governor Greg Abbott on March 16, 2020, trustees will participate in person at the RRISD Lillie Delgado Administration Building, 1311 Round Rock Ave, Round Rock, TX 78681.**

**A. CALL TO ORDER**

1. Call to Order

**B. PLEDGE OF ALLEGIANCE AND TEXAS PLEDGE**

1. Pledge of Allegiance and Texas Pledge

**C. CLOSED SESSION**

1. Pursuant to Texas Government Code Under Section 551.071, the Board will meet in consultation with attorney regarding the Superintendent's contract.

**D. CALL BACK TO ORDER**

1. Call Back to Order

**E. ADJOURNMENT**

1. Adjournment

# EXHIBIT 3

## App. 212

RRISD 02108



**Friday, July 23, 2021**
## CANCELED - ROUND ROCK INDEPENDENT SCHOOL DISTRICT BOARD OF TRUSTEES CALLED BOARD MEETING

**CALLED BOARD MEETING**
**Notice is hereby given pursuant to Texas Government Code Sections 551.125 and 551.045 that due to the threat of community spread of COVID-19, a Called Board Meeting of the Board of Trustees of the Round Rock Independent School District will be held on Friday, July 23, 2021, beginning at 2:30 PM. In accordance with the waiver to certain provisions of the Texas Open Meetings Act issued by Governor Greg Abbott on March 16, 2020, trustees will participate in person at the RRISD Lillie Delgado Administration Building, 1311 Round Rock Ave, Round Rock, TX 78681.**

## A. CALL TO ORDER

| Subject | **1. Call to Order** |
|---|---|
| Meeting | Jul 23, 2021 - CANCELED - ROUND ROCK INDEPENDENT SCHOOL DISTRICT BOARD OF TRUSTEES CALLED BOARD MEETING |
| Category | A. CALL TO ORDER |
| Type | |

Announcement by the chairman as to the presence of a quorum, that the meeting has been duly called, and that the notice of the meeting has been posted for time and in the manner required by law.

## B. PLEDGE OF ALLEGIANCE AND TEXAS PLEDGE

| Subject | **1. Pledge of Allegiance and Texas Pledge** |
|---|---|
| Meeting | Jul 23, 2021 - CANCELED - ROUND ROCK INDEPENDENT SCHOOL DISTRICT BOARD OF TRUSTEES CALLED BOARD MEETING |
| Category | B. PLEDGE OF ALLEGIANCE AND TEXAS PLEDGE |
| Type | Procedural |

## C. CLOSED SESSION

| Subject | **1. Pursuant to Texas Government Code Under Section 551.071, the Board will meet in consultation with attorney regarding the Superintendent's contract.** |
|---|---|
| Meeting | Jul 23, 2021 - CANCELED - ROUND ROCK INDEPENDENT SCHOOL DISTRICT BOARD OF TRUSTEES CALLED BOARD MEETING |
| Category | C. CLOSED SESSION |
| Type | Information |

Such closed or executive meeting or session as authorized by the Texas Open Meetings Act, Texas Government Code Section 551.001 et seq., will be held by the School Board at the date and place given in this Notice as soon after the commencement of the meeting covered by the notice as the School Board may conveniently meet in such closed or executive meeting or session concerning any and all purposes permitted by the Act, including, but not limited to the above mentioned sections and purposes.

EXHIBIT 3                          App. 213

Following the Closed Session, the Board will reconvene in Open Session and may take action on any item discussed in Closed Session.

## D. CALL BACK TO ORDER

| | |
|---|---|
| **Subject** | **1. Call Back to Order** |
| Meeting | Jul 23, 2021 - CANCELED - ROUND ROCK INDEPENDENT SCHOOL DISTRICT BOARD OF TRUSTEES CALLED BOARD MEETING |
| Category | D. CALL BACK TO ORDER |
| Type | |

## E. ADJOURNMENT

| | |
|---|---|
| **Subject** | **1. Adjournment** |
| Meeting | Jul 23, 2021 - CANCELED - ROUND ROCK INDEPENDENT SCHOOL DISTRICT BOARD OF TRUSTEES CALLED BOARD MEETING |
| Category | E. ADJOURNMENT |
| Type | Information |

**CANCELED**

On this the 21st day of July 2021 at 4:30 p.m., a copy of this notice was posted on the Round Rock ISD website.

On this the 20th day of July 2021 at 11:00 a.m., a copy of this notice was posted on the Round Rock ISD website.

# EXHIBIT 3          App. 214

RRISD 02110



**Friday, July 23, 2021**
**CANCELED - ROUND ROCK INDEPENDENT SCHOOL DISTRICT BOARD OF TRUSTEES**
**CALLED BOARD MEETING**

**CALLED BOARD MEETING**
**Notice is hereby given pursuant to Texas Government Code Sections 551.125 and 551.045 that due to the threat of community spread of COVID-19, a Called Board Meeting of the Board of Trustees of the Round Rock Independent School District will be held on Friday, July 23, 2021, beginning at 7:30 AM. In accordance with the waiver to certain provisions of the Texas Open Meetings Act issued by Governor Greg Abbott on March 16, 2020, trustees will participate in person at the RRISD Lillie Delgado Administration Building, 1311 Round Rock Ave, Round Rock, TX 78681.**

**A. CALL TO ORDER**

1. Call to Order

**B. PLEDGE OF ALLEGIANCE AND TEXAS PLEDGE**

1. Pledge of Allegiance and Texas Pledge

**C. CLOSED SESSION**

1. Pursuant to Texas Government Code Under Section 551.071, the Board will meet in consultation with attorney regarding the Superintendent's contract.

**D. CALL BACK TO ORDER/EXECUTIVE SESSION MOTIONS**

1. Call Back to Order/Executive Session Motions

**E. ADJOURNMENT**

1. Adjournment

# EXHIBIT 3    App. 215

RRISD 02111



**Friday, July 23, 2021**
**CANCELED - ROUND ROCK INDEPENDENT SCHOOL DISTRICT BOARD OF TRUSTEES
CALLED BOARD MEETING**

**CALLED BOARD MEETING**
Notice is hereby given pursuant to Texas Government Code Sections 551.125 and 551.045 that
due to the threat of community spread of COVID-19, a Called Board Meeting of the Board of
Trustees of the Round Rock Independent School District will be held on Friday, July 23, 2021,
beginning at 7:30 AM. In accordance with the waiver to certain provisions of the Texas Open
Meetings Act issued by Governor Greg Abbott on March 16, 2020, trustees will participate in
person at the RRISD Lillie Delgado Administration Building, 1311 Round Rock Ave, Round Rock,
TX 78681.

## A. CALL TO ORDER

| Subject | **1. Call to Order** |
|---|---|
| Meeting | Jul 23, 2021 - CANCELED - ROUND ROCK INDEPENDENT SCHOOL DISTRICT BOARD OF TRUSTEES CALLED BOARD MEETING |
| Category | A. CALL TO ORDER |
| Type | |

Announcement by the chairman as to the presence of a quorum, that the meeting has been duly called, and that the
notice of the meeting has been posted for time and in the manner required by law.

## B. PLEDGE OF ALLEGIANCE AND TEXAS PLEDGE

| Subject | **1. Pledge of Allegiance and Texas Pledge** |
|---|---|
| Meeting | Jul 23, 2021 - CANCELED - ROUND ROCK INDEPENDENT SCHOOL DISTRICT BOARD OF TRUSTEES CALLED BOARD MEETING |
| Category | B. PLEDGE OF ALLEGIANCE AND TEXAS PLEDGE |
| Type | Procedural |

## C. CLOSED SESSION

| Subject | **1. Pursuant to Texas Government Code Under Section 551.071, the Board will meet in consultation with attorney regarding the Superintendent's contract.** |
|---|---|
| Meeting | Jul 23, 2021 - CANCELED - ROUND ROCK INDEPENDENT SCHOOL DISTRICT BOARD OF TRUSTEES CALLED BOARD MEETING |
| Category | C. CLOSED SESSION |
| Type | Information |

Such closed or executive meeting or session as authorized by the Texas Open Meetings Act, Texas Government Code
Section 551.001 et seq., will be held by the School Board at the date and place given in this Notice as soon after the
commencement of the meeting covered by the notice as the School Board may conveniently meet in such closed or
executive meeting or session concerning any and all purposes permitted by the Act, including, but not limited to the
above mentioned sections and purposes.

EXHIBIT 3                                    App. 216

**RRISD 02112**

Following the Closed Session, the Board will reconvene in Open Session and may take action on any item discussed in Closed Session.

## D. CALL BACK TO ORDER/EXECUTIVE SESSION MOTIONS

| | |
|---|---|
| **Subject** | **1. Call Back to Order/Executive Session Motions** |
| Meeting | Jul 23, 2021 - CANCELED - ROUND ROCK INDEPENDENT SCHOOL DISTRICT BOARD OF TRUSTEES CALLED BOARD MEETING |
| Category | D. CALL BACK TO ORDER/EXECUTIVE SESSION MOTIONS |
| Type | |

## E. ADJOURNMENT

| | |
|---|---|
| **Subject** | **1. Adjournment** |
| Meeting | Jul 23, 2021 - CANCELED - ROUND ROCK INDEPENDENT SCHOOL DISTRICT BOARD OF TRUSTEES CALLED BOARD MEETING |
| Category | E. ADJOURNMENT |
| Type | Information |

**CANCELED**

On this the 20th day of July 2021 at 11:00 a.m., a copy of this notice was posted on the Round Rock ISD website.

On this the 19th day of July 2021 at 5:00 p.m., a copy of this notice was posted on the Round Rock ISD website.

# EXHIBIT 3          App. 217

RRISD 02113

BoardDocs® Pro



### Monday, August 23, 2021
## ROUND ROCK INDEPENDENT SCHOOL DISTRICT BOARD OF TRUSTEES CALLED BOARD MEETING

**CALLED BOARD MEETING**
**TIME: 5:30 p.m.**
**Round Rock High School 100 Lecture Hall, 300 N Lake Creek Drive, Round Rock, TX 78681**

## A. CALL TO ORDER

| | |
|---|---|
| **Subject** | **1. Call to Order** |
| Meeting | Aug 23, 2021 - ROUND ROCK INDEPENDENT SCHOOL DISTRICT BOARD OF TRUSTEES CALLED BOARD MEETING |
| Category | A. CALL TO ORDER |
| Type | |

Announcement by the chairman as to the presence of a quorum, that the meeting has been duly called, and that the notice of the meeting has been posted for time and in the manner required by law.

## B. PLEDGE OF ALLEGIANCE AND TEXAS PLEDGE

| | |
|---|---|
| **Subject** | **1. Pledge of Allegiance and Texas Pledge** |
| Meeting | Aug 23, 2021 - ROUND ROCK INDEPENDENT SCHOOL DISTRICT BOARD OF TRUSTEES CALLED BOARD MEETING |
| Category | B. PLEDGE OF ALLEGIANCE AND TEXAS PLEDGE |
| Type | Procedural |

## C. CLOSED SESSION

| | |
|---|---|
| **Subject** | **1. Pursuant to Texas Government Code Under Section 551.071, the Board will meet in consultation with attorney regarding the Superintendent's contract.** |
| Meeting | Aug 23, 2021 - ROUND ROCK INDEPENDENT SCHOOL DISTRICT BOARD OF TRUSTEES CALLED BOARD MEETING |
| Category | C. CLOSED SESSION |
| Type | Information |

Such closed or executive meeting or session as authorized by the Texas Open Meetings Act, Texas Government Code Section 551.001 et seq., will be held by the School Board at the date and place given in this Notice as soon after the commencement of the meeting covered by the Notice as the School Board may conveniently meet in such closed or executive meeting or session concerning any and all purposes permitted by the Act, including, but not limited to the above mentioned sections and purposes.

## D. CALL BACK TO ORDER

| | |
|---|---|
| **Subject** | **1. Call Back to Order** |

1/2

# EXHIBIT 4                    **App. 218**

**RRISD 02407**

| | |
|---|---|
| Meeting | Aug 23, 2021 - ROUND ROCK INDEPENDENT SCHOOL DISTRICT BOARD OF TRUSTEES CALLED BOARD MEETING |
| Category | D. CALL BACK TO ORDER |
| Type | |

## E. ADJOURNMENT

| | |
|---|---|
| **Subject** | **1. Adjournment** |
| Meeting | Aug 23, 2021 - ROUND ROCK INDEPENDENT SCHOOL DISTRICT BOARD OF TRUSTEES CALLED BOARD MEETING |
| Category | E. ADJOURNMENT |
| Type | Information |

On this the 16th day of August 2021 at 5:00 p.m., a copy of this notice was posted on the Round Rock ISD website.

# EXHIBIT 4                    App. 219

RRISD 02408

ROUND ROCK **I S D**

## ROUND ROCK INDEPENDENT SCHOOL DISTRICT
### Round Rock, Texas

A Called Board Meeting of the Board of Trustees was held on Monday, August 23, 2021, commencing at 5:30 p.m. at the Round Rock High School 100 Lecture Hall, located at 300 N. Lake Creek Drive, Round Rock, TX 78681.

| | |
|---|---|
| Call to Order | President Amy Weir called the meeting to order at 5:30 p.m. |
| Roll Call | President Amy Weir, Vice President Amber Feller, Cory Vessa, Dr. Mary Bone and Danielle Weston. |
| Absent | Tiffanie N. Harrison, Dr. Jun Xiao. |
| Pledge of Allegiance and Texas Pledge | The Board and audience recited the Pledge of Allegiance and Texas Pledge. |
| Closed Session | President Amy Weir called the Board into Closed Session at 5:31 p.m. for purposes permitted by the Texas Open Meetings Act, Texas Government Code 551.001 et seq. to: |

1.  Pursuant to Texas Government Code Under Section 551.071, the Board will meet in consultation with attorney regarding the Superintendent's contract.

| | |
|---|---|
| Reconvene Meeting | The Board reconvened from Closed Session at 8:23 p.m. |

President Weir asked the Board if there were any objections to adjourn the meeting. Hearing none, the meeting adjourned at 8:23 p.m.

