IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
(AUSTIN DIVISION)

| | | |
|---|---|---|
| JEREMY STORY, | | |
| *Plaintiff*, | | Case No. 1:22-cv-00448-DAE |
| v. | | |
| SUPERINTENDENT HAFEDH AZAIEZ, et al., | | |
| *Defendants*. | | |

**PLAINTIFF JEREMY STORY'S MOTION FOR SUMMARY JUDGMENT APPENDIX**

| App'x No. | Description |
|---|---|
| 1 | Plaintiff's Third Amended Complaint (Doc. 49) |
| 2 | August 16, 2021 RRISD Called Board Meeting Agenda |
| 3 | August 16, 2021 Agenda and COVID-19 Resolution Text |
| 4 | RRISD Board Policies BE(Legal), BED(Local), BJA(Legal) |
| 5 | August 16, 2021 RRISD Board Meeting Video (full) |
| 6 | Video Excerpt – Jeremy Story's August 16, 2021 Remarks |
| 7 | Transcript Excerpts of August 16, 2021 Public Comments (including Catherine Wrightmire, Elaine Lee, Don Zimmerman, and others) |
| 8 | Application for Protective Order – Aldrich v. Azaiez (Travis County) |
| 9 | Agreed Permanent Restraining Order Involving Azaiez and Aldrich |
| 10 | Protective Order Against Vanessa Aldrich (Cross-Proceeding) |
| 11 | Affidavit for Warrant of Arrest and Detention – Jeremy Story |
| 12 | Sergeant Pope's Incident / Supplemental Report Regarding August 16, 2021 |
| 13 | Sergeant Pope's Use-of-Force Report – Removal of Jeremy Story |
| 14 | Chief Yarbrough's Written Statement |

| 15 | Chief Yarbrough's Written Statement Continuation Page |
| --- | --- |
| 16 | Email from County Attorney Dee Hobbs Regarding RRISD Police and Potential Criminal Charges |
| 19 | Deposition of Sergeant Milton Namon Pope, Jr. (Oct. 30, 2025) |
| 20 | Deposition of Detective Sergeant Lauren Marie Griffith (Oct. 24, 2025) |
| 21 | Deposition of Chief Jeffrey Dwayne Yarbrough (Oct. 29, 2025) |
| 22 | Deposition of Superintendent Hafedh Azaiez (Nov. 6, 2025) |
| 23 | Declaration of Jeremy Wade Story |