5/19/22, 11:00 AM                                    BoardDocs® Pro



**Monday, August 16, 2021**
**ROUND ROCK INDEPENDENT SCHOOL DISTRICT BOARD OF TRUSTEES CALLED BOARD**
**MEETING**

**CALLED BOARD MEETING**
**TIME: 5:30 p.m.**
**Round Rock High School 100 Lecture Hall, 300 N Lake Creek Drive, Round Rock, TX 78681**

## A. CALL TO ORDER

| | |
|---|---|
| Subject | **1. Call to Order** |
| Meeting | Aug 16, 2021 - ROUND ROCK INDEPENDENT SCHOOL DISTRICT BOARD OF TRUSTEES CALLED BOARD MEETING |
| Category | A. CALL TO ORDER |
| Type | |

Announcement by the chairman as to the presence of a quorum, that the meeting has been duly called, and that the notice of the meeting has been posted for time and in the manner required by law.

## B. PLEDGE OF ALLEGIANCE AND TEXAS PLEDGE

| | |
|---|---|
| Subject | **1. Pledge of Allegiance and Texas Pledge** |
| Meeting | Aug 16, 2021 - ROUND ROCK INDEPENDENT SCHOOL DISTRICT BOARD OF TRUSTEES CALLED BOARD MEETING |
| Category | B. PLEDGE OF ALLEGIANCE AND TEXAS PLEDGE |
| Type | Procedural |

## C. PUBLIC COMMENTS REGARDING ITEMS ON THE AGENDA

| | |
|---|---|
| Subject | **1. The Board will afford members of the public an opportunity to speak on items listed on the Board agenda. Individuals wishing to address the Board must sign up between 2:30 p.m. on August 15, 2021 and 2:30 p.m. on August 16, 2021. Speakers may request a translator if they plan to deliver their remarks in a language other than English by emailing community_relations@roundrockisd.org at least eight hours prior to the start of the meeting. https://forms.gle/Sffq8LdWAFtzbdLZ7** |
| Meeting | Aug 16, 2021 - ROUND ROCK INDEPENDENT SCHOOL DISTRICT BOARD OF TRUSTEES CALLED BOARD MEETING |
| Category | C. PUBLIC COMMENTS REGARDING ITEMS ON THE AGENDA |
| Type | Information |

https://forms.gle/Sffq8LdWAFtzbdLZ7

**RRISD 02114**

| Subject | **2. La Mesa Directiva brindará a los miembros del público la oportunidad de presentar comentarios sobre los temas incluidos en la agenda de la Junta. Las personas que deseen dirigirse a la Mesa Directiva deben registrarse entre las 2:30 p.m. el 15 de agosto de 2021 y las 2:30 p.m. el 16 de agosto de 2021. Los oradores pueden solicitar un traductor si planean presentar sus comentarios en un idioma que no sea inglés enviando un correo electrónico a community_relations@roundrockisd.org al menos ocho horas antes del inicio de la reunión. https://forms.gle/Sffq8LdWAFtzbdLZ7** |
|---|---|
| Meeting | Aug 16, 2021 - ROUND ROCK INDEPENDENT SCHOOL DISTRICT BOARD OF TRUSTEES CALLED BOARD MEETING |
| Category | C. PUBLIC COMMENTS REGARDING ITEMS ON THE AGENDA |
| Type | Information |

https://forms.gle/Sffq8LdWAFtzbdLZ7

## D. DISCUSSION AND POSSIBLE ACTION

| Subject | **1. Adoption of Resolution for Employee Covid-19 Positive Extended Leave During Covid-19 Pandemic - Annette Vierra** |
|---|---|
| Meeting | Aug 16, 2021 - ROUND ROCK INDEPENDENT SCHOOL DISTRICT BOARD OF TRUSTEES CALLED BOARD MEETING |
| Category | D. DISCUSSION AND POSSIBLE ACTION |
| Type | Action |

File Attachments
D1.BOARD RESOLUTION EXTENDED LEAVE.pdf (497 KB)

| Subject | **2. Fall 2021 COVID-19 Health and Safety Protocols** |
|---|---|
| Meeting | Aug 16, 2021 - ROUND ROCK INDEPENDENT SCHOOL DISTRICT BOARD OF TRUSTEES CALLED BOARD MEETING |
| Category | D. DISCUSSION AND POSSIBLE ACTION |
| Type | |

