**BOARD RESOLUTION**
**OF**
**THE ROUND ROCK INDEPENDENT SCHOOL DISTRICT**
**RESOLUTION FOR EMPLOYEE COVID-19 POSITIVE EXTENDED LEAVE**
**DURING COVID-19 PANDEMIC**

At a lawfully called meeting on August 16, 2021, the Round Rock Independent School District Board of Trustees ("Board of Trustees") does hereby make the following Resolution regarding the granting of extended leave to employees and of the Round Rock Independent School District ("Round Rock ISD").

**WHEREAS**, on March 13, 2020, the Governor of the State of Texas declared a statewide emergency, and, later that same day, the President of the United States declared a national emergency regarding COVID-19;

**WHEREAS,** the Board of Trustees recognizes that COVID-19 is an unforeseen and unavoidable emergency of urgent public necessity, that the World Health Organization has declared COVID-19 as a pandemic;

**WHEREAS**, the Board of Trustees has a substantial public interest in protecting the health and safety of its students, staff, and community and therefore desires to ensure that Round Rock ISD and school community are prepared to the fullest extent possible to safeguard and protect the health and safety of its students, staff, and school community in light of COVID-19;

**WHEREAS,** the Round Rock ISD's public purpose is served by promoting conscientious health choices by employees, including medical individual isolations and leave as may be necessary to protect students, staff, and the school community;

**WHEREAS,** employee benefits that help ensure employees can recuperate from COVID-19, isolate to avoid the spread of COVID-19, follow health officials instructions, and generally help to protect the school community are essential in creating a school environment in which students can be successfully educated;

**WHEREAS,** the Round Rock ISD benefits from employees not being at Round Rock ISD facilities when ill from, or recuperating from COVID-19, in accordance with health department instructions, to prevent the spread of COVID-19 in the school community, because learning is negatively impacted when staff and students are ill with COVID-19;

**WHEREAS,** the Board of Trustees believed the public purposes described above are fulfilled by efficiently and effectively making certain delegations, as described more fully herein, to the Superintendent to address the ever-changing emergency situation in the best interest of the health, safety, and well-being of its students, staff, school community, and the citizenship at-large; and

**WHEREAS,** the Board of Trustees continues to provide controls and oversight for the Round Rock ISD expenditures and authority granted to the Superintendent herein through requiring that

**RRISD 02124**

the Superintendent develop regulations, communicate to the Board of Trustees updates regarding use of leave, and costs related to the grant of authority.

**IT IS THEREFORE RESOLVED THAT** the Board of Trustees finds a substantial public purpose exists in protecting the health and safety of its students, staff, and the school community, and in taking action to help ensure that the Round Rock ISD and its community are prepared, to the fullest extent possible, to protect the health and safety of the students, staff, and school community in light of COVID-19.

In furtherance of these public purposes, the Board of Trustees makes the following delegations to the Superintendent effectively for the 2021-2022 fiscal school year, with the benefit expiring on the last day of the employee's service calendar:

1) The authority to grant 8 additional paid leave days ("Employee COVID-19 Positive Extended Leave") to contract and non-contract employees when:
   a) The employee is subject to Federal, State, or local isolation order related to testing positive for COVID-19;
   b) Employees must self-report their own COVID-19 positive test on Round Rock ISD website and apply for leave in the Leave Portal.
2) The Superintendent or designee shall require any employee requesting Employee COVID-19 Positive Extended Leave to submit documentation that is, at the Superintendent's discretion, sufficient to show the need for Employee COVID-19 Positive Extended Leave.

The authority granted by this Resolution is effective for the 2021-2022 fiscal school year, with the benefit expiring on the last day of the employee's service calendar.

**ADOPTED** on this the 16th day of August, 2020, by the Round Rock ISD Board of Trustees.

_____
Amy Weir
President, Board of Trustees
Round Rock Independent School District

ATTEST:

_____
Tiffanie N. Harrison
Secretary, Board of Trustees
Round Rock Independent School District

**RRISD 02125**