MMA-21-671

Cause Number _____

| | | |
|---|---|---|
| THE STATE OF TEXAS | X<br>X<br>X | IN THE JUSTICE COURT<br>PCT OR CC AT<br>LAW #_____. |
| COUNTY OF WILLIAMSON | X | WILLIAMSON COUNTY, TEXAS |

COPY

## AFFIDAVIT FOR WARRANT OF ARREST AND DETENTION

The undersigned Affiant, who after being duly sworn by me, on oath, makes the following statement:

I have good reason to believe, and do believe, that **Jeremy Wade Story,** on or about the **16th** day of **August 2021,** in Williamson County, Texas, did there and then knowingly or intentionally commit the offense of: **Hindering Proceedings by Disorderly Conduct PC 38.13.**

My belief of the foregoing statement is based upon:
_____ Personal Knowledge
**XXXX** Information provided to me by **RRISDPD Sgt. Milton Pope**, a credible person who personally observed or gathered such information.

Facts supporting my belief of the foregoing statement are as follows:

1. Affiant is a Detective Sergeant for the Round Rock ISD Police Department and has been employed at RRISDPD since September 2020. Affiant was assigned this case and learned the following information.
2. Affiant knows that on August 16, 2021, Jeremy Story attended a Round Rock Independent School District Board Meeting located at Round Rock High School 100 Lecture Hall (300 N. Lake Creek Drive, Round Rock, TX 78681.
3. Affiant learned that at approximately 8:35 p.m., Story was called upon by the Board of Trustees to speak at the podium on the subject of the mask mandate. Affiant learned RRISD Board of Trustee President Amy Weir informed Story he was attending a called meeting and would only be able to speak about the items on the agenda, specifically the mask mandate. Affiant learned Story acknowledged President Weir and advised President Weir he agreed. Affiant learned during the duration of Story's time to speak, RRISD Board of Trustee President Amy Weir instructed Story to stop speaking on unrelated topic's and to only discuss the mask mandate. Affiant learned while Story was discussing the unrelated topics, Story had several outbursts. Affiant learned after several verbal warnings from RRISD Board of Trustee President Amy Weir, Story continued to have verbal outbursts. Affiant learned RRISD Board of Trustee President Amy Weir requested for Story to be removed from the board room for hindering and disturbing the board proceedings.
4. Affiant learned Sgt. Pope and RRISD Officer Frank Pontillo approached Story and made several verbal requests for Story to leave the board room. Affiant learned Story refused to leave the board meeting.
5. Affiant learned Sgt. Pope and Officer Pontillo had to forcibly remove Story from the board room. Affiant learned while being forcibly removed from the board meeting, Story continued to resist Officers, yell, and scream causing a major disruption during the board meeting.



6. Affiant learned after Story was removed from the board meeting room, Story continued to be disruptive in the lobby where the overflow seating was located. Affiant learned because Story continued to be verbally loud, verbally disruptive, and uncooperative with Officers in the lobby where other citizens were watching the meeting live streamed, Story was escorted out of the building.

The Affiant is a Commissioned Peace Officer for the Round Rock Independent School District Police Department, Round Rock, Williamson County, Texas and believes that the above described events occurred in Williamson County, Texas. The Affiant also believes, based on the above stated facts, that the defendant has committed the offense of **Hindering Proceedings by Disorderly Conduct PC 38.13**.

_____
Affiant

SWORN AND SUBSCRIBED TO before me by **Detective Sergeant Lauren Griffith**, a credible person, on this **17th** day of **September, 2021**.

_____
Peace Officer / Notary Public in and for Williamson County, Texas.

On This, the __17__ day of ___Sept___, 2021, I hereby acknowledge I have examined the foregoing affidavit and have determined that probable cause does exist for the issuance of a warrant of arrest for the individual accused therein.

_____
Magistrate, Williamson County, Texas.

MMA-21-671

## Hindering Procedings By Disorderly Conduct

OF IN THE NAME AND BY THE AUTHORITY THE STATE OF TEXAS:



I, **Sgt. Lauren Griffith #526**, being duly sworn, do state upon my oath that I have good reason to believe, I do believe, and I charge heretofore, that before the filing of this complaint, that **Jeremy Wade Story (W/M DOB 6-20-1975)** on or about the **16th** day of **August, 2021**, in Williamson County, Texas, did Intentionally hinder an offical proceding by noise or violent or tumultuous behavior or disturbance and continued after explicit offical request to desist.

**AGAINST THE PEACE AND DIGNITY OF THE STATE OF TEXAS.**

_____
Complainant

SWORN AND SUBSCRIBED before me by **Sgt. Lauren Griffith #526**, a credible person, this **17th** day of **September, 2021.**

_____        _____
Notary Public / Peace Officer                         Magistrate
in and for                                                      Williamson County, Texas
Williamson County, Texas

Round Rock ISD PD Case #: **21-0817-0001**