## CASE SUPPLEMENTAL REPORT

Printed: 09/27/2021 15:00

OCA: **2108170001**

| THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY |
|---|

**Case Status:** PENDING/ACTIVE  **Case Mng Status:** NA  **Occurred:** 08/16/2021
**Offense:** HINDER PROCEEDINGS BY DISORDERLY COND

**Investigator:** PONTILLO, FRANK  (RISD542)  **Date / Time:** 08/17/2021 15:51:02, Tuesday
**Supervisor:** WILLIBY, JIM  (RISD501)  **Supervisor Review Date / Time:** 08/19/2021 15:22:16, Thursday
**Contact:**  **Reference:** Supplement

On 08-16-22021 at 1700 hours, I, Officer Frank Pontillo #542 and Officer Milton Pope #520 were working security at the Round Rock Independent School District Board Meeting. Officer Pope and I are both employed as Police Officers for the Round Rock Independent School District. The board meeting took place at 300 N. Lake Creek Dr., inside the 100 Lecture Hall.

At approximately 1728 hours, I observed that Officer Pope made contact with a white male wearing an orange shirt. The subject is known to officers as being Story, Jeremy Wade W/M 06-25-1975. It should be noted that a few minutes earlier, Officer Lauren Griffith #526 observed Mr. Story in the parking lot and advised Officers that he was wearing an orange shirt and had entered the building. Officer Griffith has had previous contact with Mr. Story at the Round Rock ISD Admin Building. Officer Pope advised Story that since there were no more empty seats in the board room, he would need to leave. Mr. Story stated that it was his right to be there and that he wasn`t going to leave. Under the circumstances, Officer Pope and I decided to let Story stay in the board room instead of forcefully removing him. Eventually Mr. Story was able to locate a seat. This contact was partially recorded by my body camera.

During the board meeting Mr. Story had one outburst. It was unknown exactly what he said. This caused Round Rock ISD Police Chief J. Yarbrough to give Mr. Story a verbal warning about his behavior.

At approximately 2035 hours, Mr. Story was called by the board to speak. Mr. Story spoke about an unrelated topic and was told to stop speaking by the Board President, Amy Weir. Mr. Story ignored Ms. Weir and continued to speak about an unrelated topic that was not on the board`s agenda. Mr. Story also began to yell and scream about the law being violated. Ms. Weir asked Mr. Story several times to exit the board room but he refused. At that point Ms. Weir instructed Officer Pope and I to remove Mr. Story from the board room. Officer Pope and I made contact with Mr. Story and requested several times that he exit the board room but he refused. It should be noted that Mr. Story continued to yell and scream which caused a major disruption during the board meeting. Officer Pope and I had to forcibly remove Mr. Story from the premises.

Investigator Signature          Supervisor Signature

**RRISD 06320** Page 6