# INCIDENT/INVESTIGATION REPORT

| | |
|---|---|
| Agency Name | Round Rock ISD - Police Department |
| ORI | TX2463100 |
| Case# | 21-0817-0001 |
| Date / Time Reported | 08/16/2021  20:00  Mon |
| Last Known Secure | 08/16/2021  17:28  Mon |
| At Found | 08/16/2021  17:00  Mon |
| Location of Incident | 1311 ROUND ROCK AVE, Round Rock TX 78681 |
| Precinct/Beat | RRHS, RRPD |

## INCIDENT DATA

**#1 Crime Incident(s)** (Att )  
Hinder Proceedings By Disorderly Cond  
PC 38.13   M

**#2 Crime Incident** ( )

**#3 Crime Incident** ( )

## VICTIM

# of Victims: 1   Type: BUSINESS   Injury:

**V1** Victim/Business Name: ROUND ROCK ISD  
Victim of Crime #: 1,  
Resident Status: Non-Resident  
Home Address: 1311 ROUND ROCK AVE, Round Rock, TX 78681-  
Home Phone: 512-464-5000

## OTHERS INVOLVED

CODES: V- Victim (Denote V2, V3)   O = Owner (if other than victim)   R = Reporting Person (if other than victim)

Type: INDIVIDUAL   Injury:

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| IO | WEIR, AMY ELIZABETH | | | W | F | | | |

## PROPERTY

1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown  
("OJ" = Recovered for Other Jurisdiction)

| VI# | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Officer/ID#: POPE, MILTON   (RISD503)  
Invest ID#: (0)  
Supervisor: WILLIBY, JIM   (RISD501)  
Case Status: Pending/active  
Case Disposition:  
Page 1

RRISD 06311

**INCIDENT/INVESTIGATION REPORT**

Case # *21-0817-0001*

| Status Codes | 1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown |

| | IBR | Status | Quantity | Type Measure | Suspected Type | Up to 3 types of activity |
|---|---|---|---|---|---|---|
| D R U G S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers

Suspect Hate / Bias Motivated:

**INCIDENT/INVESTIGATION REPORT**

Narr. (cont.) OCA: 21-0817-0001

N A R R A T I V E

On August 16, 2021 Officer Milton Pope #520 of the Round Rock ISD Police Department (RRISDPD) located at 1311 Round Rock Ave, Round Rock, TX 78671 removed a subject for violating Texas Penal Code 38.13 HINDER PROCEEDINGS BY DISORDERLY CONDUCT

## REPORTING OFFICER NARRATIVE

| | | OCA |
|---|---|---|
| Victim<br>*ROUND ROCK ISD* | Offense<br>*HINDER PROCEEDINGS BY DISORDERLY* | *21-0817-0001*<br>Date / Time Reported<br>*Mon 08/16/2021 20:00* |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

On August 16, 2021, Officer Milton Pope #520 of the Round Rock ISD Police Department (RRISD PD) located at 1311 Round Rock Ave, Round Rock, TX 78671 removed a subject for violating Texas Penal Code 38.13 Hindering Proceeding by Disorderly Conduct.

Officer Pope was assigned to provide security for the Round Rock ISD (RRISD) Board of Trustees meeting located at RRISD Building 100, 1311 Round Rock Ave, Round Rock, TX. At 5:28 P.M., Officer Pope observed an individual standing up in the room that violated social distancing Covid protocols pre-established for the public seating area in the board room. Officer Pope approached the individual who was identified as Jeremy Wade Story, W/M, DOB 06-25-1975. Story was informed of the COVID protocol rules that were initiated by the RRISD Board of Trustees. Office Pope continued to explain the regulations and that there would be limited seating, social distancing, and no standing. Story was informed that there was an overflow room outside of the meeting hall with a projector screen so that attendees could watch the board meeting. Officer Pope informed Story that he could not remain standing in the rear of the Board Room. Story replied he had a right to stand wherever he wanted, and the board did not have the authority to have any officer enforce COVID protocols. Story continued to state Officer Pope could not tell him when or where not to stand during a public board meeting. While Officer Pope discussed the COVID protocol measures with Story, Officer Frank Pontillo badge# 542 of the RRISD PD approached Story and informed him of the same protocols. At which time, Story became disruptive while the meeting was preparing to start. To prevent creating a scene during the meeting, Officer Pope allowed Story to stand to the rear of the board room during the session.

Shortly thereafter, Story was offered a seat by another person attending the meeting. Story asked Officer Pope if he could accept the seat; Officer Pope replied, "Yes, you may." However, while Story was seated, he made two outbursts, not sure what was said, whereas Officer Pope informed Story that he could not speak or comment until called to the podium. Story acknowledged Officer Pope`s request and remained quiet during the duration of the first half of the board meeting.

At approximately 8:35 P.M., Story was called by the board to speak. Weir instructed Story not to deviate from the subject of the mask mandate. Weir asked Story if he understood and Story acknowledged that he did. Story spoke on issues concerning the mask mandate and suddenly transitioned into an unrelated topic about the superintendent and a protective order. Weir instructed Story to stop speaking on the unrelated subject however, Story ignored Weir`s request and continued to speak about an unrelated topic. While discussing the unrelated topic Story also had several outbursts, up to and including yelling and screaming about how the law was being broken and violated by the board. Weir asked Story several times to exit the board room, but he refused. Weir directed officers to remove Story from the board meeting for disrupting the board proceeding.

Officer Pope and Officer Pontillo contacted Mr. Story and asked him several times to exit the board room, but he refused. At that time in response to his refusal to leave after repeated requests, Officer Pope grabbed Story around the arm and both Officer Pope and Officer Pontillo forcibly escorted him out of the board meeting. While Story continued to resist, yell and scream, causing a major disruption during the board meeting, as officers worked to remove him from the board room.

Mr. Story was escorted from the board room through the main entrance overflow seating area. Public citizens were seated in the overflow seating area, watching the board meeting on a monitor. Officer Pope continued to attempt to reason with Story and requested numerous times for him to lower his voice. However, Store continued to be verbally loud, verbally disruptive, and uncooperative. Officer Pope and Officer Pontillo escorted Story out of the building at the main entrance of the 100 building. The incident was

## REPORTING OFFICER NARRATIVE

| Victim | Offense | Date / Time Reported |
|---|---|---|
| *ROUND ROCK ISD* | *HINDER PROCEEDINGS BY DISORDERLY* | *Mon 08/16/2021 20:00* |

OCA: *21-0817-0001*

**THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY**

captured Officer Frank Pontillo`s body camera. The video footage is preserved as evidence in this case.

End of Report