# ROUND ROCK ISD POLICE DEPARTMENT
## Use of Force

**Use of Force:**
Case #: 218170001  Time: 20:35  Date: 8/16/2021  Campus: Round Rock  Officer badge.#: 520
Primary Officer Using Force: Milton Pope  Time with Dept: 11  Years 0  Mos.
Location: 300 N. Lake Creek Rm 100, , Round Rock, TX 78671  Call Type: ____  Type Premises: ____
Subject Name: Jermy Story  Race: W  Sex: M  DOB: 6/25/1975  Age: 46
Address: 2665 Ravenwood, Round Rock, TX 78665  Hgt: 6  Wgt: 138
Subject Injured: ☉No ☐Yes  Subject Medically Checked by EMS: ☉No ☐Yes  Subject Refused Treatment: ☐
Transported to: ____  By: ____
Officer Injury: ☉No ☐Yes  Subject Medically Checked by EMS: ☉No ☐Yes  Subject Refused Treatment: ☐
Transported to: ____  By: ____

**Reason for Use of Force:**
☐ To Effect Arrest  ☐ To Defend Another Officer  ☑ To Prevent Offense
☐ To Defend Self  ☐ To Defend Another Person  ☐ Restrain for Subject Safety
☑ Other: He was escorted from the board meeting.

**Subject's Actions:**
☐ Nonverbal cues indicating physical resistance
☐ Verbal threats, non-compliance with officer direction
☑ Dead weight, clinging to objects, preventing custody
☑ Pulling, pushing, running away, to avoid control, not harming officer
☐ Assault, grabbing, pushing, kicking, striking officer or another
☐ Assault with intent and ability to cause death or SBI
☐ Assault or threats with deadly weapon
☑ Other: Refusal to move, dead weight.

Number of persons Resisting: 1

Appeared or Known Under the Influence
☐ Alcohol
☐ Drugs
☐ Mental issues
☐ Other: ____

**Officer Actions:**  (Check all that apply, if more than one type of force used, number in order of use.)
☑ Verbal Direction  ☐ Less Lethal Munitions (Bean bag, stinger, rubber)
☑ Soft Weaponless Control (Muscling, joint locks, pressure points)  ☐ Pointed Taser (Laser)
☐ Hard Weaponless Control (Hard strikes, leg strikes, shoulder pin)  ☐ Discharged Taser
☐ OC Spray  ☐ Pointed Firearm
☐ Asp/Baton  ☐ Discharged Firearm
☐ Non-Lethal (JPX)  ☐ Other: Grabbed around the arms

**Physical Control:**
☐ Not Used  ☐ Pressure Points  ☐ Takedown  ☐ Hobble
☑ Muscling (grip, push, pull)  ☐ Joint Lock  ☐ Handcuffing  ☐ Other: ____
Effective: ☉ Yes  ☐ No  If no explain: ____

**OC Spray:**
OC Spray: ☉ Not Used  ☐ Attempted  ☐ Used  Distance: ___-___ ft.  Duration: 1: ___  2: ___  3: ___
Effective: ☐ Yes  ☉ No  If no explain: Not used

**ASP / Baton:**
ASP / Baton: ☉ Not Used  ☐ Used  Number of Strikes: ____  Location: ____
Effective: ☐ Yes  ☉ No  If no explain: Not used

**Non Lethal / Less Lethal Munitions:**
Non/Less lethal Munitions: ☉ Not Used  ☐ Used  Bean Bag: ___  Stinger: ___  Rubber: ___  JPX: ___
(insert number of rounds fired / hits)
Location of Hits: ____
Effective: ☐ Yes  ☐ No  If no explain: ____

**RRISD 06323**

RRISD - Police Department 000010

**TASER:**
- ⦿ Not Used  ○ Pointed Taser Only (Laser)  ○ Discharged Taser  ○ Drive Stun
- Distance Fired: _____ ft.  Cycles Discharged: _____  Probes Penetrate Skin  ○ Yes  ○ No
- Taser Number: _____  Cartridge Numbers: _____  Placed in Evidence: ○ Yes  ○ No
- Effective: ○ Yes  ○ No: If no explain: _____

**Firearm:**
- ⦿ Not Used  ○ Pointed Firearm Only  ○ Discharged Firearm
- Weapon:  Sidearm   Shotgun   Patrol Rifle   Backup / Off Duty   Distance Fired: _____ ft.
- Rounds Discharged: _____  Number Hits on Target: _____  Weapon Serial Number: _____
- Effective: ○ Yes  ○ No: If no explain: _____

**Environmental Conditions:**
- ☐ Hot (Little or thin clothing)
- ☑ Warm
- ☐ Cool
- ☐ Cold (Heavy clothing)
- ☐ Daylight
- ☐ Dawn / Dusk
- ☐ Darkness
- ☐ Other: _____

**Situational Conditions:**
- ☐ Multiple Suspects
- ☐ Hostile Environment
- ☐ Threats to Officer(s)
- ☐ Confined Space
- ☑ Indoors
- ☐ Outdoors
- ☐ In Vehicle
- ☐ Other: _____

**Officer Summary:**
Type of force ultimately successful in Control of Subject: _____

Officer comments on regarding force effectiveness:
Officer Pope grabbed Story around the arm and both Officer Pope and Officer Pontillo forcibly escorted him out of the board meeting. While Story continued to resist, yell and scream, causing a major disruption during the board meeting, as officers worked to remove him from the board room.

Reporting Officer: Milton Pope

**Indicate location of force used on diagram**

Legend:
- ∧∧ Grip
- ○ Spray
- ← Impact
- ✓ Dart
- ● Munition

*** Full Narrative of Use of Force in Arrest or Offense Report - Attach Copy to this Supplement ***

**Supervisor:**
Number of officers at scene and available when force used: _____  ☐ Video Reviewed
Comments: _____

☑ In Compliance with Policy  ☐ Further Investigation Needed  Supervisor: _____ #_____

Reviewed: _____  Patrol Sergeant  ☐ In Compliance  ☐ Investigation Needed
Reviewed: _____  Chief of Police  ☒ In Compliance  ☐ Investigation Needed

RRISD 06324

RRISD - Police Department 000011