JS-304202

6:14

5G 43

electdanielleweston.com

On August 16, 2021, I Jeffrey Yarbrough, in my role as Police Chief of the Round Rock ISD Police Department, attended a special called meeting of the Round Rock ISD Board of Trustees. The board meeting was held in the 100 building of Round Rock High School starting at 5:30 PM. During the meeting, I was seated in a room behind the school board members where I was able to see and hear individuals in the board room through a one-way glass. During the meeting, a person yelled out from the audience, and I observed the male individual who made the loud outburst. The person repeated the tumultuous noise and behavior in a manner that disrupted the meeting.

The Board went into recess a short time later, and I approached the individual in the audience who had caused the interruptions, later identified as Jeremy Story. Mr. Story was talking to another person when I contacted him. I asked to speak to Mr. Story outside in private so as to avoid making him feel uncomfortable by warning him in the presence of others to desist with his tumultuous outbursts during the meeting. Mr. Story asked who I was, at which time, I identified myself as Jeffrey Yarbrough, the Round Rock ISD Police Chief. He responded, "I'm not going outside, and you can speak to me right here." I informed Mr. Story that we were there to support his right to address his elected officials, but he needed to do it respectfully and he could not continue to interrupt or disrupt the meeting. Mr. Story became argumentative and stated that there were others yelling in addition to him and asked me if I was going to speak to them. I informed him that he was the person I heard and observed yelling out in a manner that disturbed the meeting. I informed Mr. Story that if his behavior continued, he would be asked to leave the meeting. Mr. Story continued to be argumentative with me, and I restated that we were there to support his right to address his elected officials but if he continued to disturb the meeting, he would be asked to leave. Mr. Story restated that others were yelling out too, at which time, I disengaged from the conversation.

The meeting resumed and Mr. Story was eventually called to the microphone to speak during public comments. School Board President Amy Weir informed Mr. Story before he began to speak that the current meeting was a special called meeting and not a regular board meeting. She added that he could only speak on the items that were listed on the agenda. Mr. Story spoke during public comments and while speaking, it was determined by President Weir and other members of the school board that Mr. Story had deviated from the items listed on the agenda. President Weir and other board members repeatedly informed Mr. Story that he was not allowed to speak regarding any non-agenda item. Mr. Story continued to ignore the directives from the dais which hindered the proceedings. In response to his non-compliance which delayed the proceedings, Sgt. Milton Pope, who was working security in the board meeting room, was given a directive by President Weir to remove Mr. Story from the meeting room. I observed Sgt. Pope approach Mr. Story, who continued to stand at the microphone and refuse to comply with board directives to discontinue his behavior and leave the meeting room. Sgt. Pope approached Mr. Story and gave him verbal directives to leave. Mr. Story refused Sgt. Pope's directives and continued to stand and yell at the board members. Sgt. Pope transitioned from giving verbal directives to placing his hand on Mr. Story's arm for a soft escort of Mr. Story from the room. Mr. Story's continued his non-compliance and tumultuous behavior. In response to Mr. Story's conduct, Sgt. Pope and Officer Frank Pontillo transitioned to using the minimum amount of physical force necessary to escort Mr. Story out of the room and restore peace so that the school board meeting could resume. Mr. Story resisted the physical escort and continued to yell during the entire time Sgt. Pope physically escorted him from the room.

On August 17, 2021, at approximately 7:45 AM, I contact Williamson County Attorney Dee Hobbs regarding the actions and possible criminal violations committed by Mr. Story that led to Sgt. Pope and Officer Pontillo having to use physical force to remove Mr. Story from the board room due to him hindering and disrupting the school board meeting. Mr. Hobbs was informed that the Round Rock ISD Police Department would complete its investigation into the incident and submit the findings to his office for review regarding the filing of criminal charges. Mr. Hobbs stated that he would be out for two weeks in the coming days but would schedule a meeting date to discuss the case and findings. Mr. Hobbs' office later contacted me and scheduled a meeting for September 18, 2021, to discuss the case against Mr. Story.

On September 14, 2021, another incident occurred at a school board meeting where an individual identified as Dustin Clark was present in the board meeting room and hindered the official proceedings through repeated verbal outbursts and tumultuous behavior. Mr. Clark was warned by members of the school board from the dais and by Round Rock ISD PD officers to stop his repeated outbursts during the meeting. Mr. Clark continued the disruptive behavior which resulted in him being directed to leave the meeting. Mr. Clark ignored these verbal requests to leave the meeting. At that point, after Sgt. Sam Chavez and Assistant Chief Jim Williby had verbally requested for Mr. Clark to leave multiple times, the officers physically escorted him from the room. Mr. Clark was escorted out the rear door of the board room. After being removed, Mr. Clark re-entered the building and stood outside of the board room where he was captured on video speaking about the events that had just occurred inside the board room. He stated, "That's why I caused a disruption, that's why I tried to stop it."

On or about September 14, 2021, shortly after Mr. Clark was removed from the board meeting, I contacted County Attorney Dee Hobbs and informed him of what had transpired. I informed him that the case would be investigated, and Round Rock ISD PD would like to discuss the possibility of filing criminal charges due to Mr. Clark's hindering the meeting with his tumultuous behavior and repeated outbursts that led to officers using physical force to remove him from the meeting. Mr. Hobbs stated that Mr. Clark's case could be reviewed on September 18, 2021, when Mr. Story's case was scheduled for review.

On September 18, 2021, Assistant Chief Williby, Sgt. Lauren Griffith, and I met with Mr. Dee Hobbs at his office. The meeting was also attended by Williamson County Attorney First Assistant Corby Holcomb and another attorney from the County Attorney's Office. Sgt. Griffith provided the investigative reports, criminal complaints, and criminal charge options were discussed with those in attendance. At the conclusion of the meeting, the County Attorney's Office supported the filing of criminal charges against Mr. Story and Mr. Clark for hindering proceedings. Sgt. Griffith was accompanied by a member of the Williamson County Attorney's Office to a District Judge to review the complaint and issue arrest warrants for Mr. Story and Mr. Clark.

End of Report