6:15

electdanielleweston.com

**From:** Doyle Hobbs <DHobbs@wilco.org>
**Sent:** Tuesday, May 2, 2023 3:43 PM
**To:** John Combs
**Subject:** RE: Help

I am sending this email to confirm what we spoke about on the phone. We did have a meeting with folks from RRISD police department. Myself, Corby Holcomb (my first assistant), Laura Gorman (my criminal division chief) and possibly one of my Sgt. Investigators (still trying to confirm). More than likely it would have been Sgt. Richard Mabe from our office.

We discussed possible criminal offenses depending on behavior of individuals who showed up to the upcoming scheduled counsel meeting. When you and I talked I told you they staffed the cases with us – my criminal division chief reminded me that we said we would staff the case but they needed to submit all their evidence for us to review. They wanted to proceed to warrant because another board meeting was happening soon and they worried about people's safety. I do remember mentioning it sounded like both men had violated the law; however, we said we could not officially give that opinion until we had reviewed entire file. Given the safety concerns the PD presented the warrants to a Judge in the Justice Center when they left our office.

I had spoken with the Chief several times prior to this meeting about the incidents. Each time telling him from what he was telling me it sounded like they had committed a criminal offense but these were just casual conversations not an official review. Both suspects went on several POD casts admitting to their intentions and behavior at the meetings – again giving the indication a violation had occurred. The entire case file was not presented for the formal process to take place. It was presented after arrest. We do not require agencies to get "permission" before filing criminal charges so our official review was not necessary for the agency to proceed to warrant.

Let me know if this helps. If you have any further question just email or give me a call.

Thanks,

Dee