

RECEIVED
JAN 05 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____TF_____
            DEPUTY CLERK

Houston    Kathryn E. Long
**Dallas**    Partner
Austin
Fort Worth

(972) 734-5613 Office
(713) 583-8884 Fax

klong@thompsonhorton.com

Thompson & Horton LLP
500 N. Akard Street, Suite 3150
Dallas, Texas 75201-3302

December 31, 2025

**Via Certified Mail/RRR**
**No. 7018 2290 0001 3412 3401**
U.S. District Clerk's Office
501 West Fifth Street, Suite 1100
Austin, Texas 78701

Re:    Civil Action No. 1:22-cv-00448-DAE, *Story v. Round Rock ISD et al.*;
In the United States District Court, Western District of Texas, Austin Division

Dear Clerk of Court:

Enclosed with this letter please find two USB drives with the following video recordings listed as Exhibits in *The Round Rock ISD Defendants' Amended Appendix in Support of Their Motions for Summary Judgment*, ECF No. 132:

- App. 093 (Exhibit B-15): Body Camera Video recorded by Frank Pontillo, dated August 16, 2021, and bates-labeled as RRISD 06501;

- App. 094 (Exhibit B-16): Body Camera Video recorded by Frank Pontillo, dated August 16, 2021, and bates-labeled as RRISD 06502;

- App. 161 (Exhibit D-4): Cell Phone Camera Footage from Jeremy Story, previously produced as JS100289;

- App. 279 (Exhibit F-15): Video Recording of the August 16, 2021 Round Rock ISD Called Board Meeting; and

- App. 298 (Exhibit F-18): Video Recording of the August 19, 2021 Round Rock ISD Regular Board Meeting.

Should you have any questions, please do not hesitate to contact me. Thank you.

Sincerely,

*Kathryn Long*

Kathryn E. Long

Enclosure

cc:    Stephen Casey (w/encl.) – *via Certified Mail/RRR No. 7018 2290 0001 3412 3418*
K. Adam Rothey *(Of the Firm)*