IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS − AUSTIN DIVISION

| | | |
|---|---|---|
| JEREMY STORY,<br><br>*Plaintiffs*,<br><br>v.<br><br>SUPERINTENDENT HAFEDH AZAIEZ, TRUSTEES AMBER FELLER, TIFFANIE HARRISON, AMY WEIR, JUN XIAO, CORY VESSA; OFFICERS JEFFREY YARBROUGH, JAMES WILLIBY, DEBORAH GRIFFITH, MILTON POPE, FRANK PONTILLO, RON COLE, CHIEF DENNIS WEINER, and CARLA AMACHER, individually, and ROUND ROCK INDEP. SCHOOL DISTRICT,<br><br>*Defendants*. | § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO.<br>1:22-cv-00448-DAE |

**JOINT MOTION FOR EXTENSION OF
TIME TO RESPOND TO MOTIONS FOR SUMMARY JUDGMENT**

Plaintiff Jeremy Story and the Round Rock ISD Defendants (together, the "Parties") jointly move the Court for a two-week extension of their deadline to respond to the pending motions for summary judgment. This would extend the deadline from January 13, 2026, until January 27, 2026.

The Parties filed their respective motions for summary judgment on December 30, 2025. Dkts. 130, 131, 133. The Parties' current deadline to respond to the pending motions for summary judgment is January 13, 2026. The Parties have worked cooperatively throughout the case and jointly seek a two-week extension of this deadline.

The Parties seek this extension of time because some of the time was lost due to holiday and other travel, and other client and litigation-related deadlines have been running concurrently that have required substantial attention. Not only has the holiday period impacted the Parties' counsel, the holiday has limited access to the Parties and witnesses, including due to Round Rock ISD's own holiday break. In addition, during the same period, both parties' counsel have had other client and

1

litigation-related matters requiring attention. By way of example only, counsel for the Round Rock ISD Defendants had deadlines on January 2, 2026 and January 12, 2026 for motion to dismiss briefing in two separate federal matters, other briefing and discovery deadlines the week of January 5, 2026 in two other federal matters, and upcoming briefing deadlines in appeals pending in the United States Court of Appeals for the Fifth Circuit and the Court of Appeals for the Fifth Judicial District. Counsel for Plaintiff has also had court and client-related deadlines that have required his attention.

Good cause exists to grant this Motion. Rule 16(b)(4) provides the Court with broad discretion to extend or modify existing scheduling order deadlines for good cause. *See* FED. R. CIV. P. 16(b)(4). No prejudice will result from granting this Motion because both parties jointly request this two-week extension. Under these circumstances, two-week extension of the deadline to respond to the pending motions for summary judgment is both reasonable and necessary to ensure that the parties have sufficient time to complete all required briefing.

Accordingly, the Parties jointly request, with good cause, that the Court extend their deadlines to file responses to the pending motions for summary judgment to January 27, 2026.

## CONCLUSION

For the foregoing reasons, Plaintiff Jeremy Story and the Round Rock ISD Defendants respectfully request that this Court extend their deadlines to file responses to the pending motions for summary judgment from January 13, 2026, to January 27, 2026 .

Respectfully submitted,

/s/ *Kathryn E. Long*
KATHRYN E. LONG
State Bar No. 24041679
klong@thompsonhorton.com

K. ADAM ROTHEY
State Bar No. 24051274
arothey@thompsonhorton.com

IBRAHIM YASEEN
State Bar No. 24137674
iyaseen@thompsonhorton.com

**THOMPSON & HORTON LLP**
500 North Akard Street, Suite 3150
Dallas, Texas 75201
(972) 853-5115 – Telephone
(713) 583-8884 – Facsimile

**ATTORNEYS FOR DEFENDANTS**

/s/ *Stephen Casey*
CASEY LAW OFFICE, P.C.
Stephen Casey
Texas Bar No. 24065015
stephen@caseylawoffice.us
P.O. Box 2451
Round Rock, TX 78680
P: 512-257-1324
F: 512-853-4098

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that she conferred with Plaintiff Jeremy Story's counsel, Stephen Casey, on January 9, 2026, regarding the relief requested in this Joint Motion. The undersigned counsel provided a copy of this Joint Motion and proposed Order on January 12, 2026 before filing. Mr. Casey joins in the Motion and in the request for the relief being sought.

                                                   */s/ Kathryn E. Long*
                                                   KATHRYN E. LONG

**CERTIFICATE OF SERVICE**

The undersigned certifies that on January 12, 2026, a true and correct copy of this document has been served upon all parties via the Court's electronic filing system:

| | |
|---|---|
| Warren V. Norred | Stephen D. Casey |
| Solomon G. Norred | CASEY LAW OFFICE, P.C. |
| NORRED LAW, PLLC | P.O. Box 2451 |
| 515 E. Border St. | Round Rock, Texas 78680 |
| Arlington, TX 76010 | stephen@caseylawoffice.us |
| wnorred@norredlaw.com | |

                                                   */s/ Kathryn E. Long*
                                                   KATHRYN E. LONG