UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS – AUSTIN DIVISION

| | |
|---|---|
| JEREMY STORY,<br><br>*Plaintiff*,<br><br>v.<br><br>SUPERINTENDENT HAFEDH AZAIEZ, TRUSTEES AMBER FELLER, TIFFANIE HARRISON, AMY WEIR, JUN XIAO, CORY VESSA; OFFICERS JEFFREY YARBROUGH, JAMES WILLIBY, DEBORAH GRIFFITH, MILTON POPE, FRANK PONTILLO, RON COLE, CHIEF DENNIS WEINER, and CARLA AMACHER, individually, and ROUND ROCK INDEP. SCHOOL DISTRICT,<br><br>*Defendants*. | CIVIL ACTION NO.<br>1:22-cv-00448-DAE |

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF
TIME TO RESPOND TO MOTIONS FOR SUMMARY JUDGMENT**

Before the Court is the Parties' Joint Motion for Extension of Time to Respond to Motions for Summary Judgment (the "Motion"). The Court, after considering the Motion, finds and concludes that the Motion should be **GRANTED**. The Court orders that the Parties' deadline to file their responses to the pending motions for summary judgment is hereby extended to January 27, 2026.

IT IS SO ORDERED.

SIGNED this ___ day of _____, 2026.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE