IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS − AUSTIN DIVISION

| | | |
|---|---|---|
| JEREMY STORY,<br><br>*Plaintiffs*,<br><br>v.<br><br>SUPERINTENDENT HAFEDH AZAIEZ, TRUSTEES AMBER FELLER, TIFFANIE HARRISON, AMY WEIR, JUN XIAO, CORY VESSA; OFFICERS JEFFREY YARBROUGH, JAMES WILLIBY, DEBORAH GRIFFITH, MILTON POPE, FRANK PONTILLO, RON COLE, CHIEF DENNIS WEINER, and CARLA AMACHER, individually, and ROUND ROCK INDEP. SCHOOL DISTRICT,<br><br>*Defendants*. | § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO.<br>1:22-cv-00448-DAE |

**UNOPPOSED MOTION FOR EXTENSION OF
DEADLINE TO RESPOND TO DISPOSITIVE MOTIONS**

Plaintiff Jeremy Story moves the Court for an extension of the deadline to respond to the parties' dispositive motions deadline from January 27, 2026, until February 9, 2026.

The current response deadline is January 27, 2026. The current winter freeze has complicated undersigned counsel's drafting deadline, and he was assigned a final trial with one week's notice. In addition, he has a previously scheduled trip for his minor's college auditions from January 29 through February 2, 2026.

In addition, the Round Rock ISD Defendants believe additional time would be beneficial for the RRISD Defendants to be able to file a brief that is within page limitations without having to seek leave of court for additional space.

Good cause exists to grant this Motion. Rule 16(b)(4) provides the Court with broad discretion to extend or modify existing scheduling order deadlines for good cause. *See* FED. R. CIV. P. 16(b)(4).

1

No prejudice will result from granting this Motion. The parties are agreed as long as the extension applies to both parties. Under these circumstances, an extension of the response deadline to the parties' dispositive motions is both reasonable and necessary to ensure that the parties have complete and sufficient time to complete all required briefing.

Accordingly, the Jeremy Story requests, with good cause, that the Court extend the reseponse deadline to the parties dispositive motions until February 9, 2026.

## CONCLUSION

For the foregoing reasons, Plaintiff Jeremy Story respectfully requests that this Court extend the dispositive motion filing deadline from January 27, 2026, to February 9, 2026.

Respectfully submitted,


*/s/ Stephen Casey*
CASEY LAW OFFICE, P.C.
Stephen Casey
Texas Bar No. 24065015
stephen@caseylawoffice.us
P.O. Box 2451
Round Rock, TX 78680
P: 512-257-1324
F: 512-853-4098

**ATTORNEY FOR PLAINTIFF**

4

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that he conferred with Defendants' counsel, Kathryn E. Long, on January 26, 2026, regarding the relief requested in this Motion. The undersigned counsel discussed this language with Ms. Long via email. Ms. Long indicates that Defendants are unopposed to the motion provided the extension applies equally to both parties.

*/s/ Stephen Casey*
STEPHEN CASEY

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of this document has been served upon all parties via the Court's electronic filing system on this 27th day of January, 2026.

<i>/s/ Stephen Casey</i><br>STEPHEN CASEY

KATHRYN E. LONG
State Bar No. 24041679
klong@thompsonhorton.com

K. ADAM ROTHEY
State Bar No. 24051274
arothey@thompsonhorton.com

IBRAHIM YASEEN
State Bar No. 24137674
iyaseen@thompsonhorton.com

**THOMPSON & HORTON LLP**
Ross Tower
500 North Akard Street, Suite 3150
Dallas, Texas 75201
(972) 853-5115 – Telephone
(972) 692-8334 – Facsimile

*Attorneys for Defendants*