IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS − AUSTIN DIVISION

| | | |
|---|---|---|
| JEREMY STORY,<br><br>   *Plaintiffs*,<br><br>v.<br><br>SUPERINTENDENT HAFEDH AZAIEZ,<br>TRUSTEES AMBER FELLER, TIFFANIE<br>HARRISON, AMY WEIR, JUN XIAO, CORY<br>VESSA; OFFICERS JEFFREY YARBROUGH,<br>JAMES WILLIBY, DEBORAH GRIFFITH,<br>MILTON POPE, FRANK PONTILLO, RON<br>COLE, CHIEF DENNIS WEINER, and CARLA<br>AMACHER, individually, and ROUND ROCK<br>INDEP. SCHOOL DISTRICT,<br><br>   *Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.<br>1:22-cv-00448-DAE |

**UNOPPOSED MOTION FOR EXTENSION OF
DEADLINE TO RESPOND TO DISPOSITIVE MOTIONS**

Plaintiff Jeremy Story moves the Court for a mutual extension of the parties' deadline to respond to the parties' dispositive motions deadline from February 9, 2026, until February 17, 2026.

The current response deadline is February 9, 2026. The prior timeline appeared to be sufficient. On Monday, February 2, 2026, a 1 day trial was held in Bell County by undersigned counsel and ran over. This trial was continued again on Wednesday, February 4, 2026. In addition, on Tuesday, February 3, 2026, undersigned counsel was assigned to a deposition on Thursday, February 5, 2026. Lastly, undersigned would use time over the upcoming weekend but for a pre-existing counseling appointment requiring his attendance.

The Round Rock ISD Defendants, whose counsel are likewise currently handling multiple depositions, Fifth Circuit briefing deadlines, and dispositive motion deadlines in other federal cases, are unopposed to this motion as long as the extension of time is mutual.

1

Good cause exists to grant this Motion. Rule 16(b)(4) provides the Court with broad discretion to extend or modify existing scheduling order deadlines for good cause. *See* FED. R. CIV. P. 16(b)(4).

No prejudice will result from granting this Motion. The parties are agreed as long as the extension applies to both parties. Under these circumstances, an extension of the response deadline to the parties' dispositive motions is both reasonable and necessary to ensure that the parties have complete and sufficient time to complete all required briefing.

Accordingly, the Jeremy Story requests, with good cause, that the Court extend the response deadline to the parties' dispositive motions until February 17, 2026.

## CONCLUSION

For the foregoing reasons, Plaintiff Jeremy Story respectfully requests that this Court extend the response deadline to the parties' dispositive motions from February 9, 2026, to, and including, February 17, 2026.

Respectfully submitted,


/s/ *Stephen Casey*
CASEY LAW OFFICE, P.C.
Stephen Casey
Texas Bar No. 24065015
stephen@caseylawoffice.us
P.O. Box 2451
Round Rock, TX 78680
P: 512-257-1324
F: 512-853-4098

**ATTORNEY FOR PLAINTIFF**

## <u>CERTIFICATE OF CONFERENCE</u>

The undersigned hereby certifies that he conferred with Defendants' counsel, Adam Rothey, on February 6, 2026, regarding the relief requested in this Motion. The undersigned counsel discussed this language with Mr. Rothey via email. Mr. Rothey indicates that Defendants are unopposed to the motion provided the extension applies equally to both parties.

*/s/ Stephen Casey*
STEPHEN CASEY

4

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of this document has been served upon all parties via the Court's electronic filing system on this 9th day of February, 2026.

/s/ *Stephen Casey*
STEPHEN CASEY

KATHRYN E. LONG
State Bar No. 24041679
klong@thompsonhorton.com

K. ADAM ROTHEY
State Bar No. 24051274
arothey@thompsonhorton.com

IBRAHIM YASEEN
State Bar No. 24137674
iyaseen@thompsonhorton.com

**THOMPSON & HORTON LLP**
Ross Tower
500 North Akard Street, Suite 3150
Dallas, Texas 75201
(972) 853-5115 – Telephone
(972) 692-8334 – Facsimile

*Attorneys for Defendants*