UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS – AUSTIN DIVISION

JEREMY STORY,

    *Plaintiff*,

v.

SUPERINTENDENT HAFEDH AZAIEZ,
TRUSTEES AMBER FELLER, TIFFANIE
HARRISON, AMY WEIR, JUN XIAO, CORY
VESSA; OFFICERS JEFFREY YARBROUGH,
JAMES WILLIBY, DEBORAH GRIFFITH,
MILTON POPE, FRANK PONTILLO, RON
COLE, CHIEF DENNIS WEINER, and CARLA
AMACHER, individually, and ROUND ROCK
INDEP. SCHOOL DISTRICT,

    *Defendants*.

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

CIVIL ACTION NO.
1:22-cv-00448-DAE

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF RESPONSE DEADLINE TO DISPOSITIVE MOTIONS

Before the Court is the Plaintiff's UNOPPOSED MOTION FOR EXTENSION OF RESPONSE DEADLINE TO DISPOSITIVE MOTIONS (the "Motion"). The Court, after considering the Motion, finds and concludes that the Motion should be **GRANTED**. The Court orders that the Parties' deadline to respond to dispositive motions is hereby extended to February 17, 2026.

IT IS SO ORDERED.

SIGNED this ____ day of _____, 2026.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE