IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS − AUSTIN DIVISION

| | | |
|---|---|---|
| JEREMY STORY, <br><br> *Plaintiffs*, <br><br> v. <br><br> SUPERINTENDENT HAFEDH AZAIEZ, TRUSTEES AMBER FELLER, TIFFANIE HARRISON, AMY WEIR, JUN XIAO, CORY VESSA; OFFICERS JEFFREY YARBROUGH, JAMES WILLIBY, DEBORAH GRIFFITH, MILTON POPE, FRANK PONTILLO, RON COLE, CHIEF DENNIS WEINER, and CARLA AMACHER, individually, and ROUND ROCK INDEP. SCHOOL DISTRICT, <br><br> *Defendants*. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION NO. <br> 1:22-cv-00448-DAE |

## JOINT MOTION FOR EXTENSION OF DEADLINE TO FILE REPLIES IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT

Plaintiff Jeremy Story and the Round Rock ISD Defendants (together, the "Parties") jointly move the Court for a two-week extension of the deadline to file their replies in support of their respective motions for summary judgment (Dkts. 131, 132, & 133) from Tuesday, February 21, 2026, until Tuesday, March 7, 2026.

The parties request this extension because counsel for the Parties continue to manage numerous court and client-related deadlines (including preparation for a hearing scheduled on the current dispositive motion deadline), which materially compress the available time necessary to complete dispositive briefing. Specifically, counsel for the six Defendants had a motion to dismiss in another federal court due on February 19, four sets of written discovery and a production of more than 10,000 pages of documents due Monday, February 23, deposition preparation for two 30(b)(6) depositions on February 23 and February 24, and defending those two depositions on Wednesday,

1

February 25. Counsel for the Plaintiff also has multiple depositions in the next two weeks, as well as family obligations.

Good cause exists to grant this Motion. Rule 16(b)(4) provides the Court with broad discretion to extend or modify existing scheduling order deadlines for good cause. *See* FED. R. CIV. P. 16(b)(4).

No prejudice will result from granting this Motion because both parties jointly request this two-week extension. Under these circumstances, a two-week extension of the reply deadline is both reasonable and necessary to ensure that the parties have sufficient time to complete their briefing.

Accordingly, the Parties jointly request, with good cause, that the Court extend the deadline to reply in support of their dispositive motions to March 7, 2026.

## CONCLUSION

For the foregoing reasons, Plaintiff Jeremy Story and the Round Rock ISD Defendants respectfully request that this Court extend the deadline to file their replies in support of their respective motions for summary judgment (Dkts. 131, 132, & 133) from February 21, 2026, to March 7, 2026.

2

Respectfully submitted,

/s/ *Kathryn E. Long*
KATHRYN E. LONG
State Bar No. 24041679
klong@thompsonhorton.com

K. ADAM ROTHEY
State Bar No. 24051274
arothey@thompsonhorton.com

IBRAHIM YASEEN
State Bar No. 24137674
iyaseen@thompsonhorton.com

**THOMPSON & HORTON LLP**
500 North Akard Street, Suite 3150
Dallas, Texas 75201
(972) 853-5115 – Telephone
(713) 583-8884 – Facsimile

**ATTORNEYS FOR DEFENDANTS**

/s/ *Stephen Casey*
CASEY LAW OFFICE, P.C.
Stephen Casey
Texas Bar No. 24065015
stephen@caseylawoffice.us
P.O. Box 2451
Round Rock, TX 78680
P: 512-257-1324
F: 512-853-4098

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that she conferred with Plaintiff Jeremy Story's counsel, Stephen Casey, on February 20, 2026, regarding the relief requested in this Joint Motion. The undersigned counsel provided a copy of this Joint Motion and proposed Order on February 20 before filing. Mr. Casey joins in the Motion and in the request for the relief being sought.

/s/ *Kathryn E. Long*
KATHRYN E. LONG

**CERTIFICATE OF SERVICE**

The undersigned certifies that on February 20, 2026, a true and correct copy of this document has been served upon all parties via the Court's electronic filing system:

Warren V. Norred                     Stephen D. Casey
Solomon G. Norred                    CASEY LAW OFFICE, P.C.
NORRED LAW, PLLC                     P.O. Box 2451
515 E. Border St.                    Round Rock, Texas 78680
Arlington, TX 76010                  stephen@caseylawoffice.us
wnorred@norredlaw.com

/s/ *Kathryn E. Long*
KATHRYN E. LONG

4