UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS – AUSTIN DIVISION

| | | |
|---|---|---|
| JEREMY STORY,<br><br>    *Plaintiff*,<br><br>v.<br><br>SUPERINTENDENT HAFEDH AZAIEZ,<br>TRUSTEES AMBER FELLER, TIFFANIE<br>HARRISON, AMY WEIR, JUN XIAO, CORY<br>VESSA; OFFICERS JEFFREY YARBROUGH,<br>JAMES WILLIBY, DEBORAH GRIFFITH,<br>MILTON POPE, FRANK PONTILLO, RON<br>COLE, CHIEF DENNIS WEINER, and CARLA<br>AMACHER, individually, and ROUND ROCK<br>INDEP. SCHOOL DISTRICT,<br><br>    *Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.<br>1:22-cv-00448-DAE |

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF DEADLINE TO FILE REPLIES IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT**

Before the Court is the Parties' Joint Motion for a two-week extension of the deadlines to file their replies in support of their respective motions for summary judgment (the "Motion"). The Court, after considering the Motion, finds and concludes that the Motion should be **GRANTED**. The Court orders that the Parties' deadline to submit replies to Dkts. 131, 132, and 133 is hereby extended to March 7, 2026.

IT IS SO ORDERED.


SIGNED this ___ day of _____, 2026.


_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE