UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS – AUSTIN DIVISION

| | | |
|---|---|---|
| JEREMY STORY, | § | |
| *Plaintiff*, | §<br>§<br>§ | |
| v. | §<br>§ | |
| SUPERINTENDENT HAFEDH AZAIEZ, | §<br>§ | CIVIL ACTION NO. |
| TRUSTEES AMBER FELLER, TIFFANIE | § | 1:22-cv-00448-DAE |
| HARRISON, AMY WEIR, JUN XIAO, CORY | § | |
| VESSA; OFFICERS JEFFREY YARBROUGH, | § | |
| JAMES WILLIBY, DEBORAH GRIFFITH, | § | |
| MILTON POPE, FRANK PONTILLO, RON | § | |
| COLE, CHIEF DENNIS WEINER, and CARLA | § | |
| AMACHER, individually, and ROUND ROCK | § | |
| INDEP. SCHOOL DISTRICT, | §<br>§ | |
| *Defendants*. | § | |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF
REPLY DEADLINE TO DISPOSITIVE MOTIONS**

Before the Court is the Plaintiff's UNOPPOSED MOTION FOR EXTENSION OF

REPLY DEADLINE TO DISPOSITIVE MOTIONS (the "Motion"). The Court, after considering

the Motion, finds and concludes that the Motion should be **GRANTED**. The Court orders that the

Parties' deadline to respond to dispositive motions is hereby extended to March 16, 2026.

IT IS SO ORDERED.

SIGNED this ___ day of _____, 2026.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE