UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS – AUSTIN DIVISION

JEREMY STORY,

    *Plaintiff*,

v.

SUPERINTENDENT HAFEDH AZAIEZ,
TRUSTEES AMBER FELLER, TIFFANIE
HARRISON, AMY WEIR, JUN XIAO, CORY
VESSA; OFFICERS JEFFREY YARBROUGH,
JAMES WILLIBY, DEBORAH GRIFFITH,
MILTON POPE, FRANK PONTILLO, RON
COLE, CHIEF DENNIS WEINER, and CARLA
AMACHER, individually, and ROUND ROCK
INDEP. SCHOOL DISTRICT,

    *Defendants*.

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

CIVIL ACTION NO.
1:22-cv-00448-DAE

---

## ORDER GRANTING MOTION TO STRIKE DKT. 147

Before the Court is the Round Rock ISD Defendants' Motion to strike the argument portion of Story's Notice of Supplemental Authority (Dkt. 147), or, in the alternative, for leave to file a response. The Court, after considering the Motion and any responses and replies, finds and concludes that the Motion should be **GRANTED**. Dkt. 147 is hereby stricken from the record.

IT IS SO ORDERED.

SIGNED this ___ day of _____, 2026.


_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE