CASEY
Law Office, P.C.
Transforming Lives Through Justice

P.O. Box 2451
Round Rock, TX 78680

RECEIVED

AUG 14 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY [signature] DEPUTY CLERK

To: TXWD Clerk
Cause No: 1:22-cv-00448-DAE
USB Exhibits

Exhs 5, 6, 7, 10
1:22-cv-00448-DAE