IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS – AUSTIN DIVISION

| | | |
|---|---|---|
| JEREMY STORY,<br><br>*Plaintiffs*,<br><br>v.<br><br>SUPERINTENDENT HAFEDH AZAIEZ, TRUSTEES AMBER FELLER, TIFFANIE HARRISON, AMY WEIR, JUN XIAO, CORY VESSA; OFFICERS JEFFREY YARBROUGH, JAMES WILLIBY, DEBORAH GRIFFITH, MILTON POPE, FRANK PONTILLO, RON COLE, CHIEF DENNIS WEINER, and CARLA AMACHER, individually, and ROUND ROCK INDEP. SCHOOL DISTRICT,<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.<br>1:22-cv-00448-DAE |

**UNOPPOSED MOTION FOR LEAVE TO RECEIVE SUMMARY JUDGMENT EVIDENCE**

Plaintiff Jeremy Story moves the Court for leave to receive summary judgment evidence. Submitted are two types of evidence. First, a thumb drive with two videos, and a summary exhibit, uncertified, of excerpts from the videos. The excerpts all appear in the Third Amended Complaint, so the summary is purely for convenience of the court and not evidence.

Defendants are unopposed to the filing of these three items.

Accordingly, the Jeremy Story requests Court grant the filing.

## CONCLUSION

For the foregoing reasons, Plaintiff Jeremy Story respectfully requests that this Court grant the filing.

Respectfully submitted,

*/s/ Stephen Casey*
CASEY LAW OFFICE, P.C.
Stephen Casey
Texas Bar No. 24065015
stephen@caseylawoffice.us
P.O. Box 2451
Round Rock, TX 78680
P: 512-257-1324
F: 512-853-4098
**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that he conferred with Defendants' counsel, Kathryn E. Long, via email, regarding the relief requested in this Motion. Defendants are unopposed to the motion.

*/s/ Stephen Casey*
STEPHEN CASEY

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of this document has been served upon all parties via the Court's electronic filing system on this 19th day of August, 2026.

*/s/ Stephen Casey*
STEPHEN CASEY

KATHRYN E. LONG
State Bar No. 24041679
klong@thompsonhorton.com

K. ADAM ROTHEY
State Bar No. 24051274
arothey@thompsonhorton.com

**THOMPSON & HORTON LLP**
Ross Tower
500 North Akard Street, Suite 3150
Dallas, Texas 75201
(972) 853-5115 – Telephone
(972) 692-8334 – Facsimile

*Attorneys for Defendants*