**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS – AUSTIN DIVISION**

JEREMY STORY, Plaintiff, v. SUPERINTENDENT HAFEDH AZAIEZ, et al., Defendants.

**Civil Action No. 1:22-cv-00448-DAE**

---

# EXHIBIT INDEX – TRANSCRIPT EXCERPTS

## August 16, 2021 RRISD Called Board Meeting

*(Supporting Appendix Exhibit Nos. 5, 6, and 7 to Plaintiff's Motion for Summary Judgment, Dkt. #133-1)*

**Source recording:** RRISD official meeting video, *https://roundrockisdtx.new.swagit.com/videos/130528*, cited and judicially noticed in Plaintiff's Third Amended Complaint (Dkt. #49) at ¶¶ 32 n.7, 36 n.8.

**Transcription:** The excerpts below reproduce the informal transcription of counsel appearing in the Third Amended Complaint, ¶ 36 n.8 ("The quotes provided by the undersigned's informal transcription."), cross-checked against the timestamps pleaded in ¶¶ 32, 36 of that complaint.

| Timestamp (full mtg. video) | App'x Exh. No. | Speaker | Excerpt (as transcribed in Third Amended Complaint, Dkt. 49) |
| --- | --- | --- | --- |
| 1:05:38 | 5 | **Catherine Wrightmire** *(TAC ¶ 36.b)* | "And I just want to say that there's also a psychological component to all of this. Pertaining to the fear and the effect of the pandemic as it's portrayed in the media. And also, data that's presented to us. and I just want to encourage the audience and the board as homework to consider taking a look at a very famous book. Perhaps you've read it, Frederick Douglass talking of my bondage and my freedom, he was a slave. There's a slave mentality, there's a slaveholder's mentality. And this was prior, he wrote this prior to the Civil War and was an abolition abolitionist prior to the Civil War. But there's |

| Timestamp (full mtg. video) | App'x Exh. No. | Speaker | Excerpt (as transcribed in Third Amended Complaint, Dkt. 49) |
|---|---|---|---|
| | | | psychological things to think about if you take a look at this book. Thank you very much." |
| 1:07:38 | 5 | **Elaine Lee** *(TAC ¶ 36.a)* | "I'm here to remind you that Senator Cruz who poses as a freedom fighter in front of the camera chooses to send his children to a private school that has a mask mandate. A public health measure that he would ridicule as communism or tyranny. These politicians tell us that refusing masks and vaccines is what freedom looks like in the middle of a deadly pandemic. Why should anyone trust their stage rhetoric over advice from registered health care professionals? The rich and powerful protect their children with private schools while playing political games abusing their power to prevent our children from getting that same protection in public schools." |
| 1:34:02 | Unconf. | **Renata Sims** *(TAC ¶ 36.f)* | "I would like for this board to show equal regard to all safety concerns parents bring to them, including the one I voiced to you repeatedly regarding the current protective order filed against our Superintendent for alleged family violence mask. Related concerns deserve a hearing, but so do criminal allegations against the only employee. This board is in charge of supervising. Please address all . . . ." [Ms. Sims was interrupted and cut off.] |
| 1:36:18 | 5 | **Don Zimmerman** *(TAC ¶ 36.c)* | "I'm going to jump to the point here 'cause, all of you know as adults, lots of times when you have arguments and fights, you're really not arguing about the thing you're arguing about. You're arguing about something much, much bigger. This mask mandate is not about safety, It's not about health, It's about a crazed monopoly. Government school that thinks that it's God, and it can save us from disease and death. So let me make something really very clear to you. There's one perfect man who ever lived on this earth. His name was Jesus of Nazareth. This man. Healed the sick. He roused people from the dead. He walked on water, even when it was not sufficiently frozen. |

| Timestamp (full mtg. video) | App'x Exh. No. | Speaker | Excerpt (as transcribed in Third Amended Complaint, Dkt. 49) |
|---|---|---|---|
| | | | He's a miracle worker, and he is mankind's only hope to be saved. From probable disease and from absolutely certain death. So what I'm going to say to this school district - stop trying to play God. You are not God. You cannot save anyone from disease and death. You can't add one hour to anybody's life. No matter what kind of draconian rules and laws that you pass in the name of safety and public health. I'm really fed up with the self-righteousness and hypocrisy of government all over this country, from Washington DC right down to the school board. If somebody needs to wear a mask, that's a decision between them and their physician, and they're capable of making that decision. They have every right to wear a mask, and some people need to. For the rest of us, stop playing God, and get over your power trip." |
| 2:25:10 | Unconf. | **Jennifer White** *(TAC ¶ 36.d)* | "But while we're talking about child safety 'cause a lot of people did, let's talk safety. I'm in fear for my daughters. Because the Superintendent, he assaulted a pregnant girl." [Ms. White was prevented from speaking further; other board members spoke over her.] |
| 2:47:15 – 2:49:38 | 6 / 7 | **Jeremy Story** *(TAC ¶ 32)* | "Today I speak on the rule of law, I don't envy your choice today. I trust that most people value each other even though they are on different sides of the issue, I also understand the seriousness of the COVID epidemic. I understand the rule of law, yet several members of this board and Superintendent have another utter disregard for the rule of law. Today you are considering thwarting the Governor's order and the legislature and the Supreme Court of Texas. This will result in tremendous fines to the district. Even today, you violated the rule of law by putting officers in the back of this room in the difficult position of being asked to illegally enforce a last-minute violation of the Open Meetings Act. An agenda item today includes a resolution which includes 80% of the text |

| **Timestamp (full mtg. video)** | **App'x Exh. No.** | **Speaker** | **Excerpt (as transcribed in Third Amended Complaint, Dkt. 49)** |
|---|---|---|---|
| | | | concerning itself with the safety of public employees and students. The resolutions being considered today include statements like, “the Board of trustees has a substantial public interest in protecting the health and safety of students and community.” It talks about “supervision of the Superintendent” and even other things related to public health and public safety. Several of you have demonstrated strong disregard for the rule of law. You consider public safety today by violating the Supreme Court of Texas. Still more, our Superintendent has a protective order filed against him. . . ." [Story was interrupted and forcibly removed after mentioning the protective order.] |
| 3:01:52 | Unconf. | **Jason Schklar** *(TAC ¶ 36.e)* | "And finally, this is hard to say, but I feel like it's important. As we came to order, we had a trustee protest that she couldn't pack the meeting room with her riotous, unmasked posse of supporters. I want to respect the decorum of this meeting and the diversity of opinions expressed here, but I've got to say that it's frightening. It's frightening to see how a couple of members of Q Anon have infiltrated our school board. Either that, or they see it as politically expedient to align with them. You are content. You are content to let the country burn as you laugh at how fun it is to . . . ." [Interrupted only after his remarks had continued for some time.] |

*Prepared for attorney use in connection with Plaintiff’s Motion for Leave to File Supplemental Summary Judgment Evidence. Not filed as a standalone exhibit unless separately designated and authenticated.*