IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS – AUSTIN DIVISION

| | | |
|---|---|---|
| JEREMY STORY,<br><br>*Plaintiffs*,<br><br>v.<br><br>SUPERINTENDENT HAFEDH AZAIEZ, TRUSTEES AMBER FELLER, TIFFANIE HARRISON, AMY WEIR, JUN XIAO, CORY VESSA; OFFICERS JEFFREY YARBROUGH, JAMES WILLIBY, DEBORAH GRIFFITH, MILTON POPE, FRANK PONTILLO, RON COLE, CHIEF DENNIS WEINER, and CARLA AMACHER, individually, and ROUND ROCK INDEP. SCHOOL DISTRICT,<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.<br>1:22-cv-00448-DAE |

**ORDER GRANTING MOTION FOR LEAVE TO RECEIVE SUMMARY JUDGMENT EVIDENCE**

Before the Court is the Plaintiff's UNOPPOSED MOTION FOR LEAVE TO RECEIVE SUMMARY JUDGMENT EVIDENCE (the "Motion"). The Court, after considering the Motion, finds and concludes that the Motion should be **GRANTED**. The Court orders the clerk to file the USB drive along with the certificate documents and summary attached to Plaintiff's Motion.

IT IS SO ORDERED.

SIGNED this ___ day of _____________, 2026.

________________________________
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE