AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

Jeremy Story
*Plaintiff*
v.
Hafedh Azaiez, et al
*Defendant*

Civil Action No. 1:22-cv-00448 DAE

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* ______ recover from the defendant *(name)* ______ the amount of ______ dollars ($ ______ ), which includes prejudgment interest at the rate of ______ %, plus post judgment interest at the rate of ______ % per annum, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ______ recover costs from the plaintiff *(name)* ______ .

☑ other: ORDER GRANTING Defendants' Motion for Summary Judgment and DENYING Plaintiff's Motion for Summary Judgment, dated 09/17/2026 .

This action was *(check one)*:

❐ tried by a jury with Judge ______ presiding, and the jury has rendered a verdict.

❐ tried by Judge ______ without a jury and the above decision was reached.

☑ decided by Judge Ezra on a motion for Summary Judgment .

Date: 09/17/2026

**Philip J. Devlin**
*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