These minutes approved the <u>14th</u> day of <u>September</u> 2021.

_____
Amy Weir
President

_____
Tiffanie N. Harrison
Secretary

# EXHIBIT 4                    App. 220

**RRISD 02409**

**Subject**: A urgent matter of concern for RRISD students, parents, teachers and administrators
**From**: Jeremy Story <jeremy@jeremystory.org>
**To**: amy_weir@roundrockisd.org,amber_feller@roundrockisd.org,tiffanie_n_harrison@roundrockisd.org,jun_xiao@roundrockisd.org,mary_bone@roundrockisd.org,cory_vessa@roundrockisd.o
**Date Sent**: Fri, 23 Jul 2021 19:10:40 -0500
**Date Received**: Fri, 23 Jul 2021 17:10:41 -0700 (PDT)

Board of Trustees,

**An issue of grave concern has been brought to my attention.**  The recently appointed Superintendent, Hafedh Azaiez has been accused of having extra-marital sexual tryst over the past four years with a Principal he met at an education conference.  During this ongoing affair he allegedly actively led this woman to believe he was divorced.  This continued through the time when he was hired by RRISD.  This long affair ended recently after he was told by this woman (I am leaving her name out for her protection) that she was pregnant with his baby.

In addition, upon further investigation and first hand interviews with the woman he allegedly violated and left in the dust, I have discovered she is making accusations of even more egregious actual criminal acts by Hafedh Azaiez against her.  She tearfully states, he verbally threatened her and her unborn child in an attempt to scare her into submission to his will.  He then allegedly followed through on his threats, this woman is now stating that he recently went out to meet her, assaulted her, shook her and threw her to the ground leaving visible damage to this woman and potentially harming his own alleged child.

In my interviews with her I have found her story credible.  In addition, she is a very respected longstanding leader in the education community.

I urge the board to call an immediate meeting for the purpose of discussing this matter.  This is one of the primary roles of the board, providing oversight for the Superintendent.  I and many other community members urged you to take a few extra weeks to properly vet him once you revealed to the public that he was the final candidate.  Through a 5-2 vote you ignored the community's concerns and moved ahead to approve his contract without delay.  Now, you again have an opportunity to stop protecting your own political careers and instead act in the best interest of RRISD teachers, students and parents.  Will you?

Sincerely,

Jeremy Story
Father to 7 Children, Pastor, National Faith Community Leader, Businessman and very concerned Citizen of Round Rock

# EXHIBIT 5

**App. 221**

1 / 1

Exported using Save Emails as PDF by cloudHQ

JS 200001

**Subject**: Immediate need for your action to help RRISD
**From**: Jeremy Story <jeremy@jeremystory.org>
**To**: amy_weir@roundrockisd.org,Amber Feller <amber_feller@roundrockisd.org>,tiffanie_n_harrison@roundrockisd.org,Jun Xiao <jun_xiao@roundrockisd.org>,mary_bone@roundrockisd.org,Cory Vessa <cory_vessa@roundrockisd.org>,Danielle Weston <danielle_weston@roundrockisd.org>
**Date Sent**: Friday, July 30, 2021 12:30:46 PM GMT-05:00
**Date Received**: Friday, July 30, 2021 12:30:47 PM GMT-05:00

Board of Trustees,

Trustees Amy Weir, Amber Feller, Tiffanie Harrison, Jun Xiao, and Cory Vessa have each expressed their belief in different ways that this doesn't need further investigation/action and/or have ignored or refused to speak with me to investigate to discern if there is truth to this serious matter.  Some of these five have even gone so far as to question the validity of the woman's claims who is the alleged victim in this matter while at the same time refusing to hear further about the matter.  Some have passed along sensitive information to Hafedh Azaiez or worked together apart from the whole board to stop further investigation.  This sends a signal that no one can safely approach these board members with a serious grievance concerning the Superintendent.  This is a gross error in judgement that is compounded by previously ignoring warnings from the community for the need to further vet the Hafedh Azaiez before hiring him.

Accordingly, I officially respectfully request any of the above Trustees involved in this cover up and poor decision making immediately resign.  If you don't feel this applies to you then stay on the board and face the public scrutiny on this matter.  For those that haven't been involved you have nothing to fear from public scrutiny.  We all make mistakes.  It isn't my desire to drag this out further.  The decision is yours.  Remedy your mistake by respectfully resigning.  My bottom line goal is to protect this woman, her unborn child, and the the children, teachers and administrators of RRISD.

Sincerely,

Jeremy Story


On Jul 23, 2021, at 7:10 PM, Jeremy Story <jeremy@jeremystory.org> wrote:

Board of Trustees,

<u>An issue of grave concern has been brought to my attention.</u>  The recently appointed Superintendent, Hafedh Azaiez has been accused of having extra-marital sexual tryst over the past four years with a Principal he met at an education conference.  During this ongoing affair he allegedly actively led this woman to believe he was divorced.  This continued through the time when he was hired by RRISD.  This long affair ended recently after he was told by this woman (I am leaving her name out for her protection) that she was pregnant with his baby.

In addition, upon further investigation and first hand interviews with the woman he allegedly violated and left in the dust, I have discovered she is making accusations of even more egregious actual criminal acts by Hafedh Azaiez against her.  She tearfully states, he verbally threatened her and her unborn child in an attempt to scare her into submission to his will.  He then allegedly followed through on his threats, this woman is now stating that he recently went out to meet her, assaulted her, shook her and threw her to the ground leaving visible damage to this woman and potentially harming his own alleged child.

In my interviews with her I have found her story credible.  In addition, she is a very respected longstanding leader in the education community.

I urge the board to call an immediate meeting for the purpose of discussing this matter.  This is one of the primary roles of the board, providing oversight for the Superintendent.  I and many other community members urged you to take a few extra weeks to properly vet him once you revealed to the public that he was the final candidate.  Through a 5-2 vote you ignored the community's concerns and moved ahead to approve his contract without delay.  Now, you again have an opportunity to stop protecting your own political careers and instead act in the best interest of RRISD teachers, students and parents.  Will you?

Sincerely,

Jeremy Story
Father to 7 Children, Pastor, National Faith Community Leader, Businessman and very concerned Citizen of Round Rock


# EXHIBIT 6

## App. 222

JS 200024

**Subject**: Restraining order against Superintendent Hafedh Azaiez
**From**: Jeremy Story <jeremy@jeremystory.org>
**To**: amy_weir@roundrockisd.org,Amber Feller <amber_feller@roundrockisd.org>,tiffanie_n_harrison@roundrockisd.org,Jun Xiao <jun_xiao@roundrockisd.org>,mary_bone@roundrockisd.org,Cory Vessa <cory_vessa@roundrockisd.org>,Danielle Weston <danielle_weston@roundrockisd.org>
**Date Sent**: Mon, 2 Aug 2021 15:39:11 -0500
**Date Received**: Mon, 02 Aug 2021 13:39:13 -0700 (PDT)

Board of Trustees,

Today at 11:11 Superintendent Hafedh Azaiez was served with an order issued by a court for immediate temporary enforcement of a restraining order based on clear and present danger of family violence. Further court appearance will evaluate any cause for the order to be extended by years. My understanding and research indicates that anytime a court issues such an immediate order it is because the need for immediate protection was based on real and tangible evidence provided to the court. The only reason for the slight delay in this filing was Superintendent Hafedh Azaiez had filed a restraining order prior. I believe he did this in an effort to silence the woman making these accusations. That restraining order was then removed by Superintendent Hafedh Azaiez himself. I and other members of the community warned each of you of Superintendent Hafedh Azaiez prior use of Donna ISD (his former district) police to enforce a restraining order on a different citizen of his district who was making claims against him. Trustees Weir, Feller, Harrison, Xiao, and Vessa I urge each of you involved to resign now to avoid causing the district further hardship and embarrassment as you abdicated one of the highest priorities of a School Board member, providing oversight to the Superintendent. I am simultaneously thankful for how I have watched Trustees Bone and Weston boldly advocate for further investigation by the school board from an employment HR perspective. The police have their role AND so does the school board. They are different roles but, both have valid roles in this matter.

In addition, by not taking action inside Round Rock ISD you subjected the district to strong potential harm which has already resulted in the resignation of high level educators/administrators in RRISD. Need we all dig deeper into this matter? Your resignations along with Superintendent Hafedh Azaiez will end this matter for the district. The fact that, I as a community member, was able to discover all this while you played politics with our children is reprehensible. I wholeheartedly support Superintendent Hafedh Azaiez taking the time to deal with all these personal matters. I hope and pray for nothing by God's full best for Superintendent Hafedh Azaiez personally; however, I will advocate strongly for his removal from his position of power in our district. He then can fully deal with his personal matters while minimizing the risk of any further harm or distraction for the education of kids in our district and the ability of administrators and teachers to do the jobs they sacrifice so much for.

I can attest to the facts regarding the restraining order because I saw it happen with my own eyes. In addition, I have video evidence today that I personally recorded showing district employees literally denying that the constables were in the district office. I walked in seconds behind the people who served Superintendent Hafedh Azaiez with a restraining order. When I politely and calmly questioned the employees who greeted me in the lobby as to who were the people were whom they just let quickly walk through their lobby into the back offices, they actually tried to lead me to believe they were ok allowing anyone to run by who 'seemed' to be employees. Certain members of the district administration have been complicit in covering up this matter. I suggest they all start telling the truth about what they know.

Lastly, I hereby request the opportunity to come testify to the school board and answer questions at the very next public school board meeting. I am not requesting the ability to speak for 3 minutes during public comment. That is always my right. I am requesting the ability to testify at further length and to interact with the school board and answer your questions in this matter which will take more than 3 minutes. This has been the practice with the school board on other serious matters. I assume that you would have no problem seeking truth in this matter by engaging in a public dialogue with a concerned and informed RRISD community member with firsthand information. Refusal of this request should be met with utmost scrutiny by the RRISD public. I am not afraid of the truth, are you?

App. 223

**EXHIBIT 7**

Exported using Save Emails as PDF by cloudHQ

JS 2001630

Sincerely,

Jeremy Story


On Jul 30, 2021, at 12:30 PM, Jeremy Story <jeremy@jeremystory.org> wrote:

Board of Trustees,

Trustees Amy Weir, Amber Feller, Tiffanie Harrison, Jun Xiao, and Cory Vessa have each expressed their belief in different ways that this doesn't need further investigation/action and/or have ignored or refused to speak with me to investigate to discern if there is truth to this serious matter. Some of these five have even gone so far as to question the validity of the woman's claims who is the alleged victim in this matter while at the same time refusing to hear further about the matter. Some have passed along sensitive information to Hafedh Azaiez or worked together apart from the whole board to stop further investigation. This sends a signal that no one can safely approach these board members with a serious grievance concerning the Superintendent. This is a gross error in judgement that is compounded by previously ignoring warnings from the community for the need to further vet the Hafedh Azaiez before hiring him.

Accordingly, I officially respectfully request any of the above Trustees involved in this cover up and poor decision making immediately resign. If you don't feel this applies to you then stay on the board and face the public scrutiny on this matter. For those that haven't been involved you have nothing to fear from public scrutiny. We all make mistakes. It isn't my desire to drag this out further. The decision is yours. Remedy your mistake by respectfully resigning. My bottom line goal is to protect this woman, her unborn child, and the the children, teachers and administrators of RRISD.

Sincerely,

Jeremy Story


On Jul 23, 2021, at 7:10 PM, Jeremy Story <jeremy@jeremystory.org> wrote:

Board of Trustees,

**An issue of grave concern has been brought to my attention.** The recently appointed Superintendent, Hafedh Azaiez has been accused of having extra-marital sexual tryst over the past four years with a Principal he met at an education conference. During this ongoing affair he allegedly actively led this woman to believe he was divorced. This continued through the time when he was hired by RRISD. This long affair ended recently after he was told by this woman (I am leaving her name out for her protection) that she was pregnant with his baby.

In addition, upon further investigation and first hand interviews with the woman he allegedly violated and left in the dust, I have discovered she is making accusations of even more egregious actual criminal acts by Hafedh Azaiez against her. She tearfully states, he verbally threatened her and her unborn child in an attempt to scare her into submission to his will. He then allegedly followed through on his threats, this woman is now stating that he recently went out to meet her, assaulted her, shook her and threw her to the ground leaving visible damage to this woman and potentially harming his own alleged child.

In my interviews with her I have found her story credible. In addition, she is a very respected longstanding leader in the education community.

I urge the board to call an immediate meeting for the purpose of discussing this matter. This is one of the primary roles of the board, providing oversight for the Superintendent. I and many other community members urged you to take a few extra weeks to properly vet him once you revealed to the public that he was the final candidate. Through a 5-2 vote you ignored the community's concerns and moved ahead to approve his contract without delay. Now, you again have an opportunity to stop protecting your own political careers and instead act in the best interest of RRISD teachers, students and parents. Will you?

Sincerely,

Jeremy Story
Father to 7 Children, Pastor, National Faith Community Leader, Businessman and very concerned Citizen of Round Rock

**App. 224**

# EXHIBIT 7

2 / 2


Exported using Save Emails as PDF by cloudHQ

JS 2001631

**Subject**: Proof of lies - urgent need for a meeting
**From**: Jeremy Story <jeremy@jeremystory.org>
**To**: amy_weir@roundrockisd.org,Amber Feller <amber_feller@roundrockisd.org>,tiffanie_n_harrison@roundrockisd.org,Jun Xiao <jun_xiao@roundrockisd.org>,Mary Bone <mary_bone@roundrockisd.org>,Cory Vessa <cory_vessa@roundrockisd.org>,Danielle Weston <danielle_weston@roundrockisd.org>
**Date Sent**: Thu, 12 Aug 2021 23:51:50 -0500
**Date Received**: Thu, 12 Aug 2021 22:02:06 -0700 (PDT)

Board of Trustees,

**Trustees Weir, Vessa, Feller, and Harrison just issued a misleading public statement denying knowledge of the heinous accusations and precarious situation facing Superintendent Azaiez.**  In the same statement they also accused Trustees Bone and Weston of making false statements simply because they were advocating for reviewing the Superintendent's contract.  Superintendent Azaiez has mad materially false representations to the board regarding his relationship with his family as a reason to extend his contract, has maintained an extramarital affair for four years with repeated lies and the presently is facing credible allegations that he assaulted his pregnant mistress with intent to kill his own child.  Trustee Bone and Weston's suggestions to add this to a special meeting or regular meeting agenda are warranted.  In contrast, the three board officers and Trustee Vessa are engaged in Orwellian doublespeak.  Documents show the board has been fully aware of this situation and was also informed directly by the victim herself.