File Attachments
D2.COVID-19 Protocols Aug. 16, 2021.pdf (3,273 KB)
Wilco ISD Call 08.09.21.pdf (370 KB)
COPY APH COVID-19 Briefing (2).pdf (2,186 KB)

## E. ADJOURNMENT

| Subject | **1. Adjournment** |
|---|---|
| Meeting | Aug 16, 2021 - ROUND ROCK INDEPENDENT SCHOOL DISTRICT BOARD OF TRUSTEES CALLED BOARD MEETING |
| Category | E. ADJOURNMENT |
| Type | Information |

**RRISD 02115**

On this the 12th day of August 2021 at 2:00 p.m., a copy of this notice was posted on the Round Rock ISD website.

RRISD 02116



**ROUND ROCK INDEPENDENT SCHOOL DISTRICT**
Round Rock, Texas

A Called Board Meeting of the Board of Trustees was held on Monday, August 16, 2021, commencing at 5:30 p.m. at the Round Rock High School 100 Lecture Hall, located at 300 N. Lake Creek Drive, Round Rock, TX 78681.

| | |
|---|---|
| Call to Order | President Amy Weir called the meeting to order at 5:30 p.m. |
| Roll Call | President Amy Weir, Vice President Amber Feller, Secretary Tiffanie N. Harrison, Cory Vessa, Dr. Mary Bone, Danielle Weston, Dr. Jun Xiao and Dr. Hafedh Azaiez, Superintendent of Schools. |
| Absent | None. |
| Pledge of Allegiance and Texas Pledge | The Board and audience recited the Pledge of Allegiance and Texas Pledge. |
| Public Communication | The following citizens spoke during Public Comments: |

> *Emma Ray*
> *Jane Gann*
> *Jacob Mitchell*
> *Kathryn Rightmeyer*
> *Xiaoqin Elaine Li*
> *Benjamin Sterling*
> *James Holloway*
> *Michael Barrett*
> *Cindy Barrett*
> *Lindsey Ledyard*
> *Marcia Strickler*
> *Dustin Clark*
> *Stephanie Hughes*
> *Russel Pryor*
> *Glenda Mosley*
> *Tara Strain*
> *John Keagy*
> *Renate Sims*
> *Don Zimmerman*
> *Matthew Altman*
> *Katie Valle*
> *Krysta Walker*
> *Ricci Nelson*
> *Mahi Pabbisetty*
> *Jack Murray*
> *Charlotte Hernandez*
> *Sophia Zhang*
> *Misha Patel*

**RRISD 02117**

*Alexia Koller*
*Ishira Limaye*
*Mihika Limaye*
*Sam B*
*Caroline Fu*
*Helena Zeng*
*Anjana Arvind*
*Meghna Roy*
*Ashley Walker*
*Rebecca Maldonado*
*Shauna Kinningham*
*Julie Alonso*
*Sien Zhang*
*Christine Mann*
*Miriam Arora*
*Ryan Daly*
*Rachel Keagy*
*Christie Slape*
*Linda Avila*
*Alexandra Campo*
*Leslie Winters*
*TJ Rothwell*
*Michelle Guardabascio*
*Ben Rupp*
*Jessica Pryor*
*Natosha Daniels*
*Chris Hopkins*
*Niannian Dun*
*Joseph McCullough*
*Jennifer White*
*David Granado*
*Lauren Hinz*
*Tammy Conrad*
*Robert Lesieur*
*Alexandra Campo*
*Paul Leal*
*Tad Cleaves*
*Darrell Lowrance*
*Jeremy Story*
*Carrie Puckett*
*Khona Mohiuddin*
*Jason Schklar*
*Ginny Gustin*
*Jason Kilgore*
*Cynthia Oelkers*
*Adam Bartlett*