**Superintendent Azaiez has now been served with a Ex Parte protective order for family violence.**  Ex Parte motions are immediately enforced before a hearing, as such, this type of order carries a high standard of proof by the victim seeking protection.  The alleged victim received such an order from a judge against Superintendent Azaiez precisely because of the evidence she presented.  As an employee of the Texas BAR, Trustee Weir knows better but, is falsely misleading the school board into disregarding this order as easy to get.

The victim of Superintendent Azaiez was delayed in seeking protection because Superintendent Azaiez attempted to use a court order to silence her.  Unlike the victim's request to the court, Superintendent Azaiez's request was revoked due to lack of evidence.  In his order he misrepresented himself to the court by making false claims about the victim harassing his 'wife' when, in fact, she was only warning her of the Superintendent's extreme deception.  Most importantly, he also pointed the finger at the board as the source of how he originally found out about the victim's claims.  This means several board members are complicit in the alleged assault.  **Instead of helping the victim; you informed and empowered the alleged assaulter, the Superintendent.**

I stood up for the victim to inform you.  She needed to work with me due to your negligence in addressing this matter.  Several of you have tried to dismiss the victim's claims as 'rumors from community members.'  **Your willful ignorance to inquire as to the evidence I have offered to provide doesn't make the claims rumors.  It does however, make you further grossly negligent this matter.  A simple use of the phone and mild concern would enable you to contact law enforcement to evaluate the credibility of these claims.  The police have a role in evaluating the criminal implications of these matters while the board ALSO has a role in evaluating the employment and contractual implications of these matters.**

**The truth is you are deceiving the public.  You are fully aware of the seriousness of these claims and are trying to help the Superintendent.**  You are intentionally avoiding setting up a special board meeting or even adding an agenda item on the next regular board meeting on this subject.  You are the supervisors of the Superintendent.  You are the only people a citizen can rightly file a grievance with concerning the Superintendent instead are willfully avoiding the very definition of their roles.  You have done this against the Texas Constitution and RRISD Bylaws.  It is a sad day in Round Rock.  School is starting with an alleged adulterer, liar and assaulter at the helm of our district.

**Trustee Weir, Feller, Harrison, and Vessa you should resign immediately.**  Trustee Xiao, I encourage you to realize these board member's ruse and about face to help Trustee Bone and Weston as they rightfully request an open board meeting on this subject.  Why go down with these other Trustee's sinking ship?  Are you trading favors to get a vote to enforce masks in our district and violate the Governors orders at great cost to RRISD?  Such horse trading will only pull you down with these errant board members.

In times like these when our public officials cover truth, a citizen's primary recourse is to expose the truth to the public.  **As such, I am releasing to the public the victim's protective order and the prior affidavit Superintendent Azaiez's** filed in an unsuccessful attempt to silence the victim.  In this affidavit, he directly implicates school board members in an alleged crime.  Along with many members of the community I demand immediate review of the Superintendent's contract and overall performance in relation to this matter.

Sincerely,

Jeremy Story
Father to 7 Children, Pastor, National Faith Community Leader, Businessman and very concerned Citizen of Round Rock

# EXHIBIT 8

### App. 225

1 / 3

Exported using Save Emails as PDF by cloudHQ

JS 200048



**Monday, August 16, 2021**
**ROUND ROCK INDEPENDENT SCHOOL DISTRICT BOARD OF TRUSTEES CALLED BOARD MEETING**

**CALLED BOARD MEETING**
**TIME: 5:30 p.m.**
**Round Rock High School 100 Lecture Hall, 300 N Lake Creek Drive, Round Rock, TX 78681**

## A. CALL TO ORDER

| | |
|---|---|
| Subject | **1. Call to Order** |
| Meeting | Aug 16, 2021 - ROUND ROCK INDEPENDENT SCHOOL DISTRICT BOARD OF TRUSTEES CALLED BOARD MEETING |
| Category | A. CALL TO ORDER |
| Type | |

Announcement by the chairman as to the presence of a quorum, that the meeting has been duly called, and that the notice of the meeting has been posted for time and in the manner required by law.

## B. PLEDGE OF ALLEGIANCE AND TEXAS PLEDGE

| | |
|---|---|
| Subject | **1. Pledge of Allegiance and Texas Pledge** |
| Meeting | Aug 16, 2021 - ROUND ROCK INDEPENDENT SCHOOL DISTRICT BOARD OF TRUSTEES CALLED BOARD MEETING |
| Category | B. PLEDGE OF ALLEGIANCE AND TEXAS PLEDGE |
| Type | Procedural |

## C. PUBLIC COMMENTS REGARDING ITEMS ON THE AGENDA

| | |
|---|---|
| Subject | **1. The Board will afford members of the public an opportunity to speak on items listed on the Board agenda. Individuals wishing to address the Board must sign up between 2:30 p.m. on August 15, 2021 and 2:30 p.m. on August 16, 2021. Speakers may request a translator if they plan to deliver their remarks in a language other than English by emailing community_relations@roundrockisd.org at least eight hours prior to the start of the meeting. https://forms.gle/Sffq8LdWAFtzbdLZ7** |
| Meeting | Aug 16, 2021 - ROUND ROCK INDEPENDENT SCHOOL DISTRICT BOARD OF TRUSTEES CALLED BOARD MEETING |
| Category | C. PUBLIC COMMENTS REGARDING ITEMS ON THE AGENDA |
| Type | Information |

https://forms.gle/Sffq8LdWAFtzbdLZ7

**EXHIBIT 9**    **App. 226**

RRISD 02114

| | |
|---|---|
| **Subject** | **2. La Mesa Directiva brindará a los miembros del público la oportunidad de presentar comentarios sobre los temas incluidos en la agenda de la Junta. Las personas que deseen dirigirse a la Mesa Directiva deben registrarse entre las 2:30 p.m. el 15 de agosto de 2021 y las 2:30 p.m. el 16 de agosto de 2021. Los oradores pueden solicitar un traductor si planean presentar sus comentarios en un idioma que no sea inglés enviando un correo electrónico a community_relations@roundrockisd.org al menos ocho horas antes del inicio de la reunión. https://forms.gle/Sffq8LdWAFtzbdLZ7** |
| Meeting | Aug 16, 2021 - ROUND ROCK INDEPENDENT SCHOOL DISTRICT BOARD OF TRUSTEES CALLED BOARD MEETING |
| Category | C. PUBLIC COMMENTS REGARDING ITEMS ON THE AGENDA |
| Type | Information |

https://forms.gle/Sffq8LdWAFtzbdLZ7

## D. DISCUSSION AND POSSIBLE ACTION

| | |
|---|---|
| **Subject** | **1. Adoption of Resolution for Employee Covid-19 Positive Extended Leave During Covid-19 Pandemic - Annette Vierra** |
| Meeting | Aug 16, 2021 - ROUND ROCK INDEPENDENT SCHOOL DISTRICT BOARD OF TRUSTEES CALLED BOARD MEETING |
| Category | D. DISCUSSION AND POSSIBLE ACTION |
| Type | Action |

File Attachments
D1.BOARD RESOLUTION EXTENDED LEAVE.pdf (497 KB)

| | |
|---|---|
| **Subject** | **2. Fall 2021 COVID-19 Health and Safety Protocols** |
| Meeting | Aug 16, 2021 - ROUND ROCK INDEPENDENT SCHOOL DISTRICT BOARD OF TRUSTEES CALLED BOARD MEETING |
| Category | D. DISCUSSION AND POSSIBLE ACTION |
| Type | |

File Attachments
D2.COVID-19 Protocols Aug. 16, 2021.pdf (3,273 KB)
Wilco ISD Call 08.09.21.pdf (370 KB)
COPY APH COVID-19 Briefing (2).pdf (2,186 KB)

## E. ADJOURNMENT

| | |
|---|---|
| **Subject** | **1. Adjournment** |
| Meeting | Aug 16, 2021 - ROUND ROCK INDEPENDENT SCHOOL DISTRICT BOARD OF TRUSTEES CALLED BOARD MEETING |
| Category | E. ADJOURNMENT |
| Type | Information |

**EXHIBIT 9**    **App. 227**

**RRISD 02115**

BoardDocs® Pro

On this the 12th day of August 2021 at 2:00 p.m., a copy of this notice was posted on the Round Rock ISD website.

3/3

**EXHIBIT 9**                    **App. 228**

**RRISD 02116**



# ROUND ROCK ISD

**ROUND ROCK INDEPENDENT SCHOOL DISTRICT**
Round Rock, Texas

A Called Board Meeting of the Board of Trustees was held on Monday, August 16, 2021, commencing at 5:30 p.m. at the Round Rock High School 100 Lecture Hall, located at 300 N. Lake Creek Drive, Round Rock, TX 78681.

| | |
|---|---|
| Call to Order | President Amy Weir called the meeting to order at 5:30 p.m. |
| Roll Call | President Amy Weir, Vice President Amber Feller, Secretary Tiffanie N. Harrison, Cory Vessa, Dr. Mary Bone, Danielle Weston, Dr. Jun Xiao and Dr. Hafedh Azaiez, Superintendent of Schools. |
| Absent | None. |
| Pledge of Allegiance and Texas Pledge | The Board and audience recited the Pledge of Allegiance and Texas Pledge. |
| Public Communication | The following citizens spoke during Public Comments: |

*Emma Ray*
*Jane Gann*
*Jacob Mitchell*
*Kathryn Rightmeyer*
*Xiaoqin Elaine Li*
*Benjamin Sterling*
*James Holloway*
*Michael Barrett*
*Cindy Barrett*
*Lindsey Ledyard*
*Marcia Strickler*
*Dustin Clark*
*Stephanie Hughes*
*Russel Pryor*
*Glenda Mosley*
*Tara Strain*
*John Keagy*
*Renate Sims*
*Don Zimmerman*
*Matthew Altman*
*Katie Valle*
*Krysta Walker*
*Ricci Nelson*
*Mahi Pabbisetty*
*Jack Murray*
*Charlotte Hernandez*
*Sophia Zhang*
*Misha Patel*

**App. 229**
RRISD 02117

**EXHIBIT 10**

*Alexia  Koller*
*Ishira Limaye*
*Mihika Limaye*
*Sam B*
*Caroline Fu*
*Helena Zeng*
*Anjana Arvind*
*Meghna Roy*
*Ashley Walker*
*Rebecca Maldonado*
*Shauna Kinningham*
*Julie Alonso*
*Sien Zhang*
*Christine Mann*
*Miriam Arora*
*Ryan Daly*
*Rachel Keagy*
*Christie Slape*
*Linda Avila*
*Alexandra Campo*
*Leslie Winters*
*TJ Rothwell*
*Michelle Guardabascio*
*Ben Rupp*
*Jessica Pryor*
*Natosha Daniels*
*Chris Hopkins*
*Niannian Dun*
*Joseph McCullough*
*Jennifer White*
*David Granado*
*Lauren Hinz*
*Tammy Conrad*
*Robert Lesieur*
*Alexandra Campo*
*Paul Leal*
*Tad Cleaves*
*Darrell Lowrance*
*Jeremy Story*
*Carrie Puckett*
*Khona Mohiuddin*
*Jason Schklar*
*Ginny Gustin*
*Jason Kilgore*
*Cynthia Oelkers*
*Adam Bartlett*

**App. 230**
**RRISD 02118**

**EXHIBIT 10**

*Shannon Probe*
*Melvin Lau*
*Elizabeth George*
*Ryan Phillips*
*Francheli Romero*
*Sarah Oldmixon*
*Robyn Honig*
*Rebecca Orozco*
*Paige Lewis*
*Kathryn Kizer*
*Kelly Errington Riegler*
*Christel Erickson-Collins*
*Jill Farris*
*Jaime Wilkins*
*Stuart Litwin*
*Julianne Knott*
*Lynda Quintana*
*Jessica Goudeau*
*Katie Nafius*
*Raymon Daniel*
*Amy Lanning*
*Lon Levitan*
*Natasha Choe*
*Lorena Higuera*
*Lyndy  Dower*
*Bill Dower*
*Jennifer Schafer*
*Aidan Larson*
*Kavita Patel*
*Daniel De Los Santos*
*Chad Pavliska*
*Vivian Lau*
*Ande Wall*
*Craig Gilden*
*Lori Wright*
*Chelsea Mok*
*Jeaneane McNulty*
*Esmeralda Rubalcava Hernández*
*Debbie Reeves*
*Garima Kochhar*
*Tonyia Cone*
*Rachel Kapur*
*Miriam Arora*
*Harrison McCreary*
*Monique Ridwan*
*Melissa Emmons*

**App. 231**
RRISD 02119

**EXHIBIT 10**

*Jen Darrouzet*
*Melissa Hickson*
*HilarioRamos*
*Dr. Ruby Sahoo*
*Jennifer Wiley*
*Jennifer Reynolds*
*Jenny Gillis*
*Eve Margolis*
*Shyno Chacko*
*Joseph Vogas*
*Sarah Roddy*
*Joe Roddy*
*Natalie Osborn*
*Neeta Bhakta*
*Susan Lessing*
*Felice Meadow*
*Linda Checkley*
*Adam Hartmann*
*Jeaneane McNulty*
*Charu Peechu*
*Jonathan Gould*
*Cornell Woolridge*
*Scott Lloyd*
*Santhosh Balraj*
*Martin Milner*
*Chandana Chakka*
*Emily Beeler*
*Anna Le*
*Melissa Waelchli*
*Lingling Yan*
*Jason Fowler*
*Colleen Davey*
*Adam Hartmann*
*Jason Fowler*

*The Board recessed at 8:03 p.m. Ms. Weir called the meeting back to order at 8:30 p.m.*


*The Board recessed at 10:30 p.m. Ms. Weir called the meeting back to order at 10:45 p.m.*

**EXHIBIT 10**

| | |
|---|---|
| Agenda Item No. D1<br>Adoption of Resolution for Employee Covid-19 Positive Extended Leave During Covid-19 Pandemic | **Motion:**<br>Jun Xiao moved that the Board adopt the Resolution for Employee Covid-19 Positive Extended Leave During Covid-19 pandemic as presented. Cory Vessa seconded the motion. |

**Amended Motion:**
Mary Bone moved that the Board adopt the Resolution for Employee Covid-19 Positive Extended Leave During Covid-19 pandemic to be modified from 8 to 10 days. Danielle Weston seconded the motion.