**RRISD 02118**

*Shannon Probe*
*Melvin Lau*
*Elizabeth George*
*Ryan Phillips*
*Francheli Romero*
*Sarah Oldmixon*
*Robyn Honig*
*Rebecca Orozco*
*Paige Lewis*
*Kathryn Kizer*
*Kelly Errington Riegler*
*Christel Erickson-Collins*
*Jill Farris*
*Jaime Wilkins*
*Stuart Litwin*
*Julianne Knott*
*Lynda Quintana*
*Jessica Goudeau*
*Katie Nafius*
*Raymon Daniel*
*Amy Lanning*
*Lon Levitan*
*Natasha Choe*
*Lorena Higuera*
*Lyndy  Dower*
*Bill Dower*
*Jennifer Schafer*
*Aidan Larson*
*Kavita Patel*
*Daniel De Los Santos*
*Chad Pavliska*
*Vivian  Lau*
*Ande Wall*
*Craig Gilden*
*Lori Wright*
*Chelsea Mok*
*Jeaneane McNulty*
*Esmeralda Rubalcava Hernández*
*Debbie Reeves*
*Garima Kochhar*
*Tonyia Cone*
*Rachel Kapur*
*Miriam Arora*
*Harrison McCreary*
*Monique Ridwan*
*Melissa Emmons*

**RRISD 02119**

*Jen Darrouzet*
*Melissa Hickson*
*HilarioRamos*
*Dr. Ruby Sahoo*
*Jennifer Wiley*
*Jennifer Reynolds*
*Jenny Gillis*
*Eve Margolis*
*Shyno Chacko*
*Joseph Vogas*
*Sarah Roddy*
*Joe Roddy*
*Natalie Osborn*
*Neeta Bhakta*
*Susan Lessing*
*Felice Meadow*
*Linda Checkley*
*Adam Hartmann*
*Jeaneane McNulty*
*Charu Peechu*
*Jonathan Gould*
*Cornell Woolridge*
*Scott Lloyd*
*Santhosh Balraj*
*Martin Milner*
*Chandana Chakka*
*Emily Beeler*
*Anna Le*
*Melissa Waelchli*
*Lingling Yan*
*Jason Fowler*
*Colleen Davey*
*Adam Hartmann*
*Jason Fowler*

*The Board recessed at 8:03 p.m. Ms. Weir called the meeting back to order at 8:30 p.m.*


*The Board recessed at 10:30 p.m. Ms. Weir called the meeting back to order at 10:45 p.m.*

| | |
|---|---|
| Agenda Item No. D1<br>Adoption of Resolution for Employee Covid-19 Positive Extended Leave During Covid-19 Pandemic | **Motion:**<br>Jun Xiao moved that the Board adopt the Resolution for Employee Covid-19 Positive Extended Leave During Covid-19 pandemic as presented. Cory Vessa seconded the motion.<br><br>**Amended Motion:**<br>Mary Bone moved that the Board adopt the Resolution for Employee Covid-19 Positive Extended Leave During Covid-19 pandemic to be modified from 8 to 10 days. Danielle Weston seconded the motion. |
| Yeas: | All Board Members presented voted "Yes". |
| Nays: | None.<br><br>Amended Motion passed 7:0. |
| Agenda Item No. D2<br>Fall 2021 COVID-19 Health and Safety Protocols | **Motion:**<br>Amber Feller moved that the Board support the recommendation of the administration and temporarily require masks for all students, staff, trustees and visitors at Round Rock ISD elementary and middle school campuses. This mandate shall only be effective indoors and when maintaining six feet of distance is not possible. This mandate is not effective when seated in school and staff lunchrooms. This mandate is also not effective during athletics, fine arts, and physical education unless deemed appropriate by the instructor. I also move that masks be temporarily required for all Round Rock ISD staff, trustees and visitors when indoors at District facilities when maintaining six feet of distance is not possible. This mandate is effective beginning at 12:01 a.m. on Wednesday August 18, 2021 and shall expire at 11:59 p.m. on Friday, September 17, 2021.  Amy Weir seconded the motion. |
| Yeas: | Amy Weir, Amber Feller, Cory Vessa, Tiffanie Harrison, Jun Xiao. |
| Nays: | Mary Bone, Danielle Weston.<br><br>Motion passed 5:2. |

**RRISD 02121**

**Motion:**
Tiffanie Harrision moved that the Board support the recommendation of the administration and temporarily require masks for all students, staff, trustees and visitors at Round Rock ISD **high school campuses**. This mandate shall only be effective indoors and when maintaining six feet of distance is not possible. This mandate is not effective when seated in school and staff lunchrooms. This mandate is also not effective during athletics, fine arts, and physical education unless deemed appropriate by the instructor. I also move that masks be temporarily required for all Round Rock ISD staff, trustees and visitors when indoors at District facilities. This mandate is effective beginning at 12:01 a.m. on Wednesday August 18, 2021 and shall expire at 11:59 p.m. on Friday, September 17, 2021.  Cory Vessa seconded the motion.