Yeas:                           All Board Members presented voted "Yes".

Nays:                           None.

Amended Motion passed 7:0.

Agenda Item No. D2
Fall 2021 COVID-19 Health and Safety Protocols

**Motion:**
Amber Feller moved that the Board support the recommendation of the administration and temporarily require masks for all students, staff, trustees and visitors at Round Rock ISD elementary and middle school campuses. This mandate shall only be effective indoors and when maintaining six feet of distance is not possible. This mandate is not effective when seated in school and staff lunchrooms. This mandate is also not effective during athletics, fine arts, and physical education unless deemed appropriate by the instructor. I also move that masks be temporarily required for all Round Rock ISD staff, trustees and visitors when indoors at District facilities when maintaining six feet of distance is not possible. This mandate is effective beginning at 12:01 a.m. on Wednesday August 18, 2021 and shall expire at 11:59 p.m. on Friday, September 17, 2021.  Amy Weir seconded the motion.

Yeas:                           Amy Weir, Amber Feller, Cory Vessa, Tiffanie Harrison, Jun Xiao.

Mary Bone, Danielle Weston.

Nays:

Motion passed 5:2.

**EXHIBIT 10**

**Motion:**
Tiffanie Harrision moved that the Board support the recommendation of the administration and temporarily require masks for all students, staff, trustees and visitors at Round Rock ISD **high school campuses**. This mandate shall only be effective indoors and when maintaining six feet of distance is not possible. This mandate is not effective when seated in school and staff lunchrooms. This mandate is also not effective during athletics, fine arts, and physical education unless deemed appropriate by the instructor. I also move that masks be temporarily required for all Round Rock ISD staff, trustees and visitors when indoors at District facilities. This mandate is effective beginning at 12:01 a.m. on Wednesday August 18, 2021 and shall expire at 11:59 p.m. on Friday, September 17, 2021.  Cory Vessa seconded the motion.

Yeas:               Amy Weir, Cory Vessa, Tiffanie Harrison, Jun Xiao.

                    Amber Feller, Mary Bone, Danielle Weston.
Nays:

                    Motion passed 4:3.

**Motion:**
Mary Bone moved that the Board provide an opt-out option for students and staff regarding any mask mandate. Danielle Weston seconded the motion.

Yeas:               Amy Weir, Amber Feller, Cory Vessa, Mary Bone, Danielle Weston.

Nays:               Tiffanie Harrison, Jun Xiao.

                    Motion passed 5:2.

**Motion:**
Amber Feller moved that the Board support the recommendation of the administration and temporarily require masks on all buses and district transportation effective at 12:01 a.m. on Wednesday August 18, 2021 and shall expire at 11:59 p.m. on Friday, September 17, 2021.  This mandate shall only be effective when maintaining six feet of distance is not possible. Amy Weir seconded the motion.

**App. 234**
RRISD 02122

# EXHIBIT 10

**Motion to Call the Question:**
Tiffanie Harrison moved to call the question. Amy Weir seconded the motion.

Yeas:                    Amy Weir, Amber Feller, Cory Vessa, Tiffanie Harrison, Jun Xiao.

Nays:                    Mary Bone, Danielle Weston.

                         Motion to Call the Question passed 5:2.

**Motion:**
Amber Feller moved that the Board support the recommendation of the administration and temporarily require masks on all buses and district transportation effective at 12:01 a.m. on Wednesday August 18, 2021 and shall expire at 11:59 p.m. on Friday, September 17, 2021.  This mandate shall only be effective when maintaining six feet of distance is not possible. Amy Weir seconded the motion.

Yeas:                    Amber Feller, Amy Weir, Cory Vessa, Tiffanie Harrison, Jun Xiao.

                         Mary Bone, Danielle Weston.
Nays:
                         Motion passed 5:2.


President Weir asked the Board if there were any objections to adjourn the meeting. Hearing none, the meeting adjourned at 2:31 a.m. on August 17, 2021.

These minutes approved the <u>14th</u> day of <u>September</u> 2021.


_____          _____
Amy Weir                                 Tiffanie N. Harrison
President                                Secretary


RRISD App. 235

# EXHIBIT 10

RRISD 02144





# COVID-19 Update

August 10, 2021

DESMAR WALKES MD, HEALTH AUTHORITY/MEDICAL DIRECTOR

CITY OF AUSTIN/TRAVIS COUNTY

**EXHIBIT 11**



App. 236



EXHIBIT 11

App. 237

RRISD 02145



COVID-19 AUSTIN MSA CURRENT HOSPITALIZATIONS, ICU ADMISSIONS, AND VENTILATOR USE

EXHIBIT 11

RRISD 02146

App. 238

RRISD 02147

# ICU Beds Available

| Trauma Service Area | % Covid Cases Hospitalized | ICU Beds Available | Metro Population |
|---|---|---|---|
| O (Austin) | 14.58% | 6 | 2375407 |
| Q (Houston) | 16.2% | 42 | 6688587 |
| E (Dallas) | 14.37% | 100 | 8080080 |
| P (San Antonio) | 16.95% | 51 | 2945792 |
| I (El Paso) | 4.4% | 35 | 881765 |

**EXHIBIT 11**

**App. 239**



**EXHIBIT 11**

RRISD 02148



COVID-19 Deaths per 100k

- Hays County, TX: 101.2/100k
- Travis County, TX: 83.0/100k
- Williamson County, TX: 83.8/100k

Aug 5, 2021

**EXHIBIT 11**

**App. 241**

**RRISD 02149**



**EXHIBIT 11**

**App. 242**

RRISD 02150



RRISD 02151

**EXHIBIT 11**

**App. 243**



RRISD 02152

**EXHIBIT 11**

**App. 244**



**RRISD 02153**

# EXHIBIT 11

**App. 245**



RRISD 02154

EXHIBIT 11 App. 246

RRISD 02155

## Austin MSA COVID-19 Hospital Admissions: Children in Hospital, June 2021 vs July 2021

| Age Group | June 2021 | July 2021 |
|-----------|-----------|-----------|
| <1 | 3 | 6 |
| 1-4 | 1 | 6 |
| 5-11 | 1 | 5 |
| 12-17 | 6 | 17 |
| Total | 11 | 34 |

**EXHIBIT 11**

**App. 247**

RRISD 02156

## Austin MSA COVID-19 Hospital Admissions: Children in ICU, June 2021 vs July 2021

| Age Group | June 2021 | July 2021 |
|---|---|---|
| <1 | 1 | 2 |
| 1-4 | 0 | 1 |
| 5-11 | 0 | 1 |
| 12-17 | 0 | 8 |
| Total | 1 | 12 |



**EXHIBIT 11**

**App. 248**

RRISD 02157

# Pediatric Admissions
## Since Beginning of Pandemic

| Age Group | 2020 (March-December 2020) | 2021 (January-Aug 8, 2021) | Total |
|-----------|------|------|------|
| <1 | 22 | 27 | 49 |
| 1-4 | 12 | 24 | 36 |
| 5-11 | 29 | 32 | 61 |
| 12-17 | 76 | 139 | 215 |
| Total | 139 | 222 | 361 |

**EXHIBIT 11**

**App. 249**

RRISD 02158

## Pediatric Cases

| Age group | 2020 (March-December 2020) | 2021 (January-Aug. 9, 2021) | TOTAL |
|---|---|---|---|
| <1 years old | 310 | 333 | 643 |
| 1-9 years old | 2,047 | 2,557 | 4,604 |
| 10-18 years old | 4,662 | 4,546 | 9,208 |
| TOTAL | 7,019 | 7,438 | 14,457 |

**EXHIBIT 11**

**App. 250**

RRISD 02159

# Percent Positivity by Age Range

| Student | Age Range | Percent Positivity |
|---|---|---|
| Preschool | 3-5y | 10.3% |
| Elementary School | 6-11y | 15.9% |
| Middle School | 12-14y | 14.8% |
| High School | 15-18y | 18.8% |

**EXHIBIT 11**

**App. 251**

RRISD 02160

## Long Term Care Facility COVID-19 Report
APH Epidemiology and Public Health Preparedness

| Total Cases | Total Deaths | New Cases Last 14 Days | New Cases Last 28 Days |
|---|---|---|---|
| 3,553 | 312 | 66 | 128 |

### Distinct Cases and Cumulative Cases by Onset Date and Role

Role ● Resident ● Staff ● Cumulative Cases



EXHIBIT 11

App. 252

Data As of Date
8/6/2021 2:11:13 AM



Impact of school reopening
with and without masks on ICU projections in Austin

RRISD 02161

EXHIBIT 11    App. 253

Impact of school reopening with and without masks on ICU projections in Austin accounting for increased hospitalization risk of Delta variant



EXHIBIT 11

RRISD 02162

App. 254

RRISD 02163

# Masks



**Download figure | Open in new tab | Download powerpoint**

Fig. 1.

Treatment effects of the mandatory introduction of face masks (6 April) and of its announcement (30 March) in Jena. The figure shows the development of the cumulative number of COVID-19 cases in Jena (treated region, black solid line) compared to a synthetic control group (gray dashed line) over time. (Details on the construction of the synthetic control group and SCM estimation are given in *Method and Data*.) Both panels distinguish between a pretreatment and treatment period. In *A*, the treatment period starts on 6 April when face masks became mandatory in public transport and shops. The start of the treatment period is indicated by the dashed vertical line (red). In *B*, the treatment period is set to begin on 30 March as starting date of the local campaign in Jena to wear face masks in public. The start of the treatment period is indicated by the dashed vertical line (blue). The panels show that the conclusion is independent of the starting dates: Face masks strongly reduced the number of COVID-19 cases in Jena.

**EXHIBIT 11**          **App. 255**



## COVID-19 Vaccination in Texas

**TEXAS** Health and Human Services | Texas Department of State Health Services

Select a Texas county below to view the number people who have received at least one dose of COVID-19 vaccine and those who are fully vaccinated as outlined by the CDC.

Alternatively, click on a county on the map. Click the Revert button at the bottom of the screen to remove filters.

**Measures to Show**
- ◉ Vaccinated with at least One Dose
- ○ Fully Vaccinated

**People Vaccinated with at least One Dose**
813,590

**People Fully Vaccinated**
698,664

**County Name**
Travis

### Number of People Vaccinated in Travis County

| Age | Value |
|-----|-------|
| 12-15 years | 35,409 |
| 16-49 years | 498,051 |
| 50-64 years | 164,584 |
| 65-79 years | 93,731 |
| 80+ years | 21,519 |
| Unknown | 296 |

■ Male  ■ Female  ■ Unknown

| Race/Ethnicity | People Vaccinated | Percent of People Vaccinated |
|----------------|-------------------|------------------------------|
| Asian | 62,045 | 7.63% |
| Black | 31,855 | 3.92% |
| Hispanic | 175,555 | 21.58% |
| Other | 117,058 | 14.39% |
| Unknown | 65,762 | 8.08% |
| White | 361,315 | 44.41% |

**RRISD 02164**

**EXHIBIT 11**

**App. 256**

# Progress to Herd Immunity 8.9.21



Legend:
- Confirmed Cases
- Estimated
- Fully vaccinated
- Partially Vaccinated
- Vulnerable



**EXHIBIT 11**

App. 257

RRISD 02165

RRISD 02166



Thank you

**EXHIBIT 11**

**App. 258**

RRISD 02137

# Williamson County – ISD Call Presentation

## AGENDA, 08/09/21

- Status Update
- Data Trends
- Mitigation Recommendations
- Round Table Discussion

**EXHIBIT 12**

Allison Stewart, Lead Epidemiologist

App. 259

## COVID-19 Status - Indicators



**EXHIBIT 12**

- Infection rate in exponential climb – around 52 per 100k rate of new infections.
- Test positivity rate is 17%.
- Hospitalizations are at 15.5% for % COVID hospitalizations. ICU bed count remains critically low at 6 available beds for the 11 county TSA-O.

App. 260

RRISD 02138

# COVID-19 Status – Data Trends

- Delta variant spreads rapidly in susceptible people – similar to the varicella virus, the reproductive number is estimated to be around 8.
- Children are being affected at much higher rates than 2020

| Time Period | Total Cases | <12 | % of all cases | 12-18 | % of all cases |
|---|---|---|---|---|---|
| June - July 2020 | 4582 | 186 | 4.06% | 238 | 5.19% |
| June – July 2021 | 5004 | 554 | 11.07% | 566 | 11.31% |

**EXHIBIT 12**

- The way we bring down the reproductive number is through **strict mitigation**
- Evidence indicates that classrooms can be safe for children but **ONLY** if strict mitigation is in place. Without such mitigation measures, disease spreads rapidly.
- Children are at risk for complications and severe disease. The youngest child in the county that is in the ICU right now is an infant.