Yeas:    Amy Weir, Cory Vessa, Tiffanie Harrison, Jun Xiao.

Nays:    Amber Feller, Mary Bone, Danielle Weston.

Motion passed 4:3.

**Motion:**
Mary Bone moved that the Board provide an opt-out option for students and staff regarding any mask mandate. Danielle Weston seconded the motion.

Yeas:    Amy Weir, Amber Feller, Cory Vessa, Mary Bone, Danielle Weston.

Nays:    Tiffanie Harrison, Jun Xiao.

Motion passed 5:2.

**Motion:**
Amber Feller moved that the Board support the recommendation of the administration and temporarily require masks on all buses and district transportation effective at 12:01 a.m. on Wednesday August 18, 2021 and shall expire at 11:59 p.m. on Friday, September 17, 2021.  This mandate shall only be effective when maintaining six feet of distance is not possible. Amy Weir seconded the motion.

**RRISD 02122**

*Round Rock Independent School District*
*Called Board Meeting, August 16, 2021*                              *Page 7 of 7*

**Motion to Call the Question:**
Tiffanie Harrison moved to call the question. Amy Weir seconded the motion.

Yeas:                    Amy Weir, Amber Feller, Cory Vessa, Tiffanie Harrison, Jun Xiao.

Nays:                    Mary Bone, Danielle Weston.

Motion to Call the Question passed 5:2.

**Motion:**
Amber Feller moved that the Board support the recommendation of the administration and temporarily require masks on all buses and district transportation effective at 12:01 a.m. on Wednesday August 18, 2021 and shall expire at 11:59 p.m. on Friday, September 17, 2021.  This mandate shall only be effective when maintaining six feet of distance is not possible. Amy Weir seconded the motion.

Yeas:                    Amber Feller, Amy Weir, Cory Vessa, Tiffanie Harrison, Jun Xiao.

                         Mary Bone, Danielle Weston.
Nays:
                         Motion passed 5:2.


President Weir asked the Board if there were any objections to adjourn the meeting. Hearing none, the meeting adjourned at 2:31 a.m. on August 17, 2021.

These minutes approved the <u>14th</u> day of <u>September</u> 2021.


_____                    _____
Amy Weir                                           Tiffanie N. Harrison
President                                          Secretary

**BOARD RESOLUTION**
**OF**
**THE ROUND ROCK INDEPENDENT SCHOOL DISTRICT**
**RESOLUTION FOR EMPLOYEE COVID-19 POSITIVE EXTENDED LEAVE**
**DURING COVID-19 PANDEMIC**

At a lawfully called meeting on August 16, 2021, the Round Rock Independent School District Board of Trustees ("Board of Trustees") does hereby make the following Resolution regarding the granting of extended leave to employees and of the Round Rock Independent School District ("Round Rock ISD").

**WHEREAS**, on March 13, 2020, the Governor of the State of Texas declared a statewide emergency, and, later that same day, the President of the United States declared a national emergency regarding COVID-19;

**WHEREAS,** the Board of Trustees recognizes that COVID-19 is an unforeseen and unavoidable emergency of urgent public necessity, that the World Health Organization has declared COVID-19 as a pandemic;

**WHEREAS**, the Board of Trustees has a substantial public interest in protecting the health and safety of its students, staff, and community and therefore desires to ensure that Round Rock ISD and school community are prepared to the fullest extent possible to safeguard and protect the health and safety of its students, staff, and school community in light of COVID-19;

**WHEREAS,** the Round Rock ISD's public purpose is served by promoting conscientious health choices by employees, including medical individual isolations and leave as may be necessary to protect students, staff, and the school community;

**WHEREAS,** employee benefits that help ensure employees can recuperate from COVID-19, isolate to avoid the spread of COVID-19, follow health officials instructions, and generally help to protect the school community are essential in creating a school environment in which students can be successfully educated;

**WHEREAS,** the Round Rock ISD benefits from employees not being at Round Rock ISD facilities when ill from, or recuperating from COVID-19, in accordance with health department instructions, to prevent the spread of COVID-19 in the school community, because learning is negatively impacted when staff and students are ill with COVID-19;

**WHEREAS,** the Board of Trustees believed the public purposes described above are fulfilled by efficiently and effectively making certain delegations, as described more fully herein, to the Superintendent to address the ever-changing emergency situation in the best interest of the health, safety, and well-being of its students, staff, school community, and the citizenship at-large; and

**WHEREAS,** the Board of Trustees continues to provide controls and oversight for the Round Rock ISD expenditures and authority granted to the Superintendent herein through requiring that

**RRISD 02124**

the Superintendent develop regulations, communicate to the Board of Trustees updates regarding use of leave, and costs related to the grant of authority.