App. 261

RRISD 02139

# COVID-19 Status – Mitigation Recommendations

- Good news! COVID-19 is PREVENTABLE with layered mitigation strategies:

1. **Promote vaccination:** Vaccines are available for ages 12 and up. Schools should strongly promote vaccinations in any eligible age group.

2. **Consistent and Correct Mask Usage:** Schools should strongly recommend that all children age 2+ and staff wear masks correctly and consistently.

3. **Physical distancing and cohorts:** to the extent possible, promote at least 3 ft of distance between students and staff and 6ft between students and staff. Cohorting classrooms helps reduce spread outside of cohorts.

4. **Ventilation:** Increase ventilation flow rates – consider upgrading HVAC, adding portable filters, or opening windows. Strongly consider holding unmasked activities (like eating) in outdoor settings.

5. **Screening Testing:** Consider offering screening testing – especially to extra-curricular activities on a regular basis (eg weekly).

6. **Isolation:** Per DSHS Communicable Disease Chart for Schools and Daycares, COVID-19 is a <u>mandatory exclusion</u>.

7. **Contact Tracing and Quarantine:** Contacts for confirmed and probable cases should be identified, notified, and excluded for 14 days following exposure. Fully vaccinated contacts do not need to be excluded but should be strongly encouraged to wear a mask and seek testing on day 3-5 after exposure.

**EXHIBIT 12**

**App. 262**

RRISD 02140

RRISD 02141

## COVID-19 Status – Reporting

- Report all cases to WCCHD:
  - ISDs can continue to use the spreadsheets that were set up last year
  - Other school partners can email us at epi@wilco.org for a spreadsheet for reporting or can report individual cases on a case report form available on our website at wcchd.org[1]
  - Recommendations and guidance for cases and clusters can be sought by emailing or by calling WCCHD Epidemiology at 512-943-3660.

**EXHIBIT 12**

**App. 263**

1. https://www.wcchd.org/report%20a%20notifiable%20condition/Notifiable_Disease_Reporting_Form_7-2018.pdf

# COVID-19 Round Table

- Questions for discussion:
  1. What are your districts plans regarding isolating COVID-19 cases (students and staff)?
  2. What are your districts plans regarding notifying and excluding close contacts?
  3. Is your district planning on offering a virtual option? Is it limited?
  4. What are the districts plans for outbreaks and uncontrolled spread on a campus, if it occurs?

**EXHIBIT 12**

**App. 264**

RRISD 02142

RRISD 02143





**EXHIBIT 12**          **App. 265**

**BOARD RESOLUTION**
**OF**
**THE ROUND ROCK INDEPENDENT SCHOOL DISTRICT**
**RESOLUTION FOR EMPLOYEE COVID-19 POSITIVE EXTENDED LEAVE**
**DURING COVID-19 PANDEMIC**

At a lawfully called meeting on August 16, 2021, the Round Rock Independent School District Board of Trustees ("Board of Trustees") does hereby make the following Resolution regarding the granting of extended leave to employees and of the Round Rock Independent School District ("Round Rock ISD").

**WHEREAS**, on March 13, 2020, the Governor of the State of Texas declared a statewide emergency, and, later that same day, the President of the United States declared a national emergency regarding COVID-19;

**WHEREAS,** the Board of Trustees recognizes that COVID-19 is an unforeseen and unavoidable emergency of urgent public necessity, that the World Health Organization has declared COVID-19 as a pandemic;

**WHEREAS**, the Board of Trustees has a substantial public interest in protecting the health and safety of its students, staff, and community and therefore desires to ensure that Round Rock ISD and school community are prepared to the fullest extent possible to safeguard and protect the health and safety of its students, staff, and school community in light of COVID-19;

**WHEREAS,** the Round Rock ISD's public purpose is served by promoting conscientious health choices by employees, including medical individual isolations and leave as may be necessary to protect students, staff, and the school community;

**WHEREAS,** employee benefits that help ensure employees can recuperate from COVID-19, isolate to avoid the spread of COVID-19, follow health officials instructions, and generally help to protect the school community are essential in creating a school environment in which students can be successfully educated;

**WHEREAS,** the Round Rock ISD benefits from employees not being at Round Rock ISD facilities when ill from, or recuperating from COVID-19, in accordance with health department instructions, to prevent the spread of COVID-19 in the school community, because learning is negatively impacted when staff and students are ill with COVID-19;

**WHEREAS,** the Board of Trustees believed the public purposes described above are fulfilled by efficiently and effectively making certain delegations, as described more fully herein, to the Superintendent to address the ever-changing emergency situation in the best interest of the health, safety, and well-being of its students, staff, school community, and the citizenship at-large; and

**WHEREAS,** the Board of Trustees continues to provide controls and oversight for the Round Rock ISD expenditures and authority granted to the Superintendent herein through requiring that

**EXHIBIT 13**          **App. 266**

**RRISD 02124**

the Superintendent develop regulations, communicate to the Board of Trustees updates regarding use of leave, and costs related to the grant of authority.

**IT IS THEREFORE RESOLVED THAT** the Board of Trustees finds a substantial public purpose exists in protecting the health and safety of its students, staff, and the school community, and in taking action to help ensure that the Round Rock ISD and its community are prepared, to the fullest extent possible, to protect the health and safety of the students, staff, and school community in light of COVID-19.

In furtherance of these public purposes, the Board of Trustees makes the following delegations to the Superintendent effectively for the 2021-2022 fiscal school year, with the benefit expiring on the last day of the employee's service calendar:

1) The authority to grant 8 additional paid leave days ("Employee COVID-19 Positive Extended Leave") to contract and non-contract employees when:
   a) The employee is subject to Federal, State, or local isolation order related to testing positive for COVID-19;
   b) Employees must self-report their own COVID-19 positive test on Round Rock ISD website and apply for leave in the Leave Portal.
2) The Superintendent or designee shall require any employee requesting Employee COVID-19 Positive Extended Leave to submit documentation that is, at the Superintendent's discretion, sufficient to show the need for Employee COVID-19 Positive Extended Leave.

The authority granted by this Resolution is effective for the 2021-2022 fiscal school year, with the benefit expiring on the last day of the employee's service calendar.

**ADOPTED** on this the 16th day of August, 2020, by the Round Rock ISD Board of Trustees.

_____
Amy Weir
President, Board of Trustees
Round Rock Independent School District

ATTEST:

_____
Tiffanie N. Harrison
Secretary, Board of Trustees
Round Rock Independent School District

# EXHIBIT 13

**App. 267**

**RRISD 02125**

RRISD 02126



Fall 2021 COVID-19 Protocols

Called Board Meeting, August 16, 2021

ROUND ROCK
INDEPENDENT SCHOOL DISTRICT

**EXHIBIT 14**          **App. 268**

RRISD 02127



## Update from Health

- Dr. Desmar Walkes, City of Austin Health Authority/Austin Public Health Medical Director

- From Dr. Amanda Norwood, WCCHD Medical Director: *"Due to the circulating and highly contagious Delta variant of the coronavirus and consistent with the recommendations of the CDC, our recommendation supports universal indoor masking by all students (age 2 and older), staff, teachers, and visitors to K-12 schools, regardless of vaccination status. We know from the success schools had last year in keeping cases very low, there is an opportunity for students to return in person safely by following these tried and true personal protection measures."*



**ROUND ROCK**
INDEPENDENT SCHOOL DISTRICT

**EXHIBIT 14**

**App. 269**

RRISD 02128

# COVID-19 Protocols

roundrockisd.org/covid-19-guidelines-2021-2022/

- Social Distancing
- Seating Charts
- Arrival/Dismissal protocols that limit crowded situations
- HVAC/ventilation upgrades
- Enhanced cleaning/disinfecting
- Desk shields available
- Utilizing outdoor spaces when possible



**ROUND ROCK**
INDEPENDENT SCHOOL DISTRICT

**EXHIBIT 14**

**App. 270**

RRISD 02129



# COVID-19 Protocols

roundrockisd.org/covid-19-guidelines-2021-2022/

- Campus notification
- Contact tracing
- Required isolation for positive/probable cases
- COVID-19 Dashboard
- District testing site available Monday-Friday
- Vaccine clinics at District Facilities
- Masks

**EXHIBIT 14**



**ROUND ROCK**
INDEPENDENT SCHOOL DISTRICT

**App. 271**

RRISD 02130



# Staying Open

- One week after returning to school, Garland ISD reported more than 300 active cases of COVID-19 among students and staff.

- Four school districts in Georgia shut down last week due to spike in COVID cases.

- In Lee County, Florida, the school district reported more than 1,600 cases among staff and students just days after the school year started.

- Our goal is to do all we can to prevent such outbreaks and keep schools open.



## ROUND ROCK
INDEPENDENT SCHOOL DISTRICT

**EXHIBIT 14**

**App. 272**



# Results of August 2021 Family Mask Survey

- Survey was open from August 10 to August 13
- 20,447 responses

*Are you planning on having your child wear a mask while in school?*

All Responses (n = 20,447)

- Yes: 69%
- No: 16%
- Unsure: 6%
- Child will be virtual: 9%

Only On Campus Learners (n = 18,608)

- Yes: 76%
- No: 17%
- Unsure: 7%

EXHIBIT 14



ROUND ROCK
INDEPENDENT SCHOOL DISTRICT

App. 273

RRISD 02131

6

# Results of August 2021 Family Mask Survey - by Grade

*Are you planning on having your child wear a mask while in school?*



Legend: Yes ■ No ■ Unsure

| Grade | Yes | No | Unsure |
|-------|-----|-----|--------|
| Pre K (149) | 79% | 16% | 6% |
| Kinder (1,055) | 79% | 16% | 5% |
| Grade 1 (1,415) | 77% | 17% | 6% |
| Grade 2 (1,580) | 79% | 15% | 6% |
| Grade 3 (1,525) | 78% | 17% | 5% |
| Grade 4 (1,450) | 78% | 17% | 5% |
| Grade 5 (1,591) | 80% | 15% | 5% |
| Grade 6 (1,650) | 81% | 15% | 5% |
| Grade 7 (1,674) | 78% | 15% | 7% |
| Grade 8 (1,584) | 77% | 16% | 7% |
| Grade 9 (1,737) | 75% | 18% | 7% |
| Grade 10 (1,714) | 70% | 20% | 10% |
| Grade 11 (1,707) | 70% | 21% | 9% |
| Grade 12 (1,616) | 68% | 23% | 9% |

Note. Results for on campus learners only; responses for "My child is attending the virtual learning program" are not included in these response counts or percentages.

**EXHIBIT 14**



**ROUND ROCK** INDEPENDENT SCHOOL DISTRICT

**App. 274**

RRISD 02132

7

RRISD 02133

# Virtual Learning

- Round Rock ISD was the first district in the state to open a virtual learning option for students in kindergarten–sixth grade with no cap.

- Currently 5,103 students enrolled.

- For Fall Semester alone, will cost the District approximately $17.5 million in lost revenue.

- SB 15, which would provide ADA funding for virtual students, has passed the Senate and on its way to the House.

- Many parents choosing virtual have said they prefer on-campus learning but without a mask requirement feel virtual is their only choice for children too young for the vaccine. (Several hundred students switched from virtual to on-campus in Austin ISD following the district's announcement of a mask requirement.)



**ROUND ROCK**
INDEPENDENT SCHOOL DISTRICT

**EXHIBIT 14**

**App. 275**

RRISD 02134



# Top Priorities

- Health and safety of our students and staff.
- Keep schools open:
  - In-person learning is best for the vast majority of students and it is imperative to keep schools open to address COVID learning loss.
  - Students have suffered emotionally and socially from prolonged school closures and lack of social interaction.
  - A return to full in-person instruction means we can no longer switch seamlessly from in-person to virtual in the event of school closures due to outbreaks.
- Help reverse the current trend in the community.

**EXHIBIT 14**



**ROUND ROCK**
INDEPENDENT SCHOOL DISTRICT

**App. 276**

10

RRISD 02135

# Current Legal Landscape

**EXHIBIT 14**



**ROUND ROCK**
INDEPENDENT SCHOOL DISTRICT

App. 277



**Recommendation**

**EXHIBIT 14**

App. 278

RRISD 02136

**Exhibit 15**

**RRISD 02167**
**2021.08.16 Board Meeting Recording**

**Copy submitted to the Clerk's**
**office and to Chambers**

**App. 279**



### Thursday, August 19, 2021
## ROUND ROCK INDEPENDENT SCHOOL DISTRICT BOARD OF TRUSTEES REGULAR BOARD MEETING

**5:30 P.M. Regular Session**
**Round Rock High School 100 Lecture Hall, 300 N Lake Creek Drive, Round Rock, TX 78681**
**Board of Trustees meetings are live streamed on the Round Rock ISD website**
**https://roundrockisd.org/about-rrisd/board-of-trustees/board-meetings/**

## A. ORDER OF BUSINESS

| | |
|---|---|
| **Subject** | **1. Order of Business** |
| Meeting | Aug 19, 2021 - ROUND ROCK INDEPENDENT SCHOOL DISTRICT BOARD OF TRUSTEES REGULAR BOARD MEETING |
| Category | A. ORDER OF BUSINESS |
| Type | Procedural |

The Board intends to give all citizens an opportunity to participate in the discussion of public business which is being considered and decided by the Board.  In order to provide full information and the right of participation to the public, the following is the order of business for regular Board meetings.  The presiding officer with the consensus of members present may change the order of business.

## B. CALL TO ORDER

| | |
|---|---|
| **Subject** | **1. Call to Order** |
| Meeting | Aug 19, 2021 - ROUND ROCK INDEPENDENT SCHOOL DISTRICT BOARD OF TRUSTEES REGULAR BOARD MEETING |
| Category | B. CALL TO ORDER |
| Type | Procedural |

Announcement by the chairman as to the presence of a quorum, that the meeting has been duly called, and that the notice of the meeting has been posted for time and in the manner required by law.