**IT IS THEREFORE RESOLVED THAT** the Board of Trustees finds a substantial public purpose exists in protecting the health and safety of its students, staff, and the school community, and in taking action to help ensure that the Round Rock ISD and its community are prepared, to the fullest extent possible, to protect the health and safety of the students, staff, and school community in light of COVID-19.

In furtherance of these public purposes, the Board of Trustees makes the following delegations to the Superintendent effectively for the 2021-2022 fiscal school year, with the benefit expiring on the last day of the employee's service calendar:

1) The authority to grant 8 additional paid leave days ("Employee COVID-19 Positive Extended Leave") to contract and non-contract employees when:
   a) The employee is subject to Federal, State, or local isolation order related to testing positive for COVID-19;
   b) Employees must self-report their own COVID-19 positive test on Round Rock ISD website and apply for leave in the Leave Portal.
2) The Superintendent or designee shall require any employee requesting Employee COVID-19 Positive Extended Leave to submit documentation that is, at the Superintendent's discretion, sufficient to show the need for Employee COVID-19 Positive Extended Leave.

The authority granted by this Resolution is effective for the 2021-2022 fiscal school year, with the benefit expiring on the last day of the employee's service calendar.

**ADOPTED** on this the 16th day of August, 2020, by the Round Rock ISD Board of Trustees.

_____
Amy Weir
President, Board of Trustees
Round Rock Independent School District

ATTEST:

_____
Tiffanie N. Harrison
Secretary, Board of Trustees
Round Rock Independent School District

**RRISD 02125**



RRISD 02126

# Update from Health

- Dr. Desmar Walkes, City of Austin Health Authority/Austin Public Health Medical Director
- From Dr. Amanda Norwood, WCCHD Medical Director: *"Due to the circulating and highly contagious Delta variant of the coronavirus and consistent with the recommendations of the CDC, our recommendation supports universal indoor masking by all students (age 2 and older), staff, teachers, and visitors to K-12 schools, regardless of vaccination status. We know from the success schools had last year in keeping cases very low, there is an opportunity for students to return in person safely by following these tried and true personal protection measures."*



ROUND ROCK
INDEPENDENT SCHOOL DISTRICT



2

RRISD 02127

# COVID-19 Protocols
roundrockisd.org/covid-19-guidelines-2021-2022/

- Social Distancing
- Seating Charts
- Arrival/Dismissal protocols that limit crowded situations
- HVAC/ventilation upgrades
- Enhanced cleaning/disinfecting
- Desk shields available
- Utilizing outdoor spaces when possible





3

RRISD 02128

# COVID-19 Protocols
[roundrockisd.org/covid-19-guidelines-2021-2022/](roundrockisd.org/covid-19-guidelines-2021-2022/)

- Campus notification
- Contact tracing
- Required isolation for positive/probable cases
- COVID-19 Dashboard
- District testing site available Monday-Friday
- Vaccine clinics at District Facilities
- Masks



**ROUND ROCK**
INDEPENDENT SCHOOL DISTRICT



4

**RRISD 02129**

# Staying Open

- One week after returning to school, Garland ISD reported more than 300 active cases of COVID-19 among students and staff.
- Four school districts in Georgia shut down last week due to spike in COVID cases.
- In Lee County, Florida, the school district reported more than 1,600 cases among staff and students just days after the school year started.
- Our goal is to do all we can to prevent such outbreaks and keep schools open.