## C. PLEDGE OF ALLEGIANCE AND TEXAS PLEDGE

| | |
|---|---|
| **Subject** | **1. Pledge of Allegiance and Texas Pledge** |
| Meeting | Aug 19, 2021 - ROUND ROCK INDEPENDENT SCHOOL DISTRICT BOARD OF TRUSTEES REGULAR BOARD MEETING |
| Category | C. PLEDGE OF ALLEGIANCE AND TEXAS PLEDGE |
| Type | Procedural |

## D. PUBLIC COMMENTS

**EXHIBIT 16**                              **App. 280**

**RRISD 02169**

| | |
|---|---|
| **Subject** | **1. The Board will afford members of the public an opportunity to speak on items listed and not listed on the Board agenda. Individuals wishing to address the Board must sign up between 2:30 p.m. on August 18, 2021 and 2:30 p.m. on August 19, 2021. Speakers may request a translator if they plan to deliver their remarks in a language other than English by emailing community_relations@roundrockisd.org at least eight hours prior to the start of the meeting. https://forms.gle/qL2VbVrn9euryznC8** |
| Meeting | Aug 19, 2021 - ROUND ROCK INDEPENDENT SCHOOL DISTRICT BOARD OF TRUSTEES REGULAR BOARD MEETING |
| Category | D. PUBLIC COMMENTS |
| Type | Information |

https://forms.gle/qL2VbVrn9euryznC8

| | |
|---|---|
| **Subject** | **2. La Mesa Directiva brindará a los miembros del público la oportunidad de presentar comentarios sobre los temas incluidos y no incluidos en la agenda de la Junta. Las personas que deseen dirigirse a la Mesa Directiva deben registrarse entre las 2:30 p.m. el 18 de agosto de 2021 y las 2:30 p.m. el 19 de agosto de 2021. Los oradores pueden solicitar un traductor si planean presentar sus comentarios en un idioma que no sea inglés enviando un correo electrónico a community_relations@roundrockisd.org al menos ocho horas antes del inicio de la reunión. https://forms.gle/qL2VbVrn9euryznC8** |
| Meeting | Aug 19, 2021 - ROUND ROCK INDEPENDENT SCHOOL DISTRICT BOARD OF TRUSTEES REGULAR BOARD MEETING |
| Category | D. PUBLIC COMMENTS |
| Type | |

https://forms.gle/qL2VbVrn9euryznC8

## E. SUPERINTENDENT REPORT

| | |
|---|---|
| **Subject** | **1. None.** |
| Meeting | Aug 19, 2021 - ROUND ROCK INDEPENDENT SCHOOL DISTRICT BOARD OF TRUSTEES REGULAR BOARD MEETING |
| Category | E. SUPERINTENDENT REPORT |
| Type | Report |

## F. DISCUSSION ITEMS

| | |
|---|---|
| **Subject** | **1. 2021-2022 Student Handbook - Dr. Danny Presley** |
| Meeting | Aug 19, 2021 - ROUND ROCK INDEPENDENT SCHOOL DISTRICT BOARD OF TRUSTEES REGULAR BOARD MEETING |
| Category | F. DISCUSSION ITEMS |
| Type | Discussion |

Each year the elementary and secondary student handbooks are reviewed and revised as needed. Each student in the district has access to an electronic or paper copy of the appropriate Student Handbook at the beginning of each school year or upon enrollment during the year. This year RRISD will be using the TASB student handbook. The district made adjustments where needed to reflect RRISD District policy and practices. All red and yellow highlighted items are area that have been added to or edited from the original TASB model.

# EXHIBIT 16                                        **App. 281**

**RRISD 02170**

According to Board Policy (FN Local), the Board reviews, but does not approve the Student-Parent Handbook.

---

File Attachments
F1.Final Handbook (1).pdf (11,410 KB)

---

## G. ACTION ITEMS FOR CONSIDERATION BY CONSENT

| | |
|---|---|
| **Subject** | **1. Approval of Board Minutes** |
| Meeting | Aug 19, 2021 - ROUND ROCK INDEPENDENT SCHOOL DISTRICT BOARD OF TRUSTEES REGULAR BOARD MEETING |
| Category | G. ACTION ITEMS FOR CONSIDERATION BY CONSENT |
| Type | Action (Consent) |
| Recommended Action | ADMINISTRATION RECOMMENDATION:<br>I move that the Board approve the minutes for the Board meetings held on June 10, 14, 17, 19 and July 15, 2021 as presented. |

*BACKGROUND INFORMATION:*

Minutes for the Board meetings held on June 10, 14, 17, 19 and July 15, 2021 are submitted for your review.

---

File Attachments
G1.6 14 21 Minutes Called Board Mtg.pdf (231 KB)
G1.6 17 21 Minutes Regular Board Mtg.pdf (379 KB)
G1.6 19 21 Minutes Called Board Mtg.pdf (325 KB)
G1.7 15 21 Minutes Called Board Mtg.pdf (527 KB)
G1.6 10 21 Minutes Called Board Mtg.pdf (510 KB)

---

| | |
|---|---|
| **Subject** | **2. Approval of T-TESS Appraisers - Annette Vierra** |
| Meeting | Aug 19, 2021 - ROUND ROCK INDEPENDENT SCHOOL DISTRICT BOARD OF TRUSTEES REGULAR BOARD MEETING |
| Category | G. ACTION ITEMS FOR CONSIDERATION BY CONSENT |
| Type | Action (Consent) |
| Recommended Action | ADMINISTRATION RECOMMENDATION:<br>I move that the Board approve the list of T-TESS Appraisers for the 2021-2022 school year as presented. |

*BACKGROUND INFORMATION:*

The Board of Trustees approves the list of district administrators who evaluate teachers through the Texas Teacher Evaluation Support System. The list of the 2021-2022 qualified T-TESS Appraisers is attached.

---

File Attachments
G2.T-TESS Appraisers August 2021.pdf (46 KB)

---

| | |
|---|---|
| **Subject** | **3. Approval of the 2021-2022 Student Code of Conduct - Dr. Danny Presley** |

## EXHIBIT 16                    App. 282

**RRISD 02171**

| | |
|---|---|
| Meeting | Aug 19, 2021 - ROUND ROCK INDEPENDENT SCHOOL DISTRICT BOARD OF TRUSTEES REGULAR BOARD MEETING |
| Category | G. ACTION ITEMS FOR CONSIDERATION BY CONSENT |
| Type | Action (Consent) |
| Recommended Action | ADMINISTRATION RECOMMENDATION: I move that the Board approve the 2021-2022 Student Code of Conduct as presented. |

*BACKGROUND INFORMATION:*

Each year the Student Code of Conduct is reviewed and revised as needed. There are no changes needed to the 2021-2022 Student Code of Conduct.

Each student in the district has access to an electronic or paper copy of the Student Code of Conduct at the beginning of each school year or upon enrollment during the year.

According to Board Policy (FO Legal), the Board approves the Student Code of Conduct. A copy of the Student Code of Conduct has been provided to the Board.

---

File Attachments
G3.Final Code of Conduct.pdf (13,675 KB)

---

| | |
|---|---|
| **Subject** | **4. Approval of Superintendent Designees for Automated TEASE/TEAL Accounts - Dr. Kenneth Adix** |
| Meeting | Aug 19, 2021 - ROUND ROCK INDEPENDENT SCHOOL DISTRICT BOARD OF TRUSTEES REGULAR BOARD MEETING |
| Category | G. ACTION ITEMS FOR CONSIDERATION BY CONSENT |
| Type | Action (Consent) |
| Recommended Action | ADMINISTRATION RECOMMENDATION: I move that the Board approve Rhonda Rhode, Director of Finance, Mark Gabehart, Executive Director of Management Information Services and D'Lynne Johnson, PEIMS Manager to act as Superintendent designees for approving staff requests for access to one or more TEA web applications accessed through the TEASE/TEAL. This authorization is valid for the calendar year starting September 1, 2021 to August 31, 2022. |

*BACKGROUND INFORMATION:*

TEA legal staff implemented a requirement for documenting Superintendent designee approval for all TEA web applications containing confidential data. Designation of a specific list of individuals (Alternate Approvers) to review and submit district staff requests for web applications containing confidential data through TEASE (Texas Education Agency Secure Environment)/TEAL (Texas Education Agency Login) requires evidence of Board approval (i.e., Board minutes noting approval/authorization).

| | |
|---|---|
| **Subject** | **5. Approval of Chapter 48 Agreement - Dr. Kenneth Adix** |
| Meeting | Aug 19, 2021 - ROUND ROCK INDEPENDENT SCHOOL DISTRICT BOARD OF TRUSTEES REGULAR BOARD MEETING |
| Category | G. ACTION ITEMS FOR CONSIDERATION BY CONSENT |

**EXHIBIT 16**                    **App. 283**

**RRISD 02172**

| | |
|---|---|
| Type | Action (Consent) |
| Recommended Action | ADMINISTRATION RECOMMENDATION:<br>I move that the Board approve for the 2021-2022 school year that we delegate contractual authority to obligate the school district under Texas Education Code (TEC) §11.1511(c)(4) to the superintendent, solely for the purpose of obligating the district under TEC, §48.257 and TEC, Chapter 49, Subchapters A and D, and the rules adopted by the commissioner of education as authorized under TEC, 49.006. This included approval of the Agreement for the Purchase of Attendance Credit or the Agreement for the Purchase of Attendance Credit (Netting Chapter 48 Funding). |

*BACKGROUND INFORMATION:*

The Texas Education Agency (TEA) has notified the District of its' Chapter 48 status for 2021-22, because its estimated local yield per penny per WADA exceeds the Tier Two Guaranteed Yield. The District is expected to pay recapture because the amount the District can raise from property taxes exceeds the Tier One Entitlement.

---

File Attachments
G5.Agreement for the Purchase of Attendance Credit.pdf (422 KB)

---

| | |
|---|---|
| **Subject** | **6. Approval of Investment Reports - Dr. Kenneth Adix** |
| Meeting | Aug 19, 2021 - ROUND ROCK INDEPENDENT SCHOOL DISTRICT BOARD OF TRUSTEES REGULAR BOARD MEETING |
| Category | G. ACTION ITEMS FOR CONSIDERATION BY CONSENT |
| Type | Action (Consent) |
| Recommended Action | ADMINISTRATION RECOMMENDATION:<br>I move that the Board approve the 3rd Quarter, 4th Quarter and Annual Investment Reports for 2020-21 as presented. |

*BACKGROUND INFORMATION:*

In accordance with Board policy CDA Legal, a comprehensive report of the investment activity is required to be presented to the Board for each quarter. Copies of the 3rd Quarter, 4th Quarter and Annual Investment Reports are attached.

---

File Attachments
G6.Annual Investment Report.pdf (1,300 KB)
G6.Quarterly Investment Report - 3rd Quarter (1).pdf (2,336 KB)
G6.Quarterly Investment Report - 4th Quarter.pdf (1,057 KB)

---

| | |
|---|---|
| **Subject** | **7. Adoption of Resolution Related to the District's Investment Strategy and Designation of Investment Officers - Dr. Kenneth Adix** |
| Meeting | Aug 19, 2021 - ROUND ROCK INDEPENDENT SCHOOL DISTRICT BOARD OF TRUSTEES REGULAR BOARD MEETING |
| Category | G. ACTION ITEMS FOR CONSIDERATION BY CONSENT |
| Type | Action (Consent) |
| Recommended Action | ADMINISTRATION RECOMMENDATION:<br>I move that the Board adopt the resolution approving the District's Investment Strategy and designating investment officers for the District. |

*BACKGROUND INFORMATION:*

# EXHIBIT 16                    App. 284

RRISD 02173

School district investment practices are bound by the Texas Government Code, Section 2256 (Public Funds Investment Act). Under this code, a governing body may purchase, sell, and invest the funds under its control in investments authorized under this subchapter in compliance with investment policies approved by the governing body and according to the standard of care prescribed by Section 2256.006.

Section 2256.006 dictates that investments of the District shall be made with judgment and care, under prevailing circumstances, that a person of prudence, discretion, and intelligence would exercise in the management of the person's own affairs, not for speculation, but for investment, considering the probable safety of capital and the probable income to be derived. Investment of funds shall be governed by the following investment objectives, in order of priority: preservation and safety of principal, liquidity and yield.

Texas Government Code requires that the Board adopt by resolution, as appropriate, a written investment policy regarding the investment of its funds and funds under its control. An annual review of the investment policy and strategies is required in addition to the designation of individuals authorized as investment officers of the District. The District's Investment Strategy was last approved in August 2020.

Investment policies in Round Rock ISD are governed by Board Legal and Local policy CDA, *Other Revenues, Investments,* and the attached investment strategy document. No changes to investment policies or strategies are requested at this time.

---

File Attachments
G7.Investment Strategy Resolution.pdf (134 KB)

---

| | |
|---|---|
| **Subject** | **8. Approval of Cooperative Program Management Fees Report - Dr. Kenneth Adix** |
| Meeting | Aug 19, 2021 - ROUND ROCK INDEPENDENT SCHOOL DISTRICT BOARD OF TRUSTEES REGULAR BOARD MEETING |
| Category | G. ACTION ITEMS FOR CONSIDERATION BY CONSENT |
| Type | Action (Consent) |
| Recommended Action | ADMINISTRATION RECOMMENDATION: I move that the Board approve the contract-related cooperative fees report as presented. |

*BACKGROUND INFORMATION:*

Texas Education Code Section 44.0331 requires school districts that enter into a purchasing contract valued at $25,000 or more or under any other cooperative purchasing program authorized for school districts, shall document any contract-related fee, including any management fee and the purpose of each fee under the contract. The amount, purpose and disposition of any fee must be presented in a written report and submitted annually in an open meeting of the Board of Trustees of the school district. The written report must appear as an agenda item.