**ROUND ROCK**
INDEPENDENT SCHOOL DISTRICT



RRISD 02130

# Results of August 2021 Family Mask Survey

- Survey was open from August 10 to August 13
- 20,447 responses



*Are you planning on having your child wear a mask while in school?*

All Responses (n = 20,447)

| | |
|---|---|
| Yes | 69% |
| No | 16% |
| Unsure | 6% |
| Child will be virtual | 9% |

Only On Campus Learners (n = 18,608)

| | |
|---|---|
| Yes | 76% |
| No | 17% |
| Unsure | 7% |



**ROUND ROCK**
INDEPENDENT SCHOOL DISTRICT

6

RRISD 02131



# Results of August 2021 Family Mask Survey - by Grade

*Are you planning on having your child wear a mask while in school?*

■ Yes  ■ No  ■ Unsure

*Note.* Results for on campus learners only; responses for "My child is attending the virtual learning program" are not included in these response counts or percentages.



7

**RRISD 02132**

# Virtual Learning

- Round Rock ISD was the first district in the state to open a virtual learning option for students in kindergarten-sixth grade with no cap.
- Currently 5,103 students enrolled.
- For Fall Semester alone, will cost the District approximately $17.5 million in lost revenue.
- SB 15, which would provide ADA funding for virtual students, has passed the Senate and on its way to the House.
- Many parents choosing virtual have said they prefer on-campus learning but without a mask requirement feel virtual is their only choice for children too young for the vaccine. (Several hundred students switched from virtual to on-campus in Austin ISD following the district's announcement of a mask requirement.)



ROUND ROCK
INDEPENDENT SCHOOL DISTRICT



8

RRISD 02133

# Top Priorities

- Health and safety of our students and staff.
- Keep schools open:
  - In-person learning is best for the vast majority of students and it is imperative to keep schools open to address COVID learning loss.
  - Students have suffered emotionally and socially from prolonged school closures and lack of social interaction.
  - A return to full in-person instruction means we can no longer switch seamlessly from in-person to virtual in the event of school closures due to outbreaks.
- Help reverse the current trend in the community.





9

RRISD 02134

# Current Legal Landscape



10

RRISD 02135



# Recommendation

11

RRISD 02136

## Williamson County – ISD Call Presentation

# AGENDA, 08/09/21



- Status Update
- Data Trends
- Mitigation Recommendations
- Round Table Discussion

Allison Stewart, Lead Epidemiologist

RRISD 02137

## COVID-19 Status - Indicators



- Infection rate in exponential climb – around 52 per 100k rate of new infections.
- Test positivity rate is 17%.
- Hospitalizations are at 15.5% for % COVID hospitalizations. ICU bed count remains critically low at 6 available beds for the 11 county TSA-O.

**RRISD 02138**

# COVID-19 Status – Data Trends

- Delta variant spreads rapidly in susceptible people – similar to the varicella virus, the reproductive number is estimated to be around 8.
- Children are being affected at much higher rates than 2020

| Time Period | Total Cases | <12 | % of all cases | 12-18 | % of all cases |
|---|---|---|---|---|---|
| June - July 2020 | 4582 | 186 | 4.06% | 238 | 5.19% |
| June – July 2021 | 5004 | 554 | 11.07% | 566 | 11.31% |

- The way we bring down the reproductive number is through **strict mitigation**
- Evidence indicates that classrooms can be safe for children but **ONLY** if strict mitigation is in place. Without such mitigation measures, disease spreads rapidly.
- Children are at risk for complications and severe disease. The youngest child in the county that is in the ICU right now is an infant.

**RRISD 02139**

# COVID-19 Status – Mitigation Recommendations

- Good news! COVID-19 is PREVENTABLE with layered mitigation strategies:
  1. Promote vaccination: Vaccines are available for ages 12 and up. Schools should strongly promote vaccinations in any eligible age group.
  2. Consistent and Correct Mask Usage: Schools should strongly recommend that all children age 2+ and staff wear masks correctly and consistently.
  3. Physical distancing and cohorts: to the extent possible, promote at least 3 ft of distance between students and 6ft between students and staff. Cohorting classrooms helps reduce spread outside of cohorts.
  4. Ventilation: Increase ventilation flow rates – consider upgrading HVAC, adding portable filters, or opening windows. Strongly consider holding unmasked activities (like eating) in outdoor settings.
  5. Screening Testing: Consider offering screening testing – especially to extra-curricular activities on a regular basis (eg weekly).
  6. Isolation: Per DSHS Communicable Disease Chart for Schools and Daycares, COVID-19 is a mandatory exclusion.
  7. Contact Tracing and Quarantine: Contacts for confirmed and probable cases should be identified, notified, and excluded for 14 days following exposure. Fully vaccinated contacts do not need to be excluded but should be strongly encouraged to wear a mask and seek testing on day 3-5 after exposure.