The following cooperative purchasing programs were utilized by Round Rock ISD for the 2020 – 2021 fiscal year, the associated fee and the purpose of the fee. All cooperatives are listed. Note that no other fees were paid related to any other contracts over $25,000.

| Organization | Fee | Reason for Fee |
|---|---|---|
| 1GPA | $ 0.00 | Annual Membership fee |
| Central Texas Purchasing Alliance (CTPA) | $ 150.00 | Annual Membership fee |
| Choice Partners (Harris County Dept. of Education) | $ 0.00 | Annual Membership fee |
| Houston-Galveston Area Council (H-GAC) | $ 0.00 | Annual Membership fee |
| H-GAC (2018-2019 Vehicle Administrative Fees) | $ 0.00 | Annual Membership fee |
| National Cooperative Purchasing Alliance (NCPA) | $ 0.00 | Annual Membership fee |
| OMNIA Partners | $ 0.00 | Annual Membership fee |
| National Joint Powers Alliance (NJPA) Cooperative | $ 0.00 | Annual Membership fee |
| PACE Purchasing Cooperative – ESC 20 | $ 0.00 | Annual Membership fee |
| Region 6 / EPIC6 Cooperative | $ 0.00 | Annual Membership fee |
| Region 11 / TETPC | $ 0.00 | Annual Membership fee |
| Region 19 – Allied States Cooperative | $ 0.00 | Annual Membership fee |

**EXHIBIT 16**

**App. 285**

**RRISD 02174**

| | | |
|---|---|---|
| Tarrant County Cooperative Purchasing Program | $ 0.00 | Annual Membership fee |
| Texas Association of School Boards (TASB) - BuyBoard | $ 0.00 | Annual Membership fee |
| TASB - BuyBoard (2020-2021 Vehicle Administrative Fees) | $ 800.00 | Vehicle Purchases |
| Texas Department of Information Resources (DIR) | $ 0.00 | Annual Membership fee |
| Texas Procurement and Support Services (State Comptroller's) | $ 100.00 | Annual Membership fee |
| TIPS Cooperative | $ 0.00 | Annual Membership fee |

| | |
|---|---|
| **Subject** | **9. Ratification of Interlocal Agreements Entered Into During the 2020-2021 Fiscal Year - Dr. Kenneth Adix** |
| Meeting | Aug 19, 2021 - ROUND ROCK INDEPENDENT SCHOOL DISTRICT BOARD OF TRUSTEES REGULAR BOARD MEETING |
| Category | G. ACTION ITEMS FOR CONSIDERATION BY CONSENT |
| Type | Action (Consent) |
| Recommended Action | ADMINISTRATION RECOMMENDATION:<br>I move that the Board ratify and approve the interlocal agreements negotiated on behalf of the District during the 2020-2021 fiscal year as outlined. |

_BACKGROUND INFORMATION_

Policy CH Local authorizes the Superintendent to enter into interlocal agreements in accordance with Government Code Chapter 791, when such an agreement would result in the purchase contract providing the best value to the District. Interlocal agreements are presented to the for ratification and approval annually in accordance with the policy.

A list of interlocal agreements negotiated during the 2020-2021 fiscal year is included on the following page.

File Attachments
G9.2020-2021 Interlocal Agreements.pdf (436 KB)

| | |
|---|---|
| **Subject** | **10. Adoption of Resolution Designating Tax Rate Calculation Officer - Dr. Kenneth Adix** |
| Meeting | Aug 19, 2021 - ROUND ROCK INDEPENDENT SCHOOL DISTRICT BOARD OF TRUSTEES REGULAR BOARD MEETING |
| Category | G. ACTION ITEMS FOR CONSIDERATION BY CONSENT |
| Type | Action (Consent) |
| Recommended Action | ADMINISTRATION RECOMMENDATION:<br>I move that the Board adopt the resolution designating the Chief Financial Officer as the officer to serve as the Truth in Taxation Tax Rate Calculation Officer for the District. |

_BACKGROUND INFORMATION_

Senate Bill 2 of the 86th Texas Legislature requires the Board to designate the officer to perform Truth in Taxation tax rate calculations for the No New Revenue Rate and the Voter Approval Rate. The Chief Financial Officer is the officer to serve as the Truth in Taxation Tax Rate Calculation Officer for the District.

File Attachments
G10.Resolution Tax Rate Calculation Officer 2021-22.pdf (19 KB)

## H. ACTION ITEMS

**EXHIBIT 16**                                          **App. 286**

**RRISD 02175**

5/19/22, 11:04 AM                                                    BoardDocs® Pro

| | |
|---|---|
| **Subject** | **1. Appoint Delegate and Alternate for the 2021 TASB Delegate Assembly - Amy Weir** |
| Meeting | Aug 19, 2021 - ROUND ROCK INDEPENDENT SCHOOL DISTRICT BOARD OF TRUSTEES REGULAR BOARD MEETING |
| Category | H. ACTION ITEMS |
| Type | Action |
| Recommended Action | ADMINISTRATION RECOMMENDATION: I move that _____be named delegate and _____be named alternate to the TASB 2021 Delegate Assembly. |

*BACKGROUND INFORMATION:*

Each year the Texas Association of School Boards (TASB) asks school districts that belong to the Association to name a delegate and an alternate to take part in their annual Delegate Assembly.

The district's representation at the Delegate Assembly is of utmost importance to both the board and to TASB. It is vital that the representative understand the processes and issues that come before the Assembly for action. The recommendation is that the Delegate and alternate be from among the more experienced board members due to the complexity of various education issues. The decisions made by the Assembly will set the course for TASB for the coming year.

Delegates and alternates in each region will meet with TASB Directors to discuss the issues coming before the Assembly and clarify Delegate Assembly processes. The 2021 TASB Delegate Assembly meeting will be held on September 25, 2021  in Dallas, TX.

The Delegates chart TASB's future in three significant ways:

1. Directors Board of TASB leadership—officers and members of the TASB's Electing
2. Association Bylaws to ensure a responsive and effective TASB Amending
3. Adopting TASB's Advocacy Agenda, the legislative "roadmap" for issues critical to public education for the foreseeable future

TASB requests that the name of the delegate and alternate be submitted to their office by August 26, 2021.

> File Attachments
> H1.Delegate-registration-form.pdf (78 KB)

| | |
|---|---|
| **Subject** | **2. Endorse TASB Board of Directors in Region 13, Position C Candidate - Amy Weir** |
| Meeting | Aug 19, 2021 - ROUND ROCK INDEPENDENT SCHOOL DISTRICT BOARD OF TRUSTEES REGULAR BOARD MEETING |
| Category | H. ACTION ITEMS |
| Type | Action |
| Recommended Action | ADMINISTRATION RECOMMENDATION: I move that the Board nominate _____ from _____ISD to the TASB Board of Directors in Region 13, Position C. |

*BACKGROUND INFORMATION:*

Endorsement Process:

Local school districts (Active Members) within a TASB Region containing a vacancy or expiring position can endorse a nominated candidate by submitting the TASB Endorsement Form on or before August 30 at 11:59 p.m.

- Endorsements can only be accepted from districts that take board action to endorse between July 3 and August 29
- A district's nomination of an individual also serves as an endorsement for that candidate.

**EXHIBIT 16**                                                    **App. 287**    8/11

**RRISD 02176**

- According to the TASB Bylaws, Large Districts are treated as Association Regions and, therefore, do not participate in the endorsement process. A Large District's local board nomination constitutes a majority.
- An endorsement count for each candidate will be updated daily on the TASB website.

District participation in the Endorsement Process is strongly encouraged:

If a nominated individual has received endorsements from a majority of the Active Members in the TASB Region, one more than 50%, that individual is elected to the Board and will take office after the final convention session in the year elected. (Large District nominations serve as a majority)

If no individual has received a majority of the endorsements, the Delegate Assembly ballot will include the TASB Nominations Committee's nominees and will also list any nominated individuals who have received endorsements from at least 25 percent of the Active Members within their TASB Region.

Bios for each of the candidates can be found on the TASB website. The following individuals have been nominated by their local boards for a TASB Board position which are vacant or have expiring terms and are seeking election to the TASB Board of Directors:

    **Region 13 Position A**
    Yasmin Wagner, Austin ISD
    *(According to the TASB Bylaws, this District is designated as a Large District. For TASB Director nominations, Large Districts are treated as Association Regions and, therefore, do not participate in the endorsement process. A Large District's local board nomination constitutes a majority).*

    **Region 13 Position C**
    Bryan Holubec, Thrall ISD
    Kathy Major, Liberty Hill ISD
    Renae Mitchell, Pflugerville ISD
    Terrence Owens, Hutto ISD

# I. CLOSED SESSION

| | |
|---|---|
| **Subject** | **1. Pursuant to Texas Government Code Under Section 551.074 and 551.071, the Board will consider and discuss the TEA letter.** |
| Meeting | Aug 19, 2021 - ROUND ROCK INDEPENDENT SCHOOL DISTRICT BOARD OF TRUSTEES REGULAR BOARD MEETING |
| Category | I. CLOSED SESSION |
| Type | |

Such closed or executive meeting or session as authorized by the Texas Open Meetings Act, Texas Government Code Section 551.001 et seq., will be held by the School Board at the date and place given in this Notice as soon after the commencement of the meeting covered by the Notice as the School Board may conveniently meet in such closed or executive meeting or session concerning any and all purposes permitted by the Act, including, but not limited to the above mentioned sections and purposes.

Following the Closed Session, the Board will reconvene in Open Session and may take action on any item discussed in Closed Session.

| | |
|---|---|
| **Subject** | **2. Pursuant to Texas Government Code Under Section 551.074 and 551.071, the Board will consider and discuss the Quarterly Internal Audit Report and Lighthouse complaints or concerns against the Superintendent and Trustees.** |
| Meeting | Aug 19, 2021 - ROUND ROCK INDEPENDENT SCHOOL DISTRICT BOARD OF TRUSTEES REGULAR BOARD MEETING |
| Category | I. CLOSED SESSION |
| Type | |

Such closed or executive meeting or session as authorized by the Texas Open Meetings Act, Texas Government Code Section 551.001 et seq., will be held by the School Board at the date and place given in this Notice as soon after the commencement of the meeting covered by the Notice as the School Board may conveniently meet in such closed or executive meeting or session concerning any and all purposes permitted by the Act, including, but not limited to the above mentioned sections and purposes.

Following the Closed Session, the Board will reconvene in Open Session and may take action on any item discussed in Closed Session.

| Subject | **3. Pursuant to Texas Government Code 551.071 and 551.074,the Board will consult with attorneys to discuss the duties, roles and responsibilities of a public officer and employees, including handling confidential information and requests for information.** |
|---|---|
| Meeting | Aug 19, 2021 - ROUND ROCK INDEPENDENT SCHOOL DISTRICT BOARD OF TRUSTEES REGULAR BOARD MEETING |
| Category | I. CLOSED SESSION |
| Type | |

Such closed or executive meeting or session as authorized by the Texas Open Meetings Act, Texas Government Code Section 551.001 et seq., will be held by the School Board at the date and place given in this Notice as soon after the commencement of the meeting covered by the Notice as the School Board may conveniently meet in such closed or executive meeting or session concerning any and all purposes permitted by the Act, including, but not limited to the above mentioned sections and purposes.

Following the Closed Session, the Board will reconvene in Open Session and may take action on any item discussed in Closed Session.

## J. CALL BACK TO ORDER/EXECUTIVE SESSION MOTIONS

| Subject | **1. Call Back to Order/Executive Session Motions** |
|---|---|
| Meeting | Aug 19, 2021 - ROUND ROCK INDEPENDENT SCHOOL DISTRICT BOARD OF TRUSTEES REGULAR BOARD MEETING |
| Category | J. CALL BACK TO ORDER/EXECUTIVE SESSION MOTIONS |
| Type | Information |

## K. BOARD ANNOUNCEMENTS/REQUESTS FOR FUTURE AGENDA ITEMS

| Subject | **1. Board Announcements/Request for Future Agenda Items** |
|---|---|
| Meeting | Aug 19, 2021 - ROUND ROCK INDEPENDENT SCHOOL DISTRICT BOARD OF TRUSTEES REGULAR BOARD MEETING |
| Category | K. BOARD ANNOUNCEMENTS/REQUESTS FOR FUTURE AGENDA ITEMS |
| Type | Information |

## L. THE BOARD RESERVES THE RIGHT TO ENTER INTO CLOSED SESSION ON ANY AGENDA ITEM AS PERMITTED BY THE TEXAS OPEN MEETINGS ACT, SECTION 551.071 ET SEQ.

| Subject | **1. The Board reserves the right to enter into closed session on any agenda item as permitted by the Texas Open Meetings Act, Section 551.071 et seq.** |
|---|---|

**EXHIBIT 16**          **App. 289**

**RRISD 02178**

| Meeting | Aug 19, 2021 - ROUND ROCK INDEPENDENT SCHOOL DISTRICT BOARD OF TRUSTEES REGULAR BOARD MEETING |
| Category | L. THE BOARD RESERVES THE RIGHT TO ENTER INTO CLOSED SESSION ON ANY AGENDA ITEM AS PERMITTED BY THE TEXAS OPEN MEETINGS ACT, SECTION 551.071 ET SEQ. |
| Type | |

## M. ADJOURNMENT

| **Subject** | **1. Adjournment** |
| Meeting | Aug 19, 2021 - ROUND ROCK INDEPENDENT SCHOOL DISTRICT BOARD OF TRUSTEES REGULAR BOARD MEETING |
| Category | M. ADJOURNMENT |
| Type | Information |

On this the 13th day of August 2021 at 5:00 p.m., a copy of this notice was posted on the Round Rock ISD website.