**RRISD 02140**

## COVID-19 Status – Reporting

- Report all cases to WCCHD:
  - ISDs can continue to use the spreadsheets that were set up last year
  - Other school partners can email us at epi@wilco.org for a spreadsheet for reporting or can report individual cases on a case report form available on our website at wcchd.org[1]
  - Recommendations and guidance for cases and clusters can be sought by emailing or by calling WCCHD Epidemiology at 512-943-3660.

1. https://www.wcchd.org/report%20a%20notifiable%20condition/Notifiable_Disease_Reporting_Form_7-2018.pdf

**RRISD 02141**

## COVID-19 Round Table



- Questions for discussion:
  1. What are your districts plans regarding isolating COVID-19 cases (students and staff)?
  2. What are your districts plans regarding notifying and excluding close contacts?
  3. Is your district planning on offering a virtual option? Is it limited?
  4. What are the districts plans for outbreaks and uncontrolled spread on a campus, if it occurs?

**RRISD 02142**

# Q&A



RRISD 02143



# COVID-19 Update

August 10, 2021

DESMAR WALKES MD, HEALTH AUTHORITY/MEDICAL DIRECTOR

CITY OF AUSTIN/TRAVIS COUNTY





**RRISD 02144**



RRISD 02145



RRISD 02146

# ICU Beds Available

| Trauma Service Area | % Covid Cases Hospitalized | ICU Beds Available | Metro Population |
|---|---|---|---|
| O          (Austin) | 14.58% | 6 | 2375407 |
| Q          (Houston) | 16.2% | 42 | 6688587 |
| E          (Dallas) | 14.37% | 100 | 8080080 |
| P          (San Antonio) | 16.95% | 51 | 2945792 |
| I          (El Paso) | 4.4% | 35 | 881765 |









RRISD 02150



RRISD 02151





RRISD 02152

## Austin MSA COVID-19 Hospital Admissions by Travis County Residents
Admissions 7/26/2021-8/8/2021 (Data as of 8/9/2021)

**Date of Admission**

| 7/26/2021 | 8/8/2021 |
|---|---|

### Counties with Highest Count of Admissions



### Counties with Highest Percentage of Admissions
N=719

| County of Residence | Percentage | Count |
|---|---|---|
| TRAVIS | 54.52% | 392 |
| WILLIAMSON | 21.84% | 157 |
| HAYS | 6.54% | 47 |
| BASTROP | 5.98% | 43 |
| BURNET | 2.23% | 16 |
| CALDWELL | 1.53% | 11 |
| MILAM | 1.25% | 9 |



| Total Admissions for Selected Reporting Dates |
|---|
| 759 |

### Travis County COVID-19 Admissions
County of Residence ● TRAVIS



RRISD 02153

## Austin MSA COVID-19 Patient Hospital Admissions by Vaccination Status
Admissions 7/26/2021-8/8/2021 (Data as of 8/9/2021)

Date of Admission

| 7/26/2021 | 8/8/2021 |
|---|---|

| Total Patients for Selected Reporting Dates | Fully Vaccinated Patients | Partially Vaccinated Patients | Non-Vaccinated Patients |
|---|---|---|---|
| 759 | 68 | 16 | 354 |



Vaccination Status of COVID-19 Patients for Selected Reporting Dates*, N= 438

- Fully Vaccinated — 15.5%
- Partially Vaccinated — 3.7%
- Not Vaccinated — 80.8%



Note: Admissions for which vaccination status of the patient is unknown were excluded.



Age Group of Fully/Partially Vaccinated Patients (N=84)

- <30 years
- 30-49 years — 13.1%
- 50-69 years — 44.0%
- 70+ years — 40.5%



Vaccine Manufacturer of Fully/Partially Vacinated Patients (N=84)

- Pfizer-BioNTech — 51.2%
- Moderna — 28.6%
- Johnson & Johnson/Janssen — 20.2%

RRISD 02154

# Austin MSA COVID-19 Hospital Admissions: Children in Hospital, June 2021 vs July 2021

| Age Group | June 2021 | July 2021 |
| --- | --- | --- |
| <1 | 3 | 6 |
| 1-4 | 1 | 6 |
| 5-11 | 1 | 5 |
| 12-17 | 6 | 17 |
| Total | 11 | 34 |