**EXHIBIT 16**    **App. 290**

RRISD 02179



## ROUND ROCK **I S D**

**ROUND ROCK INDEPENDENT SCHOOL DISTRICT**
Round Rock, Texas

A Regular Board Meeting of the Board of Trustees was held on Thursday, August 19, 2021, commencing at 5:30 p.m. at the Round Rock High School 100 Lecture Hall, located at 300 N. Lake Creek Drive, Round Rock, TX 78681.

| | |
|---|---|
| Call to Order | President Amy Weir called the meeting to order at 5:30 p.m. |
| Roll Call | President Amy Weir, Vice President Amber Feller, Secretary Tiffanie N. Harrison, Cory Vessa, Dr. Mary Bone, Danielle Weston, Dr. Jun Xiao and Dr. Danny Presley, Acting Superintendent of Schools. |
| Absent | None. |
| Pledge of Allegiance and Texas Pledge | The Board and audience recited the Pledge of Allegiance and Texas Pledge. |
| Public Comments | The following citizens spoke during Public Comments: |

*John Keagy*
*Denise Ray*
*Karen Felthauser*
*Mark Costenbader*
*Dustin Clark*
*Jeremy Story*
*Matt Fogle*
*Krista Laine*
*Doug McLean*
*Keiawnna Pitts*
*Chuck Sanders*
*Jennifer White*
*Stuart Litwin*
*Jason Kilgore*
*Ginny  Gustin*
*Xiaoqin Elaine Li*
*Robyn  Honig*
*Lynda  Quintana*
*Elizabeth George*
*Natasha Choe*
*Meghna Roy*
*Eve Margolis*
*Shannon Probe*
*Jenny Wiley*
*Chelsea Mok*
*Joseph Vogas*
*Julie Alonso*
*Jason Schklar*

**App. 291**

**EXHIBIT 17**

*Round Rock Independent School District*
*Regular Board Meeting, August 19, 2021*                                          *Page 2 of 7*

*Craig Gilden*
*Alyssa Gilden*
*Melissa Hickson*
*Ramya Kumaraswamy*
*Jason Choe*
*Jordan Goldman*
*Adam Bartlett*
*Kanjbala Jawahar*
*Lindsey Ledyard*

| | |
|---|---|
| Superintendent Report | None. |
| Discussion Items | Agenda Item No. F1 – 2021-2022 Student Handbook<br>Dr. Danny Presley, Senior Chief of Schools and Innovation provided a brief overview. |
| Consent Action Items | The Board pulled the following consent agenda item for individual consideration: |

- Agenda Item No. G3 – Approval of the 2021-2022 Student Code of Conduct

**Motion:**
Amber Feller moved that the Board approve Agenda Items No. G1, G2, G4, G5, G6, G7, G8, G9 and G10 by consent. Tiffanie Harrison seconded the motion.

Agenda Item No. G1 – Approval of Board Minutes
The Board approved the minutes for the Board meetings held on June 10, 14, 17, 19 and July 15, 2021 as presented.

Agenda Item No. G2 – Approval of T-TESS Appraisers
The Board of Trustees approves the list of district administrators who evaluate teachers through the Texas Teacher Evaluation Support System. The Board approved the list of T-TESS Appraisers for the 2021-2022 school year as presented.

Agenda Item No. G4 – Approval of Superintendent Designees for Automated TEASE/TEAL Accounts
TEA legal staff implemented a requirement for documenting Superintendent designee approval for all TEA web applications containing confidential data. Designation of a specific list of individuals (Alternate Approvers) to review and submit district staff requests for web applications containing confidential data through TEASE (Texas Education Agency Secure Environment)/TEAL (Texas Education Agency Login) requires evidence of Board approval (i.e., Board minutes noting approval/authorization).

**App. 292**

**EXHIBIT 17**

**RRISD 02181**

The Board approved Rhonda Rhode, Director of Finance, Mark Gabehart, Executive Director of Management Information Services and D'Lynne Johnson, PEIMS Manager to act as Superintendent designees for approving staff requests for access to one or more TEA web applications accessed through the TEASE/TEAL. This authorization is valid for the calendar year starting September 1, 2021 to August 31, 2022.

Agenda Item No. G5 –  Approval of Chapter 48 Agreement
The Texas Education Agency (TEA) has notified the District of its' Chapter 48 status for 2021-22, because its estimated local yield per penny per WADA exceeds the Tier Two Guaranteed Yield. The District is expected to pay recapture because the amount the District can raise from property taxes exceeds the Tier One Entitlement.
The Board approved for the 2021-2022 school year that we delegate contractual authority to obligate the school district under Texas Education Code (TEC) §11.1511(c)(4) to the superintendent, solely for the purpose of obligating the district under TEC, §48.257 and TEC, Chapter 49, Subchapters A and D, and the rules adopted by the commissioner of education as authorized under TEC, 49.006. This included approval of the Agreement for the Purchase of Attendance Credit or the Agreement for the Purchase of Attendance Credit (Netting Chapter 48 Funding).

Agenda Item No. G6 – Approval of Investment Reports
In accordance with Board policy CDA Legal, a comprehensive report of the investment activity is required to be presented to the Board for each quarter. The Board approved the 3rd Quarter, 4th Quarter and Annual Investment Reports for 2020-21 as presented.

Agenda Item No. G7 – Adoption of Resolution Related to the District's Investment Strategy and Designation of Investment Officers
School district investment practices are bound by the Texas Government Code, Section 2256 (Public Funds Investment Act). Under this code, a governing body may purchase, sell, and invest the funds under its control in investments authorized under this subchapter in compliance with investment policies approved by the governing body and according to the standard of care prescribed by Section 2256.006.
Section 2256.006 dictates that investments of the District shall be made with judgment and care, under prevailing circumstances, that a person of prudence, discretion, and intelligence would exercise in the management of the person's own affairs, not for speculation, but for investment, considering the probable safety of capital and the probable income to be derived. Investment of funds shall be governed by the following investment objectives, in order of priority: preservation and safety of principal, liquidity and yield.
Texas Government Code requires that the Board adopt a resolution as appropriate, a written investment policy regarding the investment of its

**App. 293**

**EXHIBIT 17**

**RRISD 02182**

funds and funds under its control. An annual review of the investment policy and strategies is required in addition to the designation of individuals authorized as investment officers of the District. The District's Investment Strategy was last approved in August 2020.

Investment policies in Round Rock ISD are governed by Board Legal and Local policy CDA, *Other Revenues, Investments,* and the attached investment strategy document. No changes to investment policies or strategies are requested at this time.

The Board adopted the resolution approving the District's Investment Strategy and designating investment officers for the District as presented.

Agenda Item No. G8 – Approval of Cooperative Program Management Fees Report

Texas Education Code Section 44.0331 requires school districts that enter into a purchasing contract valued at $25,000 or more or under any other cooperative purchasing program authorized for school districts, shall document any contract-related fee, including any management fee and the purpose of each fee under the contract. The amount, purpose and disposition of any fee must be presented in a written report and submitted annually in an open meeting of the Board of Trustees of the school district. The written report must appear as an agenda item.

The following cooperative purchasing programs were utilized by Round Rock ISD for the 2020 – 2021 fiscal year, the associated fee and the purpose of the fee. All cooperatives are listed. Note that no other fees were paid related to any other contracts over $25,000. The Board approved the contract-related cooperative fees report as presented.

| Organization | Fee | Reason for Fee |
|---|---|---|
| 1GPA | $ 0.00 | Annual Membership fee |
| Central Texas Purchasing Alliance (CTPA) | $ 150.00 | Annual Membership fee |
| Choice Partners (Harris County Dept. of Education) | $ 0.00 | Annual Membership fee |
| Houston-Galveston Area Council (H-GAC) | $ 0.00 | Annual Membership fee |
| H-GAC (2018-2019 Vehicle Administrative Fees) | $ 0.00 | Annual Membership fee |
| National Cooperative Purchasing Alliance (NCPA) | $ 0.00 | Annual Membership fee |
| OMNIA Partners | $ 0.00 | Annual Membership fee |
| National Joint Powers Alliance (NJPA) Cooperative | $ 0.00 | Annual Membership fee |
| PACE Purchasing Cooperative – ESC 20 | $ 0.00 | Annual Membership fee |
| Region 6 / EPIC6 Cooperative | $ 0.00 | Annual Membership fee |
| Region 11 / TETPC | $ 0.00 | Annual Membership fee |
| Region 19 – Allied States Cooperative | $ 0.00 | Annual Membership fee |
| Tarrant County Cooperative Purchasing Program | $ 0.00 | Annual Membership fee |
| Texas Association of School Boards (TASB) - BuyBoard | $ 0.00 | Annual Membership fee |
| TASB - BuyBoard (2020-2021 Vehicle Administrative Fees) | $ 800.00 | Vehicle Purchases |
| Texas Department of Information Resources (DIR) | $ 0.00 | Annual Membership fee |
| Texas Procurement and Support Services (State Comptroller's) | $ 100.00 | Annual Membership fee |
| TIPS Cooperative | $ 0.00 | Annual Membership fee |

**App. 294**

**EXHIBIT 17**

<u>Agenda Item No. G9 – Ratification of Interlocal Agreements Entered Into During the 2020-2021 Fiscal Year</u>
Policy CH Local authorizes the Superintendent to enter into interlocal agreements in accordance with Government Code Chapter 791, when such an agreement would result in the purchase contract providing the best value to the District. Interlocal agreements are presented to the for ratification and approval annually in accordance with the policy.
The Board ratified and approved the interlocal agreements negotiated on behalf of the District during the 2020-2021 fiscal year as outlined.

<u>Agenda Item No. G10 – Adoption of Resolution Designating Tax Rate Calculation Officer</u>
Senate Bill 2 of the 86th Texas Legislature requires the Board to designate the officer to perform Truth in Taxation tax rate calculations for the No New Revenue Rate and the Voter Approval Rate. The Chief Financial Officer is the officer to serve as the Truth in Taxation Tax Rate Calculation Officer for the District.
The Board adopted the resolution designating the Chief Financial Officer as the officer to serve as the Truth in Taxation Tax Rate Calculation Officer for the District.

| | |
|---|---|
| Yeas: | All Board Members present voted "Yes." |
| Nays: | None. |
| | Motion passed 7:0. |

Agenda Item No. G3
Approval of the 2021-2022
Student Code of Conduct

**Motion:**
Danielle Weston moved to pull Agenda Item No. G3 for the Monday, August 23, 2021 Called Board meeting.

Motion failed for lack of a second.

**Motion:**
Amber Feller moved that the Board approve the 2021-2022 Student Code of Conduct as presented. Amy Weir seconded the motion.

| | |
|---|---|
| Yeas: | Amy Weir, Amber Feller, Tiffanie Harrison, Cory Vessa, Mary Bone, June Xiao. |
| Nays: | Danielle Weston. |
| | Motion passed 6:1. |

**App. 295**

**EXHIBIT 17**

**RRISD 02184**

*Round Rock Independent School District*
*Regular Board Meeting, August 19, 2021*                                       *Page 6 of 7*

| | |
|---|---|
| Agenda Item No. H1<br>Appoint Delegate and Alternate for the 2021 TASB Delegate Assembly | **Motion:**<br>Cory Vessa moved that <u>Tiffanie Harrison</u> be named delegate and <u>Cory Vessa</u> be named alternate to the TASB 2021 Delegate Assembly. Amber Feller seconded the motion. |
| Yeas: | All Board Members present voted "Yes." |
| Nays: | None. |
| | Motion passed 7:0. |
| Agenda Item No. H2<br>Endorse TASB Board of Directors in Region 13, Position C Candidate | **Motion:**<br>Cory Vessa moved that hat the Board nominate <u>Renae Mitchell from Pflugerville ISD</u> to the TASB Board of Directors in Region 13, Position C. Amy Weir seconded the motion. |
| Yeas: | Amy Weir, Amber Feller, Tiffanie Harrison, Cory Vessa. |
| Nays: | None. |
| Abstain: | Mary Bone, Danielle Weston, Jun Xiao. |
| | Motion passed 4:0:3. |
| Closed Session | President Amy Weir called the Board into Closed Session at 7:25 p.m. for purposes permitted by the Texas Open Meetings Act, Texas Government Code 551.001 et seq. to: |

1. Pursuant to Texas Government Code Under Section 551.074 and 551.071, the Board will consider and discuss the TEA letter.
2. Pursuant to Texas Government Code Under Section 551.074 and 551.071, the Board will consider and discuss the Quarterly Internal Audit Report and Lighthouse complaints or concerns against the Superintendent and Trustees.
3. Pursuant to Texas Government Code 551.071 and 551.074,the Board will consult with attorneys to discuss the duties, roles and responsibilities of a public officer and employees, including handling confidential information and requests for information.

| | |
|---|---|
| Reconvene Meeting | The Board reconvened from Closed Session at 10:59 p.m. |

**App. 296**

**EXHIBIT 17**

**RRISD 02185**

| | |
|---|---|
| Agenda Item No. I1<br>The Board will consider and<br>discuss the TEA letter | **Motion:**<br>Amber Feller moved that the Board agree to the Corrective Action Plan in TEA Complaint No. IR2020-12-001. Cory Vessa seconded the motion. |
| Yeas: | All Board Members present voted "Yes." |
| Nays: | None. |
| | Motion passed 7:0. |
| Announcements/Future Agenda Items | Ms. Weston mentioned that the State Board of Education will be having their quarterly meeting from September 1-3, 2021.<br><br>Ms. Harrison announced that zero minutes were spent discussing student outcomes.<br><br>Dr. Bone asked if "Possible Action" could be added to the August 23rd Called Board meeting. Ms. Weir asked for a consensus of the Board and consensus was not reached.<br><br>Ms. Vessa announced that the Texas House had a quorum today and could be hearing SB15 soon. If passed, it would fund virtual learning.<br><br>Ms. Feller welcomed everyone to the 2021-22 school year.<br><br>Dr. Xiao requested an emergency meeting regarding mask policy. Ms. Weir asked him to put his request in writing to her and the Superintendent. |

Trustee Harrison asked the Board if there were any objections to adjourn the meeting. Hearing none, the meeting adjourned at 11:12 p.m.

These minutes approved the 14th day of September 2021.

_____        _____
Amy Weir                           Tiffanie N. Harrison
President                          Secretary

**App. 297**

**EXHIBIT 17**

**RRISD 02186**

**Exhibit 18**

**RRISD 02406**
**2021.08.19 Board Meeting Recording**

**Copy submitted to the Clerk's office**
**and to Chambers**