RRISD 02155

# Austin MSA COVID-19 Hospital Admissions: Children in ICU, June 2021 vs July 2021

| Age Group | June 2021 | July 2021 |
|-----------|-----------|-----------|
| <1 | 1 | 2 |
| 1-4 | 0 | 1 |
| 5-11 | 0 | 1 |
| 12-17 | 0 | 8 |
| Total | 1 | 12 |



RRISD 02156

# Pediatric Admissions
# Since Beginning of Pandemic

| Age Group | 2020 (March-December 2020) | 2021 (January-Aug 8, 2021) | Total |
|---|---|---|---|
| <1 | 22 | 27 | 49 |
| 1-4 | 12 | 24 | 36 |
| 5-11 | 29 | 32 | 61 |
| 12-17 | 76 | 139 | 215 |
| **Total** | **139** | **222** | **361** |



**RRISD 02157**

# Pediatric Cases

| Age group | 2020 (March-December 2020 | 2021 (January-Aug. 9, 2021) | TOTAL |
|---|---|---|---|
| <1 years old | 310 | 333 | 643 |
| 1-9 years old | 2,047 | 2,557 | 4,604 |
| 10-18 years old | 4,662 | 4,546 | 9,208 |
| TOTAL | 7,019 | 7,438 | 14,457 |



RRISD 02158

# Percent Positivity by Age Range

| Student | Age Range | Percent Positivity |
|---------|-----------|--------------------|
| **Preschool** | 3-5y | 10.3% |
| **Elementary School** | 6-11y | 15.9% |
| **Middle School** | 12-14y | 14.8% |
| **High School** | 15-18y | 18.8% |



**RRISD 02159**





RRISD 02160

# Impact of school reopening
# with and without masks on ICU projections in Austin



# Impact of school reopening with and without masks on ICU projections in Austin accounting for increased hospitalization risk of Delta variant



# Masks





**Fig. 1.**

Download figure | Open in new tab | Download powerpoint

Treatment effects of the mandatory introduction of face masks (6 April) and of its announcement (30 March) in Jena. The figure shows the development of the cumulative number of COVID-19 cases in Jena (treated region, black solid line) compared to a synthetic control group (gray dashed line) over time. (Details on the construction of the synthetic control group and SCM estimation are given in *Method and Data*.) Both panels distinguish between a pretreatment and treatment period. In *A*, the treatment period starts on 6 April when face masks became mandatory in public transport and shops. The start of the treatment period is indicated by the dashed vertical line (red). In *B*, the treatment period is set to begin on 30 March as starting date of the local campaign in Jena to wear face masks in public. The start of the treatment period is indicated by the dashed vertical line (blue). The panels show that the conclusion is independent of the starting dates: Face masks strongly reduced the number of COVID-19 cases in Jena.



**TEXAS** Health and Human Services | Texas Department of State Health Services

### COVID-19 Vaccination in Texas

Select a Texas county below to view the number people who have received at least one dose of COVID-19 vaccine and those who are fully vaccinated as outlined by the CDC.

Alternatively, click on a county on the map. Click the Revert button at the bottom of the screen to remove filters.

| People Vaccinated with at least One Dose | People Fully Vaccinated |
|---|---|
| **813,590** | **698,664** |

**Measures to Show**
- ◉ Vaccinated with at least One Dose
- ○ Fully Vaccinated

**County Name**
Travis ▾

#### Number of People Vaccinated in Travis County



| | People Vaccinated |
|---|---|
| 12-15 years | 35,409 |
| 16-49 years | 498,051 |
| 50-64 years | 164,584 |
| 65-79 years | 93,731 |
| 80+ years | 21,519 |
| Unknown | 296 |

☐ Unknown  ■ Male  ■ Female

| Race/Ethnicity | People Vaccinated | Percent of People Vaccinated |
|---|---|---|
| Asian | 62,045 | 7.63% |
| Black | 31,855 | 3.92% |
| Hispanic | 175,555 | 21.58% |
| Other | 117,058 | 14.39% |
| Unknown | 65,762 | 8.08% |
| White | 361,315 | 44.41% |



**RRISD 02164**

# Progress to Herd Immunity 8.9.21



- Confirmed Cases
- Estimated
- Fully vaccinated
- Partially Vaccinated
- Vulnerable



RRISD 02165



# Thank you

**RRISD 02166**